UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Creditor, Iron Mountain Data Centers, LLC*

| | |
|---|---|
| In Re: | Case No.: 23-14853 (JKS) |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Chapter 11 |
| Debtors. | Judge:    Hon. John K. Sherwood |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of **IRON MOUNTAIN DATA CENTERS, LLC.**  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10,
Woodbridge, New Jersey  07095
Attn:  David H. Stein, Esq.
Telephone:  732-855-6126
Facsimile:  732-726-6570
E-mail:  dstein@wilentz.com

DOCUMENTS:
☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒    All documents and pleadings of any nature.

Date: July 10, 2023

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Creditor, Iron Mountain Data Centers, LLC*

*/s/ David H. Stein*
By:_____
    DAVID H. STEIN, ESQ.

#13917383.1 999999.802