| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Cia Mackle<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>cmckle@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtor. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

1.   I, La Asia S. Canty:

     ☐ represent the _____ in this matter.
     ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Official Committee of Unsecured Creditors.
     ☐ am the _____ in this matter am representing myself.

2.   On August 28, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

- *First Monthly Fee Statement of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From June 27, 2023 Through July 31, 2023* [Docket No. 466].

4.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 28, 2023                          */s/ La Asia S. Canty*
                                                  La Asia S. Canty

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit A** | **See Exhibit A** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit B** | **See Exhibit B** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Accu-Tech Corp | Corporate Office | remittance@accu-tech.com |
| Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | jb@ansellgrimm.com |
| ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire Margaret A. Vesper, Esquire, Dustin P. Branch, Esquire, Nahal Zarnighian, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com branchd@ballardspahr.com zarnighiann@ballardspahr.com |
| Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| CBRE Investments | Buffi Hendrix, Senior Property Manager | buffi.hendrix@cbre.com |
| Chicago Mercantile Exchange Inc | Executive Office Headquarters | globalaccountmanagement@cmegroup.com |
| Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| Clune Construction Company, LP | National Offices | clunereceivables@CLUNEGC.COM |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine, Felice R. Yudkin | msirota@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com; |
| Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Cummins Sales and Service | Corporate Headquarters | pem.national.accounts@cummins.com |
| CyrusOne Inc. | | Accountmanagement@cyrusone.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Daikin Applied Americas Inc | North America Corporate Office | Brandi.Lehner@daikinapplied.com |
| Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Digital Realty | Rafal Rak, Vice President | rrak@digitalrealty.com |
| District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Michael Alberico, Esq, Nicholas Pasalides, Esq | MAlberico@eckertseamans.com NPasalides@eckertseamans.com |
| Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foley & Lardner LLP | Attn: Marcella M. Jayne | mjayne@foley.com |
| Fox Rothschild LLP | Attn: Michael J. Viscount, Jr., Esquire, Michael R. Herz, Esquire | mviscount@foxrothschild.com mherz@foxrothschild.com |
| Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Gowling WLG | Stephen Kroeger, Sam Gabor and Tom Cumming | Stephen.Kroeger@gowlingwlg.com; Sam.Gabor@gowlingwlg.com; Tom.Cumming@gowlingwlg.com |
| Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Hartz Mountain Industries Inc. | Constantino T. Milano (Gus Milano), President & Chief Operating Officer | gm@hartzmountain.com |
| Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| HITT Contracting Inc | Corporate Headquarters | PSaunders@hitt-gc.com |
| Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| IPI Partners | Matt A'Hearn | mahearn@ipipartners.com |
| Iron Mountain | Jason Scanlan, Senior Account Manager, Iron Mountain | jason.scanlan@ironmountain.com |
| Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP | Attn: Edward O. Sassower, P.C., Christopher Marcus, P.C., Derek I. Hunter | edward.sassower@kirkland.com; christopher.marcus@kirkland.com; derek.hunter@kirkland.com; |
| Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Lawson Lundell LLP | Alexis Teasdale | ateasdale@lawsonlundell.com |
| Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| McGrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Megawatt Electrical | Corporate Office | accountsreceivable@dwebberconsulting.com; info@mwatte.com |
| Menlo Equities | C. Michael Johnston | johnston@menloequities.com |
| Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Moritt Hock & Hamroff LLP | Attn: Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com aarotsky@moritthock.com |
| Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Power Solutions LLC | Corporate Office Headquarters | ahicks@powersolutions-llc.com; info@powersolutions-llc.com |
| PSEG | Alexandra F. Grant, Esq. | alexandra.grant@pseg.com |
| Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| S&P Global Market Intelligence LLC | | E.market.intelligence@spglobal.com |
| Saul Ewing LLP | Jorge Garcia, Esquire John D. Demmy, Esquire | jorge.garcia@saul.com john.demmy@saul.com |
| Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Securitas Security Services USA Inc | North America Office | ronald.novak02@securitasinc.com |
| Securities & Exchange Commission | Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Server Farm | North America Headquarter | Sales@sfrdc.com |
| Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Southwire Company, LLC | Corporate Office | Sandra.Pitts@Southwire.com |
| Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Structure Tone, LLC | | bd@stobuildinggroup.com |
| Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Trane US Inc | Commercial Sales Office | areft@trane.com |
| Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| Watt, Tieder, Hoffar & Fitzgerald, LLP | Attn: John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq., Jessica Liou, Esq., Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com Jessica.Liou@weil.com Stephanie.Morrison@weil.com |
| West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| Wingspire Equipment Finance, LLC | | hello@wingspirecapital.com |
| Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| WSFS Institutional Services | Attn John McNichol | jmcnichol@wsfsbank.com |
| Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov; ag@wyo.gov |

DOCS_NY:48062.1 16381/002

**EXHIBIT 2**

**Service by First Class U.S. Mail**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | Phoenix | AZ | 85004-2926 |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | Sacramento | CA | 95814-2919 |
| CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | Los Angeles | CA | 90017 |
| Chicago Mercantile Exchange Inc | | PO Box 73672 | Chicago | IL | 60673 |
| Cyxtera Technologies, Inc. | Attn Victor Semah | 2333 Ponce de Leon Boulevard, Ste. 900 | Coral Gables | FL | 33134 |
| Hewlett Packard | Corporate Headquarters | 1701 E Mossy Road | Spring | TX | 77389 |
| Hewlett Packard | | 200 Connell Dr. Suite 5000 | Berkeley Heights | NJ | 07922 |
| ICM Solutions | | 4899 West 2100 South | Salt Lake City | UT | 84120 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 |
| Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | Boston | MA | 02110 |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | Topeka | KS | 66612-1597 |
| KCC | | 222 N. Pacific Coast Highway, Suite 300 | El Segundo | CA | 90245 |
| Latham & Watkins, LLP | | 1271 Ave of the Americas | New York | NY | 10020 |
| Lazard Freres & Co | | 30 Rockefeller Plaza | New York | NY | 10112 |
| Menlo Equities | c/o Abigail O'Brient, Esquire Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | Los Angeles | CA | 90067 |
| Mississippi Attorney General | Attn Bankruptcy Department Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Multistack LLC | Corporate Office 1065 Maple Ave | P.O. Box 510 | Sparta | WI | 54656 |
| Pivot Technology Services Corp | d/b/a Computacenter Attn: Matt Yates | 6025 The Corners Pkwy. Suite 100 | Norcross | GA | 30092 |
| Sabey Corporation | Attn General Counsel | 12201 Tukwila Int'l Blvd., Fourth Floor | Seattle | WA | 98168 |
| Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | Parsippany | NJ | 07054 |
| Sullivan & Cromwell LLP | | 125 Broad Street | New York | NY | 10004 |
| US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | Newark | NJ | 07102 |

DOCS_NY:48062.1 16381/002