| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Mark E. Hall<br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 992.4800<br>Email: mhall@foxrothschild.com<br><br>AND<br><br>David P. Papiez<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>Telephone: (206) 389-1566<br>Email: dpapiez@foxrothschild.com<br><br>*Attorneys for Microsoft Corporation* | |
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Jointly Administered<br><br>**Related Docket Nos: 650** |

### LIMITED OBJECTION OF MICROSOFT TO THE ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO THE DEBTORS' THIRD AMENDED JOINT PLAN

Microsoft Corporation ("Microsoft") respectfully submits the following *Limited Objection to the Assumption of Executory Contracts Pursuant to the Debtors' Third Amended Joint Plan* (the "Limited Objection") and states:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

1.     Microsoft Corporation is a party to the following contracts with Debtor entities (collectively, the "Licensing Agreements"):

      a. **Cyxtera Technologies, LLC:** (1) Business & Services Agreement U4564412, Master Agreement E8170742, and Enrollments 8588170 and 64714935.

      b. **Cyxtera Federal Group, Inc.:** (1) Business & Services Agreement U4564412, Master Agreement E8170742, and Enrollments 58795520 and 8588170.

2.     The Licensing Agreements comprise the contracts through which Cyxtera Technologies and Cyxtera Federal Group obtained subscriptions for Microsoft's products and services. The Licensing Agreements are executory contracts for the non-exclusive license of intellectual property and the payment of royalties as described by 11 U.S.C. § 365(n), and payments due under the Licenses constitute royalties. *In re Prize Frize*, 32 F.3d 426 (9th Cir. 1994).

3.     On November 3, 2023, Debtors filed the *Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 650] ("Notice"). The Notice includes three Microsoft contracts among those executory contracts proposed for potential assumption and assignment by the Debtors:

| Debtor Entity | Counterparty | Description | Cure Amount |
|---|---|---|---|
| Cyxtera Federal Group, Inc. | Microsoft Corporation | Volume Licensing | $0.00 |
| Cyxtera Technologies, LLC | Microsoft Corporation | Volume Licensing | $0.00 |
| Cyxtera Technologies, LLC | Microsoft Corporation | Volume Licensing | $0.00 |

(D.I. 650, at page 50 of 234)

4.     Although it is unclear from the contract descriptions, Microsoft believes the Debtors propose to assume and assign the Licensing Agreements. However, the proposed cure amounts are incorrect because they omit several unpaid invoices due under the Licensing

151403083.1

Agreements. All outstanding prepetition and post-petition invoices must be paid by the Debtors

prior to assumption of the Licensing Agreements pursuant to 11 U.S.C. § 365(b)(1).

5.    As of the date of this Limited Objection, the cure amount for the Licensing

Agreements is $58,575.53, as set forth below:

*Cyxtera Technologies, LLC*

| Ex. | Enrollment | Invoice No. | Date | Description | Amount Due |
|---|---|---|---|---|---|
| A | 64714935 | 9882154272 | 06/10/23 | May 2023 Azure Usage | **$33,658.73** |

*Cyxtera Federal Group, Inc.*

| Enrollment | Billing Date | Product No. | Quantity | Price | Total |
|---|---|---|---|---|---|
| 58795520 | 11/1/2023 | J5U-00004 | 1 | $0.00 | $0.00 |
| 58795520 | 11/1/2023 | JZH-00001 | 80 | $123.96 | $9,916.80 |
| 58795520 | 11/1/2023 | W6T-00008 | 1 | $15,000.00 | $15,000.00 |
| | | | | | **$24,916.80** |

6.    The Debtors continue to utilize the services provided for under the Licensing

Agreements post-petition, including the Azure Cloud services which are invoiced monthly

in arrears. Accordingly, the cure amount may increase based on the Debtors' ongoing usage

of Microsoft's products and services and the actual date of assumption and cure.

7.    Microsoft reserves the right to withdraw this Limited Objection or revise the stated

cure amounts pending further investigation.

*[Remainder of Page Intentionally Left Blank]*

151403083.1

WHEREFORE, Microsoft objects and states that the cure amount for the Licensing

Agreements is at least **$58,575.53**.


Dated: November 13, 2023                     FOX ROTHSCHILD LLP

                                             */s/ Mark E. Hall*
                                             Mark E. Hall
                                             FOX ROTHSCHILD LLP
                                             49 Market Street
                                             Morristown, NJ 07960
                                             Telephone: (973) 548-3314
                                             Facsimile: (973) 992-9125
                                             Email: mhall@foxrothschild.com

                                             AND

                                             David P. Papiez
                                             Washington State Bar No. 54186
                                             1001 Fourth Avenue, Suite 4400
                                             Seattle, WA 98154-1192
                                             Telephone: (206) 389-1566
                                             Facsimile: (206) 389-1708
                                             Email: dpapiez@foxrothschild.com

                                             *Attorneys for Microsoft Corporation*

151403083.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2023, a true and correct copy of the foregoing LIMITED OBJECTION OF MICROSOFT TO CURE AMOUNT CONTAINED IN DEBTORS' PLAN SUPPLEMENT FOR THE THIRD AMENDED JOINT PLAN was served via the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey to all parties registered to receive such notice.

Also, the parties below were served via Federal Express:

**Debtors**
Cyxtera Technologies, Inc.
2333 Ponce de Leon Boulevard, Ste. 900
Coral Gables, Florida 33134


**Co-counsel to the Debtors**
Kirkland & Ellis LLP
601 Lexington Avenue
 New York, New York 10022
Attn.: Christopher Marcus, P.C.
Derek I. Hunter,


Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Attn.: Michael D. Sirota, Esq.
Warren A. Usatine, Esq.,
Felice R. Yudkin, Esq.


**Office of The United States Trustee**
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, New
Jersey 07102
Attn: David Gerardi, Esq.

151403083.1

**Official Committee of Unsecured Creditors (the "Committee")**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn: Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.

