UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 643-7000
Email:          asherman@sillscummis.com
                bmankovetskiy@sillscummis.com

**JONES WALKER LLP**
Joseph E. Bain, Esq. (*Pro Hac Vice* Pending*)*
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone:      (713) 437-1800
Facsimile:      (713) 437-1810
Email:          jbain@joneswalker.com

**JONES WALKER LLP**
Caroline V. McCaffrey, Esq. (*Pro Hac Vice* Pending)
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Telephone:      (504) 582-8760
Facsimile:      (504) 589-8760
Email:          cmccaffrey@joneswalker.com

*Counsel to MP2 Energy LLC d/b/a*
*Shell Energy Solutions*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al*., | Case No. 23-14853 (JKS) |
| Debtors. [1] | (Jointly Administered) |

**CERTIFICATION IN SUPPORT OF**
**APPLICATION FOR ADMISSION *PRO HAC VICE***

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

10175662

I, Joseph E. Bain, hereby state as follows in support of the Application for Admission *Pro Hac Vice*:

1.      I am a partner with the law firm of Jones Walker LLP. My office is located at 811 Main Street, Suite 2900, Houston, Texas 77002. I submit this Certification in support of the accompanying application for my admission *pro hac vice*.

2.      I was admitted to practice in the State of New York in 2010 and in the State of Texas in 2013.

3.      I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4.      I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5.      I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 13, 2023                    */s/ Joseph E. Bain*
                                           Joseph E. Bain
                                           JONES WALKER LLP
                                           811 Main Street, Suite 2900
                                           Houston, Texas 77002
                                           Tel: 713-437-1800
                                           Fax: 713-437-1810
                                           Email: jbain@joneswalker.com

10175662