| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone:     (973) 643-7000<br>Email:            asherman@sillscummis.com<br>                     bmankovetskiy@sillscummis.com<br><br>**JONES WALKER LLP**<br>Joseph E. Bain, Esq. (*Pro Hac Vice* Pending*)*<br>811 Main Street, Suite 2900<br>Houston, Texas 77002<br>Telephone:     (713) 437-1800<br>Facsimile:     (713) 437-1810<br>Email:            jbain@joneswalker.com<br><br>**JONES WALKER LLP**<br>Caroline V. McCaffrey, Esq. (*Pro Hac Vice* Pending)<br>201 St. Charles Ave., Suite 5100<br>New Orleans, Louisiana 70170<br>Telephone:     (504) 582-8760<br>Facsimile:     (504) 589-8760<br>Email:            cmccaffrey@joneswalker.com<br><br>*Counsel to MP2 Energy LLC d/b/a*<br>*Shell Energy Solutions* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al*., | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

# CERTIFICATION IN SUPPORT OF
# APPLICATION FOR ADMISSION *PRO HAC VICE*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

1

10175637

I, Caroline V. McCaffrey, hereby state as follows in support of the Application for Admission *Pro Hac Vice*:

1. I am an associate with the law firm of Jones Walker LLP. My office is located at 201 St. Charles Ave., Suite 5100, New Orleans, Louisiana 70170. I submit this Certification in support of the accompanying application for my admission *pro hac vice*.

2. I was admitted to practice in the State of Louisiana in 2020.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 13, 2023

*/s/ Caroline V. McCaffrey*
Caroline V. McCaffrey
JONES WALKER LLP
201 St. Charles Ave., Suite 5100
New Orleans, Louisiana 70170
Tel: 504-582-8760
Fax: 504-589-8760
Email: cmccaffrey@joneswalker.com

10175637