**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR NOVEMBER 16, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

their Witness and Exhibit List for the hearing to be held on November 16 at 2:00 P.M. (prevailing

Eastern Time) (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Eric Koza, Chief Restructuring Officer of Cyxtera Technologies, Inc.;

2. Roger Meltzer, Board of Directors of Cyxtera Technologies, Inc.;

3. Ronen Bojmel, Senior Managing Director of Guggenheim Securities, LLC;

4. Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies Inc.;

5. James Lee, Vice President of Public Securities Services employed by Kurtzman Carson Consultants LLC;

6. Any witness listed or called by any other party;

7. Rebuttal witnesses as necessary; and

8. The Debtors reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---------|-------------|------|-------|--------|-------|-----|---------------------------|
| 1. | Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 372] | | | | | | |
| 2. | Disclosure Statement Relating to the Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 407] | | | | | | |
| 3. | Disclosure Statement Exhibit B, Restructuring Support Agreement | | | | | | |

2

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | [Docket No. 407] | | | | | | |
| 4. | Disclosure Statement Exhibit C, Organizational Structure Chart [Docket No. 407] | | | | | | |
| 5. | Disclosure Statement Exhibit D, Liquidation Analysis [Docket No. 492] | | | | | | |
| 6. | Disclosure Statement Exhibit E, Financial Projections [Docket No. 492] | | | | | | |
| 7. | Notice of Filing Amended Joint Plan Exhibit A, Amended Plan [Docket No. 501] | | | | | | |
| 8. | Notice of Filing Amended Joint Plan Exhibit B, Comparison of the Amended Plan and the Plan [Docket No. 501] | | | | | | |
| 9. | Notice of Filing Disclosure Statement Relating to the Amended Joint Plan Exhibit A, Revised Disclosure Statement [Docket No. 502] | | | | | | |
| 10. | Notice of Filing Disclosure Statement Relating to the Amended Joint Plan Exhibit B, Comparison of the Revised Disclosure Statement and the Disclosure Statement [Docket No. 502] | | | | | | |
| 11. | Notice of Filing Second Amended Joint Plan Exhibit A, Second Amended Plan [Docket No. 551] | | | | | | |
| 12. | Notice of Filing Second Amended Joint Plan Exhibit B, Comparison of the Second Amended Plan and the Amended Plan [Docket No. 551] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 13. | Notice of Filing Disclosure Statement Relating to the Second Amended Joint Plan Exhibit A, Revised Disclosure Statement [Docket No. 552] | | | | | | |
| 14. | Notice of Filing Disclosure Statement Relating to the Amended Joint Plan Exhibit B, Comparison of the Revised Disclosure Statement and the Disclosure Statement [Docket No. 552] | | | | | | |
| 15. | Order Approving (1) the Adequacy of the Disclosure Statement, (II) the Solicitation Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Docket No. 563] | | | | | | |
| 16. | Notice of Sale Transaction [Docket No. 648] | | | | | | |
| 17. | Notice of Sale Transaction Exhibit A, Asset Purchase Agreement by and between Cyxtera Technologies, Inc. and the Purchaser [Docket No. 648] | | | | | | |
| 18. | Notice of Filing Third Amended Joint Plan Exhibit A, Third Amended Plan [Docket No. 649] | | | | | | |
| 19. | Notice of Filing Third Amended Joint Plan Exhibit B, Comparison Between the Third Amended Plan and the Second Amended Plan [Docket No. 649] | | | | | | |
| .20. | Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc., and its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket | | | | | | |

4

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
|  | No. 650] |  |  |  |  |  |  |
| 21. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit A, Draft Schedule of Retained Causes of Action [Docket No. 650] |  |  |  |  |  |  |
| 22. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit B, Draft Restructuring Transactions Memorandum [Docket No. 650] |  |  |  |  |  |  |
| 23. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit C, Draft Schedule of Assumed and Rejected Executory Contracts and Unexpired Leases [Docket No. 650] |  |  |  |  |  |  |
| 24. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit C-1, Draft Schedule of Assumed Executory Contracts and Unexpired Leases [Docket No. 650] |  |  |  |  |  |  |
| 25. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit C-2, Draft Schedule of Rejected Executory Contracts and Unexpired Leases [Docket No. 650] |  |  |  |  |  |  |
| 26. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit D, GUC Trust Agreement [Docket No. 650] |  |  |  |  |  |  |
| 27. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit E, Plan Administrator Agreement [Docket No. 650] |  |  |  |  |  |  |
| 28. | Notice of Filing Plan Supplement for the Third Amended Joint Plan Exhibit F, Purchase Agreement |  |  |  |  |  |  |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | [Docket No. 650] | | | | | | |
| 29. | Notice of Bid Protections [Docket No. 651] | | | | | | |
| 30. | Notice and Motion of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 653] | | | | | | |
| 31. | Notice and Motion of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Exhibit A, Canada Sale Order [Docket No. 653] | | | | | | |
| 32. | Notice and Motion of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief Exhibit A, Canada Sale Order Exhibit 1, APA [Docket No. 653] | | | | | | |
| 33. | Declaration of Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies, Inc. in Support of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 654] | | | | | | |
| 34. | Order (I) Approving the Bid Protections and (II) Granting Related Relief [Docket No. 687] | | | | | | |
| 35. | Notice of Filing of Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 694] | | | | | | |
| 36. | Notice of Filing of Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Exhibit A, the Fourth Amended Plan [Docket No. 694] | | | | | | |
| 37. | Notice of Filing of Fourth Amended Joint Plan of Reorganization of Cyxtera | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Technologies Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Exhibit B, Comparison between the Fourth Amended Plan and the Third Amended Plan [Docket No. 694] | | | | | | |
| 38. | Debtors' Memorandum of Law in Support of the Debtors' Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 695] | | | | | | |
| 39. | Declaration of Eric Koza in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc., and its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 696] | | | | | | |
| 40. | Declaration of Roger Meltzer in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc., and its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 697] | | | | | | |
| 41. | Declaration of Ronen Bojmel in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc., and its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 698] | | | | | | |
| 42. | Declaration of James Lee with Respect to the Tabulation of Votes on the Second Amended Joint Plan of Reorganization of Cyxtera Technologies Inc. and its | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 699] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified by any other party | | | | | | |

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses

and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

*[Remainder of page intentionally left blank]*

Dated: November 14, 2023

/s/  Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      edward.sassower@kirkland.com
            christopher.marcus@kirkland.com
            derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*