## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors. [1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 3, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and on November 6, 2023, via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** [Docket No. 652]

- **Notice of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 653]

- **Declaration of Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies, Inc., In Support of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 654]

- **Application for Order Shorten Time** [Docket No. 655]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

- **Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases** [Docket No. 656]

Furthermore, on November 6, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Shortening Time Period for Notice** [Docket No. 659]

Furthermore, on November 3, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and on November 6, 2023, via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases** [Docket No. 652]

Furthermore, on November 6, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via Overnight Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 653]

- **Declaration of Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies, Inc., In Support of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 654]

- **Application for Order Shorten Time** [Docket No. 655]

- **Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases** [Docket No. 656]

- **Order Shortening Time Period for Notice** [Docket No. 659]

Furthermore, on or before November 7, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit G** and **Exhibit H**; and via First Class Mail upon the service lists attached hereto as **Exhibit I**, **Exhibit J**, **Exhibit K**:

- **Notice of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 653]

- **Declaration of Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies, Inc., In Support of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 654]

- **Application for Order Shorten Time** [Docket No. 655]

- **Order Shortening Time Period for Notice** [Docket No. 659]

Dated: November 13, 2023

/s/ Marrium Zubair
Marrium Zubair
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Attorneys for Galveston County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | jb@ansellgrimm.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB | ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Agent under the Debtors' prepetition secured credit facilities | Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities | Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities | Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gcblawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel for Polaris Realty (Canada) Limited | Lawson Lundell LLP | Alexis Teasdale | ateasdale@lawsonlundell.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to 1919 Park Avenue Associates, LLC | McGrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Sirius XM Connected Vehicle Services Inc. | Polsinelli PC | James H. Billingsley | jbillingsley@polsinelli.com |
| Attorney for Defendant, Public Service Electric and Gas Company | PSEG | Alexandra F. Grant, Esq. | alexandra.grant@pseg.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Agent under the Debtors' prepetition secured credit facilities | WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Official Committee of Unsecured Creditors | CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | | Los Angeles | CA | 90017 |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Official Committee of Unsecured Creditors | Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | | Boston | MA | 02110 |
| State Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 |
| Official Committee of Unsecured Creditors | Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | | Los Angeles | CA | 90067 |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. Dept 125 | | | Bismarck | ND | 58505-0040 |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | | Newark | NJ | 07102 |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 and Official Committee of Unsecured Creditors | Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | | Norcross | GA | 30092 |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Official Committee of Unsecured Creditors | Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | | Parsippany | NJ | 07054 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

Exhibit C

**Exhibit C**

Contract Counterparties Service List

Served via Electronic Mail

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| 1550 Space Park Partners, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| 1550 Space Park Partners, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Lakeside, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| Digital Lakeside, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Lakeside, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Nash, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Nash, LLC | John Stewart | JStewart@digitalrealty.com |
| Digital Nash, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Piscataway, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Piscataway, LLC | | RRak@digitalrealty.com |
| Digital Space Park, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Space Park, LLC | John Stewart | JStewart@digitalrealty.com |
| Digital Space Park, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Walsh 1 | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Walsh 1 | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Walsh 1 | | JStewart@digitalrealty.com |
| Digital Walsh 2, LLC | Attn John Stewart | JStewart@digitalrealty.com |
| Digital Walsh 2, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Walsh 2, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Winona, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Winona, LLC | John Stewart | jstewart@digitalrealty.com |
| Digital Winona, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Global Weehawken Acquisition Company, LLC | Attn Rafal Pak | RRak@digitalrealty.com |
| Global Weehawken Acquisition Company, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |

**Exhibit C**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Global Weehawken Acquisition Company, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Telx - Chicago Lakeside, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| Telx - Chicago Lakeside, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Telx - Santa Clara, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| Telx - Santa Clara, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |

