**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 8, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto **Exhibit B**:

- **Certificate of No Objection with Respect to the Order (I) Approving the Bid Protections and (II) Granting Related Relief** [Docket No. 663]

Furthermore, on November 8, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto **Exhibit D**:

- **Attorney Monthly Fee Statement Cover Sheet for the Period October 1, 2023 Through October 31, 2023** [Docket No. 668]

Dated: November 15, 2023

*/s/ Marrium Zubair*
Marrium Zubair
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Attorneys for Galveston County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | jb@ansellgrimm.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB | ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Agent under the Debtors' prepetition secured credit facilities | Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities | Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 3

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities | Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel for Polaris Realty (Canada) Limited | Lawson Lundell LLP | Alexis Teasdale | ateasdale@lawsonlundell.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to 1919 Park Avenue Associates, LLC | McGrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 2 of 3

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Sirius XM Connected Vehicle Services Inc. | Polsinelli PC | James H. Billingsley | jbillingsley@polsinelli.com |
| Attorney for Defendant, Public Service Electric and Gas Company | PSEG | Alexandra F. Grant, Esq. | alexandra.grant@pseg.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Errico | John.DErrico@seacoastbank.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Agent under the Debtors' prepetition secured credit facilities | WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Official Committee of Unsecured Creditors | CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | | Los Angeles | CA | 90017 |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Official Committee of Unsecured Creditors | Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | | Boston | MA | 02110 |
| State Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 |
| Official Committee of Unsecured Creditors | Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | | Los Angeles | CA | 90067 |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 3

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. Dept 125 | | | Bismarck | ND | 58505-0040 |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | | Newark | NJ | 07102 |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Top 30 and Official Committee of Unsecured Creditors | Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | | Norcross | GA | 30092 |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Official Committee of Unsecured Creditors | Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | | Parsippany | NJ | 07054 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 |

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 3 of 3

# Exhibit C

**Exhibit C**
Fee Application Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Attorneys for Galveston County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | jb@ansellgrimm.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB | ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Agent under the Debtors' prepetition secured credit facilities | Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| Co-counsel to the Debtors | Cole Schotz P.C. | Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice Yudkin, Esq. | msirota@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Debtors | Cyxtera Technologies, Inc. | Eric Koza, CRO | ekoza@alixpartners.com; rayli@alixpartners.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities | Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 3

**Exhibit C**
Fee Application Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities | Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Co-counsel to the Debtors | Kirkland & Ellis LLP | Edward O. Sassower, P.C., Christopher Marcus, P.C., Nikki Gavey and Derek I. Hunter | edward.sassower@kirkland.com; christopher.marcus@kirkland.com; derek.hunter@kirkland.com; nikki.gavey@kirkland.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel for Polaris Realty (Canada) Limited | Lawson Lundell LLP | Alexis Teasdale | ateasdale@lawsonlundell.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to 1919 Park Avenue Associates, LLC | McGrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |

**Exhibit C**
Fee Application Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Sirius XM Connected Vehicle Services Inc. | Polsinelli PC | James H. Billingsley | jbillingsley@polsinelli.com |
| Attorney for Defendant, Public Service Electric and Gas Company | PSEG | Alexandra F. Grant, Esq. | alexandra.grant@pseg.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Agent under the Debtors' prepetition secured credit facilities | WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit D

**Exhibit D**
Fee Application Notice Parties
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| Official Committee of Unsecured Creditors | CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | Los Angeles | CA | 90017 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Official Committee of Unsecured Creditors | Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | Boston | MA | 02110 |
| State Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 |
| Official Committee of Unsecured Creditors | Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | Los Angeles | CA | 90067 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | Newark | NJ | 07102 |
| Top 30 and Official Committee of Unsecured Creditors | Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | Norcross | GA | 30092 |
| Official Committee of Unsecured Creditors | Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | Parsippany | NJ | 07054 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | Newark | NJ | 07102 |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | Olympia | WA | 98504-0100 |