**STARK & STARK, P.C.**
A Professional Corporation
Joseph H. Lemkin, Esq.
100 American Metro Boulevard
Hamilton, NJ 08619-2319
(609) 791-7022
Attorneys for Creditors,

EastGroup Properties, LP

| | |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Cyxtera Technologies, Inc., *et al*., | Chapter 11 |
| | Case No. 23-14853 (VFP) |
| Debtors, | Jointly Administered |
| | Hearing Date: November 12, 2020 at 11:00 a.m. ET |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CONFIRMATION**

Please take notice that on November 7, 2023 EastGroup Properties, L.P. ("Landlord"), by and through its counsel, Stark & Stark, P.C., filed its Limited Objection to Confirmation (the "Objection") [Document No. 661]. Landlord hereby withdraws the Objection.

               **STARK & STARK**
               **A Professional Corporation**

               By: /s / *Joseph H. Lemkin*
Dated: November 16, 2023        Joseph H. Lemkin

4889-8456-1553, v. 1