**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 16, 2023 AT 2:00 P.M. (EASTERN TIME)**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

[2] **Amended items appear in bold.**

1

**I.   MATTERS GOING FORWARD**

1. Confirmation hearing related to the Fourth Amended Joint Chapter 11 Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code

    A. <u>Related Documents</u>

    - Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 650]

    - Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 694]

    - Debtors' Memorandum of Law in Support of the Debtors' Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 695]

    - Declaration of Eric Koza in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 696]

    - Declaration of Roger Meltzer in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 697]

    - Declaration of Ronen Bojmel in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 698]

    - Declaration of James Lee with Respect to the Tabulation of Votes on the Seconded Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 699]

    - **Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization of**

      **Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 703]**

- **Notice of Filing First Amended Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 713]**

- **Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 715]**

B. <u>Responses/Objections</u>

- Objection of the United States Trustee to the Second Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 646]

- Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Notice of Sale Transaction; (2) Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (3) Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 660]

- Limited Omnibus Objection of ACPF Nova Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC to the (I) Sale, (II) Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 662]

- SI POR02 ABS LLC, and DCCO TUKWILA, LLC Limited Objection to and Reservation of Rights Regarding Cure Amounts in the Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 686]

- Limited Objection of Microsoft to the Assumption of Executory Contracts Pursuant to the Debtors' Third Amended Joint Plan [Docket No. 689]

    **Status:** This matter will be further adjourned to a date to be set by the Court solely with respect to (i) the Limited Objection by SI POR02 ABS LLC, and DCCO TUKWILA, LLC and (ii) the Limited Objection of Microsoft to the Assumption of Executory Contracts Pursuant to the Debtors' Third Amended Joint Plan. This matter is going forward with permission of the Court in all other respects.

2. Motion of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter into and Perform Its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 653]

    A. <u>Related Documents</u>

- Declaration of Raymond Li, Deputy Chief Restructuring Officer of Cyxtera Technologies, Inc. in Support of Debtors' Motion for Entry of an Order (I) Authorizing Cyxtera Canada to Enter Into and Perform Its Obligations Under the Cologix Asset Purchase Agreement, (II) Approving the Sale of Certain Canadian Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 654]

- Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 656]

    **Status:** This matter is going forward with permission of the Court.

II. **RESOLVED MATTERS**

1. **Limited Objection and Reservation of Rights of EastGroup Properties, LP to Confirmation of Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 661]**

   - **Withdrawal of Limited Objection to Confirmation of EastGroup Properties, LP [Docket No. 714]**

2. **Maricopa County Treasurer's Objection to Second Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 670]**

3. **Nvidia Corporation's Limited Objection and Reservation of Rights Regarding: (1) Notice of Sale Transaction; (2) Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates**

4

    **Pursuant to Chapter 11 of the Bankruptcy Code; and (3) Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 680]**

4. **Limited Objection and Reservation of Rights of 1919 Park Avenue Associates, LLC to the Assumption and Assignment of its Leased Pursuant to the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 688]**

[*Remainder of page intentionally left blank*]

Dated: November 16, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    edward.sassower@kirkland.com
          christopher.marcus@kirkland.com
          derek.hunter@kirkland.com

*Co-Counsel for Debtors and
Debtors in Possession*