Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14853−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cyxtera Technologies, Inc.
   dba Starboard Value Acquisition Corp.
   2333 Ponce De Leon Boulevard
   Suite 900
   Coral Gables, FL 33134

Social Security No.:

Employer's Tax I.D. No.:
   84−3743013

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on November 17, 2023.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: November 17, 2023
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14853-JKS |
| Cyxtera Technologies, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Nov 17, 2023 | Form ID: 147 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cyxtera Technologies, Inc., 2333 Ponce De Leon Boulevard, Suite 900, Coral Gables, FL 33134-5449 |
| aty | + | Allison H. Weiss, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Alvarez & Marsal North America, LLC, 600 Madison Avenue, 8th Floor, New York, NY 10022-1758 |
| aty | + | Angela M. Libby, Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Brian Nakhaimousa, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | | Brian Trust, Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Cia Mackle, PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Cindi M Giglio, 50 Rockefeller Plaza, New York City, NY 10020-1605 |
| aty | + | Clinton W. Raney, Esq., Johnson DeLuca Kurisky & Gould, P.C, 4 Houston Center, 1221 Lamar Street, Suite 1000 Houston, TX 77010-3050 |
| aty | + | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | | Dabin Chung, Mayer Brown, LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | David Kratzer, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Edward O. Sassower, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Erin Broderick, Eversheds Sutherland (US) LLP, 227 W. Monroe St., Suite 6000, Chicago, IL 60606-5087 |
| aty | + | George A Kurisky, Jr., Esq., Johnson DeLuca Kurisky & Gould, 4 Houston Center, 1221 Lamar Street, Suite 1000 Houston, TX 77010-3050 |
| aty | + | Jeffrey R. Gleit, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Jessica Liou, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Jordan Elkin, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Julie Rome-Banks, Binder & Malter LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004 |
| aty | + | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | | Marc B Roitman, 50 Rockefeller Plaza, New York City, NY 10020-1605 |
| aty | + | Matthew R. Bentley, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Michael P. Esser, Kirkland and Ellis LLP, 555 California Street, San Francisco, CA 94104-1503 |
| aty | + | Nicholas Pasalides, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Princeton Pike Corporate Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |
| aty | + | Nicholas Pasalides, Eckert Seamans Cherin & Mellott, LLC, Princeton Pike Corp Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |
| aty | + | Nicholas Pasalides, ECKERT SEAMANS CHERIN & MELLOTT, LLC, 10 Bank Street, Suite 700, White Plains, NY 10606-1947 |
| aty | + | Nikki Gavey, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Oliver Pare, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Rachel Mitchell, Deputy County Attorney, 225 W Madison St, Phoeniz, AZ 85003-2141 |
| aty | + | Russell R Johnson, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| aty | | Stephanie N Morrison, Weil, Gotshal & Manges, LLP, 676 Firth Avenue, New York, NY 10153 |
| aty | | Thomas L. Abrams, Gamberg & Abrams, Fort Lauderdale, FL |
| aty | + | Wayne Silver, LAW OFFICE OF WAYNE A. SILVER, 643 Bair Island Road, Suite 403, Redwood City, CA 94063-2758 |
| cr | + | Citibank, N.A., c/o Alan Brody, Greenberg Traurig LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, UNITED STATES 07932-1024 |
| cr | | CyrusOne AMS3 B.V., Prins Bernhardplein 200, 1097JB Amsterdam, NETHERLANDS |
| sp | + | David F. Staber, Akin Gump Strauss Hauer & Feld, LLP, 2300 North Field Street, Suite 1800, Dallas, TX 75201-4675 |
| acc | + | Deloitte Tax LLP, Brickell World Plaza, 600 Brickell Avenue, Suite 3700, Miami, FL 33131-3073 |
| cr | + | Iron Mountain Data Centers, LLC, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | James H Billingsley, Polsinelli PC, 2950 N. Harwood Street, Street Suite 2100, Dallas, TX 75201-1519 |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 147 | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| na | + | Kurtzman Carson Consultants, LLC, 222 N Pacific Coast Highway, Ste 300, El Segundo, CA 90245-5614 | |
| op | + | Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, CA 90245-4808 | |
| op | | M3 Advisory Partners, LP, 50 Rockefeller Plaza, New York, NY 10020-1605 | |
| cr | + | MP2 Energy LLC d/b/a Shell Energy Solutions, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 | |
| cr | + | Maricopa County Treasurer, Civil Services Division, 225 W. Madison Street, Phoenix, AZ 85003-2141 | |
| cr | + | Microsoft Corporation, c/o David Papiez, Fox Rothschild LLP, 1001 4th Ave., Suite 4400 Seattle, WA 98154-1192 | |
| cr | + | PNC Bank, National Association, c/o McCarter & English, LLP, Attn: Phillip S. Pavlick, Esq., 100 Mulberry Street, Four Gateway Center Newark, NJ 07102-4062 | |
| cr | + | SAP SE, c/o BROWN & CONNERY, LLP, Attn: Donald K. Ludman, Esquire, Julie F. Montgomery, Esquire, 6 N. Broad Street - Suite 100 Woodbury, NJ 08096-4635 | |
| cr | + | Simplify. Inc., 300 Valley Wood Drive, Woodlands, TX 77380-3511 | |
| cr | + | Wilmington Savings Fund Society, FSB, as Administ, c/o Riker Danzig LLP, One Speedwell Aveue, Morristown, NJ 07960-6838 | |
| 519945146 | + | American Data Center Solutions, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 | |
| 520086800 | + | CRG Financial LLC, 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624-1313 | |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Nov 17 2023 20:25:11 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | | ^ MEBN | Nov 17 2023 20:26:25 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2023 20:28:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | ^ MEBN | Nov 17 2023 20:26:20 | Public Service Electric and Gas Company, 80 Park Plaza, M/C T5D, Newark, NJ 07102, UNITED STATES 07102-4109 |
| 519971821 | + | Email/Text: schristianson@buchalter.com | Nov 17 2023 20:27:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 519938010 | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 17 2023 20:29:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John Kendrick Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Katten Muchin Rosenman LLP |
| aty | | Kirkland & Ellis LLP and Kirkland & Ellis Internat |
| aty | | Stephen M. Silva |
| op | | AP Services, LLC |
| op | | Alvarez & Marsal North America, LLC |
| op | | Guggenheim Securities, LLC |
| op | | Hilco Real Estate, LLC |
| op | | Pachulski Stang Ziehl & Jones LLP |
| 520086801 | | All-Rack B.V., Tupolevlaan 107, Schipholrijk, 1119 PA |
| aty | *+ | Nicholas Pasalides, Eckert Seamans Cherin & Mellott, LLC, Princeton Pike Corporate Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | | Page 3 of 7 |
| Date Rcvd: Nov 17, 2023 | Form ID: 147 | | Total Noticed: 60 |

