| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Alexandra F. Grant, Esq. (212622017)<br>**PSEG**<br>80 Park Plaza<br>Newark, NJ  07101<br>T: (862) 867-6702<br>Alexandra.Grant@PSEG.com<br>*Attorney for Defendant, Public Service*<br>*Electric and Gas Company (PSE&G)* | |
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., et al.,<br><br><br><br>Debtors. | Chapter        11<br><br>Case No.      23-14853<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Public Service Electric and Gas Company ("PSE&G") hereby withdraws its Notice of Appearance (ECF No. 118), pursuant to a settlement between Public Service Electric and the Debtors.

Dated:  November 20, 2023                          Respectfully Submitted,

*Alexandra Grant*

———————————————
Alexandra F. Grant, Esq.
*Attorney for Public Service*
*Electric and Gas Company (PSE&G)*