| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Alexandra F. Grant, Esq. (212622017)<br>PSEG<br>80 Park Plaza<br>Newark, NJ 07101<br>T: (862) 867-6702<br>Alexandra.Grant@PSEG.com<br>Attorney for Defendant, Public Service Electric and Gas Company | |
| In Re:<br><br>CYXTERA TECHNOLOGIES, INC., et al.,<br><br>Debtors. | Case No.: 23-14853<br>Chapter: 11<br>Adv. No.:<br>Hearing Date:<br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, **Alexandra Grant**:

   ☒ represent **PSE&G** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **11/20/23**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Withdrawal of Notice of Appearance.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/20/23

/s/ Alexandra Grant
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota- msirota@coleschotz.com<br>Felice R. Yudkin- fyudkin@coleschotz.com<br>Warren A. Usatine- wusatine@coleschotz.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Court's ECF System<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward O. Sassower, P.C.- edward.sassower@kirkland.com<br>Christopher Marcus, P.C.- christopher.marcus@kirkland.com<br>Derek I. Hunter- derek.hunter@kirkland.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Court's ECF System<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David Gerardi- david.gerardi@usdoj.gov | DOJ, Office of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Court's ECF System<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*