October MOR - Statements of Cash Receipts and Disbursements

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING AS OF OCTOBER 1ST 2023 | 94,186,843 | 6,283 | - | - | - | 3,030,458 | - | 193,773 | 2,058,733 | - | - | - | - | - | - | - |
| RECEIPTS | | | | | | | | | | | | | | | | |
| TOTAL RECEIPTS | 46,354,034 | - | - | 1,286,008 | - | (439,000) | - | 293,369 | 9,872,244 | - | - | - | - | - | - | - |
| DISBURSEMENTS (1) | | | | | | | | | | | | | | | | |
| CAPEX | 7,711,025 | - | - | 44,324 | - | - | - | - | 30,804 | - | - | - | - | - | - | - |
| COMMISSIONS | 646,993 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EMPLOYEE / BENEFITS | 4,786,826 | - | - | 160,779 | - | - | - | 49,888 | 2,388,110 | - | - | - | - | - | - | - |
| EQUIPMENT LEASES | 2,514,562 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER | 2,901,095 | 201 | - | 1,910,069 | - | 2,562,371 | - | 216,942 | 7,413,745 | - | - | - | - | - | - | - |
| RENT | 16,575,378 | - | - | 574,637 | - | - | - | - | 464,771 | - | - | - | - | - | - | - |
| TAX | 984,793 | - | - | - | - | - | - | 3,646 | 14,962 | - | - | - | - | - | - | - |
| THIRD PARTY | 1,025,717 | - | - | 74,079 | - | - | - | - | - | - | - | - | - | - | - | - |
| UTILITIES | 17,042,467 | - | - | 588 | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | 54,188,858 | 201 | - | 2,764,476 | - | 2,562,371 | - | 270,476 | 10,312,392 | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (7,834,824) | (201) | - | (1,478,468) | - | (3,001,371) | - | 22,893 | (440,148) | | | | | | | |
| CASH – END OF MONTH | 86,353,019 | 6,082 | - | 9,296,085 | - | 29,088 | - | 216,666 | 1,618,585 | | | | | | | |

Notes:
(1) Only includes external disbursements; intercompany disbursements removed
(2) Negative receipts reported for Cyxtera DC Holdings is attributed to the exclusion of intercompany disbursements which causes a negative receipt entry when reconciling cash

