Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−14853−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cyxtera Technologies, Inc.
   dba Starboard Value Acquisition Corp.
   2333 Ponce De Leon Boulevard
   Suite 900
   Coral Gables, FL 33134

Social Security No.:

Employer's Tax I.D. No.:
   84−3743013

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 21, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 732 − 665
Order Granting Application To Allow Attorney Jacob A. Adlerstein, Esq. as Counsel for Phoenix Data Center Holdings LLC to Appear Pro Hac Vice (Related Doc # 665). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 11/20/2023. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 21, 2023
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 23-14853-JKS
Cyxtera Technologies, Inc.   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jacob A. Adlerstein, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor Citibank N.A. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alexandra Grant | on behalf of Creditor Public Service Electric and Gas Company alexandra.grant@pseg.com mary.ryan@pseg.com |
| Allison J. Arotsky | on behalf of Interested Party Tax Technologies Inc. aarotsky@moritthock.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |
| Andrew H. Sherman | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Creditor Virtustream Inc., asodono@msbnj.com |

Case 23-14853-JKS    Doc 756    Filed 11/23/23    Entered 11/24/23 00:20:33    Desc
Imaged Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Boris I Mankovetskiy | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions bmankovetskiy@sillscummis.com asherman@sillscummis.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com |
| Bruce H Levitt | on behalf of Creditor Sergio Portillo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Creditor Cinthia Ganchozo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Carl J. Soranno | on behalf of Creditor LD Acquisition Company 16 LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Christopher Marcus | on behalf of Debtor Cyxtera Technologies Inc. christopher.marcus@kirkland.com, christopher-marcus-7767@ecf.pacerpro.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Dale E. Barney | on behalf of Creditor Ad Hoc First Lien Group dbarney@gibbonslaw.com elrosen@gibbonslaw.com |
| Dana S. Plon | on behalf of Creditor American Data Center Solutions LLC dplon@sirlinlaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor Iron Mountain Data Centers LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Donald K. Ludman | on behalf of Creditor SAP SE dludman@brownconnery.com |
| Edwin H Caldie | on behalf of Creditor Lumen Technologies ed.caldie@stinson.com |
| Felice R. Yudkin | on behalf of Debtor Cyxtera Technologies Inc. fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Frank F. McGinn | on behalf of Creditor Iron Mountain Data Centers LLC ffm@bostonbusinesslaw.com |
| Gary T. Holtzer | on behalf of Creditor Digital CR US REIT Inc. gary.holtzer@weil.com |
| Gary T. Holtzer | on behalf of Creditor Digital Realty Trust Inc. gary.holtzer@weil.com |
| Gary T. Holtzer | on behalf of Creditor Digital Realty Trust L.P. gary.holtzer@weil.com |
| Grace A. Thompson | on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. grace.thompson@katten.com, nyc.bknotices@katten.com |
| Ilana Volkov | on behalf of Creditor 1919 Park Avenue Associates LLC ivolkov@mcgrailbensinger.com |
| Jacqueline Price | on behalf of Creditor Iron Mountain Data Centers LLC jmp@bostonbusinesslaw.com |
| Jill L. Nicholson | on behalf of Creditor Cummins Inc. jnicholson@foley.com, jlee@foley.com |
| John D. Demmy | on behalf of Creditor Element Fleet Corporation john.demmy@saul.com |
| John F. Finnegan, III | on behalf of Interested Party HITT Contracting Inc. jfinnegan@watttieder.com, mdevoll@watttieder.com;jkneeland@watttieder.com;ljobrien@watttieder.com |
| Jorge Garcia | on behalf of Creditor Equinix Inc. jorge.garcia@saul.com, cindy.carhartt@saul.com |
| Joseph H. Lemkin | |

