## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

In re Cyxtera Technologies Inc., *et al*.     Applicant: Katten Muchin Rosenman LLP

Case No. 23-14853 (JKS)     Client: Fred Arnold, Roger Meltzer, and Scott Vogel, in their capacity as Disinterested Directors of Cyxtera Technologies, Inc.

Chapter 11     Case Filed: June 4, 2023

## COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

## RETENTION ORDER ATTACHED.

| | |
|---|---|
| */s/ Steven J. Reisman* | 11/28/2023 |
| Steven J. Reisman | Date |

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
October 1, 2023, through October 31, 2023 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total: | $218,216.50 |
| Disbursement Total: | $21.60 |
| Total Fees Plus Disbursements: | $218,238.10 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $1,327,148.85 |
| Total Fees and Expenses Allowed to Date: | $1,062,081.91 |
| Total Retainer Remaining: | $136,636.50 |
| Total Holdback: | $265,066.90 |
| Total Received by Applicant: | $1,062,081.91 |

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information
for the Compensation Period of October 1, 2023 Through October 31, 2023**

| Attorneys | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Position with the Applicant** | **Year Admitted** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | $1,755 | 41.20 | $ 72,306.00 |
| Cindi Giglio | Partner (NYC) | NY - 2007 | Restructuring | $1,495 | 9.10 | 13,604.50 |
| Marc Roitman | Partner (NYC) | NY - 2010 | Restructuring | $1,270 | 39.60 | 50,292.00 |
| Daniel Barnowski | Partner (DC) | DC - 1998 | Litigation | $1,245 | 14.00 | 17,430.00 |
| Michael Rosella | Associate (NYC) | NY - 2019 | Restructuring | $895 | 39.20 | 35,084.00 |
| Loredana Miranda | Associate (NYC) | NY - 2022 | Restructuring | $710 | 34.10 | 24,211.00 |
| **Totals for Attorneys** | | | | | **177.20** | **$ 212,927.50** |

| Paraprofessionals | | | | | | |
|---|---|---|---|---|---|---|
| **Paraprofessional** | **Position with the Applicant** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Marie Siena | Paralegal | Restructuring (NYC) | $410 | 12.90 | $   5,289.00 |
| **Totals for Paraprofessionals** | | | | **12.90** | **$   5,289.00** |
| **Total for Attorneys and Paraprofessionals**[1] | | | | **190.10** | **$ 218,216.50** |

---

[1]   Katten has written off timekeepers billing less than three (3) hours during the Fee Period in the amount of $1,121, as a courtesy to the Debtors' estates.

<div style="border: 1px solid black; text-align: center;">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Summary of Total Fees by Project Category**
**for the Compensation Period of October 1, 2023 Through October 31, 2023**

| Matter Number | Services Rendered | Hours | Fees |
|---|---|---|---|
| 2 | Retention and Fee Applications | 23.10 | $   18,863.50 |
| 10 | Business Operations and Governance | 19.30 | 21,371.50 |
| 11 | Case Administration | 2.90 | 1,764.00 |
| 21 | Investigation | 111.80 | 137,366.50 |
| 22 | Plan/Disclosure Statement/Confirmation | 33.00 | 38,851.00 |
| 32 | Expenses | N/A | 21.60 |
| **Totals[1]** | | **190.10** | **$ 218,238.10** |

---

[1]   Katten has written off timekeepers billing less than three (3) hours during the Fee Period in the amount of $1,121 and out of town travel in the amount of $260 for a total write-off of $1,381 as a courtesy to the Debtors' estates.

| SECTION III |
| SUMMARY OF DISBURSEMENTS |

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Compensation Period of October 1, 2023 Through October 31, 2023**

| Expenses by Category | Amount |
|---|---|
| Filing Fees / Court Costs | $ 21.60 |
| **Total[2]** | **$ 21.60** |

---

[2]   Katten has written off out of town travel in the amount of $260 during the Fee Period, as a courtesy to the Debtors' estates.

**SECTION IV**
**CASE HISTORY**

(1)    Date cases filed: June 4, 2023

(2)    Chapter under which case commenced: chapter 11

(3)    Date of retention: July 18, 2023, effective as of June 4, 2023.  *See* **Exhibit A**.

   If limit on number of hours or other limitations to retention, set forth: N/A

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[1]

   (a)    The Applicant held regular meetings with Fred Arnold, Roger Meltzer, and Scott Vogel (collectively, the "Disinterested Directors"), in their capacity as Disinterested Directors of Cyxtera Technologies, Inc. ("Cyxtera", and together with Cyxtera's affiliated debtors and debtors in possession, the "Debtors"), comprising the special committee (the "Special Committee") of Cyxtera's Board of Directors (the "Board"), in connection with the Special Committee's independent investigation with respect to (i) matters related to a potential restructuring transaction in which a conflict of interest exists or is reasonably likely to exist between Cyxtera, on the one hand, and any Related Party[2] on the other hand (the "Conflict Matters"), (ii) whether any matter arising in or related to the chapter 11 cases constitutes a Conflict Matter, and (iii) potential claims or causes of action of the Debtors, if any, against any Related Parties (collectively, the "Independent Investigation");

   (b)    The Applicant reviewed and analyzed documents and information produced by the Debtors and certain Related Parties in connection with the Independent Investigation;

   (c)    The Applicant conducted targeted legal research regarding various issues with respect to potential claims or causes of action of the Debtors, if any, against any Related Parties in connection with the Independent Investigation;

---

[1]    The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of and at the sole direction of the Disinterested Directors and for the benefit of the estate; it is not intended to itemize each and every professional service which the Applicant performed.

[2]    The term "Related Party" as used herein shall have the meaning ascribed to it in the *Application of Debtor Cyxtera Technologies, Inc. for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Cyxtera Technologies, Inc. on behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date* [Docket No. 193].

(d)     The Applicant prepared a comprehensive report for the Disinterested Directors detailing the Applicant's findings and analyses with respect to the Independent Investigation as of the date thereof;

(e)     The Applicant coordinated with M3 Advisory Partners, LP ("M3"), the independent financial advisor to Cyxtera on behalf of and at the sole direction of the Disinterested Directors, regarding various workstreams in connection with the Independent Investigation;

(f)     The Applicant submitted targeted document and information requests to the Debtors on behalf of M3 in connection with the Independent Investigation;

(g)     The Applicant analyzed and reviewed the Debtors' chapter 11 plan of reorganization and disclosure statement, as well as objections filed thereto, with particular attention to matters relevant to the Disinterested Directors and the Independent Investigation;

(h)     The Applicant began to prepare for the plan confirmation hearing in the chapter 11 cases, including by beginning to prepare a draft declaration of Mr. Meltzer in support of plan confirmation;

(i)     The Applicant reviewed and analyzed key pleadings filed in the chapter 11 cases with particular attention to matters relevant to the Independent Investigation;

(j)     The Applicant prepared its fourth monthly fee statement in the chapter 11 cases [Docket No. 634];

(k)     The Applicant advised the Disinterested Directors regarding various matters in the chapter 11 cases concerning the Independent Investigation; and

(l)     The Applicant rendered all of the services set forth on the invoices attached hereto as **Exhibit B**.[3]

(5)     Anticipated distribution to creditors:

(a)     Administrative expense: Paid in full.

(b)     Secured creditors: To be paid in accordance with the *Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 694, Exhibit A] (the "Plan").

(c)     Priority Creditors: To be paid in accordance with the Plan.

---

[3]     The invoices attached hereto as **Exhibit B** contain detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

     (d)     General unsecured creditors: To be paid in accordance with the Plan.

(6)     Final disposition of case and percentage of dividend paid to creditors: This is the fifth monthly fee statement.

## Exhibit A

**Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in
Possession*

**Order Filed on July 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al* | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO CYXTERA
TECHNOLOGIES, INC. ON BEHALF OF AND AT THE SOLE DIRECTION OF
THE DISINTERESTED DIRECTORS EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through six (6), is

**ORDERED**.

**DATED: July 18, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

2

| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
|---|---|
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

Upon the application (the "Application")[2] of Debtor Cyxtera Technologies, Inc. ("Cyxtera" and with the above-captioned debtors and debtors in possession, collectively, the "Debtors") for the entry of an order (the "Order") (a)authorizing Cyxtera to retain and employ Katten Muchin Rosenman LLP ("Katten") as counsel to Cyxtera to render independent legal services on behalf of and at the sole direction of the Disinterested Directors, effective as of the Petition Date and (b) granting related relief, pursuant to sections 327(e), 328 (a), and 1107(b) of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"); and the Court having reviewed the Application, the Declaration of Steven J. Reisman, a partner of Katten Muchin Rosenman LLP (the "Reisman Declaration"), and the declaration of Roger Meltzer, Disinterested Director of Cyxtera (the "Meltzer Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application and in the Reisman Declaration that Katten does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Katten is retained by Cyxtera on behalf of and at the sole direction of the Disinterested Directors; and the Court having found that found that sufficient

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

cause exists for the relief set forth herein; and the Court having found that the Debtors provided

adequate and appropriate notice of the Application under the circumstances and that no other or

further notice is required; and the Court having reviewed the Application and having heard

statements in support of the Application at a hearing held before the Court (the "Hearing"); and

the Court having determined that the legal and factual bases set forth in the Application and at the

Hearing establish just cause for the relief granted herein; and any objections to the relief requested

herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient

cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is **GRANTED** to the extent set forth herein.

