UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Cia Mackle
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmckle@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No: 23-14853 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: December 12, 2023** |

**FOURTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM OCTOBER 1, 2023, THROUGH OCTOBER 31, 2023</u>**

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered chapter 11 cases of Cyxtera Technologies, Inc., *et al.* (the "<u>Debtors</u>"), hereby submits

---

1. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

its fourth monthly fee statement (the "Statement") pursuant to sections 330 and 331 of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, D.N.J. LBR 2016-1, and the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* entered on July 21, 2023 [Doc. No. 305] (the "Administrative Fee Order"). Pursuant to the Administrative Fee Order, responses to this Statement, if any, are due by **December 12, 2023.**

| | |
|---|---|
| Dated: November 28, 2023 | **ALVAREZ & MARSAL NORTH AMERICA, LLC**<br><br>By: */s/ Richard Newman*<br>Richard Newman<br>540 W. Madison St., Suite 1800<br>Chicago, IL, 60611<br>Telephone: (469) 231-6780<br>rnewman@alvarezandmarsal.com<br><br>*Financial Advisor to the Official Committee of Unsecured Creditors* |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# FEE APPLICATION COVER SHEET

| Debtor: Cyxtera Technologies, Inc., *et al.*[1] | Applicant: Alvarez & Marsal North America, LLC ("A&M") |
|---|---|
| Case No: 23-14853 (JKS) | Client: Official Committee of Unsecured Creditors |
| Chapter: 11 | Case Filed: June 04, 2023 |

## SECTION I
## FEE SUMMARY

Summary of the Amounts Requested for the Period from
October 1, 2023, through October 31, 2023 (the "Fee Period")

| | |
|---|---:|
| Fee Total: | $86,590.00 |
| Less: 20% Holdback | (17,318.00) |
| Plus: 100% Expenses | 40.27 |
| Total Sought at this Time | $69,312.27 |

Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---:|---:|
| Total Previous Fees Requested: | $1,799,054.00 | $327.37 |
| Total Fees Allowed To Date: | $1,439,243.20 | $327.37 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Fee Holdback: | $359,810.90 | $0.00 |
| Total Amount Received By Applicant: | $1,439,243.20 | $327.27 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

## SECTION IV
## CASE HISTORY

(1) Date cases filed: June 04, 2023

(2) Chapter under which cases commenced: Chapter 11

(3) Date of Retention: August 28, 2023

(4) Summarize in brief the benefits to the estate and attach supplements as needed:

- (a) A&M analyzed the Debtors' weekly cash budgets and budget-to-actual cash variances, and prepared cash flow presentations for the Committee
- (b) A&M reviewed and summarized historical financial and operating data, including documentation posted to the Debtors' virtual data room
- (c) A&M prepared and maintained due diligence request lists to monitor documents requested and received
- (d) A&M reviewed numerous motions and orders to ensure the authority sought by the Debtors was reasonable
- (e) A&M monitored the sale process and corresponded with the Debtors' professionals regarding the status of asset sales and lease sales / terminations
- (f) A&M conducted research pertaining to potential avoidance actions / sources of value for unsecured creditors
- (g) A&M regularly participated in calls with the Committee, Committee counsel, and the Debtors' professionals
- (h) A&M analyzed general unsecured claims
- (i) A&M prepared an analysis of the Debtors' business plan and presented it to the committee
- (j) To the extent not addressed by the foregoing descriptions, A&M performed other services on behalf of the Committee that were necessary and appropriate during these chapter 11 cases

In support of this Statement, the following exhibits are annexed hereto:

Exhibit A – Retention Order
Exhibit B – A&M's itemized daily time records
Exhibit C – A&M's itemized daily expense records

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2023                             /s/ Richard Newman
                                                     Richard Newman

