**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Sonia Zapien-Zelaya, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 22, 2023, I caused copies of the
- [Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket No. 717]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: November 29, 2023

*/s/ Sonia Zapien-Zelaya*
Sonia Zapien-Zelaya
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| All-Rack B.V. | Tupolevlaan 107 | Schiphol-Rijk | ZH | 1119 PA | Netherlands | 454 | $36,670.70 | $36,670.70 | 717 | Transferor |
| CRG Financial LLC | 84 Herbert Ave. Building B - Suite 202 | Closter | NJ | 07624 | | 454 | $36,670.70 | $36,670.70 | 717 | Transferee |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)                                          Page 1 of 1