**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1.  I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC ("**KCC**"), the claims and noticing agent for the Debtors in the above-captioned case. I submit this Supplemental Certificate in connection with the service of solicitation materials for the *Second Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (Docket No. 551) (the "**Plan**") and the *Disclosure Statement Relating to the Second Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (Docket No. 552) (the "**Disclosure Statement**"). I am over the age of 18 and not a party to this action. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge.

2.  On June 6, 2023, the Court entered the *Order (I) Authorizing the Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief* (Docket No. 67).

3.  On July 18, 2023, the Court entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* (Docket No. 286).

4.  Consistent with its retention as claims and noticing agent, KCC is charged with, among other things, printing and distributing Solicitation Packages[2] to creditors and other interested parties pursuant to the solicitation and voting procedures within the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* (Docket No. 563) (the "**Disclosure Statement Order**") entered on September 26, 2023.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

[2] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Disclosure Statement Order

5. The Solicitation Package consists of the following materials:

    a. USB Flash Drive (the "**USB**") containing the following documents:

        i. the Disclosure Statement (and exhibits thereto, including the Plan); and

        ii. the Disclosure Statement Order (without exhibits);

    b. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines (the "**Confirmation Hearing Notice**") (substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order);

    c. the Cover Letter, which describes the contents of the Solicitation Package and urges Holders of Claims in the voting classes to vote to accept the Plan (the "**Cover Letter**") (substantially in the form attached as **Exhibit 5** to the Disclosure Statement Order);

    d. a copy of the appropriate Ballot(s) and voting instructions for the voting class in which the creditor is entitled to vote:

        i. Class 3 Ballot (First Lien Claims) ("**Class 3 Ballot**") (substantially in the form attached as **Exhibit 3A** to the Disclosure Statement Order);

        ii. Class 4 Ballot (General Unsecured Claims) ("**Class 4 Ballot**") (substantially in the form attached as **Exhibit 3B** to the Disclosure Statement Order);

    e. A pre-addressed, postage pre-paid return envelope (the "**Return Envelope**").

6. The Non-Voting Package consists of the following documents:

    a. the Notice of Non-Voting Status to Holders or Potential Holders of Unimpaired Claims Conclusively Presumed to Accept the Plan, Holders or Potential Holders of Impaired Claims Conclusively Presumed to Reject the Plan, and Holders or Potential Holders of Disputed Claims (the "**Notice of Non-Voting Status**") (substantially in the form attached as **Exhibit 4** to the Disclosure Statement Order)

    b. a copy of the appropriate Opt Out Form;

        i. Master Interest Opt Out Form ("**Master Opt Out Form**") (substantially in the form attached as **Exhibit 4A** to the Disclosure Statement Order);

        ii. Beneficial Holders of Interests Opt Out Form ("**Beneficial Holder Opt Out Form**") (substantially in the form attached as **Exhibit 4B** to the Disclosure Statement Order);

      iii. Holders of Claims and Holders of Registered Interests Opt Out Form ("**Opt Out Form**") (substantially in the form attached as **Exhibit 4C** to the Disclosure Statement Order);

    c. Confirmation Hearing Notice; and

    d. a Return Envelope.

7. On September 28, 2023, links to the following documents were made available on the public access website of www.kccllc.net/cyxtera:

    a. Disclosure Statement Order;

    b. Disclosure Statement;

    c. Plan;

    d. Cover Letter;

    e. Solicitation Procedures;

    f. Notice of Non-Voting Status; and

    g. Confirmation Hearing Notice.

8. On November 24, 2023, at my direction and under my supervision, employees of KCC caused the Confirmation Hearing Notice to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**.

Dated: December 4, 2023

                                                                       */s/* Heather Fellows
                                                                       Heather Fellows
                                                                       KCC
                                                                       222 N Pacific Coast Highway, 3rd Floor
                                                                       El Segundo, CA 90245
                                                                       Tel 310.823.9000

# Exhibit A

Exhibit A

Creditor Matrix

Served via First Class Mail

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Castle Fire Protection Inc | 133 Demarest Rd Ste B | Sparta | NJ | 07871-3580 |