UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

In re Cyxtera Technologies, Inc., *et al.*          Applicant: Cole Schotz P.C.

Case No. 23-14853 (MBK)                    Client:  Debtors and Debtors in Possession

Chapter 11                            Case Filed: June 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

 _/s/ Michael D. Sirota_          12/06/2023
MICHAEL D. SIROTA             Date

---

**SECTION I**
**FEE SUMMARY**

---

<u>Summary of Amounts Requested for the Period</u>
<u>November 1, 2023 through November 30, 2023 (the "**Compensation Period**")</u>

| | |
|---|---|
| Fee Total | $74,655.00 |
| Disbursement Total | $31.20 |
| Total Fees Plus Disbursements | $74,686.20 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $236,525.94 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $649,404.50 |
| Total Holdback: | $46,752.90 |
| Total Received by Applicant: | $189,773.04 |

66090/0001-46640501

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota<br>Member | 1986 | 13.10 | $1,475.00 | $19,322.50 |
| Warren A. Usatine<br>Member | 1995 | 11.40 | $1,150.00 | $13,110.00 |
| Warren A. Usatine<br>Member | 1995 | 1.50 | $575.00<br>(travel) | $862.50 |
| Felice R. Yudkin<br>Member | 2005 | 24.90 | $850.00 | $21,165.00 |
| Jacob S. Frumkin<br>Member | 2010 | 2.50 | $700.00 | $1,750.00 |
| Andreas D. Milliaressis<br>Associate | 2016 | 15.40 | $575.00 | $8,855.00 |
| Frances Pisano<br>Paralegal | n/a | 23.30 | $380.00 | $8,854.00 |
| Larry Morton<br>Paralegal | n/a | 0.40 | $380.00 | $152.00 |
| Danielle E. Delehanty<br>Paralegal | n/a | 1.60 | $365.00 | $584.00 |
| **TOTALS** | **n/a** | **94.10** | **n/a** | **$74,655.00** |

66090/0001-46640501

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 6.50 | $4,164.50 |
| Assumption and Rejection of Leases and Contracts | 5.60 | $3,451.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.50 | $425.00 |
| Case Administration | 4.00 | $2,155.00 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 15.20 | $8,120.00 |
| Fee Employment | 2.40 | $1,267.50 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 0.20 | $170.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 55.50 | $52,778.50 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 2.70 | $1,261.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 1.50 | $862.50 |
| **SERVICES TOTALS** | **94.10** | **$74,655.00** |

66090/0001-46640501

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Computer Assisted Legal Research | $10.20 |
| Facsimile | $0.00 |
| Long Distance Telephone/Conference Calls | $0.00 |
| In-House Reproduction | $0.00 |
| Outside Reproduction | $0.00 |
| Outside Research | $0.00 |
| Filing Fees | $0.00 |
| Court Fees | $0.00 |
| Court Reporting | $0.00 |
| Travel | $21.00 |
| Delivery Services / Federal Express | $0.00 |
| Postage | $0.00 |
| Other (Explain) | $0.00 |
| **DISBURSEMENTS TOTAL** | **$31.20** |

66090/0001-46640501

---

**SECTION IV
CASE HISTORY**

---

(1)    Date cases filed:  June 4, 2023

(2)    Chapter under which cases commenced:  Chapter 11

(3)    Date of retention: July 18, 2023, effective as of June 4, 2023. *See* **Exhibit A**.

      If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[1]

      (a)    The Applicant provided legal advice to the Debtors and co-counsel regarding local rules, practice, and procedure.

      (b)    The Applicant reviewed, revised, and coordinated the filing and service of pleadings, motions and supporting documents, and monthly fee statements.

      (c)    The Applicant reviewed and strategized with the Debtors and their advisors with respect to the disclosure statement and plan of reorganization and prepared for and attended the confirmation hearing.

      (d)    The Applicant coordinated the filing and service of the monthly operating reports.

      (e)    The Applicant tended to others matters concerning administration of these Chapter 11 Cases as requested by co-counsel.

      (f)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[2]

(5)    Anticipated distribution to creditors:

      (a)    Administration expense: Paid in full.

      (b)    Secured creditors: To be paid in accordance with the *Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 718, Exhibit A] (the "Plan").

      (c)    Priority creditors: To be paid in accordance with the Plan.

      (d)    General unsecured creditors: To be paid in accordance with the Plan.

---

[1]  The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[2]  The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

66090/0001-46640501

(6)      Final disposition of case and percentage of dividend paid to creditors:  This is the sixth monthly fee statement.

66090/0001-46640501

## Exhibit A

**Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al* | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

Order Filed on July 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

(Page 2)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE |

---

## ORDER APPROVING THE EMPLOYMENT AND RETENTION
## OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL
## TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered three (3) through eight (8), is hereby

**ORDERED**.

**DATED: July 18, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 3)
Debtors:            CYXTERA TECHNOLOGIES, INC., *et al.*
Case No.            23-14853 (JKS)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS
                    EFFECTIVE AS OF THE PETITION DATE

Upon the application (the "**Application**")[2] of the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their bankruptcy co-counsel in these proceedings effective as of the Petition Date; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference of the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and Eric Koza in support thereof; and the Court being satisfied that Cole Schotz does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14)

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 4)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE |

of the Bankruptcy Code, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       The Application is **GRANTED** as set forth herein.