FOX ROTHSCHILD LLP

*/s/ Veronica Magda*
Veronica Magda

6

# EXHIBIT A

151403083.1



**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ████████

## Summary

| | |
|---|---|
| Invoice Number | 9882154272 |
| Invoice Date | 10-Jun-2023 |
| PO Number | 6052741 |
| PO Date | 10-Jun-2023 |
| Billing Period | 01-May-2023 - 31-May-2023 |
| **Due Date** | **10-Jul-2023** |
| Payment Terms: Net payment due 30 days from invoice date | |

| **Total Amount Due** | **USD 33,658.73** |
|---|---|

**Sold To**
Cyxtera Technologies, LLC
**Attn: Troy Smith**
Contact: Smith
Customer # 0005643413
2333 Ponce De Leon Blvd., Suite 900
Coral Gables, FL 33134-5449
UNITED STATES
Phone: 214-755-5187

**Bill To**
Cyxtera Technologies, LLC
**Attn: Troy Smith**
Customer # 0005643413
2333 Ponce De Leon Blvd., Suite 900
Coral Gables, FL 33134-5449
UNITED STATES
Phone: 214-755-5187

**Ship To**
Cyxtera Technologies, LLC
**Attn: Troy Smith**
Customer # 0005643413
2333 Ponce De Leon Blvd., Suite 900
Coral Gables, FL 33134-5449
UNITED STATES
Phone: 214-755-5187

**End Customer**
Cyxtera Technologies, LLC
Contact: Smith,Troy
2333 PONCE DE LEON BLVD
SUITE 900
CORAL GABLES, FL 33134-5449
UNITED STATES
PCN A8367EDB
Phone: 214-755-5187
- - - - - - - - - - - - - - - - - - - - - - -
Program E6
Enrollment # 64714935
Master # E8170742

## Billing Summary

| | (Amount in USD) |
|---|---|
| Charges | 33,658.73 |
| Net Amount | 33,658.73 |
| Sales Tax | 0.00 |
| **Total (including Tax)** | **USD 33,658.73** |

**PAYMENT INSTRUCTIONS:**

Microsoft Corporation

████████████████

1950 N. Stemmons Fwy Ste 5010
DALLAS, TX, 75207
United States
Payment should only be made by Electronic Funds Transfer
Do not send any physical payment to any address on this invoice

 **Microsoft** Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ████████

## Billing Details By Product

(Amount in USD)

| Usage Charges | Unit Price | Qty | Net Charge | Tax Amount | Total |
|---|---|---|---|---|---|
| Az General Block Blob-RA-GRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 5.69 | 965.958 | 5,496.30 | 0.00 | 5,496.30 |
| Virtual Machines DSv3 Series<br>21-May-2023 - 20-Jun-2023 | 167.16 | 8.000 | 1,337.28 | 0.00 | 1,337.28 |
| Virtual Machines DSv3 Series<br>21-May-2023 - 20-Jun-2023 | 202.58 | 6.000 | 1,215.48 | 0.00 | 1,215.48 |
| Az Log Analytics-PAYG Data Analyzed-1 GB<br>01-May-2023 - 31-May-2023 | 2.30 | 457.313 | 1,051.82 | 0.00 | 1,051.82 |
| Az Logic Apps Int Account-Std Unit-1/Day<br>01-May-2023 - 31-May-2023 | 32.25 | 31.000 | 999.75 | 0.00 | 999.75 |
| Az App GW WAF v2-Std Fixed Cost-1K/Hr-US C<br>01-May-2023 - 31-May-2023 | 443.00 | 2.232 | 988.77 | 0.00 | 988.77 |
| Virtual Machines ESv3 Series<br>21-May-2023 - 20-Jun-2023 | 137.00 | 7.000 | 959.00 | 0.00 | 959.00 |
| Az App GW WAF v2-Std Capacity Uts-1K/Hr-US C<br>01-May-2023 - 31-May-2023 | 14.40 | 59.519 | 857.08 | 0.00 | 857.08 |
| Az VM Dv3/DSv3 Srs-D4 v3/D4s v3-10 Hrs-US E<br>01-May-2023 - 31-May-2023 | 1.92 | 445.672 | 855.69 | 0.00 | 855.69 |
| Az VM Ev3/ESv3 Srs-E2 v3/E2s v3-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 1.46 | 520.082 | 759.32 | 0.00 | 759.32 |
| Az SQL DB Single Std-S2-DTUs-1/Day<br>01-May-2023 - 31-May-2023 | 2.42 | 310.000 | 750.20 | 0.00 | 750.20 |
| Virtual Machines DSv3 Series<br>21-May-2023 - 20-Jun-2023 | 101.25 | 7.000 | 708.75 | 0.00 | 708.75 |
| Az ExpRoute Std GW-100 Hrs<br>01-May-2023 - 31-May-2023 | 19.00 | 37.200 | 706.80 | 0.00 | 706.80 |
| Az VM Dv2/DSv2 Srs-D2 v2/DS2 v2-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 1.46 | 446.363 | 651.69 | 0.00 | 651.69 |
| Az Cosmos DB-100 RU/s-1K/Hr<br>01-May-2023 - 31-May-2023 | 8.00 | 79.361 | 634.89 | 0.00 | 634.89 |
| AzSqlDB SglGenPur-Servless-Comp G5-1 vCore-vCore-1K Hrs-US C<br>01-May-2023 - 31-May-2023 | 626.11 | 1.000 | 626.11 | 0.00 | 626.11 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 1.10 | 539.855 | 593.84 | 0.00 | 593.84 |
| Az Log Analytics-PAYG Data Ingestion-1 GB-US C<br>01-May-2023 - 31-May-2023 | 2.76 | 202.848 | 559.86 | 0.00 | 559.86 |
| Az SQL DB Gen Pur-Comp G5-1 vCore-vCore-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 1.82 | 297.599 | 541.63 | 0.00 | 541.63 |
| Az App GW WAF v2-Std Fixed Cost-1K/Hr-US E<br>01-May-2023 - 31-May-2023 | 360.00 | 1.488 | 535.68 | 0.00 | 535.68 |
| Az Cosmos DB-100 mRU/s-1K/Hr<br>01-May-2023 - 31-May-2023 | 16.00 | 28.272 | 452.35 | 0.00 | 452.35 |