# Exhibit D

**Exhibit D**
Contract Counterparties Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1550 Space Park Partners, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway, Building 1, Suite 275 | | Austin | TX | 78735 |
| 1550 Space Park Partners, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| 1550 Space Park Partners, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Lakeside, LLC | Attn Rafal Rak | 5707 Southwest Parkway Building 1, Suite 275 | | | Austin | TX | 78735 |
| Digital Lakeside, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Lakeside, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Lakeside, LLC | | 13757 Collections Center Drive | | | Chicago | IL | 60693 |
| Digital Nash, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Nash, LLC | John Stewart | 150 California Street, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Nash, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Nash, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 |
| Digital Piscataway, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway, Building 1, Suite 275 | | Austin | TX | 78735 |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Piscataway, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Space Park, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Space Park, LLC | John Stewart | 150 California Street, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Space Park, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Space Park, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 |
| Digital Walsh 1 | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Walsh 1 | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Walsh 1 | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Walsh 1, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 |
| Digital Walsh 2, LLC | Attn John Stewart | 150 California Street, 4th Floor, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Walsh 2, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 2

**Exhibit D**

Contract Counterparties Service List

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Digital Walsh 2, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Walsh 2, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 |
| Digital Winona, LLC | Digital CR US REIT, Inc. on behalf of Digital Winona, LLC | John Stewart | 150 California Street Ste 400 | | San Francisco | CA | 94111 |
| Digital Winona, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Winona, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Winona, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 |
| Global Weehawken Acquisition Company, LLC | Attn Rafal Pak | 5707 Southwest Parkway, Building 1, Suite 275 | | | Austin | TX | 78735 |
| Global Weehawken Acquisition Company, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Global Weehawken Acquisition Company, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Global Weehawken Acquisition Company, LLC | | 113451 Collections Center Dr | | | Chicago | IL | 60693 |
| GLOBAL WEEHAKEN ACQUISTION COMPANY, LLC | | Four Embarcadero Center | | | San Francisco | CA | 94111 |
| Telx - Chicago Lakeside, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 |
| Telx - Chicago Lakeside, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Telx - Chicago Lakeside, LLC | | 350 East Cermak Road | | | Chicago | IL | 60616 |
| Telx - Santa Clara, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 |
| Telx - Santa Clara, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Telx - Santa Clara, LLC | | 2820 Northwestern Parkway | | | Santa Clara | CA | 95051 |

Exhibit E

**Exhibit E**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | Email |
| --- | --- |
| 9403-4338 dba Oxio | corban@oxio.ca |
| Adaptiv Networks | sblanchette@adaptiv-networks.com; accounting@adaptiv-networks.com |
| Akamai Technologies, Inc. | mawebb@akamai.com |
| Alea Software Ltd dba Firefly Software Ltd | adrian@fireflysoftware.ca; adrian.burden@fireflysoftware.ca |
| Allstream Inc. | zayoxtrak@TEOCOSOLUTIONS.COM |
| ALS Canada Ltd. | acctspayablecanusa@alsglobal.com |
| AT&T Corporate Real Estate | rm-assetmanager@intl.att.com |
| AT&T Global Network Services Canada Co. | slussenburg@att.com |
| AT&T Global Services Canada Co. | mdrozario@intl.att.com; g14897@att.com; pclemons@intl.att.com; mw373f@att.com; calainvoices@apocinf.att-mail.com; Vinh.Hoang@intl.att.com |
| AT&T Global Services Canada Co. | rm-calaapcustomers@att.com |
| Bandwidth Communications Canada Inc. | ap@bandwidth.com |
| Bandwidth Inc. | ap@bandwidth.com |
| Bespoke Software, Inc. | mrusso@vsysone.com |
| Blockchains Development Labs, Inc. | richard@blockchaindevlabs.com |
| Blockchains, Inc. | paulw@blockchains.com |
| C3 Solutions | mdurand@c3solutions.com; sriopel@c3solutions.com |
| C3 Solutions | plandreville@c3solutions.com |
| C3 Solutions | SRiopel@c3solutions.com; karchambault@c3solutions.com; accounts.payable@c3solutions.com |
| Centrilogic, Inc. | AP@centrilogic.com; mpham@centrilogic.com |
| Centrilogic, Inc. | mbhimji@centrilogic.com; aknap@centrilogic.com |
| CenturyLink | gabriel.gonzalez@lumen.com |
| CenturyLink Communications, LLC | centurylink.invoices@synchronoss.com; richard.murley@lumen.com |
| CenturyLink Communications, LLC | gabriel.gonzalez@lumen.com |
| Charles River Systems, Inc. DBA Charles River Development | BZavadoski@crd.com; USAccountsPayable@StateStreet.com |
| Charles River Systems, Inc. DBA Charles River Development | crdfixrequest@crd.com |
| Charles River Systems, Inc. DBA Charles River Development | edfitzpatrick@crd.com |
| Cisco Corporation | bfortin@conversantmedia.com |
| Cisco Systems Canada | bguezome@cisco.com; corricha@cisco.com |
| Cisco Systems Canada | corricha@cisco.com |
| Cisco Systems, Inc. | bfortin@conversantmedia.com |
| Cloudflare, Inc | alon@cloudflare.com |
| Cogent Communications, Inc | gbanks@cogentco.com |
| Cubic Transportation Systems | accounts.payable.ca@vim.cubic.com |
| Cubic Transportation Systems | mary.crossno@cubic.com |
| Cyberfortress | scott.graham@cyberfortress.com; ap@cyberfortress.com |