cr    *+    American Data Center Solutions, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042

TOTAL: 9 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**    **Email Address**

Alan J. Brody
on behalf of Creditor Citibank  N.A. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alexandra Grant
on behalf of Creditor Public Service Electric and Gas Company alexandra.grant@pseg.com  mary.ryan@pseg.com

Allison J. Arotsky
on behalf of Interested Party Tax Technologies  Inc. aarotsky@moritthock.com

Amish R. Doshi
on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Andrew H. Sherman
on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions asherman@sillscummis.com

Anthony Sodono, III
on behalf of Creditor Virtustream  Inc., asodono@msbnj.com

Boris I Mankovetskiy
on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions bmankovetskiy@sillscummis.com asherman@sillscummis.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com

Bruce H Levitt
on behalf of Creditor Cinthia Ganchozo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
on behalf of Creditor Sergio Portillo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Carl J. Soranno
on behalf of Creditor LD Acquisition Company 16 LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Christopher Marcus
on behalf of Debtor Cyxtera Technologies  Inc. christopher.marcus@kirkland.com, christopher-marcus-7767@ecf.pacerpro.com

Colin R. Robinson
on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com

Dale E. Barney
on behalf of Creditor Ad Hoc First Lien Group dbarney@gibbonslaw.com  elrosen@gibbonslaw.com

Dana S. Plon

Case 23-14853-JKS    Doc 724    Filed 11/19/23    Entered 11/20/23 00:19:24    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 147 | Total Noticed: 60 |