**October MOR - Balance Sheet**

| ENTITY NAME | Cystera Communications, LLC | Cystera Technologies, Inc. | Cystera Canada, LLC | Cystera Communications Canada, ULC | Cystera Data Centers, Inc. | Cystera DC Holdings, Inc. | Cystera DC Parent Holdings, Inc. | Cystera Federal Group, Inc. | Cystera Management, Inc. | Cystera Netherlands B.V. | Cystera Canada TRS, ULC | Cystera Digital Services, LLC | Cystera Employer Services, LLC | Cystera Holdings, LLC | Cystera Technologies Maryland, Inc. | Cystera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | **138,004,558** | **1,530,855** | **-** | **13,456,282** | **-** | **29,088** | **-** | **1,164,879** | **15,809,175** | **2,025,616** | **-** | **-** | **-** | **-** | **-** | **-** |
| Cash | 91,999,107 | 56,082 | - | 8,468,218 | - | 29,088 | - | 78,834 | 1,610,067 | - | - | - | - | - | - | - |
| Trade Receivables | 18,385,395 | - | - | 1,940,190 | - | - | - | 82,235 | 336,173 | 439 | - | - | - | - | - | - |
| Intercompany Receivables | - | - | - | - | - | - | - | - | 1,192,602 | - | - | - | - | - | - | - |
| Other Current Assets | 27,620,055 | 1,474,773 | - | 3,047,874 | - | 0 | - | 1,003,811 | 12,670,334 | 2,025,177 | - | - | - | - | - | - |
| **Non-Current Assets** | **1,843,036,858** | **10,327,205** | **-** | **66,372,380** | **-** | **2,068,046,609** | **-** | **-** | **12,584,009** | **2,064,408** | **-** | **-** | **-** | **-** | **-** | **-** |
| Other Non-Current Assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PP&E | 1,289,748,718 | - | - | 59,785,836 | - | - | - | - | 3,109,497 | (29,464) | - | - | - | - | - | - |
| Operating | 154,703,172 | - | - | 4,505,136 | - | - | - | - | 9,279,538 | 2,092,843 | - | - | - | - | - | - |
| Goodwill | 0 | - | - | (2,548,972) | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Intangible Asset | 387,862,528 | - | - | 4,766,081 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long Term Asset | 10,722,440 | 10,327,205 | - | (135,701) | - | 2,068,046,609 | - | - | 194,974 | 1,030 | - | - | - | - | - | - |
| **Current Liabilities** | **(41,986,628)** | **(104,227,700)** | **(9,090,041)** | **34,602,140** | **-** | **208,168,689** | **-** | **8,819,998** | **619,941,462** | **(9,239,916)** | **-** | **-** | **-** | **-** | **-** | **-** |
| A/P | 52,404,579 | - | - | 1,496,946 | - | - | - | 413,101 | 7,492,386 | 1,172,545 | - | - | - | - | - | - |
| Accrued Expenses | 91,166,956 | 188,478 | - | 3,712,694 | - | 1,721,993 | - | 175,144 | 21,435,599 | 10,163,259 | - | - | - | - | - | - |
| Other Current Liabilities | 2,143,073 | - | - | 28,227 | - | - | - | 516 | 0 | - | - | - | - | - | - | - |
| Intercompany Payable | (334,859,434) | (104,416,178) | (9,090,041) | 25,619,489 | - | 5,978,185 | - | 6,748,455 | 589,166,884 | (21,787,685) | - | - | - | - | - | - |
| Short Term Operating Lease | 26,428,875 | - | - | 749,673 | - | - | - | - | 1,246,593 | 1,209,111 | - | - | - | - | - | - |
| Capital Lease OFO | 23,600,797 | - | - | (1,689) | - | - | - | - | 0 | - | - | - | - | - | - | - |
| Current Portions of Debt | - | - | - | - | - | 200,468,511 | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | 97,128,526 | - | - | 2,996,800 | - | - | - | 1,482,781 | - | 2,855 | - | - | - | - | - | - |
| **Non-Current Liabilities** | **1,056,530,507** | **1,160,655** | **-** | **29,297,698** | **-** | **970,965,318** | **-** | **(1,231,328)** | **10,648,927** | **1,347,687** | **-** | **-** | **-** | **-** | **-** | **-** |
| Other Non-Current Liabilities | 197,884,010 | - | - | 6,334,665 | - | 970,965,318 | - | - | 11,409,785 | 1,333,426 | - | - | - | - | - | - |
| Long Term Debt LCM | - | - | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - |
| Long Term Cap Lease Obligaation | 855,936,390 | - | - | 22,848,381 | - | - | - | - | (0) | - | - | - | - | - | - | - |
| Deferred Tax Liability | 2,710,107 | 1,160,655 | - | 114,652 | - | - | - | (1,231,328) | (760,858) | 14,261 | - | - | - | - | - | - |
| **Shareholder's Equity** | **966,497,536** | **114,925,105** | **9,090,041** | **15,928,824** | **-** | **888,941,690** | **-** | **(6,423,791)** | **(601,597,205)** | **11,982,254** | **-** | **-** | **-** | **-** | **-** | **-** |
| Common Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Shareholder's Equity | 1,788,109,637 | 540,312,669 | 9,103,140 | 64,399,343 | - | 1,333,231,202 | - | 808,862 | 68,661,854 | - | - | - | - | - | - | - |
| Treasury Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated Dividend | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings | (821,612,100) | (425,387,564) | (13,099) | (48,470,519) | - | (444,289,512) | - | (7,232,653) | (670,259,059) | 11,982,254 | - | - | - | - | - | - |

Notes:

(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

**October MOR - Statements of Operations**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **53,012,165** | **-** | **-** | **2,411,096** | **-** | **-** | **-** | **467,128** | **-** | **(9,322)** | **-** | **-** | **-** | **-** | **-** | **-** |
| Colocation Revenue | 53,584,600 | - | - | 2,245,722 | - | - | - | 467,128 | - | 869 | - | - | - | - | - | - |
| Cybersecurity Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Revenue | (572,436) | - | - | 165,374 | - | - | - | - | - | (10,191) | - | - | - | - | - | - |
| Val Adjustment Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Expenses** | **(31,140,018)** | **-** | **-** | **(923,991)** | **-** | **-** | **-** | **(2,912)** | **-** | **(13,589)** | **-** | **-** | **-** | **-** | **-** | **-** |
| Personnel Operating Expenses | (4,407,933) | - | - | (135,474) | - | - | - | - | - | (12,697) | - | - | - | - | - | - |
| Total Direct - COR | (26,732,085) | - | - | (788,517) | - | - | - | (2,912) | - | (892) | - | - | - | - | - | - |
| **SG&A** | **(4,634,653)** | **-** | **-** | **(5,665)** | **-** | **-** | **-** | **(197,332)** | **(5,336,633)** | **(12,424)** | **-** | **-** | **-** | **-** | **-** | **-** |
| Total Personnel SG&A | (4,432,289) | - | - | (4,672) | - | - | - | (176,653) | (3,435,668) | (7,162) | - | - | - | - | - | - |
| Marketing and Advertisement | (15,486) | - | - | - | - | - | - | (2,303) | (269,668) | - | - | - | - | - | - | - |
| Other SG&A | (186,878) | - | - | (993) | - | - | - | (18,376) | (1,631,297) | (5,262) | - | - | - | - | - | - |
| **Depreciation and Amortization** | **(16,285,708)** | **-** | **-** | **(704,282)** | **-** | **-** | **-** | **-** | **-** | **(150,534)** | **(1)** | **-** | **-** | **-** | **-** | **-** |
| Depreciation Expense | (11,259,901) | - | - | (704,282) | - | - | - | - | - | (150,534) | (1) | - | - | - | - | - |
| Amortization Expense | (5,025,806) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Asset Impairment Loss** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **11,540,230** | **-** | **-** | **-** | **-** | **-** | **-** |
| Asset Impairment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Receivable Asset Impairment Loss | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IC Receivable Asset Impairment Loss | - | - | - | - | - | - | - | - | - | 11,540,230 | - | - | - | - | - | - |
| **Acquisition & Other Cost** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Acquisition cost | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sponsor Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Interest Expense** | **(7,535,970)** | **-** | **-** | **(181,203)** | **-** | **(2,407,788)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Interest and Other Expense | (7,535,970) | - | - | (181,203) | - | (2,407,788) | - | - | - | - | - | - | - | - | - | - |
| Debt Issuance Cost Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Income** | **459,961** | **(201)** | **-** | **(500,473)** | **-** | **(415,148)** | **-** | **(556)** | **(7,023,175)** | **905** | **-** | **-** | **-** | **-** | **-** | **-** |
| Gain Loss Asset Sale | 3,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain Loss Exchange | (614,547) | - | - | 14,387 | - | (414,816) | - | - | - | 905 | - | - | - | - | - | - |
| Gain Loss Investment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Income | 1,071,008 | (201) | - | (514,860) | - | (332) | - | (556) | (7,023,175) | - | - | - | - | - | - | - |
| **Change in Warrant Debt** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Income and Other Tax** | **(309,385)** | **-** | **-** | **-** | **-** | **-** | **-** | **(3,646)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Income Tax Expense | (4,441) | - | - | - | - | - | - | (3,646) | - | - | - | - | - | - | - | - |
| Deferred Income Tax | (304,944) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net G/L Cont Operation** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Gain/Loss Conti Operation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | **(6,433,608)** | **(201)** | **-** | **97,482** | **-** | **(2,822,936)** | **-** | **262,682** | **(12,510,342)** | **11,505,800** | **-** | **-** | **-** | **-** | **-** | **-** |

Notes:

(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

**October MOR - Payments Made On Prepetition Debt**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | 2,701,621 | - | - | 4,926 | - | - | - | 2,310 | 10,841 | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Grand total | 2,701,621 | - | - | 4,926 | - | - | - | 2,310 | 10,841 | - | - | - | - | - | - | - |