Case 23-14853-JKS    Doc 756    Filed 11/23/23    Entered 11/24/23 00:20:33    Desc
Imaged Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor EastGroup Properties L.P. jlemkin@stark-stark.com |
| Joseph L. Schwartz | on behalf of Creditor Wilmington Savings Fund Society FSB, as Administrative Agent and Collateral Agent jschwartz@riker.com |
| Joshua S. Bauchner | on behalf of Creditor Galveston County jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Leslie Carol Heilman | on behalf of Creditor Shaw Road L.L.C. heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor AppSmart Agent Services Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor Gateway Jefferson Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor ACPF NOVA Data Center LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor RREEF CPIF 2425 Busse Road LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Leslie Carol Heilman | on behalf of Creditor TBI Inc. d/b/a Telecom Brokerage, Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Logan Kugler | on behalf of Creditor Lumen Technologies logan.kugler@stinson.com |
| Lynn W Holbert | on behalf of Creditor CyrusOne AMS3 B.V. lynnholbert@eversheds-sutherland.us |
| Marc C Capone | on behalf of Creditor Simplify. Inc. ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marcella M. Jayne | on behalf of Interested Party Wasabi Technologies mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical mark.minuti@saul.com, robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy- Gas Division LLC mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Power Company d/b/a American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael A Alberico
    on behalf of Creditor Digital Realty Trust L.P. malberico@eckertseamans.com

Michael A Alberico
    on behalf of Creditor Digital Realty Trust Inc. malberico@eckertseamans.com

Michael A Alberico
    on behalf of Creditor Digital CR US REIT Inc. malberico@eckertseamans.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Canada LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Management Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Communications LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Federal Group Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Canada TRS ULC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Technologies LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera DC Parent Holdings Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Holdings LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Communications Canada ULC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Netherlands B.V. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Digital Services LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Technologies Maryland Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera DC Holdings Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Employer Services LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Case 23-14853-JKS    Doc 756    Filed 11/23/23    Entered 11/24/23 00:20:33    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Debtor Cyxtera Data Centers Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Technologies Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael J. Stafford
    on behalf of Creditor U.S. Electrical Services Inc. d/b/a Franklin - Griffith mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Viscount, Jr.
    on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael R. Herz
    on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mherz@foxrothschild.com cbrown@foxrothschild.com

Michele M. Dudas
    on behalf of Creditor Virtustream Inc., mdudas@msbnj.com

Morris S. Bauer
    on behalf of Creditor Phoenix Data Center Holdings LLC MSBauer@duanemorris.com tjsantorelli@duanemorris.com

Paul John Labov
    on behalf of Creditor Committee Official Committee of Unsecured Creditors plabov@pszjlaw.com lsc@pszjlaw.com

Phillip Pavlick
    on behalf of Creditor PNC Bank National Association ppavlick@mccarter.com

Rachel Ehrlich Albanese
    on behalf of Interested Party LDAC16 DE LLC rachel.albanese@us.dlapiper.com

Robert J Feinstein
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com

Ronald S. Gellert
    on behalf of Interested Party NVIDIA Corporation rgellert@gsbblaw.com abrown@gsbblaw.com;smattia@gsbblaw.com

Sabrina L Streusand
    on behalf of Creditor Virtustream Inc., streusand@slollp.com, lemaster@slollp.com

Scott J. Greenberg
    on behalf of Creditor Ad Hoc First Lien Group sgreenberg@gibsondunn.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sommer Leigh Ross
    on behalf of Creditor Phoenix Data Center Holdings LLC slross@duanemorris.com AutoDocketWILM@duanemorris.com

Stephanie Lindemuth
    on behalf of Interested Party SI CHI01A ABS LLC slindemuth@akingump.com, nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party Starboard Value LP slindemuth@akingump.com nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party SI POR02 ABS LLC slindemuth@akingump.com nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party DCCO Tukwila LLC slindemuth@akingump.com, nymco@akingump.com

Stephen D. Silverman
    on behalf of Creditor Ad Hoc First Lien Group ssilverman@gibsondunn.com

Steven J. Reisman
    on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. sreisman@katten.com, nyc.bknotices@katten.com

Terri Jane Freedman
    on behalf of Creditor Cummins Inc. tfreedman@csglaw.com, mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Timothy Mohan
    on behalf of Creditor Cummins Inc. tmohan@foley.com

Turner Falk
    on behalf of Creditor Element Fleet Corporation turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Turner Falk | on behalf of Interested Party D. Webber Consulting  Inc. dba Megawatt Electrical turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 101