2. Cyxtera is authorized to retain and employ Katten as counsel to Cyxtera to render

independent legal services on behalf of and at the sole direction of the Disinterested Directors

effective as of the Petition Date in accordance with the terms and conditions set forth in the

Application and in the Engagement Letter attached hereto as **Exhibit 1**.

3. The terms of the Engagement Letter, including, without limitation, the fee and

expense structure, are reasonable terms and conditions of employment and are approved in all

respects, as modified in this Order.

4. Retention pursuant to section 327(e) of the Bankruptcy Code is appropriate given

the specific scope of the retention and Katten's prepetition representation.

5. Katten is authorized to provide the Disinterested Directors with the professional

services as described in the Application and the Engagement Letter.

(Page | 5)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

6.     Katten shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Katten also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Katten in these chapter 11 cases.

7.     Katten is authorized without further order of the Court to apply amounts from the prepetition advance payment retainer to compensate and reimburse Katten for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practice. At the conclusion of Katten's engagement by Cyxtera on behalf of and at the sole direction of the Disinterested Directors, if the amount of any advance payment retainer held by Katten is in excess of the amount of Katten's outstanding and estimated fees, expenses, and costs, Katten will pay to Cyxtera the amount by which any advance payment retainer exceeds such fees, expenses, and costs, in each case in accordance with the Engagement Letter.

8.     Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Declarations attached to the Application, the reimbursement provisions allowing the reimbursement of fees and expenses incurred in connection with participating in, preparing for, or

| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
|---|---|
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

responding to any action, claim, suit, or proceeding brought by or against any party that relates to the legal services provided under the Engagement Letter and fees for defending any objection to Katten's fee applications under the Bankruptcy Code are not approved pending further order of the Court.

9.      Katten shall not charge a markup to Cyxtera with respect to fees billed by contract attorneys who are hired by Katten to provide services to Cyxtera and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

10.     In order to avoid any duplication of effort and provide services to Cyxtera in the most efficient and cost-effective manner, Katten shall coordinate with Kirkland and Ellis LLP, Cole Schotz P.C., and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.

11.     Katten shall provide ten (10) business days' notice to the Debtors, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

12.     Cyxtera and Katten are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

(Page | 7)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

13.    Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

14.    Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

15.    To the extent the Application, the Reisman Declaration, the Meltzer Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

16.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**<u>Exhibit 1</u>**

**Engagement Letter**

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

STEVEN J. REISMAN
sreisman@katten.com
+1.212.940.8700 direct
+1.212.940.8776 fax

Dated as of May 19, 2023

*VIA EMAIL: roger.meltzer@us.dlapiper.com*

Roger Meltzer
Disinterested Director of
Cyxtera Technologies, Inc.
1110 Park Avenue Lobby C
New York, NY 10128

*VIA EMAIL: fred@chatsworthadvisors.com*

Fred Arnold
Disinterested Director of
Cyxtera Technologies, Inc.
300 Beach Drive NE #2802
St. Petersburg, FL 33701

*VIA EMAIL: scott@vogelpartners.com*

Scott Vogel
Disinterested Director of
Cyxtera Technologies, Inc.
885 Park Avenue
New York, NY 10075

**Re:  Supplemental Engagement Agreement**

Dear Roger, Fred, and Scott:

Reference is made to the Engagement Agreement, dated as of April 24, 2023, attached as Exhibit A hereto (the "Initial Engagement Agreement"), between Katten Muchin Rosenman LLP (the "Firm") and Roger Meltzer and Fred Arnold, each in their capacity as a disinterested director of Cyxtera Technologies, Inc. (the "Company"), as acknowledged and agreed by the Company. This Supplemental Engagement Agreement supplements the Initial Engagement Agreement.

All parties hereto agree that, as of May 19, 2023, Scott Vogel, together with Roger Meltzer and Fred Arnold, each in their capacity as a disinterested director of the Company, collectively, shall be the "Client," as defined in the Initial Engagement Agreement.

All parties agree that the Firm may share with Mr. Vogel any work product or other privileged materials created under the Initial Engagement Agreement and that sharing such materials with Mr. Vogel is not a waiver of the attorney-client privilege.  As set forth in the Initial Engagement Agreement, the Client shall control any attorney-client work product or privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter (as defined in the Initial Engagement Agreement).

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

DocuSign Envelope ID: CA682F6C-3E1A-4A88-9291-F6C8DE00486E

# Katten

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 2

As set forth in the Initial Engagement Agreement, the Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred by the Firm in connection with this Matter.

The Initial Engagement Agreement, including the Terms of Engagement attached thereto, remains in full force and effect as modified by this Supplemental Engagement Agreement.

A schedule of the Firm's standard hourly rates is attached as <u>Exhibit B</u>.  The Firm's disbursements that are billed on a per-unit basis are attached as <u>Exhibit C</u>.  The Firm's wiring instructions are attached as <u>Exhibit D</u>, and the Firm's W-9 Taxpayer Certification is attached as <u>Exhibit E</u>.

Thank you for allowing us the privilege of this representation.  We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

Steven J. Reisman

w/attachments

cc:    Christopher Marcus, P.C. (w/attachments, via email: christopher.marcus@kirkland.com)
          (Kirkland & Ellis LLP)
       Cindi Giglio, Esq. (w/attachments, via email: cgiglio@katten.com)
       Marc Roitman, Esq. (w/attachments, via email: marc.roitman@katten.com)
          (Katten Muchin Rosenman LLP)

DocuSign Envelope ID: CA682F6C-3E1A-4A88-9291-F56BDE00486E

# Katten

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 3

This letter and the Terms of Engagement are agreed to:

**ROGER MELTZER,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**

By: _____

Name:  Roger Meltzer, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title:   Disinterested Director
          Dated as of May 19, 2023

**FRED ARNOLD,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**

By: _____

Name:  Fred Arnold, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title:   Disinterested Director
          Dated as of May 19, 2023

**SCOTT VOGEL,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**

By: _____

Name:  Scott Vogel, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title:   Disinterested Director
          Dated as of May 19, 2023

DocuSign Envelope ID: CA682E6C-3E1A-4A88-9291-F56BDE00486E

# Katten

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 4

Acknowledged and agreed to with respect to control of privilege and payment of fees, expenses, and the fee deposit on behalf of Client:

**CYXTERA TECHNOLOGIES, INC.**

By: _____

Name: Victor Semah
Title:   Chief Legal Officer
            Dated as of May 19, 2023

**<u>Exhibit A</u>**

**Initial Engagement Agreement, dated April 24, 2023**

DocuSign Envelope ID: CA662F66-3E4A-4A88-9291-F56BDE00486E

# Katten

50 Rockefeller Plaza
New York, NY  10020-1605
+1.212.940.8800 tel
katten.com

STEVEN J. REISMAN
sreisman@katten.com
+1.212.940.8700 direct
+1.212.940.8776 fax

Dated as of April 24, 2023

*VIA EMAIL: roger.meltzer@us.dlapiper.com*      *VIA EMAIL: fred@chatsworthadvisors.com*

Roger Meltzer                                Fred Arnold
Disinterested Director of                     Disinterested Director of
Cyxtera Technologies, Inc.                    Cyxtera Technologies, Inc.
1110 Park Avenue Lobby C                       300 Beach Drive NE #2802
New York, NY 10128                            St. Petersburg, FL 33701

Re:  **Engagement Agreement**

Dear Roger and Fred:

We are pleased to have the opportunity to represent each of you (together, the "Client") in your capacity as disinterested directors of Cyxtera Technologies, Inc. (the "Company") and such other matters as the Client may request and Katten Muchin Rosenman LLP (the "Firm") may agree to handle (collectively, the "Matter").  This letter and the enclosed Terms of Engagement, which contains a provision on conflicts of interest, describe the basis on which the Firm provides legal services.

The Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred by the Firm in connection with this Matter as described in this engagement agreement, including the fee deposit described below. This undertaking by the Company is made with the express understanding that the sole professional obligation of myself and the Firm is to the Client. The Firm is not required to disclose any legal strategy, theory, plan of action, or the like to the Company, and the payment of legal fees by the Company to the Firm in no way depends upon such disclosure. In essence, no professional relationship will arise between the Company and the Firm as a result of the rendering of legal services by us to the Client or by the payment of legal fees, expenses, and the fee deposit by the Company.  In addition, the Client shall control any attorney-client work product or privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter.

As soon as reasonably practicable at the end of each month, the Firm will send a detailed invoice to the Client providing a complete and detailed description for all timekeeper entries and a summary of work performed during the billing period. Following approval by the Client, the Firm will send a summary bill for such billing period to the Company. The bill provided to the Company will include an overview of work performed during the billing period but, in order to

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

DocuSign Envelope ID: CA682F56C-3E4A-4A88-9291-F56BDE0B488F

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 2

maintain confidentiality and privilege, will not include individual timekeeper entries with detailed descriptions.

Nevertheless, certain confidential communications between the Firm and counsel for the Company may, with your consent, occur. These confidential communications will be subject to any and all applicable privileges, to the extent provided under law and agreed upon by the Firm and counsel for the Company. Once again, however, the payment of legal fees and expenses under this agreement is neither conditioned upon nor dependent upon the Firm's cooperation with counsel for the Company or any other party.

I will be the lawyer at the firm with the primary responsibility for the Matter and understand that it is your expectation, as well as my own intention, that I be involved in managing all aspects of this engagement. I will be assisted by my partners Jerry Hall and Marc Roitman, and such other partners, associates, and other members of the Firm as appropriate. As indicated in the Terms of Engagement, our fees are based upon our hourly rates unless otherwise noted herein.

Please review the Terms of Engagement (which immediately follow the signature page), with the assistance of independent counsel if you wish, and let me know if you have any questions about them. If all the terms are satisfactory, please indicate your consent by signing this letter and returning it to me. However, your continuing instructions in this matter will amount to your acceptance of the terms of this letter, including the Terms of Engagement (collectively the "Terms"). All parties to this agreement agree that a digital signature shall be effective to prove each party's agreement to the Terms. Furthermore, the parties agree that the Terms may be proven through an electronic copy in digital format, and that no "original" hard-copy document need be retained to prove the Terms.

To retain the services of the Firm for this Matter, the Firm is requesting that the Company, on behalf of the Client, pay us a fee deposit of $100,000, specific to the Matter. Notwithstanding anything to the contrary in the Terms of Engagement, this fee deposit will either be offset against outstanding fees and expenses or held until the conclusion of the engagement, at which point the fee deposit will be returned to the Company. The Company shall pay the Firm's fees and expenses on a monthly basis promptly upon receipt of the invoice. The Client and the Company further acknowledge and understand that the use of fee deposits is an integral condition of this engagement, and is necessary to ensure that: the Client continues to have access to the Firm's services; the Firm is compensated for its representation of the Client; the Firm is not a prepetition creditor of the Company in the event of a bankruptcy case; and that in light of the foregoing, the provision of advance fee deposits is in the Client's best interests.

You agree that the Firm in the future may represent any existing or future client in any matter (including transactions and counseling, as well as litigation or other dispute resolutions) that is directly adverse to you, provided, that (1) the Firm will not represent another client adverse

DocuSign Envelope ID: CA682E6C-3E1A-4A88-9291-F96BDE00488E

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 3


to you in a matter that is in any way related to this Matter or to any other matters that we are handling for you, and (2) the Firm will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent.   The waivers provided for in this paragraph include, without limitation, representing a debtor, creditor or other client in restructurings, recapitalizations, reorganizations or liquidations in- and out-of-court, including, without limitation, in a judicial proceeding under the Bankruptcy Code or similar laws, including in any matter that is adverse to you.  You also confirm that your agreement to this prospective waiver is voluntary and that you intend for it to be effective and enforceable and for the Firm to rely upon it.

A schedule of the Firm's standard hourly rates is attached as Exhibit A.  The Firm's disbursements that are billed on a per-unit basis are attached as Exhibit B.  The Firm's wiring instructions are attached as Exhibit C, and the Firm's W-9 Taxpayer Certification is attached as Exhibit D.

Thank you for allowing us the privilege of this representation.  We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

Steven J. Reisman

w/attachments

cc:    Christopher Marcus, P.C. (w/attachments, via email: christopher.marcus@kirkland.com)
        (Kirkland & Ellis LLP)
        Jerry L. Hall, Esq. (w/attachments, via email: jerry.hall@katten.com)
        Marc Roitman, Esq. (w/attachments, via email: marc.roitman@katten.com)
            (Katten Muchin Rosenman LLP)

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 4


This letter and the Terms of Engagement are agreed to:

**ROGER MELTZER,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**


By: _____
Name:  Roger Meltzer, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title:   Disinterested Director
              Dated as of April 24, 2023


**FRED ARNOLD,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**


By: _____
Name:  Fred Arnold, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title:   Disinterested Director
              Dated as of April 24, 2023


Acknowledged and agreed to with respect to control of privilege and payment of fees, expenses, and the fee deposit on behalf of Client:

**CYXTERA TECHNOLOGIES, INC.**


By: _____
Name:  Victor Semah
Title:   Chief Legal Officer
              Dated as of April 24, 2023

DocuSign Envelope ID: CA682F6C-3E1A-4A88-9291-F56BDE0B488E

# KATTEN MUCHIN ROSENMAN LLP
## TERMS OF ENGAGEMENT

The information below describes the terms that apply to the legal services provided for you by Katten Muchin Rosenman LLP (the "Firm"). We encourage you to discuss any of these Terms with us at any time. If modifications to the Terms are needed, you should discuss that with us so that agreement on changes can be reached and reduced to writing. All references to "you" or "your" means only the client or clients identified in our engagement letter. **Individuals or entities that are related to or affiliated with you, such as partners, officers, directors, stockholders, parent companies, related companies, or family members, are not clients, unless we otherwise agree in writing.**

**I.      Scope of Representation.** The scope of the work we will do for you is limited to the description stated in our engagement letter. Any changes or additions to the scope of our work, which we would be pleased to consider, must be agreed to and memorialized by letter or email. Unless that description states otherwise, **our engagement does not include responsibility for:** (1) review of your insurance policies to determine the possibility of coverage for our fees and costs or for the claim asserted against you, (2) notification of your insurance carriers about a matter, (3) advice to you about your disclosure obligations concerning a matter under the federal securities laws or any other applicable law, or (4) advice to you about tax issues that relate to a matter. If we agree to represent you in additional matters, we will do so in writing by letter or email, and the Terms of our engagement will remain the same for these additional matters unless changed by agreement in writing.

Additionally, if in response to your request or by requirement of lawful process we: testify; gather and/or produce documents; respond to document hold or production requests; or respond to any other requests in connection with possible, threatened or actual proceedings commenced by third parties that relate to our representation of you, you agree to pay us our reasonable fees and costs incurred.

**II.      Staffing.** Steven J. Reisman will have the primary responsibility for our relationship. We assign additional lawyers and other personnel when needed based upon the type of work and the appropriate experience level required.

**III.      Client Responsibilities.** You agree to provide us with all information that we believe is necessary or appropriate to fulfill our professional responsibilities in this matter and to cooperate with us in matters such as fact investigation, preparation of pleadings, discovery responses, settlement conferences, etc. You will designate one or more persons to give us instructions and authority to receive our requests and inquiries. You further agree that without our express written consent, you will not use our name or the fact of your engagement of us in any form of advertising or solicitation of business.

**IV.      Financial Arrangements.**

      A.      Fees and Expenses. Our fees are based primarily upon the hourly rates of our lawyers and other personnel in effect when the services are performed. These rates change periodically based upon economic factors and the experience level of our personnel. We

are affiliated with Katten Muchin Rosenman UK LLP of London, England, and if we obtain advice or services on your behalf from that firm, we will include their time and expenses on our bill.

Expenses include items such as consultants, experts, filing fees, court reporting fees, travel costs, overnight or other special mail services, messenger services, photocopies, long distance telephone, outgoing faxes, research service charges (e.g., Westlaw), secretarial and other staff overtime charges (when required to meet the needs of the matter), and other special services such as document imaging.  With respect to costs incurred and payable to third parties, such as court reporters or experts, it is our usual policy to forward those bills to you for payment directly to the third party, and you agree to pay those fees directly to the provider.  As an accommodation to you, however, we may advance those costs on your behalf and include them in our monthly bills.  Some large disbursements may be forwarded to you for direct payment.  Some charges may not be in the system at the time of monthly billing and will appear on a later bill.