### SECTION I (CONTINUED)
### FEE SUMMARY

*CYXTERA TECHNOLOGIES, INC., et al.*
*Summary of Time Detail by Professional*
*October 1, 2023 through October 31, 2023*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Newman, Richard | Managing Director | $ 1,200 | 12.7 | $ 15,240.00 |
| Gonzalez, Andrea | Managing Director | 1,075 | 0.6 | 645.00 |
| Holsomback, Hunt | Managing Director | 1,025 | 0.3 | 307.50 |
| Scott, Tom | Managing Director | 1,025 | 0.3 | 307.50 |
| Waschitz, Seth | Senior Director | 950 | 3.8 | 3,610.00 |
| Vaid, Hameer | Senior Director | 925 | 0.3 | 277.50 |
| Domfeh, Kofi | Director | 850 | 29.3 | 24,905.00 |
| Ashraf, Farris | Senior Associate | 700 | 31.4 | 21,980.00 |
| Hill, Michael | Associate | 575 | 11.4 | 6,555.00 |
| Saltz, Katy | Senior Associate | 525 | 2.0 | 1,050.00 |
| Desai, Bijal | Analyst | 525 | 0.4 | 210.00 |
| Singh, Kabir | Analyst | 475 | 1.4 | 665.00 |
| Rovitz, Alec | Analyst | 425 | 25.5 | 10,837.50 |
| | | | **119.4** | **$ 86,590.00** |

| SECTION II |
|---|
| SUMMARY OF SERVICES |

*CYXTERA TECHNOLOGIES, INC., et al.*
*Summary of Time Detail by Project Category*
*October 1, 2023 through October 31, 2023*

| Project Category | Hours | Fees |
|---|---|---|
| Asset Sales | 18.4 | $ 15,665.00 |
| Business Plan | 57.6 | 45,210.00 |
| Case Administration | 2.1 | 1,170.00 |
| Cash Budget | 7.1 | 4,845.00 |
| Claims / Liabilities Subject to Compromise | 0.6 | 720.00 |
| Contracts | 2.2 | 1,900.00 |
| Fee Application | 26.8 | 12,222.50 |
| Financial & Operational Matters | 1.8 | 1,897.50 |
| General Correspondence with UCC & UCC Counsel | 2.6 | 2,720.00 |
| Plan of Reorganization / Disclosure Statement | 0.2 | 240.00 |
| **Total** | **119.4** | **$ 86,590.00** |

| SECTION III |
|---|
| SUMMARY OF DISBURSEMENTS |

| Expense Type | Amount |
|---|---|
| Miscellaneous | $40.27 |
| Lodging | 0.00 |
| Meals | 0.00 |
| Airfare | 0.00 |
| Transportation | 0.00 |
| **Total** | **$40.27** |

**EXHIBIT A**
ALVAREZ & MARSAL NORTH AMERICA, LLC
RETENTION ORDER

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |

**Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br>(Jointly Administered) |
|---|---|

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, CYXTERA TECHNOLOGIES, INC., ET AL., EFFECTIVE AS OF JUNE 27, 2023

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: August 8, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.


¨2¤?+:7(+     $4«
2314853230809000000000004

Upon the application (the "Application") [2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of Alvarez & Marsal North America, LLC together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors (collectively, "A&M"), as financial advisor to the Committee, effective as of June 27, 2023, and upon the Newman Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M does not represent any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; it is hereby

ORDERED that:

1. The Application is approved as set forth therein.

2. In accordance with Bankruptcy Code sections 328 and 1103, the Committee is authorized to employ and retain A&M effective as of June 27, 2023, as its financial advisor on the terms set forth in the Application without the need for any further action on the part of A&M or the Committee to document such retention.

3. The terms of A&M's engagement, as set forth in the Application, including, without limitation, the compensation provisions and the indemnification provisions, are reasonable terms and conditions of employment and are hereby approved. However, the Debtors' obligations to

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

indemnify A&M pursuant to the indemnification provisions included in the Application are subject to the following:

(a) all requests by A&M for the payment of indemnification as set forth in this Order shall be made by means of an application to the Court and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Application and this Order and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall A&M be indemnified if the Debtors or a representative of the estate, asserts a claim for, and a court determines by final order (which final order is no longer subject to appeal) that such claim arose out of A&M's own bad faith, self-dealing, breach of fiduciary duty, gross negligence or willful misconduct; and

(b) in the event A&M seeks reimbursement from the Debtors for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to this Order, the invoices and supporting time records from such attorneys shall be included in A&M's own applications, both interim and final, and such invoices and time records shall be subject to the United States Trustee's Guidelines for compensation and reimbursement of expenses and the approval of the Court pursuant to sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

4. A&M shall file applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in Bankruptcy Code sections 330

and 331, such Bankruptcy Rules as may then be applicable, the Local Bankruptcy Rules, the Guidelines, and the Court's Interim Compensation Order and any amendments or modifications thereto.