2.       In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors are hereby authorized and empowered to employ and retain Cole Schotz as their bankruptcy co-counsel in these Chapter 11 Cases effective as of the Petition Date.

3.       Any and all compensation to be paid to Cole Schotz for services rendered on the Debtors' behalf, including compensation for services rendered in connection with the preparation of the petition and accompanying papers, shall be fixed by application to this Court in accordance with sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall make a reasonable effort to comply with the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Cole Schotz in the Chapter 11 Cases.

(Page 5)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE |

4.      In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz shall coordinate with Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain regarding their respective responsibilities in these Chapter 11 Cases.  As such, Cole Schotz shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the Debtors, the United States Trustee, and the Committee and shall file such notice with the Court.  All parties in interest retain rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Cole Schotz shall (i) only bill 50% for non-working travel; (ii) not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Cole Schotz's fee applications in these cases; (iii) use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested

(Page 6)

Debtors: CYXTERA TECHNOLOGIES, INC., *et al.*
Case No. 23-14853 (JKS)
Caption of Order: ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS
EFFECTIVE AS OF THE PETITION DATE

---

by Project Category"); and (iv) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

7.     Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

8.     Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or subcontractors (collectively, the "**Contractors**") in these cases, pass through the cost of such Contractors at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.  No agreement or understanding exists between Cole Schotz and any other person, other than as permitted by Bankruptcy Code section 504, to share compensation received for services rendered in connection with these cases, nor shall Cole Schotz share or agree to share

(Page 7)
Debtors:                CYXTERA TECHNOLOGIES, INC., *et al.*
Case No.                23-14853 (JKS)
Caption of Order:       ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                        SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS
                        EFFECTIVE AS OF THE PETITION DATE

---

compensation received for services rendered in connection with these cases with any other person other

than as permitted by Bankruptcy Code section 504.

9.      Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency

of these bankruptcy cases.

10.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services,

during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security

retainer and shall not be drawn down absent Court order.

11.     As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole

Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding

the fact that any such amounts shall only be payable as set forth in any order granting that certain

*Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and*

*Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order*

*of this Court* [Docket No. 170]  and shall only be allowed upon entry of a Court order allowing them.

12.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision concerning fee disputes is null and void during the pendency of these Chapter 11 Cases.

(Page 8)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE |

13.    To the extent the Application, the Sirota Declaration, or any engagement agreement

pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

14.    The Debtors are authorized to take all action necessary to carry out this Order.

15.    This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit B

**Invoices**

CYXTERA TECHNOLOGIES, INC.
BAC COLONNADE OFFICE TOWERS
2333 PONCE DE LEON BLVD., SUITE 900
CORAL GABLES, FL 33134

| | |
|---|---|
| Invoice Date: | December 6, 2023 |
| Invoice Number: | 965264 |
| Matter Number: | 66090-0001 |

**Re:**  CHAPTER 11 DEBTOR

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| **ASSET/ BUSINESS DISPOSITION** | | | **6.50** | **4,164.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 11/01/23 | ADM | EMAIL WITH CO-COUNSEL AND KCC RE: SERVICE OF NOTICE OF SALE | 0.10 | 57.50 |
| 11/01/23 | ADM | EMAILS WITH CO-COUNSEL KE RE: FILING APA (0.1); REVIEW APA AND NOTICE FOR FILING (0.5); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1); CALLS WITH CO-COUNSEL B. NAKHAIMOUSA RE SAME (X2) (0.2) | 0.90 | 517.50 |
| 11/01/23 | FRY | REVIEW REVISED APPLICATION TO SHORTEN TIME RE CANADA SALE | 0.30 | 255.00 |
| 11/03/23 | FP | PREPARE AND EFILE (1) DECLARATION OF R. LI ISO CANADA - COLOGIX (0.3); (2) APPLICATION AND PROPOSED ORDER TO SHORTEN NOTICE (0.2); (3) ASSUMPTION NOTICE RE: COLOGIX (0.2); EMAILS EXCHANGED RE: SERVICE (.10) | 0.80 | 304.00 |
| 11/03/23 | FRY | REVIEW APPLICATION TO SHORTEN TIME RE SALE | 0.20 | 170.00 |
| 11/03/23 | FRY | REVIEW LI DECLARATION IN SUPPORT OF SALE | 0.30 | 255.00 |
| 11/03/23 | FP | PREPARE (.20) AND EFILE (.20) MOTION FOR ENTRY OF ORDER AUTHORIZING CYXTERA CANADA TO ENTER INTO APA WITH COLOGIX | 0.40 | 152.00 |
| 11/03/23 | FRY | CALL WITH CO-COUNSEL RE SALE PAPERS | 0.20 | 170.00 |
| 11/03/23 | FRY | REVIEW FINAL COLOGIX SALE MOTION FOR FILING | 0.50 | 425.00 |
| 11/05/23 | FP | PREPARE PROPOSED ORDER TO SHORTEN RE: COLOGIX (0.1); AND EMAIL TO CHAMBERS (0.1) | 0.20 | 76.00 |
| 11/06/23 | FRY | REVIEW ORDER SHORTENING TIME RE SALE | 0.20 | 170.00 |
| 11/07/23 | FRY | REVIEW CNO RE BID PROTECTIONS | 0.30 | 255.00 |
| 11/07/23 | ADM | REVIEW CNO RE: BID PROTECTIONS FOR FILING AND EMAILS RELATED TO SAME | 0.10 | 57.50 |
| 11/07/23 | FP | PREPARE (.20) AND EFILE (.20) CERTIF. OF NO OBJECTION RE: ORDER APPROVING BIDDING PROCEDURES; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/08/23 | ADM | PREPARE FINAL VERSION OF BID PROTECTIONS ORDER FOR SUBMISSION TO COURT (0.2); EMAIL CORRESPONDENCE WITH CS TEAM RE: SAME (0.1); REVIEW DOCKET AND SUBMIT TO CHAMBERS (0.2) | 0.50 | 287.50 |
| 11/09/23 | ADM | REVIEW DOCKET/EMAILS WITH CO-COUNSEL RE: BID PROTECTIONS CNO | 0.10 | 57.50 |
| 11/15/23 | FRY | EMAILS WITH CO-COUNSEL RE COLOGIX SALE ORDER | 0.20 | 170.00 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/16/23 | FRY | REVIEW COLOGIX SALE ORDER (.2); EMAIL TO CHAMBERS RE SAME (.2) | 0.40 | 340.00 |
| 11/17/23 | FRY | MULTIPLE EMAILS WITH COURT AND CO-COUNSEL RE COLOGIX SALE TRANSACTION | 0.30 | 255.00 |