**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | |
|---|---|---|---|---|---|
| Az SQL DB Sgl/El Pool Gen Pur-SQL Lic-vCore-100 Hrs<br>01-May-2023 - 31-May-2023 | 9.99 | 44.640 | 445.95 | 0.00 | 445.95 |
| Az Logic Apps-Std vCPU Dur-100 Hrs-US C<br>01-May-2023 - 31-May-2023 | 19.97 | 22.320 | 445.73 | 0.00 | 445.73 |
| Az App GW WAF v2-Std Capacity Uts-1K/Hr-US E<br>01-May-2023 - 31-May-2023 | 14.40 | 29.765 | 428.61 | 0.00 | 428.61 |
| Virtual Machines DSv3 Series<br>21-May-2023 - 20-Jun-2023 | 50.66 | 8.000 | 405.28 | 0.00 | 405.28 |
| Az Log Analytics-PAYG Data Ingestion-1 GB<br>01-May-2023 - 31-May-2023 | 2.30 | 174.848 | 402.15 | 0.00 | 402.15 |
| Az Event Hubs-Std Thrput Unit-100 Hrs<br>01-May-2023 - 31-May-2023 | 3.00 | 133.840 | 401.52 | 0.00 | 401.52 |
| Az Prem SSD Mngd Dsks-P6 LRS-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 10.20 | 38.384 | 391.52 | 0.00 | 391.52 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 19.71 | 19.176 | 377.95 | 0.00 | 377.95 |
| Az VM Dv3/DSv3 Srs-D2 v3/D2s v3-10 Hrs-US E<br>01-May-2023 - 31-May-2023 | 0.96 | 379.854 | 364.66 | 0.00 | 364.66 |
| Virtual Machines ESv3 Series<br>21-May-2023 - 20-Jun-2023 | 68.50 | 5.000 | 342.50 | 0.00 | 342.50 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US E<br>01-May-2023 - 31-May-2023 | 19.71 | 16.751 | 330.16 | 0.00 | 330.16 |
| Az Load Balancer-Std Incl LB Rules and OB-100 Hrs<br>01-May-2023 - 31-May-2023 | 2.50 | 128.104 | 320.26 | 0.00 | 320.26 |
| Az Virtual WAN-ExpRoute Scale Unit-100 Hrs<br>01-May-2023 - 31-May-2023 | 42.00 | 7.440 | 312.48 | 0.00 | 312.48 |
| Az Cosmos DB Snapshot-BKP DataStd-100 GB/Mo-US E<br>01-May-2023 - 31-May-2023 | 12.00 | 25.100 | 301.20 | 0.00 | 301.20 |
| Az SQL DB Single Std-S2-Sec Active-DTUs-1/Day<br>01-May-2023 - 31-May-2023 | 2.42 | 124.000 | 300.08 | 0.00 | 300.08 |
| Az Queues v2-10M Class 2 Ops-US C<br>01-May-2023 - 31-May-2023 | 4.00 | 63.170 | 252.68 | 0.00 | 252.68 |
| Az Stream Analytics-Std Streaming Unit-50 Hrs<br>01-May-2023 - 31-May-2023 | 5.50 | 44.635 | 245.49 | 0.00 | 245.49 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 1.69 | 137.598 | 232.54 | 0.00 | 232.54 |
| Az SQL DB Gen Pur-Comp G5-1 vCore-10 Hrs-US E<br>01-May-2023 - 31-May-2023 | 1.52 | 148.796 | 226.17 | 0.00 | 226.17 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 5.27 | 41.991 | 221.29 | 0.00 | 221.29 |
| Az Prem SSD Mngd Dsks-P20 LRS-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 73.22 | 2.999 | 219.58 | 0.00 | 219.58 |