**Exhibit E**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | Email |
|---|---|
| Dominos Pizza of Canada Ltd. | ekline@dominos.ca |
| Dominos Pizza of Canada Ltd. | tkern@dominos.ca |
| Dominos Pizza of Canada Ltd. | yboileau@tnttech.ca |
| Dominos Pizza of Canada Ltd. | yboileau@tnttech.ca; ekline@dominos.ca |
| Dynacare-Gamma Laboratory Partnership | khanh@dynacare.ca; khanh@gdml.com |
| Equinix Canada Ltd. | dgalor@equinix.com; payables@equinix.com |
| Felcom Data Services Inc. | laima.orban@iaclarington.com |
| Fibernetics Corporation | ap@corp.fibernetics.ca; kparsons@corp.fibernetics.ca |
| Fibernetics Corporation | dmccormick@corp.fibernetics.ca; ap@corp.fibernetics.ca |
| FMD Services Limited Partnership | pmills@fasken.com |
| FMD Services Limited Partnership | pmills@fasken.com; afahlman@fasken.com |
| FMD Services Limited Partnership | pmills@fasken.com; sbarnwell@fasken.com |
| Hub International Limited | aaron.leppin@hubinternational.com; kris.garza@hubinternational.com |
| Hub International Limited | brandon.bleistein@hubinternational.com; kris.garza@hubinternational.com |
| Hub International Limited | kris.garza@hubinternational.com |
| Hub International Ltd | billing@savvis.com |
| Hub International Ltd | kris.garza@hubinternational.com |
| iBoss | ap@iboss.com |
| iBoss, Inc. | antonio.dias@iboss.com |
| Industrial Alliance Financial Services Inc | Laima.Orban@iaclarington.com; invoices@felcom.ca |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | IMFinance@iqtelcom.com; rose.gonzalez@iqt360.com |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | jdixon@ironmountain.co.uk; IMFINANCE@IQT360.COM |
| JYSK Linen N Furniture Inc | cliff.freeman@jysk.ca |
| JYSK Linen N Furniture Inc | jon.bartels@jysk.ca; apinvoice@jysk.ca |
| MSERVICES LIMITED PARTNERSHIP | james.mcaninch@mcmillan.ca |
| MSERVICES LIMITED PARTNERSHIP | james.mcaninch@mcmillan.ca; vendors@mcmillan.ca |
| Netrium Networks, Inc | payables@netrium.ca |
| Netrium Networks, Inc | payables@netrium.ca; nbourkas@netrium.ca |
| PayFacto Payments Inc. | diane.boulanger@ct-paiement.com |
| PayFacto Payments Inc. | frederic.brassard@payfacto.com; diane.boulanger@ct-paiement.com |
| PayFacto Payments, Inc. f/k/a B2B Payments Inc. | frederic.brassard@payfacto.com; diane.boulanger@ct-paiement.com |
| Peopleline Telecom Inc. | russ@peopleline.net |
| Rogers Cable Communications Inc. | lornav.paray@rci.rogers.com; aphotline@rci.rogers.com |