| | |
|---|---|
| | on behalf of Creditor American Data Center Solutions LLC dplon@sirlinlaw.com |
| David Gerardi | |
| | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | |
| | on behalf of Creditor Iron Mountain Data Centers LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Donald K. Ludman | |
| | on behalf of Creditor SAP SE dludman@brownconnery.com |
| Edwin H Caldie | |
| | on behalf of Creditor Lumen Technologies ed.caldie@stinson.com |
| Felice R. Yudkin | |
| | on behalf of Debtor Cyxtera Technologies Inc. fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank F. McGinn | |
| | on behalf of Creditor Iron Mountain Data Centers LLC ffm@bostonbusinesslaw.com |
| Gary T. Holtzer | |
| | on behalf of Creditor Digital Realty Trust Inc. gary.holtzer@weil.com |
| Gary T. Holtzer | |
| | on behalf of Creditor Digital Realty Trust L.P. gary.holtzer@weil.com |
| Gary T. Holtzer | |
| | on behalf of Creditor Digital CR US REIT Inc. gary.holtzer@weil.com |
| Grace A. Thompson | |
| | on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. grace.thompson@katten.com, nyc.bknotices@katten.com |
| Ilana Volkov | |
| | on behalf of Creditor 1919 Park Avenue Associates LLC ivolkov@mcgrailbensinger.com |
| Jacqueline Price | |
| | on behalf of Creditor Iron Mountain Data Centers LLC jmp@bostonbusinesslaw.com |
| Jill L. Nicholson | |
| | on behalf of Creditor Cummins Inc. jnicholson@foley.com, jlee@foley.com |
| John D. Demmy | |
| | on behalf of Creditor Element Fleet Corporation john.demmy@saul.com |
| John F. Finnegan, III | |
| | on behalf of Interested Party HITT Contracting Inc. jfinnegan@watttieder.com, mdevoll@watttieder.com;jkneeland@watttieder.com;ljobrien@watttieder.com |
| Jorge Garcia | |
| | on behalf of Creditor Equinix Inc. jorge.garcia@saul.com, cindy.carhartt@saul.com |
| Joseph H. Lemkin | |
| | on behalf of Creditor EastGroup Properties L.P. jlemkin@stark-stark.com |
| Joseph L. Schwartz | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, as Administrative Agent and Collateral Agent jschwartz@riker.com |
| Joshua S. Bauchner | |
| | on behalf of Creditor Galveston County jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor AppSmart Agent Services Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor Gateway Jefferson Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor ACPF NOVA Data Center LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor RREEF CPIF 2425 Busse Road LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor TBI Inc. d/b/a Telecom Brokerage, Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | |
| | on behalf of Creditor Shaw Road L.L.C. heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |

| | |
|---|---|
| Logan Kugler | on behalf of Creditor Lumen Technologies logan.kugler@stinson.com |
| Lynn W Holbert | on behalf of Creditor CyrusOne AMS3 B.V. lynnholbert@eversheds-sutherland.us |
| Marc C Capone | on behalf of Creditor Simplify. Inc. ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marcella M. Jayne | on behalf of Interested Party Wasabi Technologies mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical mark.minuti@saul.com, robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Power Company d/b/a American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy- Gas Division LLC mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael A Alberico | on behalf of Creditor Digital CR US REIT Inc. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust L.P. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust Inc. malberico@eckertseamans.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Federal Group Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada TRS ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |

Case 23-14853-JKS    Doc 724    Filed 11/19/23    Entered 11/20/23 00:19:24    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 147 | Total Noticed: 60 |

| | |
|---|---|
| | on behalf of Debtor Cyxtera DC Parent Holdings Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Holdings LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Netherlands B.V. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Digital Services LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Technologies Maryland Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera DC Holdings Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Employer Services LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Data Centers Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Technologies Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Communications Canada ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Canada LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Management Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Cyxtera Communications LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael J. Stafford | |
| | on behalf of Creditor U.S. Electrical Services Inc. d/b/a Franklin - Griffith mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Viscount, Jr. | |
| | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michele M. Dudas | |
| | on behalf of Creditor Virtustream Inc., mdudas@msbnj.com |
| Morris S. Bauer | |
| | on behalf of Creditor Phoenix Data Center Holdings LLC MSBauer@duanemorris.com tjsantorelli@duanemorris.com |
| Paul John Labov | |

|  |  |
|---|---|
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors plabov@pszjlaw.com  lsc@pszjlaw.com |
| Phillip Pavlick | on behalf of Creditor PNC Bank  National Association ppavlick@mccarter.com |
| Rachel Ehrlich Albanese | on behalf of Interested Party LDAC16 DE LLC rachel.albanese@us.dlapiper.com |
| Robert J Feinstein | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Ronald S. Gellert | on behalf of Interested Party NVIDIA Corporation rgellert@gsbblaw.com  abrown@gsbblaw.com;smattia@gsbblaw.com |
| Sabrina L Streusand | on behalf of Creditor Virtustream  Inc., streusand@slollp.com, lemaster@slollp.com |
| Scott J. Greenberg | on behalf of Creditor Ad Hoc First Lien Group sgreenberg@gibsondunn.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sommer Leigh Ross | on behalf of Creditor Phoenix Data Center Holdings LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Stephanie Lindemuth | on behalf of Interested Party SI POR02 ABS LLC slindemuth@akingump.com  nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party DCCO Tukwila  LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party Starboard Value LP slindemuth@akingump.com  nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party SI CHI01A ABS  LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephen D. Silverman | on behalf of Creditor Ad Hoc First Lien Group ssilverman@gibsondunn.com |
| Steven J. Reisman | on behalf of Interested Party Fred Arnold  Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Terri Jane Freedman | on behalf of Creditor Cummins  Inc. tfreedman@csglaw.com, mpdermatis@pbnlaw.com;rasegall@pbnlaw.com |
| Timothy Mohan | on behalf of Creditor Cummins  Inc. tmohan@foley.com |
| Turner Falk | on behalf of Interested Party D. Webber Consulting  Inc. dba Megawatt Electrical turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Element Fleet Corporation turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 101