B.    Fee Deposits.  The amount of any fee deposit required in this engagement is set forth in the engagement letter, which is not an estimate of the total costs of the representation, nor is it a maximum fee. This fee deposit will be used to pay our fees and expenses when they come due to the extent not timely paid. We will pay our monthly invoices using the fee deposit when earned, unless you already have paid the invoice or dispute the amount of our invoice before that time. You agree that you will maintain the fee deposit balance at the amount agreed in the engagement letter. Accordingly, while we will pay our invoices from the fee deposit as set forth above, you agree to maintain the agreed balance by either paying each invoice within 20 days of mailing or by replenishing the fee deposit in a like amount. In the event our fees and expenses exceed the retainer deposited with us, we will bill you for the excess. We may also request, and you agree to provide, additional fee advances from time to time based on our estimates of future work to be undertaken. If you fail to maintain the balance of the fee deposit when requested or to pay promptly any additional fees requested, we reserve the right to cease performing further work and withdraw from the representation.

C.    Billing and Payment.  We generally forward our statements monthly; however, we may request payment more frequently, such as on a weekly or bi-weekly basis.  The statements will include a brief description of the work performed, the date the work was performed, the time required to do the work, and the expenses incurred.  Payment is due promptly upon receipt of our statement.   We reserve the right to terminate our representation of clients who do not pay promptly.  We do not and cannot guarantee the outcome of any matter, and payment of our fees and disbursements is not conditioned on any particular outcome.

**V.    Electronic Communication.**    The use of email can be an efficient means of communication, and we use it often in communicating with clients.  Some clients also use instant messaging as a means of communication.  However, these electronic communications can be delayed or blocked (for example, by anti-spam software) or otherwise not transmitted.  You must not assume that an email or instant message sent to us was actually opened and read by us unless you receive a non-automated reply message indicating that we have read your message.

DocuSign Envelope ID: 2A682E6C-3E1A-4A88-8291-F56BDE0B488F

**VI.    Responses to Auditors' Inquiries.**  We are frequently asked to provide information to auditing firms regarding client legal matters and we respond to those inquiries with the same level of care and professionalism used to handle the client's other legal work.  We will accordingly charge for those services at the same rates.  When you make a written request that we provide information to an auditing firm, we will deem your request to be your consent for us to disclose the requested information on your behalf.  Additionally, when an auditing firm makes a written request for information on your behalf, that request will be deemed to be your consent for us to disclose that information to the auditing firm.

**VII.    Conflicts of Interest Issues.**  As you know, we are a large general services law firm with many clients and with offices located in Charlotte, North Carolina; Chicago, Illinois; Dallas, Texas; Los Angeles, California (Century City and Downtown); New York, New York; Orange County, California; Washington D.C.; and Shanghai, China, and we have an affiliate in London, England.  It is possible that, during the course of our engagement, an existing or future client may seek to hire the Firm in connection with an actual or potential transaction or pending or potential litigation or other dispute resolution proceeding in which such other client's interests are or potentially may become adverse to your interests.

Because the duty of loyalty would otherwise prevent the Firm from being adverse to a current client, rules of professional conduct prevent the Firm from accepting such engagements during the Firm's representation of you absent informed consent by you and the waiver of the duty of loyalty. In particular, the Firm often represents parties in restructuring and insolvency matters, both in- and out-of-court. By agreeing to these Terms of Engagement, you waive the duty of loyalty insofar as it would be applicable and agree that, even while the Firm is representing you, and at all times thereafter, the Firm may represent existing or new clients in any matter that is not in any way related to our work for you, even if the interests of such clients are adverse to yours (whether or not you are then represented by the Firm), or any of your affiliates, including litigation in which you or any of your affiliates are parties.  This waiver also is intended to allow the Firm to examine or cross-examine you (and/or your employees and agents) on behalf of existing or new clients in other proceedings (including but not limited to proceedings to which you are not a party) provided the other matter is not in any way related to our representation of you.  Notwithstanding this consent and waiver, the Firm will not undertake any such representation unless we first reasonably determine that we will be able to provide competent and diligent representation to both of the affected clients. We also will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent.

Potential adverse consequences may result from the Firm's representing parties that are adverse to you.  These may include a perception that the Firm's loyalty and independence of judgment with respect to you are impaired.  Also, the Firm's representation of parties adverse to you may come at a time when it would harm your interests to terminate the services of the Firm, or after expenditures of fees and costs to the Firm that might need to be replicated by new counsel.  The Firm encourages you to have this conflicts waiver reviewed by independent counsel acting on your behalf before agreeing to these Terms of Engagement.

Further, in the course of our representation of you, it may be necessary for our lawyers to analyze or address their professional duties or responsibilities or those of the Firm, and to consult with the Firm's General Counsel, Deputy General Counsel, Conflicts Counsel, or other lawyers in doing so. To the extent we are addressing our duties, obligations or responsibilities to you in those consultations, it is possible that a conflict of interest might be deemed to exist as between our Firm and you. As a condition of this engagement, you waive any conflict of interest that might be deemed to arise out of any such consultations. You further agree that these consultations are protected from disclosure by the Firm's attorney-client privilege. Nothing in the foregoing shall diminish or otherwise affect our obligation to keep you informed of material developments in your representation, including any conclusions arising out of such consultations to the extent that they affect your interests.

## VIII.    Arbitration of Disputes.

You acknowledge having reviewed a copy of Part 137 of the Rules of the Chief Administrator of the Courts of New York (available at http://www.courts.state.ny.us/admin/feedispute/137.pdf or upon request from us) which provides a mechanism for resolution of fee disputes between us using a particular arbitration procedure and forum; you have a right to select this mechanism for the resolution of fee disputes between us under this letter agreement unless you waive that right. You hereby waive that right, and you and we instead agree upon the following: If any dispute, controversy or claim directly or indirectly relating to or arising out of this agreement, work we perform for you or the fees charged by us or your failure to pay such fees you agree that such dispute shall be submitted to binding arbitration with JAMS in New York, New York under the JAMS Comprehensive Arbitration Rules and Procedures. The arbitrator shall have no authority to award punitive damages or to treble or otherwise multiply actual damages. The award in the arbitration shall be final and binding and judgment thereon may be entered and enforced in any court of competent jurisdiction. The costs and expenses (including reasonable attorney's fees of the prevailing party) shall be borne and paid by the party that the arbitrator, or arbitrators, determine is the non-prevailing party. You agree and consent to personal jurisdiction, service of process and venue in any federal or state court within the State of New York in connection with any action brought to enforce an award in arbitration. You further agree that service of process may be made upon you by Katten Muchin Rosenman LLP by causing process to be delivered to you at the above address (or such other address of which you hereafter shall advise us in writing) by registered or certified mail, return receipt requested.

## IX.    Conclusion of Representation.

Our representation of you will terminate when we send you our final statement for services rendered in this matter. We may also terminate our representation for any reason consistent with rules of professional responsibility, including conflicts of interest or your failure to pay our fees and expenses. Our representation may also be terminated upon your request. Following termination, any nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional responsibility. Once our representation is concluded, we will not be obligated to take any steps such as keeping track of deadlines, filing papers, pursuing appeals, or monitoring or advising you about changes in the law or circumstances that might bear upon the concluded matter.

## X.    Disposition of Client Files.

Upon conclusion of your representation, we may return to you your original papers, documents and/or other property that you provided to the Firm during our engagement. You agree to accept the return of such documents and/or property. If you so

DocuSign Envelope ID: 2A682E6C-3E4A-4A88-0291-F56BDE0D486E

request, we will also provide to you, at your expense, copies or originals of your complete file.  We reserve the right to make, at our expense, copies of all documents generated or received by us in the course of our representation of you.  The Firm will not provide copies or originals of the Firm Administrative or Matter Administration files pertaining to the matter, which will be retained by the Firm.  All such documents retained by the Firm, including client files (including any original documents and/or property that we attempted unsuccessfully to return to you) and Firm Administrative or Matter Administration files, will be transferred to the person responsible for administering our records retention program.  For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any documents or other materials retained by us within a reasonable time, but not less than seven (7) years after the matter is closed.  We will not destroy, discard or otherwise dispose of any such documents without first providing you with thirty (30) days' prior written notice.