5. To the extent that there may be any inconsistency between the terms of the Application and this Order, the terms of this Order shall govern.

6. The Committee and A&M are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by the Application.

9. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order and A&M's services for the Committee.

**EXHIBIT B**
ITEMIZED DAILY TIME RECORDS
FOR THE PERIOD OF OCTOBER 1, 2023, THROUGH OCTOBER 31, 2023

**CYXTERA TECHNOLOGIES, INC., et al.**
*Time Detail by Project Category*
*October 1, 2023 through October 31, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Asset Sales** | | | |
| Singh, Kabir | 10/3/2023 | 1.0 | Review revised asset purchase agreement |
| Newman, Richard | 10/3/2023 | 0.3 | Review revised bid from third party |
| Newman, Richard | 10/3/2023 | 0.1 | Correspond with UCC counsel re: revised bid |
| Newman, Richard | 10/3/2023 | 1.4 | Review asset purchase agreement |
| Newman, Richard | 10/3/2023 | 1.2 | Review proposed asset purchase agreement re: Canadian leases |
| Domfeh, Kofi | 10/4/2023 | 2.1 | Analyze cologix asset purchase agreement |
| Domfeh, Kofi | 10/4/2023 | 1.4 | Analyze asset purchase agreement re: purchase price adjustments |
| Newman, Richard | 10/4/2023 | 0.4 | Participate on call with UCC counsel, potential buyer, and A&M team (Domfeh) re: asset purchase agreement |
| Domfeh, Kofi | 10/4/2023 | 0.4 | Participate on call with UCC counsel, potential buyer, and A&M team (Newman) re: asset purchase agreement |
| Newman, Richard | 10/4/2023 | 0.1 | Correspond with A&M team re: asset purchase agreement |
| Hill, Michael | 10/9/2023 | 1.3 | Review updated asset purchase agreement |
| Hill, Michael | 10/9/2023 | 0.8 | Review updated asset purchase agreement re: UK analysis |
| Hill, Michael | 10/9/2023 | 0.6 | Review updated asset purchase agreement re: working capital adjustments |
| Newman, Richard | 10/9/2023 | 0.5 | Review lender's redlines to asset purchase agreement |
| Newman, Richard | 10/9/2023 | 0.6 | Prepare asset purchase agreement diligence for Guggenheim |
| Hill, Michael | 10/10/2023 | 1.4 | Review updated asset purchase agreement re: wind-down budget assumptions |
| Domfeh, Kofi | 10/10/2023 | 2.3 | Analyze updated purchase and sale agreement |
| Singh, Kabir | 10/11/2023 | 0.2 | Review updated business plan analysis |
| Newman, Richard | 10/24/2023 | 0.6 | Review redline of asset purchase agreement |
| Hill, Michael | 10/25/2023 | 1.3 | Review updated asset purchase agreement |
| Newman, Richard | 10/25/2023 | 0.2 | Participate on call with Debtors' professionals re: asset purchase agreement |
| Newman, Richard | 10/25/2023 | 0.1 | Correspond with UCC counsel re: asset purchase agreement |
| Newman, Richard | 10/27/2023 | 0.1 | Correspond with UCC counsel re: asset purchase agreement |
| **Subtotal** | | **18.4** | |
| **Business Plan** | | | |
| Ashraf, Farris | 10/2/2023 | 2.9 | Prepare Brookfield acquisition history re: business plan |
| Domfeh, Kofi | 10/2/2023 | 2.3 | Prepare business plan presentation |
| Domfeh, Kofi | 10/2/2023 | 2.8 | Prepare utilization sensitivity analyses re: business plan |
| Domfeh, Kofi | 10/3/2023 | 1.2 | Participate on call with A&M team (Ashraf) re: business plan presentation |
| Ashraf, Farris | 10/3/2023 | 1.2 | Participate on call with A&M team (Domfeh) re: business plan presentation |
| Ashraf, Farris | 10/3/2023 | 2.1 | Prepare sensitivity analysis re: business plan |
| Ashraf, Farris | 10/3/2023 | 2.1 | Prepare business plan presentation re: executive summary |
| Domfeh, Kofi | 10/3/2023 | 1.5 | Update business plan presentation re: risks and opportunities |
| Domfeh, Kofi | 10/3/2023 | 2.3 | Analyze business plan analysis re: profitability adjustment |
| Ashraf, Farris | 10/4/2023 | 2.3 | Update business plan presentation re: appendix |
| Ashraf, Farris | 10/4/2023 | 1.9 | Update business plan presentation re: total revenue build up |
| Ashraf, Farris | 10/5/2023 | 2.9 | Update business plan presentation re: analyze costs structure |
| Ashraf, Farris | 10/5/2023 | 1.1 | Update business plan presentation re: analyze churn metrics |