| **ASSUMPTION/REJECTION OF LEASE AND CONTRACT** | | | **5.60** | **3,451.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/01/23 | FRY | REVIEW MULTIPLE EMAILS WITH KCC RE CURE SCHEDULE | 0.30 | 255.00 |
| 11/03/23 | FP | PREPARE (.20) AND EFILE (.20) NOTICE OF ASSUMPTION OF CERTAIN CONTRACTS; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/03/23 | FRY | EMAILS RE COORDINATION OF SERVICE ON ASSUMPTION NOTICE | 0.20 | 170.00 |
| 11/03/23 | FRY | EMAILS WITH CO-COUNSEL RE ASSUMPTION NOTICE | 0.20 | 170.00 |
| 11/06/23 | FRY | EMAILS RE CURE OBJECTIONS | 0.20 | 170.00 |
| 11/09/23 | ADM | REVIEW ASSUMPTION NOTICE FOR FILING (0.1); REVIEW EMAILS RE: FILING (0.1) | 0.20 | 115.00 |
| 11/09/23 | FP | PREPARE AND EFILE SUPPLEMENTAL NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES (.20); COORDINATE SERVICE (.10) | 0.30 | 114.00 |
| 11/14/23 | FRY | REVIEW DRAFT ORDER RE SIMPLIFY (.2); DRAFT COVER SHEET RE SAME (.2); EMAIL TO CHAMBERS RE SAME (.1) | 0.50 | 425.00 |
| 11/14/23 | FRY | REVIEW CNO FOR ASSUMPTION ORDER | 0.10 | 85.00 |
| 11/14/23 | FP | PREPARE (.20) AND EFILE (.10) CNO RE: DLR ASSUMPTION NOTICE; COORDINATE SERVICE (.10) | 0.40 | 152.00 |
| 11/20/23 | FRY | EMAILS FROM CONTRACT COUNTERPARTIES RE ASSUMPTION OF CONTRACTS | 0.20 | 170.00 |
| 11/20/23 | FRY | REVIEW CNO RE SUPPLEMENTAL COLOGIX ASSUMPTION AND COORDINATE FILING OF SAME | 0.30 | 255.00 |
| 11/20/23 | FP | PREPARE (.20) AND FILE (.20) CNO RE: SUPPLEMENTAL NOTICE OF ASSUMPTION AND ASSIGNMENT | 0.40 | 152.00 |
| 11/20/23 | ADM | REVIEW CNO RE: ASSUMPTION AND ASSIGNMENT AND ORDER (0.2); COORDINATE FILING WITH F. PISANO (0.1); SUBMIT ORDER TO CHAMBERS (0.2); EMAIL CORRESPONDENCE WITH CHAMBERS RE: ORDER (0.1); DOWNLOAD AND CIRCULATE ORDER TO KE TEAM (0.2) | 0.80 | 460.00 |
| 11/27/23 | FRY | TELEPHONE FROM CONTRACT COUNTERPARTY | 0.20 | 170.00 |
| 11/30/23 | FP | PREPARE (.20) AND EFILE (.20) COLOGIX AMENDED ASSUMPTION NOTICE; EMAILS/COORDINATION RE: SERVICE (.20) | 0.60 | 228.00 |
| 11/30/23 | FRY | REVIEW AMENDED REJECTION NOTICE | 0.20 | 170.00 |

| **BUSINESS OPERATIONS** | | | **0.50** | **425.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/03/23 | FRY | REVIEW EMAIL RE CASH MANAGEMENT | 0.10 | 85.00 |
| 11/27/23 | FRY | EMAIL TO CO-COUNSEL RE CASH MANAGEMENT | 0.10 | 85.00 |
| 11/27/23 | FRY | REVIEW ADDITIONAL EMAILS RE CASH MANAGEMENT | 0.20 | 170.00 |
| 11/29/23 | FRY | REVIEW EMAIL RE CASH MANAGEMENT | 0.10 | 85.00 |