 **Microsoft**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States |

| | | | | | |
|---|---|---|---|---|---|
| Az ExpRoute-Std-Mtd Data-100 Mbps Circuit-1/Day-Z1 01-May-2023 - 31-May-2023 | 3.54 | 61.997 | 219.47 | 0.00 | 219.47 |
| Az ExpRoute-Prem-Mtd Data-100 Mbps Circuit-1/Day-Z1 01-May-2023 - 31-May-2023 | 6.45 | 30.998 | 199.94 | 0.00 | 199.94 |
| Az Logic Apps-Consumption Std Connector Actns-100K 01-May-2023 - 31-May-2023 | 12.50 | 15.540 | 194.25 | 0.00 | 194.25 |
| Az WAF App GW-M-100 Hrs-US E 01-May-2023 - 31-May-2023 | 12.60 | 14.879 | 187.48 | 0.00 | 187.48 |
| Az Virtual WAN-Std Hub Unit-100 Hrs 01-May-2023 - 31-May-2023 | 25.00 | 7.440 | 186.00 | 0.00 | 186.00 |
| Az VM Dv3/DSv3 Srs-D4 v3/D4s v3-10 Hrs-US C 01-May-2023 - 31-May-2023 | 2.20 | 78.305 | 172.27 | 0.00 | 172.27 |
| Az ExpRoute-Std-Mtd Data-50 Mbps Circuit-1/Day-Z1 01-May-2023 - 31-May-2023 | 1.77 | 92.994 | 164.60 | 0.00 | 164.60 |
| Virtual Machines FS Series 21-May-2023 - 20-Jun-2023 | 54.16 | 3.000 | 162.48 | 0.00 | 162.48 |
| Az Backup-GRS Data Stored-1 TB/Mo-US C 01-May-2023 - 31-May-2023 | 44.80 | 3.354 | 150.25 | 0.00 | 150.25 |
| Az SQL DB Single Std-S3-DTUs-1/Day 01-May-2023 - 31-May-2023 | 4.83 | 31.000 | 149.73 | 0.00 | 149.73 |
| Az Event Hubs-Std Capture-100 Hrs 01-May-2023 - 31-May-2023 | 10.00 | 14.860 | 148.60 | 0.00 | 148.60 |
| Az Logic Apps-Std vCPU Dur-100 Hrs-US E2 01-May-2023 - 31-May-2023 | 19.20 | 7.462 | 143.27 | 0.00 | 143.27 |
| Az Prem SSD Mngd Dsks-P30 LRS-1/Mo-US C 01-May-2023 - 31-May-2023 | 135.17 | 0.999 | 135.03 | 0.00 | 135.03 |
| Virtual Machines FSv2 Series 21-May-2023 - 20-Jun-2023 | 44.08 | 3.000 | 132.24 | 0.00 | 132.24 |
| Az ExpRoute-Prem-Mtd Data-50 Mbps Circuit-1/Day-Z1 01-May-2023 - 31-May-2023 | 4.19 | 30.998 | 129.88 | 0.00 | 129.88 |
| Az Prem SSD Mngd Dsks-P6 LRS-1/Mo-US E 01-May-2023 - 31-May-2023 | 10.20 | 12.375 | 126.23 | 0.00 | 126.23 |
| Virtual Machines DSv3 Series 21-May-2023 - 20-Jun-2023 | 41.75 | 3.000 | 125.25 | 0.00 | 125.25 |
| Az Logic Apps-Std Mem Dur-1 TiB Hr-US C 01-May-2023 - 31-May-2023 | 14.64 | 7.632 | 111.73 | 0.00 | 111.73 |
| Az Contnr Reg-Data Stored-100 GB/Mo 01-May-2023 - 31-May-2023 | 10.00 | 11.145 | 111.45 | 0.00 | 111.45 |
| Az Rtn Pref: MGN-Std DT Out-10 GB-Z1 01-May-2023 - 31-May-2023 | 0.87 | 110.885 | 96.47 | 0.00 | 96.47 |
| Az Tiered Blk Blob-1M All Other Ops-US C 01-May-2023 - 31-May-2023 | 0.40 | 233.225 | 93.29 | 0.00 | 93.29 |
| Az IP Address-Std IPv4 Static Public IP-200 Hrs 01-May-2023 - 31-May-2023 | 1.00 | 90.810 | 90.81 | 0.00 | 90.81 |
| Az Front Door Svc-Std Incl Routing Rules-100/Hr | 3.00 | 29.710 | 89.13 | 0.00 | 89.13 |


**Microsoft** Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▪▪▪▪▪▪

| | | | | | |
|---|---|---|---|---|---|
| Az VM Dv3/DSv3 Srs-D8 v3/D8s v3-10 Hrs-US E<br>01-May-2023 - 31-May-2023 | 3.84 | 21.562 | 82.80 | 0.00 | 82.80 |
| Az Contnr Reg-Std-Registry Unit-30/Day<br>01-May-2023 - 31-May-2023 | 19.99 | 4.133 | 82.61 | 0.00 | 82.61 |
| Az Prem SSD Mngd Dsks-P15 LRS-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 38.01 | 1.999 | 75.98 | 0.00 | 75.98 |
| Az Def for SQL-Std Node-1/Mo<br>01-May-2023 - 31-May-2023 | 15.00 | 5.000 | 75.00 | 0.00 | 75.00 |
| Az Virtual WAN-ExpRoute Connection Unit-100 Hrs<br>01-May-2023 - 31-May-2023 | 5.00 | 14.880 | 74.40 | 0.00 | 74.40 |
| Az VM BS Srs-B2s-100 Hrs-US C<br>01-May-2023 - 31-May-2023 | 4.99 | 14.878 | 74.24 | 0.00 | 74.24 |
| Az ExpRoute-Mtd Data-Data Trnf Out-100 GB-Z1<br>01-May-2023 - 31-May-2023 | 2.50 | 25.340 | 63.35 | 0.00 | 63.35 |
| Az Cosmos DB-100 RU/s-1K/Hr-US W<br>01-May-2023 - 31-May-2023 | 8.00 | 7.440 | 59.52 | 0.00 | 59.52 |
| Az Load Balancer-Std Ovg LB Rules and OB-100/Hr<br>01-May-2023 - 31-May-2023 | 1.00 | 59.520 | 59.52 | 0.00 | 59.52 |
| Az VM Dv3/DSv3 Srs-D8 v3/D8s v3-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 4.40 | 13.505 | 59.42 | 0.00 | 59.42 |
| Az DNS-Public Zone-2<br>01-May-2023 - 31-May-2023 | 1.00 | 56.000 | 56.00 | 0.00 | 56.00 |
| Az VPN Gateway-Basic-Gateway-100 Hrs<br>01-May-2023 - 31-May-2023 | 3.60 | 14.878 | 53.56 | 0.00 | 53.56 |
| Az Contnr Reg-Prem-Registry Unit-30/Day<br>01-May-2023 - 31-May-2023 | 49.99 | 1.033 | 51.63 | 0.00 | 51.63 |
| Az API Mgmt-Dev Unit-100 Hrs<br>01-May-2023 - 31-May-2023 | 6.58 | 7.429 | 48.88 | 0.00 | 48.88 |
| Az Tables-LRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 4.50 | 10.787 | 48.54 | 0.00 | 48.54 |
| Az Std SSD Managed Disks-E10-LRS-Disk-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 9.60 | 4.999 | 47.99 | 0.00 | 47.99 |
| Az Front Door Svc-Std DT Out-100 GB-Z1<br>01-May-2023 - 31-May-2023 | 15.00 | 3.006 | 45.09 | 0.00 | 45.09 |
| Az VM BS Series Windows-B2s-100 Hrs-US C<br>01-May-2023 - 31-May-2023 | 5.79 | 7.439 | 43.07 | 0.00 | 43.07 |
| Az Logic Apps-Consumption Built-in Actns-10K<br>01-May-2023 - 31-May-2023 | 0.25 | 161.280 | 40.32 | 0.00 | 40.32 |
| Az Tiered Blk Blob-Archv LRS-Data Stored-1000 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 2.00 | 20.100 | 40.20 | 0.00 | 40.20 |
| Az Std SSD Managed Disks-LRS-100M Disk Ops<br>01-May-2023 - 31-May-2023 | 20.00 | 1.974 | 39.48 | 0.00 | 39.48 |
| Az Svc Bus-Std Base Unit-100/Hr | 1.34 | 29.328 | 39.30 | 0.00 | 39.30 |



Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▉▉▉▉▉▉▉

01-May-2023 - 31-May-2023

| | | | | | |
|---|---|---|---|---|---|
| Az Virtual NW Peering-Intra-Region Ingress-100 GB<br>01-May-2023 - 31-May-2023 | 1.00 | 36.370 | 36.37 | 0.00 | 36.37 |
| Az Load Balancer-Std Data Proc-1000 GB<br>01-May-2023 - 31-May-2023 | 5.00 | 7.246 | 36.23 | 0.00 | 36.23 |
| Az Prem SSD Mngd Dsks-P10 LRS-1/Mo-US SC<br>01-May-2023 - 31-May-2023 | 17.92 | 1.999 | 35.82 | 0.00 | 35.82 |
| Az Logic Apps-Std Mem Dur-1 TiB Hr-US E2<br>01-May-2023 - 31-May-2023 | 14.02 | 2.551 | 35.76 | 0.00 | 35.76 |
| Az Front Door-Std Base Fees-1/Mo-Z1<br>01-May-2023 - 31-May-2023 | 35.00 | 0.958 | 33.53 | 0.00 | 33.53 |
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US E<br>01-May-2023 - 31-May-2023 | 5.27 | 5.744 | 30.27 | 0.00 | 30.27 |
| Az Backup-Az VM-Protected Instance-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 10.00 | 2.999 | 29.99 | 0.00 | 29.99 |
| Az SQL DB Single Std-S1-DTUs-1/Day<br>01-May-2023 - 31-May-2023 | 0.96 | 31.000 | 29.76 | 0.00 | 29.76 |
| Az Virtual NW Peering-Intra-Region Egress-100 GB<br>01-May-2023 - 31-May-2023 | 1.00 | 28.890 | 28.89 | 0.00 | 28.89 |
| Az IP Address-Bsc IPv4 Static Public IP-200 Hrs<br>01-May-2023 - 31-May-2023 | 0.72 | 33.764 | 24.31 | 0.00 | 24.31 |
| Az Queues v2-10M Class 2 Ops-US SC<br>01-May-2023 - 31-May-2023 | 4.00 | 5.848 | 23.39 | 0.00 | 23.39 |
| Az SQL DB Sgl/El Pool GP - Strg-DataStd-10 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 1.38 | 16.638 | 22.96 | 0.00 | 22.96 |
| Virtual Machines BS Series<br>22-May-2023 - 21-Jun-2023 | 21.33 | 1.000 | 21.33 | 0.00 | 21.33 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US C<br>01-May-2023 - 31-May-2023 | 0.40 | 53.000 | 21.20 | 0.00 | 21.20 |
| Az Queues v2-10M Class 2 Ops-US E<br>01-May-2023 - 31-May-2023 | 4.00 | 5.192 | 20.77 | 0.00 | 20.77 |
| Az Front Door Svc-Std Default Ruleset-1/Mo<br>01-May-2023 - 31-May-2023 | 20.00 | 1.000 | 20.00 | 0.00 | 20.00 |
| Az VM BS Srs-B1ms-100 Hrs-US C<br>01-May-2023 - 31-May-2023 | 2.50 | 7.440 | 18.60 | 0.00 | 18.60 |
| Az DNS-Public Queries-10M<br>01-May-2023 - 31-May-2023 | 4.00 | 4.595 | 18.38 | 0.00 | 18.38 |
| Az Bndwdth Inter Rgn-Intra Continent DT Out-1 TB-N A<br>01-May-2023 - 31-May-2023 | 20.00 | 0.913 | 18.26 | 0.00 | 18.26 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US C<br>01-May-2023 - 31-May-2023 | 5.00 | 3.248 | 16.24 | 0.00 | 16.24 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US E<br>01-May-2023 - 31-May-2023 | 5.00 | 3.118 | 15.59 | 0.00 | 15.59 |
| Az SQL DB Single Std-S0-DTUs-10/Day<br>01-May-2023 - 31-May-2023 | 4.83 | 3.099 | 14.97 | 0.00 | 14.97 |