**Exhibit E**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | Email |
|---|---|
| Rogers Communication Canada, Inc. | ligia.jose@rci.rogers.com |
| Rogers Communications Inc. | lornav.paray@rci.rogers.com; aphotline@rci.rogers.com |
| Rogers Communications Partnership | lornav.paray@rci.rogers.com; aphotline@rci.rogers.com |
| ServerMania, Inc | kevin@servermania.com; rob.parker@servermania.com |
| Shaw Telecom G.P. | jose.castro@sjrb.ca; shawbusiness-carrierinvoices@srjb.ca |
| Shaw Telecom G.P. | nathan.hall@sjrb.ca; shawbusiness-carrierinvoices@srjb.ca |
| Shaw Telecom G.P. | shawbusiness-carrierinvoices@srjb.ca |
| Shaw Telecom G.P. dba Shaw Business | shawbusiness-carrierinvoices@sjrb.ca |
| Silver Wheaton Corp. | jeff.amadatsu@silverwheaton.com; itd@wheatonpm.com |
| SWN Communications Inc. | abaker@sendwordnow.com |
| TATA Communications (Canada) LTD | elizabeth.viau@tatacommunications.com; anish.mathew@tatacommunications.com |
| TATA Communications (Canada) LTD | elizabeth.viau@tatacommunications.com; hemant.verma@tatacommunications.com |
| TATA Communications (Canada) LTD | elizabeth.viau@tatacommunications.com; jennifer.novak@tatacommunications.com |
| TATA Communications (Canada) LTD | Odette.Perreault@tatacommunications.com |
| TATA Communications (Canada) LTD | sebastien.feliciello@tatacommunications.com |
| Telus Communications | gary.gollop@telus.com; telecom.outpayment@telus.com |
| Telus Communications | robert.beatty@telus.com; telecom.outpayment@telus.com |
| Telus Communications | teluscommicationsincsupplierinformation@telus.com |
| The Electric Mail Company | billing@fusemail.com |
| The Electric Mail Company | gina.davis@j2.com |
| The Electric Mail Company | isaac.seals@j2.com; gina.davis@j2.com |
| The Electric Mail Company | steve.mccready@fusemail.com; billing@fusemail.com |
| The Electric Mail Company | steve.mccready@fusemail.com; gina.davis@j2.com |
| The Electric Mail Company | steven.lamphear@j2.com; billing@fusemail.com |
| The Electric Mail Company | tamara.dang@ziffdavis.com; electricmailpayables@ziffdavis.com; campaignerpayables@ziffdavis.com |
| The Electric Mail Company | william.miles@j2.com; billing@fusemail.com |
| United Health Group | landan_hagert@optum.com; teresa_n_dyar@optum.com |
| Vodafone US Operations, Inc. | inp.invoices@vodafone.com |
| Wheaton Precious Metals Corp. f/k/a Silver Wheaton Corp | jeff.amadatsu@silverwheaton.com |
| Yardi Systems, Inc. | accountspayable@yardi.com; yuka.kanagawa@yardi.com |

**Exhibit E**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | Email |
|---|---|
| Yardi Systems, Inc. | monica.schlagel@yardi.com |
| YMCA BC | stephen.grady@gv.ymca.ca |
| YMCA of Greater Vancouver | karen.ng@bc.ymca.ca |
| Zayo Canada Inc. f/k/a Allstream Inc. | zayoxtrak@TEOCOSOLUTIONS.COM |