DocuSign Envelope ID: 0A682E6C-3E1A-4A88-0291-F56BDE0B486E

**EXHIBIT B**

**STANDARD RATES**

| PROFESSIONALS | STANDARD RANGE |
|---|---|
| Partner | $945 - $1,985 |
| Of Counsel | $965 - $1,600 |
| Counsel and Special Staff | $510 - $1,550 |
| Associate | $625 - $1,000 |
| Paralegal | $310 - $720 |

| ATTORNEY | HOURLY RATE |
|---|---|
| Steven Reisman | $1,755 |
| Cindi Giglio | $1,495 |
| Jerry Hall | $1,425 |
| Evan Borenstein | $1,390 |
| Marc Roitman | $1,270 |
| Jesse Kitnick | $775 |
| Alexis Zobeideh | $640 |

DocuSign Envelope ID: 2A682F6C-3E4A-4A88-9291-F56BDE00486E

## EXHIBIT C

## PER UNIT EXPENSES

| Description | Cost per page |
|---|---|
| Fax | $1.60 |
| Photocopy Costs | $  .20 |
| Photocopy – Wide Format | $1.00 |
| Color Printing / Copies | $  .25 |

## Exhibit B

**Invoices**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

████████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00002 |
| Invoice #: | 9020161913 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Applications

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total...................................................................................................................... | 18,863.50 | |
| **Total Amount Due** ...................................................................................................... | **18,863.50** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:            399279.00002
Invoice #:         9020161913
Invoice Due Date:  Payable Upon Receipt

November 27, 2023

---

RE: Retention and Fee Applications

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/2023 | Rosella, Michael | Incorporate M. Roitman comments to supplemental declaration in support of Katten retention (.30) | 0.30 |
| 10/03/2023 | Roitman, Marc | Revise supplemental declaration in support of Katten retention (.50); emails with Katten regarding same (.20) | 0.70 |
| 10/03/2023 | Reisman, Steven | Revise supplemental declaration in support of Katten retention (.40); emails with Katten regarding same (.20) | 0.60 |
| 10/04/2023 | Rosella, Michael | Finalize supplemental declaration in support of Katten retention (.30); emails with Katten and Kirkland regarding same (.20) | 0.50 |
| 10/06/2023 | Siena, Marie | Revise September prebills for privileged and confidential information (1.40) | 1.40 |
| 10/06/2023 | Reisman, Steven | Review September prebills for privileged and confidential information (.40) | 0.40 |
| 10/10/2023 | Rosella, Michael | Revise September pre-bills for privileged and confidential information and compliance with UST guidelines (2.10); emails with Katten regarding same (.20) | 2.30 |
| 10/10/2023 | Siena, Marie | Review Filed CNO for August monthly fee statement (.20); draft allocations for same (.20); begin to draft exhibits for interim fee application (.40) | 0.80 |
| 10/11/2023 | Siena, Marie | Revise September invoices to incorporate M. Rosella comments (3.20); draft September monthly fee statement (.50) | 3.70 |
| 10/12/2023 | Rosella, Michael | Revise Katten September monthly fee statement (.40) | 0.40 |
| 10/12/2023 | Siena, Marie | Emails with M. Rosella and M. Roitman regarding September fee statement (.20) | 0.20 |
| 10/19/2023 | Rosella, Michael | Emails with Katten and Kirkland regarding final fee application matters (.40) | 0.40 |
| 10/23/2023 | Rosella, Michael | Emails with Kirkland and Katten regarding final fee application matters (.20) | 0.20 |
| 10/24/2023 | Rosella, Michael | Emails with Katten regarding final fee application matters (.50) | 0.50 |
| 10/24/2023 | Siena, Marie | Draft exhibits for September fee statement (1.10) | 1.10 |
| 10/24/2023 | Reisman, Steven | Emails with Katten regarding final fee application (.40); review updated September monthly fee statement draft (.40) | 0.80 |
| 10/25/2023 | Rosella, Michael | Revise updated Katten September pre-bills (1.00); revise updated September monthly fee statement (.50); emails with Katten and Disinterested Directors regarding approval of same (.40); emails with Kirkland regarding finalizing and filing same (.30); respond to questions from clients regarding same (.30) | 2.50 |
| 10/25/2023 | Roitman, Marc | Review of September Monthly Fee Statement including for matters relating to privilege (.70); emails with Katten regarding same (.20) | 0.90 |
| 10/25/2023 | Siena, Marie | Revise September prebills to ensure that privileged and confidential information is not disclosed (.90); emails with M. Rosella regarding same (.40); revise September prebills to incorporate M. Rosella comments (.90) | 2.20 |
| 10/25/2023 | Reisman, Steven | Review September monthly fee statement (.80); review September prebills for privileged and confidential information (.80) | 1.60 |
| 10/26/2023 | Siena, Marie | Draft exhibits for interim fee application (1.10); prepare summary invoice for September monthly fee statement (.50) | 1.60 |

**Katten**

Matter:          399279.00002
Invoice #:       9020161913
Invoice Due Date:   Payable Upon Receipt

November 27, 2023

**Total Hours :**          **23.10**

| Matter: | 399279.00002 | |
|---|---|---|
| Invoice #: | 9020161913 | November 27, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 3.40 | 1,755.00 | 5,967.00 |
| Roitman, Marc | 1.60 | 1,270.00 | 2,032.00 |
| Rosella, Michael | 7.10 | 895.00 | 6,354.50 |
| Siena, Marie | 11.00 | 410.00 | 4,510.00 |
| | | | |
| **Sub Total :** | **23.10** | **Sub Total :** | **18,863.50** |
| **Total Hours :** | **23.10** | **Total Fees** | **18,863.50    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott**
**Vogel, as disinterested directors of**
**Cyxtera Technologies, Inc.**

██████████████████
██████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00010 |
| Invoice #: | 9020161914 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Business Operations and Governance

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total........................................................................................................................ | 21,371.50 | |
| **Total Amount Due** ...................................................................................................... | **21,371.50** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:         399279.00010
Invoice #:      9020161914
Invoice Due Date:  Payable Upon Receipt

November 27, 2023

RE:  Business Operations and Governance

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/04/2023 | Miranda, Loredana | Draft agenda for Special Committee meeting (.20); emails with Disinterested Directors regarding Special Committee minutes (.10); emails with Katten team regarding Special Committee meeting (.30); draft email to clients regarding same (.20) | 0.80 |
| 10/04/2023 | Roitman, Marc | Emails with Disinterested Directors regarding Special Committee meeting (.40); revise minutes of September 28 Special Committee meeting (.60); emails with Katten regarding same (.20) | 1.20 |
| 10/04/2023 | Reisman, Steven | Revise minutes from 9/28 Special Committee meeting (.40); emails with Katten regarding same (.20) | 0.60 |
| 10/05/2023 | Miranda, Loredana | Attend Katten pre-call (.30); attend Transaction Update Call with Special Committee and Debtors' Professionals (.20); prepare summary of call for Katten team (.50); incorporate comments from M. Roitman to Special Committee meeting minutes (.20); email clients regarding Special Committee meeting minutes (.20) | 1.20 |
| 10/05/2023 | Rosella, Michael | Attend Katten pre-call for Transaction Update Call (.30) | 0.30 |
| 10/05/2023 | Roitman, Marc | Attend Transaction Update Call with Special Committee and Debtors' Professionals (.20); Katten pre-call in connection with same (.30); review materials in preparation for same (.40) | 0.90 |
| 10/05/2023 | Reisman, Steven | Participate in Katten pre call in connection with update with Special Committee (.30); participate in transaction update with Special Committee for portion of call (.20); follow up with Disinterested Directors regarding same (.10) | 0.60 |
| 10/06/2023 | Miranda, Loredana | Revise minutes of Special Committee meeting (.20); coordinate execution of meeting minutes (.10) | 0.30 |
| 10/06/2023 | Siena, Marie | Submit minutes of 9/28 Special Committee meeting for execution (.10); email signed minutes to L. Miranda (.10) | 0.20 |
| 10/11/2023 | Miranda, Loredana | Draft agenda for Special Committee meeting (.20); email correspondence with Katten team regarding same (.10); prepare email to clients regarding Special Committee meeting (.30) | 0.60 |
| 10/16/2023 | Giglio, Cindi | Emails with Katten regarding Special Committee meeting minutes (.30) | 0.30 |
| 10/16/2023 | Barnowski, Dan | Revisions to Special Committee meeting minutes (.20) | 0.20 |
| 10/16/2023 | Miranda, Loredana | Review changes by M. Roitman to Special Committee minutes (.20); follow-up regarding same and correspondence with Katten team (.40); draft email to clients regarding Special Committee minutes (.20); revise Special Committee minutes from comments with clients (.30) | 1.10 |
| 10/16/2023 | Roitman, Marc | Revise minutes of Special Committee meeting (.40); emails with Katten regarding same (.20) | 0.60 |
| 10/16/2023 | Reisman, Steven | Revise recent Special Committee meeting minutes (.60) | 0.60 |
| 10/17/2023 | Siena, Marie | Submit minutes of 10/12/23 Special Committee meeting for execution (.10) | 0.10 |
| 10/19/2023 | Rosella, Michael | Attend Transaction Update Call with Katten and Kirkland (.20); prepare notes from same, including with respect to next steps in matter (.30) | 0.50 |
| 10/19/2023 | Roitman, Marc | Call with Kirkland and Guggenheim regarding transaction update (.20) | 0.20 |
| 10/23/2023 | Miranda, Loredana | Review Reorg article regarding September MOR (.20); draft email to clients regarding same (.40) | 0.60 |