*Exhibit B*

**CYXTERA TECHNOLOGIES, INC., et al.**
*Time Detail by Project Category*
*October 1, 2023 through October 31, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Domfeh, Kofi | 10/5/2023 | 2.8 | Prepare business plan sensitivity analysis re: churn |
| Domfeh, Kofi | 10/5/2023 | 1.6 | Review and edit business plan presentation |
| Ashraf, Farris | 10/9/2023 | 2.4 | Update business plan presentation re: costs metrics |
| Newman, Richard | 10/9/2023 | 0.2 | Coordinate business plan review |
| Desai, Bijal | 10/10/2023 | 0.4 | Review business plan presentation |
| Ashraf, Farris | 10/10/2023 | 2.9 | Update business plan presentation re: analyze revenue escalators |
| Ashraf, Farris | 10/10/2023 | 2.5 | Update business plan presentation re: global assumptions |
| Domfeh, Kofi | 10/10/2023 | 1.9 | Update business plan presentation |
| Domfeh, Kofi | 10/10/2023 | 0.3 | Participate on call with A&M team (Newman) re: business plan presentation |
| Newman, Richard | 10/10/2023 | 0.3 | Participate on call with A&M team (Domfeh) re: business plan presentation |
| Ashraf, Farris | 10/11/2023 | 2.1 | Update business plan presentation re: key operating metrics |
| Ashraf, Farris | 10/11/2023 | 2.8 | Update business plan presentation re: monthly recurring revenues |
| Hill, Michael | 10/12/2023 | 0.6 | Review business plan analysis re: non-recurring revenue analysis |
| Ashraf, Farris | 10/12/2023 | 2.2 | Update business plan presentation re: ending cash balances |
| Domfeh, Kofi | 10/12/2023 | 1.7 | Review and edit business plan presentation |
| Domfeh, Kofi | 10/12/2023 | 1.6 | Analyze business plan presentation re: financial projections |
| Newman, Richard | 10/12/2023 | 2.5 | Review and edit business plan analysis |
| Waschitz, Seth | 10/13/2023 | 0.3 | Review business plan presentation |
| Singh, Kabir | 10/16/2023 | 0.2 | Review updated business plan presentation |
| Waschitz, Seth | 10/16/2023 | 0.9 | Review and edit business plan presentation |
| Waschitz, Seth | 10/16/2023 | 0.2 | Participate on call with A&M team (Newman) re: business plan presentation |
| Newman, Richard | 10/16/2023 | 0.2 | Participate on call with A&M team (Waschitz) re: business plan presentation |
| Domfeh, Kofi | 10/16/2023 | 0.2 | Participate on call with A&M team (Newman) re: business plan analysis |
| Newman, Richard | 10/16/2023 | 0.2 | Participate on call with A&M team (Domfeh) re: business plan analysis |
| **Subtotal** | | **57.6** | |
| **Case Administration** | | | |
| Saltz, Katy | 10/1/2023 | 2.0 | True-up to account for error in bill rate over the first two fee applications |
| Newman, Richard | 10/2/2023 | 0.1 | Coordinate workstreams with A&M team |
| **Subtotal** | | **2.1** | |
| **Cash Budget** | | | |
| Hill, Michael | 10/2/2023 | 0.4 | Correspondance with A&M team re: cash flow budget variance report |
| Domfeh, Kofi | 10/13/2023 | 0.5 | Participate on call with Debtors' professionals and A&M team (Hill) re: updated cash flow budget variance |
| Hill, Michael | 10/13/2023 | 0.5 | Participate on call with Debtors' professionals and A&M team (Domfeh) re: updated cash flow budget variance |
| Hill, Michael | 10/13/2023 | 0.3 | Correspond with A&M team re: case updates |
| Hill, Michael | 10/16/2023 | 0.7 | Update cash flow budget presentation |
| Hill, Michael | 10/16/2023 | 0.8 | Update cash flow budget presentation |
| Hill, Michael | 10/16/2023 | 0.4 | Correspondence with A&M team re: wind-down budget / letters of credit |
| Hill, Michael | 10/16/2023 | 0.3 | Correspondence with Debtors' professionals re: wind-down budget / letters of credit |
| Newman, Richard | 10/16/2023 | 0.2 | Review cash flow budget re: forecast vs. actual |