**CASE ADMINISTRATION**                                                                    **4.00**        **2,155.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/01/23 | FP | RE-SEND EMAIL TO KCC RE: SERVICE (.20); EMAILS EXCHANGED RE: QUESTIONS ON SERVICE (.20) | 0.40 | 152.00 |
| 11/02/23 | ADM | CALL WITH F. YUDKIN RE: UPCOMING FILINGS | 0.20 | 115.00 |
| 11/03/23 | ADM | CALL WITH A. SIMIONI RE: FILINGS | 0.10 | 57.50 |
| 11/07/23 | JSF | CORRESPONDENCE WITH CO-COUNSEL F. YUDKIN RE: UPCOMING FILINGS | 0.10 | 70.00 |
| 11/08/23 | JSF | CORRESPONDENCE WITH N. GAVEY AND CO-COUNSEL A. MILLIARESSIS RE: UPCOMING FILINGS | 0.10 | 70.00 |
| 11/08/23 | ADM | EMAIL TO KE TEAM RE: FILINGS | 0.10 | 57.50 |
| 11/09/23 | FP | DISCUSS PREPARATION OF CNO'S FOR FILING WITH A. MILLIARESSIS | 0.20 | 76.00 |
| 11/14/23 | MDS | REVIEW NOTICE OF AGENDA | 0.20 | 295.00 |
| 11/14/23 | FP | EMAILS AND CALLS RE: POSSIBLY NEEDING NOTARY AT CONFIRMATION HEARING ON THURSDAY | 0.20 | 76.00 |
| 11/14/23 | FRY | REVIEW AND COMMENT ON NOTICE OF AGENDA | 0.30 | 255.00 |
| 11/14/23 | FP | PREPARE (.20) AND EFILE (.20) NOTICE OF AGENDA FOR 11/16/23 HG. AND COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/16/23 | FP | PREPARE (.20) AND FILE (.10) AMENDED AGENDA | 0.30 | 114.00 |
| 11/16/23 | FP | COORDINATE SERVICE OF ORDERS AND AMENDED AGENDA | 0.20 | 76.00 |
| 11/16/23 | FRY | REVIEW REVISED AGENDA | 0.20 | 170.00 |
| 11/17/23 | FP | PREPARE AND EFILE MASTER SERVICE LIST (.20); CIRCULATE FILED COPY (.10) | 0.30 | 114.00 |
| 11/20/23 | ADM | REVIEW RECENT FILINGS AND CASE STATUS | 0.20 | 115.00 |
| 11/27/23 | FP | REVIEW INFORMATION AND DRAFT CNO RE: CS OCTOBER MFS (.20); PREPARE AND EFILE (.20) | 0.40 | 152.00 |