**Microsoft**

Invoice

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮

| | | | | | |
|---|---|---|---|---|---|
| Az Std SSD Managed Disks-E6-LRS-Disk-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 4.80 | 2.998 | 14.39 | 0.00 | 14.39 |
| Az Prem SSD Mngd Dsks-P2 LRS-10/Mo-US C<br>01-May-2023 - 31-May-2023 | 14.76 | 0.898 | 13.25 | 0.00 | 13.25 |
| Az Cosmos DB-Data Stored-10 GB/Mo<br>01-May-2023 - 31-May-2023 | 2.50 | 5.256 | 13.14 | 0.00 | 13.14 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US C<br>01-May-2023 - 31-May-2023 | 2.40 | 4.996 | 11.99 | 0.00 | 11.99 |
| Az IP Address-Bsc IPv4 Dynamic Public IP-200 Hrs<br>01-May-2023 - 31-May-2023 | 0.80 | 14.875 | 11.90 | 0.00 | 11.90 |
| Az Svc Bus-Std Messaging Ops-10M<br>01-May-2023 - 31-May-2023 | 8.00 | 1.415 | 11.32 | 0.00 | 11.32 |
| Az Tiered Blk Blob-Cool RA-GRS-Data Stored-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 2.50 | 4.228 | 10.57 | 0.00 | 10.57 |
| Az Backup-Az VM-Protected Instance-1/Mo-US SC<br>01-May-2023 - 31-May-2023 | 10.00 | 0.999 | 9.99 | 0.00 | 9.99 |
| Az Front Door Svc-Std Rule-1/Mo<br>01-May-2023 - 31-May-2023 | 1.00 | 7.990 | 7.99 | 0.00 | 7.99 |
| Az Tiered Blk Blob-LRS-1M List/Create Cont Ops-US SC<br>01-May-2023 - 31-May-2023 | 5.00 | 1.588 | 7.94 | 0.00 | 7.94 |
| Az Files v2-ZRS-10M Write Ops-US E<br>01-May-2023 - 31-May-2023 | 18.75 | 0.409 | 7.66 | 0.00 | 7.66 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US C<br>01-May-2023 - 31-May-2023 | 5.00 | 1.466 | 7.33 | 0.00 | 7.33 |
| Az Files v2-ZRS-10M Write Ops-US C<br>01-May-2023 - 31-May-2023 | 18.75 | 0.386 | 7.23 | 0.00 | 7.23 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US E<br>01-May-2023 - 31-May-2023 | 2.40 | 2.996 | 7.19 | 0.00 | 7.19 |
| Az Key Vault-1 Certificate Renewal Request<br>01-May-2023 - 31-May-2023 | 3.00 | 2.000 | 6.00 | 0.00 | 6.00 |
| Az Win Svr Burst-2 vCPU VM Lic-100 Hrs<br>01-May-2023 - 31-May-2023 | 0.80 | 7.438 | 5.95 | 0.00 | 5.95 |
| Az Front Door Svc-Std Default Req-10M/Mo<br>01-May-2023 - 31-May-2023 | 10.00 | 0.550 | 5.50 | 0.00 | 5.50 |
| Az Prem SSD Mngd Dsks-P1 LRS-100/Mo-US C<br>01-May-2023 - 31-May-2023 | 73.80 | 0.070 | 5.16 | 0.00 | 5.16 |
| Az Files-LRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 6.00 | 0.848 | 5.09 | 0.00 | 5.09 |
| Az Prem SSD Mngd Dsks-LRS Snapshots-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 13.20 | 0.383 | 5.06 | 0.00 | 5.06 |
| Az Front Door Svc-Std Policy-1/Mo<br>01-May-2023 - 31-May-2023 | 5.00 | 1.000 | 5.00 | 0.00 | 5.00 |
| Az Std SSD Managed Disks-E4-LRS-Disk-1/Mo-US SC<br>01-May-2023 - 31-May-2023 | 2.40 | 1.996 | 4.79 | 0.00 | 4.79 |



**Microsoft** Corporation | One Microsoft Way, Redmond, WA 98052, United States | ███████

Invoice

| Description | Qty | Unit Price | Amount | Tax | Total |
|---|---|---|---|---|---|
| Az Prem SSD Mngd Dsks-P4 LRS-1/Mo-US SC<br>01-May-2023 - 31-May-2023 | 4.80 | 0.998 | 4.79 | 0.00 | 4.79 |
| Az SQL DB Sgl/El Pool GP - Strg-DataStd-10 GB/Mo-US E<br>01-May-2023 - 31-May-2023 | 1.15 | 4.157 | 4.78 | 0.00 | 4.78 |
| Az Strg - Bandwidth-Geo-Repl v2 DT-100 GB-US C<br>01-May-2023 - 31-May-2023 | 2.00 | 2.095 | 4.19 | 0.00 | 4.19 |
| Az Logic Apps-Consumption Data Retention-10 GB/Mo<br>01-May-2023 - 31-May-2023 | 1.20 | 3.175 | 3.81 | 0.00 | 3.81 |
| Az Traffic Mgr-Az Endpoint-10 Hlth Chk<br>01-May-2023 - 31-May-2023 | 3.60 | 0.997 | 3.59 | 0.00 | 3.59 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US SC<br>01-May-2023 - 31-May-2023 | 5.00 | 0.716 | 3.58 | 0.00 | 3.58 |
| Az Tiered Blk Blob-Hot GRS-Data Stored-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 3.38 | 1.015 | 3.43 | 0.00 | 3.43 |
| Az Front Door Svc-Std DT Out-100 GB-Z2<br>01-May-2023 - 31-May-2023 | 22.00 | 0.153 | 3.36 | 0.00 | 3.36 |
| Az Front Door Svc-Std Reqs-10M/Mo<br>01-May-2023 - 31-May-2023 | 6.00 | 0.550 | 3.30 | 0.00 | 3.30 |
| Az Traffic Mgr-Non-Az Endpoint-10 Hlth Chk<br>01-May-2023 - 31-May-2023 | 5.40 | 0.596 | 3.22 | 0.00 | 3.22 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US E<br>01-May-2023 - 31-May-2023 | 1.53 | 1.993 | 3.05 | 0.00 | 3.05 |
| Az General Block Blob-LRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 2.24 | 1.295 | 2.90 | 0.00 | 2.90 |
| Az Front Door Svc-Std DT Out-100 GB-Z5<br>01-May-2023 - 31-May-2023 | 29.00 | 0.099 | 2.87 | 0.00 | 2.87 |
| Az Tiered Blk Blob-Hot-1M Read Ops-US E<br>01-May-2023 - 31-May-2023 | 0.40 | 6.575 | 2.63 | 0.00 | 2.63 |
| Az Std HDD Managed Disks-ZRS Snapshots-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 5.00 | 0.512 | 2.56 | 0.00 | 2.56 |
| Az Tiered Blk Blob-Hot RA-GRS-Data Stored-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 4.23 | 0.598 | 2.53 | 0.00 | 2.53 |
| Az Files-GRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 10.00 | 0.247 | 2.47 | 0.00 | 2.47 |
| Az Log Analytics-PAYG Data Retention-10 GB/Mo<br>01-May-2023 - 31-May-2023 | 1.00 | 2.460 | 2.46 | 0.00 | 2.46 |
| Az Traffic Mgr-10M DNS Queries<br>01-May-2023 - 31-May-2023 | 5.40 | 0.354 | 1.91 | 0.00 | 1.91 |
| Az Std SSD Managed Disks-E2-LRS-Disk-100/Mo-US C<br>01-May-2023 - 31-May-2023 | 60.00 | 0.029 | 1.74 | 0.00 | 1.74 |
| Az Std HDD Managed Disks-S4-LRS-Disk-1/Mo-US SC<br>01-May-2023 - 31-May-2023 | 1.53 | 0.993 | 1.52 | 0.00 | 1.52 |