# Exhibit F

**Exhibit F**

Contract Counterparties Service List

Served via Overnight Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| 3menatwork | 1375 route Transcanadienne | | Dorval | QC | H9P 2W8 | Canada |
| 3 Men at Work | 6767 Cote de liesse, Suite 100 | | Montreal | QC | H4T 1E5 | Canada |
| 9403-4338 dba Oxio | 301-358 Rue Jackson | | Quebec | QC | G1N 4C5 | Canada |
| Adaptiv Networks | 2700 Matheson Blvd East, Suite 100E East Tower | | Mississauga | ON | L4W 4V9 | Canada |
| Advanced Knowledge Networks Inc. | 401-60 Adelaide Street East | | Toronto | ON | M5C 3E4 | Canada |
| Akamai Technologies, Inc. | 145 Broadway | | Cambridge | MA | 02142 | |
| Alea Software Ltd dba Firefly Software Ltd | 400-1401 West 8th Avenue | | Vancouver | BC | V6H 2V1 | Canada |
| Allstream Inc. | 1805 29th St/Fl-2/Ste-2050 | | Boulder | CO | 80301 | |
| ALS Canada Ltd. | 2103 Dollarton Highway | | North Vancouver | BC | V7H 0A7 | Canada |
| AT&T Corporate Real Estate | Highfield House, Headless Cross Drive | Redditch | Worcestershire | | B97 5EQ | United Kingdom |
| AT&T Corporate Real Estate | Regents Place | 338 Euston Road | London | | NW1 3BT | United Kingdom |
| AT&T Global Network Services Canada Co. | 55 Commerce Valley Drive West, Suite 700 | | Thornhill | ON | L3T 7V9 | Canada |
| AT&T Global Services Canada Co. | 55 Commerce Valley Drive West, Suite 700 | | Thornhill | ON | L3T 7V9 | Canada |
| AT&T Global Services Canada Co. | PO Box 66798 | | St. Louis | MO | 63166 | |
| Bandwidth Communications Canada Inc. | 250 HOWE STREET | 20TH FLOOR | Vancouver | BC | V6C 3R8 | Canada |
| Bandwidth Inc. | 75 Remittance Drive Suite 6647 | | Chicago | IL | 60657-6647 | |
| Bespoke Software, Inc. | 5 Sand Creek Rd, Ste 220 | | Albany | NY | 12205 | |
| Blockchains Development Labs, Inc. | 2 St. Thomas St., Apt. 1807 | | Toronto | ON | M5S 2Z1 | Canada |
| Blockchains, Inc. | 610 Waltham Way | | Sparks | NV | 89437 | |
| C3 Solutions | 1751 Rue Richardson | | Montreal | QC | H3K 1G6 | Canada |
| C3 Solutions | 1751 Rue Richardson, Suite 4408 | | Montreal | QC | H3K 1G6 | Canada |
| Centrilogic, Inc. | 2 Robert Speck Parkway, Suite 500 | | Mississauga | ON | L4Z 1H8 | Canada |
| Centrilogic, Inc. | 300-55 York Street | | Toronto | ON | M5J 1R7 | Canada |
| CenturyLink | 1801 California St., #900 | | Denver | CO | 80202 | |
| CenturyLink Communications, LLC | 1025 Eldorado Blvd | | Broomfield | CO | 80021 | |
| CenturyLink Communications, LLC | 4020 E. Indian Rd | | Phoenix | AZ | 85018 | |
| Charles River Systems, Inc. DBA Charles River Development | 700 District Avenue | | Burlington | MA | 01803 | |
| Cisco Corporation | 170 W TASMAN DR | | SAN JOSE | CA | 95134-1706 | |
| Cisco Systems Canada | RBC Waterpark Place | 88 Queens Quay West | Toronto | ON | M5L 0B8 | Canada |
| Cisco Systems, Inc. | 170 W TASMAN DR | | SAN JOSE | CA | 95134-1706 | |