**Katten**

Matter:          399279.00010
Invoice #:       9020161914
Invoice Due Date:   Payable Upon Receipt

November 27, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/23/2023 | Reisman, Steven | Follow up regarding Special Committee meeting minutes and status of same (.20); update regarding September monthly operating report (.50); emails with Disinterested Directors regarding next steps (.30) | 1.00 |
| 10/25/2023 | Miranda, Loredana | Prepare agenda for Special Committee meeting (.20); correspondence with Katten team regarding same (.10) | 0.30 |
| 10/26/2023 | Barnowski, Dan | Attend Katten pre-call (.30); attend Special Committee meeting (.40) | 0.70 |
| 10/26/2023 | Miranda, Loredana | Email clients regarding Special Committee agenda (.20); Katten pre-call (.30); attend Transaction Update Call with Special Committee (.30); attend Special Committee call (.40); draft summary of update transaction call for Katten team (.40); draft minutes for Special Committee meeting (.80) | 2.40 |
| 10/26/2023 | Roitman, Marc | Emails with AlixPartners and Disinterested Directors regarding Disinterested Director matters (.30); call with Kirkland and Guggenheim and Disinterested Directors regarding transaction update (.30); call with Special Committee regarding case matters and updates (.40); pre-call with Katten team regarding same (.30); prepare in connection with same (.80) | 2.10 |
| 10/26/2023 | Rosella, Michael | Review notes from transaction update call with Kirkland (.30); review draft Special Committee resolutions regarding transaction (.20) | 0.50 |
| 10/26/2023 | Reisman, Steven | Call with Kirkland and Guggenheim and Disinterested Directors regarding transaction update (.30); prepare for same (.30) | 0.60 |
| 10/31/2023 | Roitman, Marc | Revise minutes of Special Committee meeting (.60); emails with Katten regarding same (.20) | 0.80 |

**Total Hours :**     **19.30**

Katten

Matter:            399279.00010
Invoice #:         9020161914
Invoice Due Date:  Payable Upon Receipt

November 27, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Reisman, Steven | 3.40 | 1,755.00 | 5,967.00 |
| Giglio, Cindi | 0.30 | 1,495.00 | 448.50 |
| Roitman, Marc | 5.80 | 1,270.00 | 7,366.00 |
| Barnowski, Dan | 0.90 | 1,245.00 | 1,120.50 |
| Rosella, Michael | 1.30 | 895.00 | 1,163.50 |
| Miranda, Loredana | 7.30 | 710.00 | 5,183.00 |
| Siena, Marie | 0.30 | 410.00 | 123.00 |
| **Sub Total :** | **19.30** | **Sub Total :** | **21,371.50** |
| **Total Hours :** | **19.30** | **Total Fees** | **21,371.50   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott**
**Vogel, as disinterested directors of**
**Cyxtera Technologies, Inc.**

█████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00011 |
| Invoice #: | 9020161911 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Case Administration

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total........................................................................................................................ | 1,764.00 | |
| **Total Amount Due** ........................................................................................................ | **1,764.00** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          399279.00011
Invoice #:       9020161911
Invoice Due Date:  Payable Upon Receipt

November 27, 2023

---

RE:  Case Administration

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 10/01/2023 | Siena, Marie | Calendar objection deadline for M3 retention application (.20) | 0.20 |
| 10/04/2023 | Siena, Marie | Update case calendar with details of hearing of 10/24 (.10) | 0.10 |
| 10/05/2023 | Siena, Marie | Update case calendar with hearing details (.10) | 0.10 |
| 10/07/2023 | Rosella, Michael | Emails with Kirkland and M3 regarding M3 retention application matters (.30) | 0.30 |
| 10/11/2023 | Siena, Marie | Update case calendar with upcoming hearing details (.10) | 0.10 |
| 10/13/2023 | Rosella, Michael | Review M3 retention order (.20); prepare emails to M3 regarding same and next steps (.20) | 0.40 |
| 10/19/2023 | Siena, Marie | Update calendar with milestones and hearing details (.30); update case calendar to reflect rescheduled confirmation hearing (.10); emails with M. Rosella regarding same (.10) | 0.50 |
| 10/23/2023 | Miranda, Loredana | Attend to issues regarding hearing scheduling (.30) | 0.30 |
| 10/23/2023 | Siena, Marie | Update case calendar with hearing details (.20) | 0.20 |
| 10/24/2023 | Rosella, Michael | Emails with M3 regarding M3 September monthly fee statement (.30) | 0.30 |
| 10/26/2023 | Siena, Marie | Update case calendar with upcoming objection deadlines (.20) | 0.20 |
| 10/27/2023 | Siena, Marie | Update case calendar with upcoming milestones, deadlines and hearing dates (.20) | 0.20 |
| | | **Total Hours :** | **2.90** |

Katten

| | | |
|---|---|---|
| Matter: | 399279.00011 | |
| Invoice #: | 9020161911 | |
| Invoice Due Date: | Payable Upon Receipt | |

<div align="right">November 27, 2023</div>

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rosella, Michael | 1.00 | 895.00 | 895.00 |
| Miranda, Loredana | 0.30 | 710.00 | 213.00 |
| Siena, Marie | 1.60 | 410.00 | 656.00 |
| **Sub Total :** | **2.90** | **Sub Total :** | **1,764.00** |
| **Total Hours :** | **2.90** | **Total Fees** | **1,764.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

████████████████
█████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00021 |
| Invoice #: | 9020161915 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Investigation

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total............................................................................................................................ | 137,366.50 | |
| **Total Amount Due** .......................................................................................................... | **137,366.50** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

| Matter: | 399279.00021 | |
|---|---|---|
| Invoice #: | 9020161915 | November 27, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

RE: Investigation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/2023 | Barnowski, Dan | Analyze recently-produced documents from the Debtors in response to Special Committee diligence requests (.80); emails with Katten team concerning same (.30) | 1.10 |
| 10/02/2023 | Miranda, Loredana | Email correspondence with D. Barnowski regarding debtors' document production (.20); review Debtors' document production (1.50); prepare summary for Katten team regarding same (.30) | 2.00 |
| 10/02/2023 | Rosella, Michael | Revise final investigation presentation regarding potential claims and causes of action against related parties in connection with Special Committee investigation (4.60); review case law regarding specific causes of action being investigated (1.60); prepare sections of final investigation presentation analyzing certain potential causes of action (1.50); emails with L. Miranda regarding final investigation presentation and next steps (.30); review additional diligence received from the Company in response to Special Committee diligence requests (.40); attend call with M3 regarding next steps in investigation (.20); prepare for same (.20) | 8.80 |
| 10/02/2023 | Roitman, Marc | Call with M3 and Katten regarding investigation matters (.20); review materials in preparation for same (.50) | 0.70 |
| 10/02/2023 | Reisman, Steven | Participate in update call with M3 regarding ongoing work in connection with investigation (.20); prepare for same (.60); revise investigation presentation for Disinterested Directors in preparation for Special Committee presentation (3.00); emails with Katten regarding same (.40) | 4.20 |
| 10/03/2023 | Giglio, Cindi | Begin to review and comment on final investigation presentation (1.00) | 1.00 |
| 10/03/2023 | Barnowski, Dan | Analyze memo analyzing Debtors' document production and respond to same (.40); revise Special Committee presentation on investigation (1.20) | 1.60 |
| 10/03/2023 | Miranda, Loredana | Incorporate comments by M. Rosella to investigation presentation (1.40) | 1.40 |
| 10/03/2023 | Rosella, Michael | Prepare additional comments to draft final investigation presentation (1.50); incorporate D. Barnowski comments to final investigation presentation (.70); emails with Katten regarding various potential claims being analyzed (.40); review case law and scholarly articles regarding certain potential claims being analyzed (.50) | 3.10 |
| 10/03/2023 | Reisman, Steven | Continue to provide comments on final investigation presentation (1.60) | 1.60 |
| 10/04/2023 | Giglio, Cindi | Provide comments on final investigation presentation (4.30) | 4.30 |
| 10/04/2023 | Barnowski, Dan | Teleconference with M. Rosella concerning final investigation presentation (.20); revise further revised presentation (.90) | 1.10 |
| 10/04/2023 | Miranda, Loredana | Incorporate comments of C. Giglio to final investigation presentation (1.40) | 1.40 |
| 10/04/2023 | Rosella, Michael | Prepare additional sections to final investigation presentation regarding analysis of certain potential causes of action (1.20); attend call with D. Barnowski regarding same (.20); emails with Katten regarding comments to final investigation presentation (.30); review updated version of presentation circulated by L. Miranda (.30) | 2.00 |
| 10/04/2023 | Reisman, Steven | Review Katten comments to final investigation presentation (.50); prepare additional revisions to final investigation presentation (.60) | 1.10 |
| 10/05/2023 | Barnowski, Dan | Katten team call to discuss strategy for investigation next steps (.30); prepare revisions to draft final investigation presentation (.80) | 1.10 |
| 10/05/2023 | Miranda, Loredana | Katten team call to discuss investigation (.30) | 0.30 |