*Exhibit B*

**CYXTERA TECHNOLOGIES, INC., et al.**
*Time Detail by Project Category*
*October 1, 2023 through October 31, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Richard | 10/16/2023 | 0.3 | Review and edit cash flow budget presentation |
| Newman, Richard | 10/26/2023 | 0.1 | Review revised cash flow budget re: variance report |
| Hill, Michael | 10/27/2023 | 0.5 | Update cash flow budget presentation re: budget to actuals |
| Hill, Michael | 10/27/2023 | 0.4 | Update cash flow budget presentation re: summary overview |
| Hill, Michael | 10/27/2023 | 0.6 | Update cash flow budget presentation re: variance report |
| Waschitz, Seth | 10/27/2023 | 0.3 | Participate on call with Debtors' professionals and A&M team (Hill) re: cash flow budget variance report |
| Hill, Michael | 10/27/2023 | 0.2 | Participate on call with Debtors' professionals and A&M team (Waschitz) re: cash flow budget variance report |
| Hill, Michael | 10/27/2023 | 0.3 | Correspond with A&M team re: cash flow budget |
| Waschitz, Seth | 10/27/2023 | 0.2 | Review cash flow budget variance report |
| Newman, Richard | 10/27/2023 | 0.1 | Review cash flow budget notes |
| **Subtotal** | | **7.1** | |

| **Claims / Liabilities Subject to Compromise** | | | |
|---|---|---|---|
| Newman, Richard | 10/25/2023 | 0.3 | Participate on call with UCC counsel re: lease rejections |
| Newman, Richard | 10/25/2023 | 0.2 | Correspond with Debtors' professionals re: lease rejections |
| Newman, Richard | 10/27/2023 | 0.1 | Participate on call with Debtors' professionals re: lease rejections |
| **Subtotal** | | **0.6** | |

| **Contracts** | | | |
|---|---|---|---|
| Waschitz, Seth | 10/4/2023 | 0.3 | Review amended receivables purchase agreement |
| Domfeh, Kofi | 10/5/2023 | 1.9 | Analyze amended receivables purchase agreement |
| **Subtotal** | | **2.2** | |