**FEE APPLICATION PREPARATION**                                                        **15.20**        **8,120.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/05/23 | ADM | REVIEW INVOICE WITH ATTENTION TO PRIVILEGE/REDACTIONS | 1.30 | 747.50 |
| 11/06/23 | ADM | FURTHER REVIEW INVOICE WITH ATTENTION TO PRIVILEGE/REDACTION | 0.40 | 230.00 |
| 11/07/23 | ADM | REVISE INVOICE WITH ATTENTION TO PRIVILEGE | 0.30 | 172.50 |
| 11/07/23 | ADM | REVIEW F. YUDKIN COMMENTS TO MFS AND INTERNAL EMAIL RE: SAME | 0.10 | 57.50 |
| 11/08/23 | ADM | CONTINUED REVIEW OF MFS WITH ATTENTION TO PRIVILEGE ISSUES (0.3) EMAIL ACCOUNTING RE: SAME (0.1) | 0.40 | 230.00 |
| 11/08/23 | FP | PREPARE (.20) AND EFILE (.20) CS OCTOBER MFS WITH EXHIBITS; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/08/23 | FRY | REVIEW AND COMMENT ON MONTHLY FEE STATEMENT | 0.40 | 340.00 |
| 11/08/23 | ADM | REVISE MFS PER COMMENTS FROM F. YUDKIN (0.2); EMAILS WITH F. YUDKIN RE SAME (0.1); PREPARE MFS FOR FILING (0.3); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.70 | 402.50 |
| 11/08/23 | ADM | FINALIZE INVOICE AND PREPARE MFS COVERING SUMMARIES | 1.10 | 632.50 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/09/23 | FP | PREPARE AND EFILE CNO RE: M3 ADVISORY MFS (.20); COORDINATE SERVICE (.10) | 0.30 | 114.00 |
| 11/09/23 | ADM | CALL WITH N. HOWARD RE: PROFESSIONAL FEE STATEMENTS (0.3); REVIEW KCC CNO FOR FILING (0.1); COORDINATE FILING AND SERVICE OF SAME WITH F. PISANO (0.1) | 0.50 | 287.50 |
| 11/09/23 | FP | PREPARE AND EFILE CNO RE: KATTEN MUCHIN MFS (.20); COORDINATE SERVICE (.10) | 0.30 | 114.00 |
| 11/09/23 | FP | PREPARE AND EFILE (1) DELOITTE JUNE MFS (0.2); (2) DELOITTE JULY MFS (.20); COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/09/23 | JSF | CORRESPONDENCE WITH CO-COUNSEL N. HOWARD, A. SIMIONI ET AL. RE: FILING AND SERVICE OF CERTIFICATES OF NO OBJECTION FOR KCC, KATTEN AND M3, DELOITTE MONTHLY FEE STATEMENTS, AND ASSUMPTION NOTICE (.8); REVIEW SAME (.7); CORRESPONDENCE WITH PARALEGAL F. PISANO RE: FILING AND SERVICE OF SAME (.6) | 2.10 | 1,470.00 |
| 11/09/23 | ADM | REVIEW DELOITTE JUNE MFS (0.2); REVIEW DELOITTE JULY MFS FOR FILING (0.2); CALL WITH J. FRUMKIN RE: SAME (X2)(0.2); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.70 | 402.50 |
| 11/09/23 | FP | PREPARE (.20) AND EFILE (.20) CNO RE: KCC SEPTEMBER MFS; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/09/23 | ADM | REVIEW DOCKET RE: CNOS FOR FILING | 0.20 | 115.00 |
| 11/10/23 | FP | PREPARE (.20) AND EFILE (.20) CNO RE: K&E SEPTEMBER MFS; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/10/23 | JSF | CORRESPONDENCE WITH A. SIMIONI RE: CNO FOR K&E SEPTEMBER MONTHLY FEE STATEMENT/REVIEW OF SAME (.1); CORRESPONDENCE WITH PARALEGAL F. PISANO RE: FILING AND SERVICE OF SAME (.1) | 0.20 | 140.00 |
| 11/20/23 | ADM | EMAIL TO CO-COUNSEL KE RE: FEE APPS | 0.10 | 57.50 |
| 11/22/23 | FP | PREPARE (.20) AND EFILE (.20) AP SERVICES OCTOBER MFS; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/22/23 | FP | DRAFT CNO RE: COLE SCHOTZ OCTOBER MFS | 0.20 | 76.00 |
| 11/22/23 | ADM | EMAIL F. YUDKIN RE: FEE APP ISSUES (0.1); EMAIL TO ALIX PARTNERS RE: SAME (0.1) | 0.20 | 115.00 |
| 11/27/23 | ADM | REVIEW CNO RE: CS MFS (0.2); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.30 | 172.50 |
| 11/27/23 | FRY | REVIEW AND COMMENT ON CNO RE PROFESSIONAL FEES | 0.20 | 170.00 |
| 11/28/23 | FP | PREPARE (.10) AND FILE (.10) M3 ADVISORY OCTOBER MFS; COORDINATE SERVICE (.10) | 0.30 | 114.00 |
| 11/28/23 | FP | REVISE, PREPARE AND EFILE DELOITTE TAX JUNE MFS (.30); COORDINATE SERVICE (.10) | 0.40 | 152.00 |
| 11/28/23 | ADM | REVIEW CNOS RE DELOITTE FEES (X2) (0.2); EMAIL WITH KE RE: SAME AND COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.30 | 172.50 |
| 11/28/23 | FP | REVISE, PREPARE AND EFILE DELOITTE TAX JULY MFS (.30); COORDINATE SERVICE (.10) | 0.40 | 152.00 |
| 11/28/23 | FP | PREPARE (.10) AND FILE (.10) KATTEN MUCHIN OCTOBER MFS; COORDINATE SERVICE (.10) | 0.30 | 114.00 |
| 11/29/23 | FP | PREPARE (.10) AND EFILE (.20) KCC OCTOBER MFS; COORDINATE SERVICE (.10) | 0.40 | 152.00 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/29/23 | ADM | REVIEW DELOITTE FEE APP FOR FILING (0.1); REVIEW KCC FEE APP FOR FILING (0.1) | 0.20 | 115.00 |
| 11/29/23 | FP | PREPARE (.10) AND EFILE (.20) DELOITTE TAX AUGUST MFS; COORDINATE SERVICE (.10) | 0.40 | 152.00 |

**FEE EMPLOYMENT** **2.40** **1,267.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/22/23 | FP | PREPARE (.20) AND EFILE (.20) SECOND SUPPLEMENTAL DECLARATION OF C. MARCUS ISO RETENTION/EMPLOYMENT OF K&E; COORDINATE SERVICE (.10) | 0.50 | 190.00 |
| 11/27/23 | FRY | REVIEW AND REVISE SUPPLEMENTAL SIROTA DECLARATION | 0.30 | 255.00 |
| 11/27/23 | ADM | DRAFT SUPPLEMENTAL DECLARATION OF SIROTA (0.5); CONFER WITH F. YUDKIN RE SAME (0.2); EMAIL TO M. SIROTA RE SAME (0.1) | 0.80 | 460.00 |
| 11/28/23 | ADM | FINAL REVIEW OF SUPPLEMENTAL SIROTA DECLARATION FOR FILING (0.2); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.30 | 172.50 |
| 11/28/23 | FP | PREPARE (.20) AND EFILE (.20) SECOND SUPPLEMENTAL DECLARATION OF M. SIROTA ISO CS EMPLOYMENT/RETENTION; COORDINATE SERVICE (.10) | 0.50 | 190.00 |