**Invoice**

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▇▇▇▇▇▇

| | | | | | |
|---|---|---|---|---|---|
| Az Std Page Blob v2-LRS Data Stored-100 GB/Mo-US SC<br>01-May-2023 - 31-May-2023 | 4.50 | 0.331 | 1.49 | 0.00 | 1.49 |
| Az Tiered Blk Blob-1M All Other Ops-US E<br>01-May-2023 - 31-May-2023 | 0.40 | 3.700 | 1.48 | 0.00 | 1.48 |
| Az Std Page Blob-LRS Data Stored-100 GB/Mo<br>01-May-2023 - 31-May-2023 | 4.50 | 0.311 | 1.40 | 0.00 | 1.40 |
| Az General Block Blob-GRS-100M Write Ops<br>01-May-2023 - 31-May-2023 | 3.60 | 0.356 | 1.28 | 0.00 | 1.28 |
| Az General Block Blob-100M Read Ops<br>01-May-2023 - 31-May-2023 | 3.60 | 0.350 | 1.26 | 0.00 | 1.26 |
| Az Tiered Blk Blob-Hot LRS-1M Write Ops-US E<br>01-May-2023 - 31-May-2023 | 5.00 | 0.248 | 1.24 | 0.00 | 1.24 |
| Az Files v2-ZRS-100M Read Ops-US C<br>01-May-2023 - 31-May-2023 | 15.00 | 0.082 | 1.23 | 0.00 | 1.23 |
| Az Global Virtual NW Peering-Inter-Region Egress-100 GB-Z1<br>01-May-2023 - 31-May-2023 | 3.50 | 0.329 | 1.15 | 0.00 | 1.15 |
| Az Std HDD Managed Disks-LRS Snapshots-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 5.00 | 0.202 | 1.01 | 0.00 | 1.01 |
| Az Backup-GRS Data Stored-1 TB/Mo-US SC<br>01-May-2023 - 31-May-2023 | 44.80 | 0.022 | 0.98 | 0.00 | 0.98 |
| Az Front Door Svc-Std DT Out-100 GB-Z3<br>01-May-2023 - 31-May-2023 | 42.60 | 0.023 | 0.97 | 0.00 | 0.97 |
| Az Std Page Blob v2-LRS Data Stored-100 GB/Mo-US C<br>01-May-2023 - 31-May-2023 | 4.50 | 0.200 | 0.90 | 0.00 | 0.90 |
| Az Tiered Blk Blob-GRS-100K List/Create Cont Ops-US C<br>01-May-2023 - 31-May-2023 | 1.00 | 0.870 | 0.87 | 0.00 | 0.87 |
| Az Files-LRS-10M Write Ops<br>01-May-2023 - 31-May-2023 | 15.00 | 0.054 | 0.81 | 0.00 | 0.81 |
| Az Queues v2-GRS-10M Class 1 Ops-US E<br>01-May-2023 - 31-May-2023 | 8.00 | 0.094 | 0.75 | 0.00 | 0.75 |
| Az Monitor-Alerts MTRC Mon-10/Mo<br>01-May-2023 - 31-May-2023 | 1.00 | 0.710 | 0.71 | 0.00 | 0.71 |
| Az Tiered Blk Blob-Hot GRS-1M Write Ops-US C<br>01-May-2023 - 31-May-2023 | 10.00 | 0.068 | 0.68 | 0.00 | 0.68 |
| Az Tiered Blk Blob-1M All Other Ops-US SC<br>01-May-2023 - 31-May-2023 | 0.40 | 1.600 | 0.64 | 0.00 | 0.64 |
| Az Files v2-ZRS-100M Read Ops-US E<br>01-May-2023 - 31-May-2023 | 15.00 | 0.043 | 0.64 | 0.00 | 0.64 |
| Az Files v2-ZRS-100M Protocol Ops-US E<br>01-May-2023 - 31-May-2023 | 15.00 | 0.037 | 0.55 | 0.00 | 0.55 |
| Az Std SSD Managed Disks-E2-LRS-Disk-100/Mo-US E<br>01-May-2023 - 31-May-2023 | 60.00 | 0.009 | 0.54 | 0.00 | 0.54 |
| Az Tiered Blk Blob-Cool RA-GRS-Data | 2.50 | 0.212 | 0.53 | 0.00 | 0.53 |