**Exhibit F**
Contract Counterparties Service List
Served via Overnight Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Cloudflare, Inc | 101 Townsend Street | | San Francisco | CA | 94107 | |
| Cogent Communications, Inc | 2450 N St NW 4th Floor | | Washington | DC | 20007 | |
| Cogent Communications, Inc | 3015 Winona Avenue | | Burbank | CA | 91504 | |
| CT Payment Inc. | 534, Rue Notre-Dame - Suite 101 | | Repentigny | QC | J6A 2T8 | Canada |
| Cubic Transportation Systems | 401-4621 Canada Way | | Burnaby | BC | V5G 4X8 | Canada |
| C & W Worldwide Americas Operations, Inc. | 20110 Ashbrook Place, Suite 170 | | Ashburn | VA | 20147 | |
| Cyberfortress | 21750 Hardy Oak Blvd., Ste 104 | PMB 96884 | San Antonio | TX | 78258 | |
| Dominos Pizza of Canada Ltd. | 6 Beth Crescent | | Leamington | ON | N8H 3W3 | Canada |
| Dominos Pizza of Canada Ltd. | 6 Beth Crescent | PO Box 430 | Leamington | ON | N8H 3W3 | Canada |
| Dominos Pizza of Canada Ltd. | PO Box 1649 | | Woodstock | ON | N4S 0A9 | Canada |
| Dynacare-Gamma Laboratory Partnership | 115 Midair Court | | Brampton | ON | L6T 5M3 | Canada |
| Equinix Canada Ltd. | PO Box 7866 | | Toronto | ON | M5W 2R2 | Canada |
| Felcom Data Services Inc. | 26 Wellington Street East | | Toronto | ON | M5E 1S2 | Canada |
| Fibernetics Corporation | 605 Boxwood Dr. | | Cambridge | ON | N3E 1A5 | Canada |
| FMD Services Limited Partnership | 2900-550 Burrard St | | Vancouver | BC | V6C 0A3 | Canada |
| Hub International Limited | PO Box 2157 | | Riverside | CA | 92516-2157 | |
| Hub International Ltd | 55 E. Jackson | | Chicago | IL | 60604 | |
| iBoss | 9950 Summers Ridge Rd. | | San Diego | CA | 92121 | |
| iBoss, Inc. | 101 Federal Street, 23rd Floor | | Boston | MA | 02110 | |
| Industrial Alliance Financial Services Inc | 26 Wellington Street East Suite 612 | | Toronto | ON | M5E 1S2 | Canada |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | 745 ATLANTIC AVE FL 6 | | BOSTON | MA | 02111-2735 | |
| Iron Mountain Information Management, LLC | One Federal St. | | Boston | MA | 02110 | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | PO Box 290943 | | Wethersfield | CT | 06129 | |
| Jungle Disk, LLC, DBA CyberFortress | 21750 Hardy Oak Blvd.Ste 104 PMB 96884 | | San Antonio | TX | 78258 | |
| JYSK Linen N Furniture Inc | 1435 Broadway Street | | Port Coquitlam | BC | V3C 6L6 | Canada |
| MSERVICES LIMITED PARTNERSHIP | 181 Bay Street, Suite 4400 | | Toronto | ON | M5J 2T3 | Canada |
| Netrium Networks, Inc | 5490 boul. Thimens, Suite 101 | | Saint Laurant | QC | H4R 2K9 | Canada |
| Netrium Networks, Inc | 6767 Cote de liesse, Suite 100 | | Montreal | QC | H4T IE5 | Canada |
| PayFacto Payments Inc. | 534 Notre Dame St. Suite 101 | | Repentigny | QC | J6A 2T8 | Canada |