**Katten**

| | | | |
|---|---|---|---|
| Matter: | 399279.00021 | | |
| Invoice #: | 9020161915 | | November 27, 2023 |
| Invoice Due Date: | Payable Upon Receipt | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/05/2023 | Rosella, Michael | Review additional comments from Katten to investigation presentation (.70); emails with Katten regarding same and next steps (.30) | 1.00 |
| 10/05/2023 | Roitman, Marc | Revise draft report on investigation regarding related party transactions (1.80); Katten team call regarding investigation matters (.30) | 2.10 |
| 10/05/2023 | Reisman, Steven | Participate in Katten team call regarding final investigation presentation (.30); review updated draft of presentation (.50) | 0.80 |
| 10/06/2023 | Giglio, Cindi | Attend Katten call regarding Investigation (.50); follow-up Katten call regarding investigation (1.00); review updated draft final investigation presentation (.60) | 2.10 |
| 10/06/2023 | Barnowski, Dan | Two Katten team meetings to discuss presentation (1.50); analysis of further revised final investigation presentation (.80); analysis of legal issues concerning potential claims (.40) | 2.70 |
| 10/06/2023 | Miranda, Loredana | Attend Katten call regarding Investigation (.50); follow-up Katten call regarding investigation (1.00); revise investigation presentation with comments from M. Roitman (1.30); revise investigation presentation with comments from Katten team (3.60) | 6.40 |
| 10/06/2023 | Roitman, Marc | Further revise draft report on investigation regarding related party transactions (2.30); call with Katten regarding investigation matters (.50); follow up call with Katten regarding investigation matters (1.00) | 3.80 |
| 10/06/2023 | Rosella, Michael | Attend Katten call regarding investigation presentation (.50); attend follow-up Katten call regarding investigation presentation (1.00); emails with Katten regarding legal analyses with respect to certain potential claims being investigated (.70); prepare revisions to updated investigation presentation (1.00); review case law regarding elements of certain causes of action being analyzed (.40) | 3.60 |
| 10/06/2023 | Reisman, Steven | Attend call with Katten regarding investigation matters (.50); attend follow up call with Katten regarding same (1.00); emails with Katten regarding investigation presentation next steps (.50) | 2.00 |
| 10/07/2023 | Miranda, Loredana | Incorporate comments by M. Rosella to investigation presentation (.60) | 0.60 |
| 10/07/2023 | Roitman, Marc | Further revise draft report on investigation regarding related party transactions (1.30) | 1.30 |
| 10/07/2023 | Rosella, Michael | Continue to revise final investigation presentation (2.30); emails with Katten regarding same (.40) | 2.70 |
| 10/08/2023 | Barnowski, Dan | Analyze further revised draft of final investigation presentation (.60) | 0.60 |
| 10/08/2023 | Miranda, Loredana | Review and update comments by M. Roitman to investigation presentation (.50) | 0.50 |
| 10/08/2023 | Roitman, Marc | Further revise draft report on investigation regarding related party transactions (5.60); emails with Katten regarding same (.50) | 6.10 |
| 10/08/2023 | Reisman, Steven | Review final Special Committee investigation presentation (2.70) | 2.70 |
| 10/09/2023 | Giglio, Cindi | Emails with Katten regarding investigation presentation (.20) | 0.20 |
| 10/09/2023 | Barnowski, Dan | Analyze final investigation presentation (.50) | 0.50 |
| 10/09/2023 | Miranda, Loredana | Review Debtors' October 9 document production (.70); revise Investigation presentation with new diligence (.60); email exchange with Katten regarding same (.40); incorporate updated M3 final investigation report into Katten final investigation presentation (.60) | 2.20 |
| 10/09/2023 | Roitman, Marc | Further revise draft report on investigation regarding related party transactions (.70); emails with Katten regarding same (.30); review new diligence production in connection with same (.50); emails with Disinterested Directors regarding report on investigation (.30) | 1.80 |

Katten

Matter:          399279.00021
Invoice #:       9020161915
Invoice Due Date:    Payable Upon Receipt

November 27, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/09/2023 | Rosella, Michael | Review updated M3 investigation report (.50); prepare additional revisions to Katten final investigation presentation (.70); emails with Katten regarding diligence received from the Debtors in response to Disinterested Directors diligence request (.40) | 1.60 |
| 10/10/2023 | Roitman, Marc | Further revise draft report on investigation regarding related party transactions (.60); emails with Katten regarding same (.20) | 0.80 |
| 10/11/2023 | Barnowski, Dan | Prepare for upcoming Special Committee meeting (.80) | 0.80 |
| 10/11/2023 | Reisman, Steven | Review material in preparation for upcoming Special Committee meeting, including background materials, M3 materials and other emails and presentation materials (1.40) | 1.40 |
| 10/12/2023 | Giglio, Cindi | Attend Katten pre-call (.30); attend call with Special Committee (.80); emails with Katten regarding same (.10) | 1.20 |
| 10/12/2023 | Barnowski, Dan | Katten pre-call (.30); prepare for meeting with Special Committee (.50); meeting with Special Committee (.80) | 1.60 |
| 10/12/2023 | Miranda, Loredana | Attend Katten Pre Call (.30); call with Special Committee and M3 regarding Investigation (.80); prepare minutes for Special Committee call (.90) | 2.00 |
| 10/12/2023 | Roitman, Marc | Special Committee meeting regarding investigation matters (.80); Katten pre-call in connection with same (.30); prepare to give Special Committee presentation (1.10); further review of materials in connection with same (.40) | 2.60 |
| 10/12/2023 | Rosella, Michael | Review final investigation presentation in advance of Special Committee presentation (.80); attend Katten pre-call for Special Committee meeting on investigation matters (.30) | 1.10 |
| 10/12/2023 | Reisman, Steven | Review final investigation presentation in preparation for call with Disinterested Directors (3.10); attend Katten pre-call for Special Committee meeting (.30); attend Special Committee meeting (.80); emails with D. Barnowski regarding same both prior to and subsequent to call (.20) | 4.40 |
| 10/16/2023 | Roitman, Marc | Call with S. Reisman regarding investigation matters (.20); draft analysis regarding investigation matters with particular attention to related party transactions (1.10); draft email to Kirkland regarding investigation matters (.60); emails with Katten regarding same (.30) | 2.20 |
| 10/16/2023 | Reisman, Steven | Review analysis regarding specific related party transactions subject to Special Committee investigation (1.10); review final investigation presentation (.50); call with M. Roitman regarding same (.20); emails with C. Marcus (Kirkland) regarding Special Committee investigation matters (.30); emails with Katten regarding same (.40) | 2.50 |
| 10/17/2023 | Rosella, Michael | Emails with Katten and Kirkland regarding analysis of certain potential claims as part of Special Committee investigation (.30) | 0.30 |
| 10/17/2023 | Reisman, Steven | Review analyses regarding specific related party transactions subject to Special Committee investigation (.60); emails with Katten and Disinterested Directors regarding next steps for investigation (.70) | 1.30 |
| 10/18/2023 | Barnowski, Dan | Attend Katten pre-call for call with Kirkland on investigation matters (.30) | 0.30 |
| 10/18/2023 | Miranda, Loredana | Attend Katten pre call for investigation update call with Kirkland (.30) | 0.30 |
| 10/18/2023 | Roitman, Marc | Attend Katten pre-call for call with Kirkland on investigation matters (.30); update call with S. Reisman (.20) | 0.50 |
| 10/18/2023 | Rosella, Michael | Attend Katten pre-call for call with Kirkland on investigation matters (.30); emails with Katten regarding next steps for analyzing certain potential claims (.30) | 0.60 |