| **Fee Application** | | | |
|---|---|---|---|
| Rovitz, Alec | 10/4/2023 | 2.4 | Prepare September fee statement |
| Rovitz, Alec | 10/5/2023 | 2.1 | Update September fee statement |
| Rovitz, Alec | 10/5/2023 | 2.9 | Update September fee statement |
| Rovitz, Alec | 10/6/2023 | 2.2 | Update September fee statement |
| Rovitz, Alec | 10/7/2023 | 2.7 | Update September fee statement |
| Rovitz, Alec | 10/9/2023 | 2.9 | Review September fee statement |
| Waschitz, Seth | 10/10/2023 | 0.7 | Review and edit September fee statement |
| Rovitz, Alec | 10/10/2023 | 2.4 | Update September fee statement |
| Rovitz, Alec | 10/12/2023 | 2.5 | Update September fee statement |
| Rovitz, Alec | 10/13/2023 | 2.6 | Update September fee statement |
| Rovitz, Alec | 10/16/2023 | 2.8 | Update September fee statement |
| Newman, Richard | 10/17/2023 | 0.6 | Review and edit September fee application |
| **Subtotal** | | **26.8** | |

| **Financial & Operational Matters** | | | |
|---|---|---|---|
| Newman, Richard | 10/2/2023 | 0.1 | Correspond with UCC counsel re: independent director |
| Waschitz, Seth | 10/3/2023 | 0.3 | Correspond with A&M team re: case updates |

*Exhibit B*

**CYXTERA TECHNOLOGIES, INC., et al.**
*Time Detail by Project Category*
*October 1, 2023 through October 31, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Richard | 10/3/2023 | 0.1 | Correspond with A&M team re: Debtor litigation |
| Newman, Richard | 10/10/2023 | 0.1 | Correspond with UCC counsel re: releases |
| Holsomback, Hunt | 10/25/2023 | 0.3 | Participate on call with A&M team (Newman, Scott, Vaid) re: real estate workstreams |
| Vaid, Hameer | 10/25/2023 | 0.3 | Participate on call with A&M team (Holsomback, Scott, Newman) re: real estate workstreams |
| Scott, Tom | 10/25/2023 | 0.3 | Participate on call with A&M team (Holsomback, Newman, Vaid) re: real estate workstreams |
| Newman, Richard | 10/25/2023 | 0.3 | Participate on call with A&M team (Holsomback, Scott, Vaid) re: real estate workstreams |
| **Subtotal** | | **1.8** | |

**General Correspondence with UCC & UCC Counsel**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Richard | 10/3/2023 | 0.2 | Correspond with UCC counsel re: Committee call |
| Newman, Richard | 10/20/2023 | 0.1 | Participate on call with UCC counsel re: Committee call |
| Domfeh, Kofi | 10/20/2023 | 0.5 | Participate on call with Committee, UCC counsel and A&M team (Gonzalez, Waschitz, Newman, Domfeh) re: business plan (partial) |
| Waschitz, Seth | 10/20/2023 | 0.6 | Participate on call with Committee, UCC counsel and A&M team (Gonzalez, Newman, Domfeh) re: business plan |
| Newman, Richard | 10/20/2023 | 0.6 | Participate on call with Committee, UCC counsel and A&M team (Gonzalez, Waschitz, Domfeh) re: business plan |
| Gonzalez, Andrea | 10/20/2023 | 0.6 | Participate on call with Committee, UCC counsel and A&M team (Waschitz, Newman, Domfeh) re: business plan |
| **Subtotal** | | **2.6** | |

**Plan of Reorganization / Disclosure Statement**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Richard | 10/2/2023 | 0.2 | Correspond with UCC counsel re: settlement offer |
| **Subtotal** | | **0.2** | |

| **Grand Total** | | **119.4** | |

**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

*Exhibit C*

*CYXTERA TECHNOLOGIES, INC., et al.*
*Expense Detail by Category*
*October 1, 2023 through October 31, 2023*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Gonzalez, Andrea | Oct-1 | $ 15.14 | 08/18/2023 - 10/17/2023 Wireless Usage Charges |
| Hill, Michael | Oct-12 | 14.86 | 09/13/2023 - 10/12/2023 Wireless Usage Charges |
| Newman, Richard | Oct-12 | 10.27 | 09/13/2023 - 10/12/2023 Wireless Usage Charges |
| | | $ 40.27 | |
| **Grand Total** | | $ 40.27 | |