**LITIGATION** **0.20** **170.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/07/23 | FRY | CONFER WITH CO-COUNSEL RE LITIGATION | 0.20 | 170.00 |

**PLAN OF REORGANIZATION** **55.50** **52,778.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/01/23 | FRY | EMAIL TO CO-COUNSEL RE CONFIRMATION HEARING (.10); EMAIL TO COURT RE SAME (.10) | 0.20 | 170.00 |
| 11/01/23 | FRY | EMAIL TO CO-COUNSEL RE TESTIMONY AT CONFIRMATION HEARING | 0.20 | 170.00 |
| 11/02/23 | FRY | REVIEW AMENDED PLAN AND PLAN SUPPLEMENT | 1.30 | 1,105.00 |
| 11/02/23 | FRY | MULTIPLE CONFERENCES AND EMAILS RE PLAN RELATED DOCUMENTS | 0.30 | 255.00 |
| 11/02/23 | FRY | EMAILS FROM CREDITORS RE SALE TRANSACTION NOTICE | 0.20 | 170.00 |
| 11/02/23 | MDS | REVIEW AMENDED PLAN | 0.80 | 1,180.00 |
| 11/02/23 | ADM | REVIEW ONGOING EMAIL CORRESPONDENCE WITH KCC RE: SERVICE | 0.20 | 115.00 |
| 11/02/23 | ADM | EMAILS WITH CO-COUNSEL KE RE: FILING PLAN DOCUMENTS | 0.10 | 57.50 |
| 11/02/23 | FP | PREPARE FOR FILING (1) NOTICE OF FILING OF THIRD AMENDED JOINT PLAN (2) NOTICE OF FILING OF PLAN SUPPLEMENT AND (3) NOTICE OF BID PROCEDURES, INCLUDING REDUCING AND SPLITTING FOR UPLOAD (1.70); EFILE ALL (.80); EMAILS COORDINATING SERVICE (.20) | 2.70 | 1,026.00 |
| 11/02/23 | ADM | EMAIL WITH CO-COUNSEL RE: FILING PLAN (0.2); REVIEW PLAN FOR FILING AND FILE SAME (.9); COORDINATE FILING AND SERVICE WITH F. PISANO (0.2) | 1.30 | 747.50 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/03/23 | ADM | CALL WITH CO-COUNSEL O. PARE (0.1); EMAILS WITH CO-COUNSEL RE: PLAN SUPPLEMENT AND RELATED FILINGS (0.2); REVIEW PLAN SUPPLEMENT (0.7); PREPARE SAME FOR FILING (0.8); REVIEW NOTICE OF BID PROTECTIONS FOR FILING (0.4); COORDINATE FILING AND SERVICE WITH F. PISANO (0.3) | 2.50 | 1,437.50 |
| 11/03/23 | WAU | REVIEW AMENDED PLAN AND PLAN SUPPLEMENT DOCUMENTS | 1.00 | 1,150.00 |
| 11/03/23 | FRY | MULTIPLE EMAILS FROM CREDITORS RE PLAN SUPPLEMENT | 0.30 | 255.00 |
| 11/06/23 | FRY | EMAILS WITH CO-COUNSEL RE CONFIRMATION ORDER | 0.20 | 170.00 |
| 11/07/23 | FRY | EMAIL WITH CO-COUNSEL RE PREPARATION FOR CONFIRMATION HEARING | 0.20 | 170.00 |
| 11/07/23 | WAU | REVIEW PLAN OBJECTIONS | 0.60 | 690.00 |
| 11/07/23 | FRY | REVIEW OBJECTIONS TO CONFIRMATION | 0.70 | 595.00 |
| 11/09/23 | MDS | REVIEW OBJECTION TO PLAN OF REORGANIZATION | 0.20 | 295.00 |
| 11/09/23 | FRY | REVIEW REVISED CONFIRMATION BRIEF | 0.70 | 595.00 |
| 11/09/23 | WAU | REVIEW CONFIRMATION BRIEF | 1.10 | 1,265.00 |
| 11/09/23 | MDS | REVIEW AND REVISE CONFIRMATION BRIEF AND ORDER | 2.90 | 4,277.50 |
| 11/10/23 | MDS | WORK ON CONFIRMATION PLEADINGS - CONFERENCE WITH CO-COUNSEL | 1.90 | 2,802.50 |
| 11/10/23 | MDS | REVIEW PLAN RELEASE CASES | 1.70 | 2,507.50 |
| 11/11/23 | WAU | REVIEW CONFIRMATION BRIEF (REVISED VERSION) | 0.80 | 920.00 |
| 11/12/23 | FRY | REVIEW AND COMMENT ON CONFIRMATION ORDER | 1.90 | 1,615.00 |
| 11/12/23 | WAU | REVIEW CONFIRMATION ORDER | 0.50 | 575.00 |
| 11/13/23 | MDS | REVIEW FOURTH AMENDED PLAN OF REORGANIZATION | 0.90 | 1,327.50 |
| 11/13/23 | FRY | COORDINATE WITH CO-COUNSEL AND COURT RE CONFIRMATION HEARING | 0.50 | 425.00 |
| 11/13/23 | WAU | REVIEW FOURTH AMENDED PLAN OF REORGANIZATION AND PENDING OBJECTIONS (1.0); EMAILS RE: SAME (0.2) | 1.20 | 1,380.00 |
| 11/13/23 | FRY | REVIEW DECLARATIONS AND VOTING REPORT RE CONFIRMATION | 2.10 | 1,785.00 |
| 11/13/23 | FRY | EMAIL FROM COURT RE CONFIRMATION (.1); EMAIL TO CO-COUNSEL RE SAME (.1) | 0.20 | 170.00 |
| 11/13/23 | FRY | EMAIL TO COURT RE STATUS OF OBJECTIONS TO CONFIRMATION | 0.20 | 170.00 |
| 11/13/23 | MDS | REVIEW REVISED PLAN RELEASE LANGUAGE | 0.40 | 590.00 |
| 11/13/23 | FRY | REVIEW FOURTH AMENDED JOINT PLAN FOR FILING | 0.90 | 765.00 |
| 11/13/23 | MDS | REVIEW PLAN OF REORGANIZATION OBJECTION | 0.40 | 590.00 |
| 11/13/23 | FP | PREPARE (.20) AND EFILE (.20) FOURTH AMENDED JOINT PLAN | 0.40 | 152.00 |
| 11/13/23 | FRY | REVIEW FINAL BRIEF IN SUPPORT OF CONFIRMATION | 0.70 | 595.00 |