**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▬▬▬▬▬

| | | | | |
|---|---|---|---|---|
| Stored-100 GB/Mo-US SC<br>01-May-2023 - 31-May-2023 | | | | |
| Az Files v2-ZRS-100M Protocol Ops-US C<br>01-May-2023 - 31-May-2023 | 15.00 | 0.034 | 0.51 | 0.00 | 0.51 |
| Az Key Vault-1M Ops<br>01-May-2023 - 31-May-2023 | 3.00 | 0.133 | 0.40 | 0.00 | 0.40 |
| Az Files-GRS-10M Write Ops<br>01-May-2023 - 31-May-2023 | 30.00 | 0.013 | 0.39 | 0.00 | 0.39 |
| Az Tiered Blk Blob-Archv LRS-1M Write Ops-US C<br>01-May-2023 - 31-May-2023 | 10.00 | 0.036 | 0.36 | 0.00 | 0.36 |
| Az Global Virtual NW Peering-Inter-Region Ingress-100 GB-Z1<br>01-May-2023 - 31-May-2023 | 3.50 | 0.094 | 0.33 | 0.00 | 0.33 |
| Az Std Page Blob v2-100M Disk Write Ops-US C<br>01-May-2023 - 31-May-2023 | 5.00 | 0.060 | 0.30 | 0.00 | 0.30 |
| Az VM Ev3/ESv3 Srs-E4 v3/E4s v3-10 Hrs-US C<br>01-May-2023 - 31-May-2023 | 2.92 | 0.099 | 0.29 | 0.00 | 0.29 |
| Az Queues v2-GRS-10M Class 1 Ops-US C<br>01-May-2023 - 31-May-2023 | 8.00 | 0.036 | 0.29 | 0.00 | 0.29 |
| Az Front Door Svc-Std DT Out-100 GB-Z4<br>01-May-2023 - 31-May-2023 | 24.00 | 0.012 | 0.28 | 0.00 | 0.28 |
| Az Tiered Blk Blob-GRS Index Tags-10M/Mo-US C<br>01-May-2023 - 31-May-2023 | 67.00 | 0.004 | 0.26 | 0.00 | 0.26 |
| Az Cosmos DB-Data Stored-10 GB/Mo-US W<br>01-May-2023 - 31-May-2023 | 2.50 | 0.100 | 0.25 | 0.00 | 0.25 |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US SC<br>01-May-2023 - 31-May-2023 | 1.69 | 0.083 | 0.14 | 0.00 | 0.14 |
| Az Std HDD Managed Disks-LRS Snapshots-100 GB/Mo-US E<br>01-May-2023 - 31-May-2023 | 5.00 | 0.026 | 0.13 | 0.00 | 0.13 |
| Az Std Page Blob-100M Disk Read Ops<br>01-May-2023 - 31-May-2023 | 3.60 | 0.033 | 0.12 | 0.00 | 0.12 |
| Az General Block Blob-LRS-100M List/Create Cont Ops<br>01-May-2023 - 31-May-2023 | 3.60 | 0.031 | 0.11 | 0.00 | 0.11 |
| Az Files-10M Read Ops<br>01-May-2023 - 31-May-2023 | 1.50 | 0.073 | 0.11 | 0.00 | 0.11 |
| Az Tables-ZRS Data Stored-100 GB/Mo-US E<br>01-May-2023 - 31-May-2023 | 5.62 | 0.020 | 0.11 | 0.00 | 0.11 |
| Az Files-10M Protocol Ops<br>01-May-2023 - 31-May-2023 | 1.50 | 0.067 | 0.10 | 0.00 | 0.10 |
| Az Queues-100M Class 2 Ops<br>01-May-2023 - 31-May-2023 | 3.60 | 0.028 | 0.10 | 0.00 | 0.10 |
| Az Monitor-Alerts Dynamic Threshold-10/Mo<br>01-May-2023 - 31-May-2023 | 1.00 | 0.090 | 0.09 | 0.00 | 0.09 |
| Az Event Hubs-Std Ingress Events-100M<br>01-May-2023 - 31-May-2023 | 2.80 | 0.025 | 0.07 | 0.00 | 0.07 |
| Az Std Page Blob-100M Disk Write Ops | 3.60 | 0.014 | 0.05 | 0.00 | 0.05 |

 **Microsoft**

Invoice

**Microsoft Corporation** | One Microsoft Way, Redmond, WA 98052, United States | ▮▮▮▮▮▮▮▮

01-May-2023 - 31-May-2023

| | | | | | |
|---|---|---|---|---|---|
| Az Queues v2-LRS-10M Class 1 Ops-US SC | 4.00 | 0.012 | 0.05 | 0.00 | 0.05 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Front Door Svc-Std DT In-100 GB | 1.00 | 0.030 | 0.03 | 0.00 | 0.03 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Std SSD Managed Disks-LRS Snapshots-100 GB/Mo-US C | 13.20 | 0.002 | 0.03 | 0.00 | 0.03 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Std Page Blob v2-100M Disk Read Ops-US E | 5.00 | 0.006 | 0.03 | 0.00 | 0.03 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az General Block Blob-100M Write Ops | 3.60 | 0.006 | 0.02 | 0.00 | 0.02 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Tiered Blk Blob-Hot LRS-Data Stored-100 GB/Mo-US E | 1.91 | 0.010 | 0.02 | 0.00 | 0.02 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Strg - Bandwidth-Geo-Repl v2 DT-100 GB-US E | 2.00 | 0.005 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Tiered Blk Blob-Hot GRS-1M Write Ops-US SC | 10.00 | 0.001 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Tables-100M Batch Write Ops | 3.60 | 0.003 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Tiered Blk Blob-Cool LRS-Data Stored-100 GB/Mo-US C | 1.00 | 0.010 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Std Page Blob v2-100M Disk Read Ops-US C | 5.00 | 0.002 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |
| Az Std Page Blob v2-100M Disk Write Ops-US E | 5.00 | 0.002 | 0.01 | 0.00 | 0.01 |
| 01-May-2023 - 31-May-2023 | | | | | |

| | |
|---|---|
| Net Amount | 33,658.73 |
| Sales Tax | 0.00 |
| **Total** | **USD 33,658.73** |

For additional billing details, view your reconciliation file on https://portal.azure.com/ billing page.

Learn more about billing at https://aka.ms/eaAzureBilling.



**Invoice**

Microsoft Corporation | One Microsoft Way, Redmond, WA 98052, United States | 

---

### Definition of terms used in this Invoice

**Charges**
Usage and Purchases from Microsoft for the said period

**Usage Charges**
Product/SKU description

**Unit Price**
Price per unit

**Qty**
# Purchases/amount consumption for the said period

**Commitment Usage (also known as Monetary Commit (MC))**
Credits drained from the prepaid balance

**Net Charge**
Price * Quantity - Commitment usage

**Net Amount**
Charges after utilizing credits from Monetary commit (MC)

**Tax Rate**
Rate of Taxation as per local guidelines

**Tax Amount**
Tax rate * Net charge

**Total**
Net charge + Tax amount