**Exhibit F**

Contract Counterparties Service List

Served via Overnight Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| PayFacto Payments, Inc. f/k/a B2B Payments Inc. | 534 Notre Dame St. Suite 101 | | Repentigny | QC | J6A 2T8 | Canada |
| Peopleline Telecom Inc. | 201-2780 Granville St | | Vancouver | BC | V6H 3V3 | Canada |
| Peopleline Telecom Inc. | 370-2608 Granville St | | Vancouver | BC | V6H 3V3 | Canada |
| Polaris Realty (Canada) Limited | 2000 - 555 West Hasting Street | | Vancouver | BC | V6B 4N6 | Canada |
| Rogers Cable Communications Inc. | 333 Bloor Street | | Toronto | ON | M4W 1G9 | Canada |
| Rogers Communication Canada, Inc. | 8200 Dixie Rd | | Brampton | ON | L6T OC1 | Canada |
| Rogers Communications Inc. | 350 Bloor Street East, 2nd Floor | | Toronto | ON | M4W 0A1 | Canada |
| Rogers Communications Partnership | 333 Bloor Street East | | Toronto | ON | M4W 1G9 | Canada |
| ServerMania, Inc | 205-1040 South Service Road | | Stoney Creak | ON | L8E 6G3 | Canada |
| Shaw Telecom G.P. | 3636 23 St NE Suite 100 | | Calgary | AB | T2E 8Z5 | Canada |
| Shaw Telecom G.P. dba Shaw Business | 3rd Floor, 3636 - 23 St NE | | Calgary | AB | T2E 8Z5 | Canada |
| Silver Wheaton Corp. | 1021 West Hastings Street Suite 2500 | | Vancouver | BC | V6E 0C3 | Canada |
| Silver Wheaton Corporation | 666 Burrard St. | | Vancouver | BC | V6C 2X8 | Canada |
| SWN Communications Inc. | 224 West 30th Street Suite 500 | | New York | NY | 10001 | |
| SWN Communications Inc. | 500 Plaza Dr Ste 200 | | Secaucus | NJ | 07094-3612 | |
| TATA Communications (Canada) LTD | 1555 Carrie Derick | | Montreal | QC | H3C 6W2 | Canada |
| TATA Communications (Canada) LTD | 1555 Rue Carrie-Derrick | | Montreal | QC | H3C 6W2 | Canada |
| TATA Communications (Canada) LTD | PO Box 765, Station K | | Montreal | QC | H3C 6W2 | Canada |
| Telus Communications | 25 York Street, Floor 22 | | Toronto | ON | M5J 2V5 | Canada |
| Telus Communications | 411 1st SE, 10th Floor | | Calgary | AB | T2G 4Y5 | Canada |
| The Electric Mail Company | 2 Gurdwara Road FL 3 | | Nepean | ON | K2E 1A2 | Canada |
| The Electric Mail Company | 2 Gurdwara Road | | Nepean | ON | K2E 1A2 | Canada |
| The Electric Mail Company | 2 Gurdwara Road | | Ottawa | ON | K2E 1A2 | Canada |
| The Electric Mail Company | 3999 Henning Drive, Suite 300 | | Burnaby | BC | V5C 6P9 | Canada |
| Tidan, Inc. | 666 Sherbrooke West Suite 2300 | | Montreal | QC | H3A1E7 | Canada |
| United Health Group | 6150 Trenton Ln N | MR MN013 N400 | Plymouth | MN | 55422 | |
| Vodafone US Operations, Inc. | 560 Lexington Ave 9th Floor | | New York | NY | 10022 | |
| Wheaton Precious Metals Corp. f/k/a Silver Wheaton Corp | 1021 W Hastings St Unit 3500 | | Vancouver | BC | V6E 0C3 | Canada |
| Yardi Systems, Inc. | 430 S Fairview Ave | | Goleta | CA | 93117 | |
| YMCA BC | 100 - 5055 Joyce Street | | Vancouver | BC | V5R 6B2 | Canada |
| YMCA of Greater Vancouver | 200-1166 Alberni Street | | Vancouver | BC | V6E 3ZE | Canada |
| Zayo Canada Inc. | 1805 29th St/Fl-2/Ste-2050 | | Boulder | CO | 80301 | |
| Zayo Canada Inc. f/k/a Allstream Inc. | 1805 29th St/Fl-2/Ste-2050 | | Boulder | CO | 80301 | |

# Exhibit G

**Exhibit G**

Counsel to the Purchaser
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Brookfield Asset Management Inc. | Attn Fred Day, Michael Rudnick | fred.day@brookfield.com; michael.rudnick@brookfield.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn Edward T. Ackerman, Brian S. Hermann, Jacob A. Adlerstein | bhermann@paulweiss.com; jadlerstein@paulweiss.com |