Katten

Matter:              399279.00021
Invoice #:           9020161915
Invoice Due Date:    Payable Upon Receipt

November 27, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/18/2023 | Reisman, Steven | Participate in update call with M. Roitman regarding Cyxtera (.20); attend Katten pre-call for call with Kirkland on investigation matters (.30); participate in update call with C. Marcus and D. Hunter regarding investigation (.50) | 1.00 |
| 10/20/2023 | Roitman, Marc | Call with Kirkland regarding investigation matters (.30); prepare in connection with same (.20); emails with Katten regarding same (.20) | 0.70 |
| 10/24/2023 | Roitman, Marc | Call with S. Reisman and Kirkland regarding investigation matters (.50); prepare in connection with same (.40); emails with Katten regarding same (.30) | 1.20 |
| 10/24/2023 | Reisman, Steven | Review materials in preparation for call with Kirkland regarding update on investigation matters (.80); confer with M. Roitman and Kirkland regarding update on investigation matters (.50) | 1.30 |
| 10/25/2023 | Reisman, Steven | Review documents and emails regarding potential claims and causes of action subject to Special Committee investigation in preparation for upcoming Special Committee meeting (1.60) | 1.60 |
| | | **Total Hours :** | **111.80** |

Katten

| | | |
|---|---|---|
| Matter: | 399279.00021 | |
| Invoice #: | 9020161915 | |
| Invoice Due Date: | Payable Upon Receipt | November 27, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 25.90 | 1,755.00 | 45,454.50 |
| Giglio, Cindi | 8.80 | 1,495.00 | 13,156.00 |
| Roitman, Marc | 23.80 | 1,270.00 | 30,226.00 |
| Barnowski, Dan | 11.40 | 1,245.00 | 14,193.00 |
| Rosella, Michael | 24.80 | 895.00 | 22,196.00 |
| Miranda, Loredana | 17.10 | 710.00 | 12,141.00 |
| | | | |
| **Sub Total :** | **111.80** | **Sub Total :** | **137,366.50** |
| **Total Hours :** | **111.80** | **Total Fees** | 137,366.50   USD |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00022 |
| Invoice #: | 9020161912 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Plan / Disclosure Statement / Confirmation

For Professional Services Rendered Through October 31, 2023

| | |
|---|---|
| Fees Total...................................................................................................................................... | 38,851.00 |
| **Total Amount Due** ....................................................................................................................... | **38,851.00**  USD |

Payment can be remitted directly to our account:

███████████████

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:           399279.00022
Invoice #:        9020161912
Invoice Due Date:  Payable Upon Receipt

November 27, 2023

RE: Plan / Disclosure Statement / Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 10/10/2023 | Miranda, Loredana | Prepare Disinterested Director declaration in support of confirmation (4.60) | 4.60 |
| 10/17/2023 | Barnowski, Dan | Revise declaration in support of plan (1.10); analysis of further revised declaration (.40) | 1.50 |
| 10/17/2023 | Miranda, Loredana | Incorporate comments from D. Barnowski to R. Meltzer confirmation declaration (1.10); review comments from M. Roitman to same (.40); prepare email to clients and Kirkland regarding same (.50) | 1.90 |
| 10/17/2023 | Roitman, Marc | Further revise declaration in support of confirmation (1.50); emails with Katten regarding same (.30); emails with Kirkland and Disinterested Directors regarding same (.50) | 2.30 |
| 10/17/2023 | Reisman, Steven | Review declaration in support of confirmation and other materials in connection with upcoming confirmation hearing (1.40); emails with Katten regarding same (.30) | 1.70 |
| 10/18/2023 | Barnowski, Dan | Attention to revisions of declaration (.20) | 0.20 |
| 10/18/2023 | Roitman, Marc | Further revise declaration in support of confirmation (1.20); call with R. Meltzer regarding same (.30) | 1.50 |
| 10/18/2023 | Rosella, Michael | Review draft Meltzer declaration in support of confirmation (.50) | 0.50 |
| 10/18/2023 | Reisman, Steven | Revise draft Disinterested Director declaration in support of chapter 11 plan (2.20); review updated draft of Meltzer declaration in support of confirmation (.40) | 2.60 |
| 10/19/2023 | Rosella, Michael | Emails with Katten and Kirkland regarding updated case milestones with respect to plan confirmation process (.30) | 0.30 |
| 10/24/2023 | Miranda, Loredana | Review Reorg article regarding Brookfield sale (.30); draft email to clients regarding same (.50) | 0.80 |
| 10/25/2023 | Roitman, Marc | Emails with Kirkland regarding confirmation timeline (.50); emails with Disinterested Directors regarding same (.20) | 0.70 |
| 10/25/2023 | Reisman, Steven | Emails with Kirkland regarding confirmation hearing preparation (.40); emails with Katten regarding same (.30) | 0.70 |
| 10/27/2023 | Miranda, Loredana | Draft email to clients regarding Notice of amended dates for confirmation (.40); revise email with comments by M. Roitman (.20); review Reorg article regarding same (.20); email with M. Siena regarding amended dates (.20) | 1.00 |
| 10/28/2023 | Roitman, Marc | Review notice regarding confirmation dates and deadlines (.30); revise draft email to clients regarding same (.20); emails with Katten regarding same (.20) | 0.70 |
| 10/29/2023 | Reisman, Steven | Review Katten comments to and summary of draft third amended chapter 11 plan (1.40) | 1.40 |
| 10/30/2023 | Roitman, Marc | Preliminary review of revised draft plan of reorganization (.60); emails with Katten regarding same (.20) | 0.80 |
| 10/30/2023 | Rosella, Michael | Review draft of third amended chapter 11 plan (1.60); prepare summary for Disinterested Directors (.70); emails with Katten regarding same (.30) | 2.60 |
| 10/30/2023 | Reisman, Steven | Review draft third amended chapter 11 plan (1.40); emails with Katten regarding same (.40); emails with Disinterested Directors regarding same (.30) | 2.10 |

Katten

Matter:              399279.00022
Invoice #:           9020161912
Invoice Due Date:    Payable Upon Receipt

November 27, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/31/2023 | Miranda, Loredana | Review Reorg article and Notice of amended confirmation dates (.20); draft email to clients regarding confirmation dates (.40); revise draft email with comments from M. Roitman (.20); review and circulate Plan objections (.30) | 1.10 |
| 10/31/2023 | Rosella, Michael | Review updated plan confirmation timeline (.20); review emails from Katten regarding same (.20); review updated draft third amended chapter 11 plan circulated by Kirkland (.60); emails with Katten regarding updating clients in connection with same (.30); begin to review Kirkland comments on draft declaration in support of confirmation (.30) | 1.60 |
| 10/31/2023 | Roitman, Marc | Review UST objection to confirmation (.70); review revised plan of reorganization (1.10); revise email to Disinterested Directors regarding plan of reorganization (.50); emails with Katten regarding same (.20) | 2.40 |

**Total Hours :**    **33.00**

**Katten**

| Matter: | 399279.00022 | |
| Invoice #: | 9020161912 | November 27, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Reisman, Steven | 8.50 | 1,755.00 | 14,917.50 |
| Roitman, Marc | 8.40 | 1,270.00 | 10,668.00 |
| Barnowski, Dan | 1.70 | 1,245.00 | 2,116.50 |
| Rosella, Michael | 5.00 | 895.00 | 4,475.00 |
| Miranda, Loredana | 9.40 | 710.00 | 6,674.00 |
| | **Sub Total :** **33.00** | **Sub Total :** | **38,851.00** |
| | **Total Hours :** **33.00** | **Total Fees** | **38,851.00   USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 27, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00032 |
| Invoice #: | 9020161910 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Expenses

For Professional Services Rendered Through October 31, 2023

Disbursements ........................................................................................................... 21.60

**Total Amount Due** ........................................................................................... **21.60**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          399279.00032
Invoice #:       9020161910                                    November 27, 2023
Invoice Due Date:   Payable Upon Receipt

---

RE: Expenses

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Court Costs | Pacer Court Costs 9/01/2023-9/30/2023 NYC. Pacer Court Costs 9/01/2023-9/30/2023 NYC. | 21.60 |

|  | **Total  Disbursements:** | **21.60**  **USD** |

**Katten**