| 11/13/23 | FP | PREPARE AND EFILE (1) CONFIRMATION BRIEF (0.2); (2) KOZA DECLARATION ISO (0.1); (3) MELTZER DECLARATION ISO (0.1); (4) BOJMEL DECLARATION ISO (0.1); (5) VOTING REPORT (0.1); COORDINATE SERVICE WITH KCC (0.1) | 0.70 | 266.00 |
| 11/14/23 | FRY | MULTIPLE EMAILS/CONFERENCES RE CONFIRMATION ISSUES | 0.60 | 510.00 |
| 11/14/23 | DED | PREPARE ELECTRONIC BINDER FOR W. USATINE REGARDING 11.16.23 HEARING | 1.00 | 365.00 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/14/23 | FRY | REVIEW REVISED CONFIRMATION ORDER | 1.40 | 1,190.00 |
| 11/14/23 | FRY | REVIEW WITNESS AND EXHIBIT LIST FOR CONFIRMATION | 0.30 | 255.00 |
| 11/14/23 | FP | EMAILS EXCHANGED WITH W. USATINE REQUESTING EBINDER OF DOCUMENTS FOR HEARING (0.1); AND DISCUSSIONS WITH D. DELEHANTY (0.2) | 0.30 | 114.00 |
| 11/14/23 | FP | RESEARCH DISCLOSURE STATEMENTS/PLANS/SALE HEARING TRANSCRIPTS IN CASES AND CIRCULATE WHAT WAS FOUND | 0.50 | 190.00 |
| 11/14/23 | FRY | RESEARCH RE CONFIRMATION TRANSCRIPTS | 0.60 | 510.00 |
| 11/14/23 | MDS | REVIEW PROPOSED FINDING AND CONCLUSIONS OF LAW (182 PAGES) | 1.90 | 2,802.50 |
| 11/14/23 | FRY | MULTIPLE EMAILS WITH CO-COUNSEL RE CONFIRMATION | 0.40 | 340.00 |
| 11/14/23 | FP | PREPARE (.20) AND EFILE (.10) WITNESS/EXHIBIT LIST FOR 11/16/23 HEARING; COORDINATE SERVICE (.10) | 0.40 | 152.00 |
| 11/14/23 | FRY | COORDINATE WITH CO-COUNSEL RE EXHIBITS FOR CONFIRMATION HEARING | 0.20 | 170.00 |
| 11/14/23 | WAU | REVIEW PROPOSED CONFIRMATION ORDER AND WITNESS LIST FOR CONFIRMATION HEARING | 0.50 | 575.00 |
| 11/14/23 | FP | PREPARE AND FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW/ORDER CONFIRMING PLAN | 0.30 | 114.00 |
| 11/14/23 | ADM | REVIEW EMAILS RE: FILINGS OF FOURTH AMENDED PLAN | 0.10 | 57.50 |
| 11/15/23 | DED | UPDATE ELECTRONIC HEARING BINDER TO INCORPORATE RECENT CONFIRMATION RELATED FILINGS | 0.60 | 219.00 |
| 11/15/23 | FRY | REVIEW PLAN SUPPLEMENT FOR FILING | 0.40 | 340.00 |
| 11/15/23 | FRY | COORDINATE WITH CHAMBERS AND CO-COUNSEL RE PRESENTATION FOR CONFIRMATION HEARING | 0.40 | 340.00 |
| 11/15/23 | FP | RECEIVE AND REVIEW NOTICE OF FILING OF FIRST AMENDED SUPPLEMENTAL PLAN AND WORK ON REDUCING/PREPARING FOR FILING (.20); FINALIZE (.10) AND EFILE (.20) | 0.50 | 190.00 |
| 11/15/23 | WAU | REVIEW AMENDED PLAN AND PROPOSED CONFIRMATION ORDER | 1.20 | 1,380.00 |
| 11/15/23 | FP | COORDINATE ADDING ADDITIONAL FILED PLEADINGS TO EBINDER FOR W. USATINE HEARING | 0.30 | 114.00 |
| 11/15/23 | FRY | MULTIPLE EMAILS RE REVISIONS TO CONFIRMATION ORDER | 0.20 | 170.00 |
| 11/15/23 | FRY | DRAFT NOTICE RE REVISED CONFIRMATION ORDER | 0.30 | 255.00 |
| 11/15/23 | FRY | CONFER WITH CO-COUNSEL RE CONFIRMATION HEARING | 0.20 | 170.00 |
| 11/16/23 | MDS | ATTEND CONFIRMATION HEARING (VIRTUAL) | 1.80 | 2,655.00 |
| 11/16/23 | WAU | REVIEW REVISED CONFIRMATION ORDER | 0.40 | 460.00 |
| 11/16/23 | FP | WORK ON DOCUMENTS FOR W. USATINE PRESENTATION | 1.00 | 380.00 |
| 11/16/23 | FP | PREPARE (.20) AND EFILE (.20) REVISED PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW/CONFIRMATION ORDER | 0.40 | 152.00 |
| 11/16/23 | FP | EMAIL PROPOSED REVISED CONFIRMATION ORDER AND REDLINE OF SAME TO CHAMBERS | 0.30 | 114.00 |
| 11/16/23 | WAU | PRE-HEARING MEETING WITH KIRKLAND AND ELLIS TEAM AND OTHER DEBTOR PROFESSIONALS | 0.50 | 575.00 |
| 11/16/23 | WAU | REVIEW DRAFT SLIDE DECK PRESENTATION FOR CONFIRMATION HEARING | 0.30 | 345.00 |
| 11/16/23 | WAU | PREPARATION FOR CONFIRMATION HEARING | 0.70 | 805.00 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/16/23 | WAU | ATTEND CONFIRMATION HEARING | 2.20 | 2,530.00 |
| 11/16/23 | FRY | REVIEW FURTHER REVISED CONFIRMATION ORDER | 0.50 | 425.00 |
| 11/17/23 | LSM | ORDER NOVEMBER 16, 2023 CONFIRMATION HEARING TRANSCRIPT | 0.40 | 152.00 |
| 11/17/23 | FP | EMAILS REQUESTING 11/17/23 CONFIRMATION HEARING TRANSCRIPT | 0.20 | 76.00 |
| 11/17/23 | WAU | REVIEW REVISED CONFIRMATION ORDER AND EMAILS RE: SAME | 0.40 | 460.00 |
| 11/17/23 | FRY | MULTIPLE EMAILS WITH COURT AND CO-COUNSEL RE ENTRY OF CONFIRMATION ORDER | 0.50 | 425.00 |
| 11/29/23 | FRY | EMAILS WITH CO-COUNSEL RE PLAN SUPPLEMENT AMENDMENT | 0.20 | 170.00 |