# Exhibit H

**Exhibit H**
Governmental Agencies
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Department of Justice | Attention: Diane Winters | diane.winters@justice.gc.ca |
| Ministry of Justice and Solicitor General | Attention: Legal Services | ministryofjustice@gov.ab.ca |
| Ministry of The Attorney General (Ontario) | Attention: Caroline Mulroney, Attorney General | attorneygeneral@ontario.ca |
| Ontario Ministry of Finance | Attention: Insolvency Unit | insolvency.unit@ontario.ca |
| Revenu Quebec | | notif-quebec@revenuquebec.ca |

# Exhibit I

**Exhibit I**

Counsel to the Purchaser
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Brookfield Asset Management Inc. | Attn Fred Day, Michael Rudnick | 250 Vesey Street, 15th Floor | New York | NY | 10281 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn Edward T. Ackerman, Brian S. Hermann, Jacob A. Adlerstein | 1285 Avenue of the Americas | New York | NY | 10019-6064 |

Exhibit J

**Exhibit I**
Governmental Agencies
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Canada Revenue Agency | | Shawinigan - Sud National Verification and Collections Centre | 4695 Shawinigan-Sud Boulevard | | Shawinigan | QC | G9P 5H9 | Canada |
| Canada Revenue Agency | | Surrey National Verification and Collections Centre | 9755 King George Boulevard | | Surrey | BC | V3T 5E1 | Canada |
| Canada Revenue Agency (Ontario) | | Sudbury Tax Centre | Post Office Box 20000, Station A | | Sudbury | ON | P3A 5C1 | Canada |
| Canada Revenue Agency (Quebec) | | Sudbury Tax Centre | Post Office Box 20000, Station A | | Sudbury | ON | P3A 5C1 | Canada |
| City of Vancouver | | 515 West 10th Avenue | | | Vancouver | BC | V5Z 4A8 | Canada |
| Department of Justice | Attention: Diane Winters | Attorney General of Canada | Ontario Regional Officer, Tax Law Section | 120 Adelaide Street West, Suite 400 | Toronto | ON | M5H 1T1 | Canada |
| Deputy Attorney General | Attention: Attorney General | Ministry of Attorney General | PO Box 9290 | | Stn Prov Govt Victoria | BC | V8W 9J7 | Canada |
| Ministry of Justice and Solicitor General | Attention: Legal Services | Legal Services | 2nd Floor, Peace Hills Trust Tower | 10011 – 109 Street | Edmonton | AB | T5J 3S8 | Canada |
| Ministry of The Attorney General (Ontario) | Attention: Caroline Mulroney, Attorney General | McMurtry-Scott Building | 720 Bay Street, 11th Floor | | Toronto | ON | M74 2S9 | Canada |
| Ontario Ministry of Finance | Attention: Insolvency Unit | 33 King St West, 6th Floor | | | Oshawa | ON | L1H 8H5 | Canada |
| Revenu Quebec | | 3, Complexe Desjardins | | | Montreal | QC | H5B 1A7 | Canada |

# Exhibit K

**Exhibit K**

Taxing Authorities

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Canada Revenue Agency - Quebec | | Prince Edward Island tax centre | 275 Pope Road | Summerside | PE | C1N 6A2 | Canada |
| His Majesty The King in Right of Canada as Represented by The Minister of National Revenue | Canada Revenue Agency | PO Box 3800 Stn A | | Sudbury | ON | P3A 0C3 | Canada |
| His Majesty The King in Right of Canada as Represented by The Minister of National Revenue | Canada Revenue Agency | 9700 Japer Ave Suite 10 | | Edmonton | AB | T5J 4C8 | Canada |
| His Majesty The King in Right of Canada as Represented by The Minister of National Revenue | Canada Revenue Agency | Stephanie Ross, Resource/Complex Case Officer | 9700 Japer Ave Suite 10 | Edmonton | AB | T5J 4C8 | Canada |
| His Majesty The King in Right of Canada as Represented by The Minister of National Revenue | Canada Revenue Agency | 9755 King George Blvd | | Surrey | BC | V3T 5E1 | Canada |
| Revenu Quebec | | Direction principale des relations avec la clientele des entreprises | 3800, rue de Marly | Quebec | QC | G1X 4A5 | Canada |