**REPORTING**                                                       **2.70**     **1,261.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/21/23 | FRY | REVIEW MOR | 0.50 | 425.00 |
| 11/21/23 | FP | PREPARE 16 MOR'S AND SUPPORTING DOCUMENTS FOR FILING (1.00) AND EFILE (1.20) | 2.20 | 836.00 |

**TRAVEL TIME**                                                      **1.50**      **862.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/16/23 | WAU | ROUND TRIP TRAVEL TO NEWARK FOR CONFIRMATION HEARING | 1.50 | 862.50 |

|  |  | TOTAL HOURS | 94.10 |  |

PROFESSIONAL SERVICES:                                                          $74,655.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Andreas D. Milliaressis | Associate | 15.40 | 575.00 | 8,855.00 |
| Danielle E. Delehanty | Paralegal | 1.60 | 365.00 | 584.00 |
| Felice R. Yudkin | Member | 24.90 | 850.00 | 21,165.00 |
| Frances Pisano | Paralegal | 23.30 | 380.00 | 8,854.00 |
| Jacob S. Frumkin | Member | 2.50 | 700.00 | 1,750.00 |
| Michael D. Sirota | Member | 13.10 | 1,475.00 | 19,322.50 |
| Morton, Larry | Paralegal | 0.40 | 380.00 | 152.00 |
| Warren A. Usatine | Member | 11.40 | 1,150.00 | 13,110.00 |
| Warren A. Usatine | Member | 1.50 | 575.00 | 862.50 |
|  | **Total** | **94.10** |  | **$74,655.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 10/10/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/10/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/12/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/20/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/20/23 | ONLINE RESEARCH | 9.00 | 0.90 |
| 10/20/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/20/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 11/10/23 | Parking at court | 1.00 | 21.00 |

|  |  | **Total** | **$31.20** |
|--|--|-----------|------------|

**COST SUMMARY**

| Description | AMOUNT |
|-------------|--------|
| COURT FEES | 10.20 |
| TRAVEL- MILEAGE/TOLLS | 21.00 |
| **TOTAL COSTS** | **$31.20** |

| | |
|--|--|
| TOTAL SERVICES AND COSTS: | $    74,686.20 |