**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING SECOND AMENDED PLAN
SUPPLEMENT FOR THE FOURTH AMENDED JOINT PLAN OF
REORGANIZATION OF CYXTERA TECHNOLOGIES, INC. AND ITS
DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

    **PLEASE TAKE NOTICE** that, as contemplated by the *Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 694] (as may be amended or modified from time to time and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

including all exhibits and supplements thereto, the "Plan"),[2] on November 2, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing Plan Supplement for the Third Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 650] (the "Plan Supplement"), and on November 16, 2023, the Debtors filed the *First Amended Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 713] (the "First Amended Plan Supplement") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 17, 2023, the Court entered the *Revised Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 718] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this amendment to the Plan Supplement (this "Second Amended Plan Supplement") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Plan Supplement includes current drafts of the following documents (certain of which continue to be negotiated pursuant to the terms of the Plan, the RSA, and the Purchase Agreement by the Debtors, the Required Consenting Term Lenders, the Purchaser, and the Committee, as applicable, and will be filed in substantially final form on or prior to the Effective Date):

| | |
|---|---|
| **Exhibit C** | Draft Schedules of Assumed and Rejected Executory Contracts and Unexpired Leases |
| **Exhibit C-2** | Draft Schedule of Rejected Executory Contracts and Unexpired Leases |
| **Exhibit C-2a** | Redline to Previously Filed Draft Schedule of Rejected Executory Contracts and Unexpired Leases |

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, with the consultation or consent of any applicable counterparties to the extent required under the Plan, the RSA, or the Purchase Agreement, to alter, amend, modify, or supplement the Second Amended Plan Supplement and any of the documents contained herein in accordance with the terms of the Plan, the RSA, and the Purchase Agreement; *provided* that if any document in this Second Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Effective Date, the Debtors will file a redline of such document with the Bankruptcy Court. The final version of any such document may contain material differences from the version filed herewith. For the avoidance of doubt, the parties thereto have not consented to such document as being in final form and reserve all rights in that regard.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Second Amended Plan Supplement are integral to, and are considered part of, the Plan.

---

[2] Capitalized terms used but not defined in herein have the meanings given to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Confirmation Order, Disclosure Statement, Plan Supplement, and First Amended Plan Supplement, are accessible now, free of charge, on the Debtors' restructuring website, https://www.kccllc.net/cyxtera, and upon request of the Debtors' co-counsel, Kirkland & Ellis LLP and Cole Schotz P.C., at the respective addresses specified herein.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://www.kccllc.net/cyxtera. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: December 11, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:   edward.sassower@kirkland.com
              christopher.marcus@kirkland.com
              derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al*., | Case No. 23-14853 (JKS) |
| Debtors.¹ | (Jointly Administered) |

**SECOND AMENDED PLAN
SUPPLEMENT FOR THE FOURTH AMENDED JOINT
PLAN OF REORGANIZATION OF CYXTERA TECHNOLOGIES, INC. AND ITS
DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

---

¹ A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

Case 23-14853-JKS    Doc 790    Filed 12/11/23    Entered 12/11/23 09:47:34    Desc Main
Document    Page 6 of 15

## Table of Contents[2]

| | |
|---|---|
| **Exhibit C** | Draft Schedule of Assumed and Rejected Executory Contracts and Unexpired Leases |
| **Exhibit C-2** | Draft Schedule of Rejected Executory Contracts and Unexpired Leases |
| **Exhibit C-2a** | Redline to Previously Filed Draft Schedule of Rejected Executory Contracts and Unexpired Leases |

---

[2] Capitalized terms used but not defined in herein have the meanings given to them in the Plan.

# Exhibit C

## Draft Schedules of Assumed and Rejected Executory Contracts and Unexpired Leases

The Debtors have included a schedule of Executory Contracts and Unexpired Leases that they intend to assume as of the Effective Date or assume and assign in accordance with the Purchase Agreement and the Plan's treatment of Executory Contracts and Unexpired Leases. The Debtors reserve their rights to alter, amend, modify, or supplement this **Exhibit C** with the consent of the Purchaser and consistent with the Purchase Agreement.

Certain documents, or portions thereof, contained or to be contained in this **Exhibit C** and the Second Amended Plan Supplement remain subject to continued review, as applicable, by the Debtors, the Required Consenting Term Lenders, the Purchaser, and the Committee, and the final version of any such document may contain material differences from the version filed herewith. For the avoidance of doubt, the parties thereto have not consented to such document as being in final form and reserve all rights in that regard. The respective rights of the Debtors, the Required Consenting Term Lenders, the Purchaser, and the Committee, as applicable, are expressly reserved, subject to the terms and conditions set forth in the Plan, the Confirmation Order, the RSA, and the Purchase Agreement (including certain consent and approval rights), to alter, amend, modify, or supplement the Second Amended Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan, the Confirmation Order, the RSA, and the Purchase Agreement, or by any other order of the Bankruptcy Court; *provided* that if any document in this Second Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Effective Date, the Debtors will file a redline of such document with the Bankruptcy Court.

Article V of the Plan, as approved by the Confirmation Order, provides that each Executory Contract or Unexpired Lease not previously rejected, assumed, or assumed and assigned shall (i) in the event of an Equity Investment Transaction or a Recapitalization Transaction, be deemed assumed or assumed and assigned, as applicable; or (ii) in the event of an Asset Sale, be (a) assumed or assumed and assigned to the Purchaser or a designee in accordance with the Purchase Agreement, as applicable, if it is listed on the Schedule of Assumed Executory Contracts and Unexpired Leases; (b) assumed and assigned to the Purchaser or a designee in accordance with the Purchase Agreement if it is not listed on either the Schedule of Assumed Executory Contracts and Unexpired Leases or the Schedule of Rejected Executory Contracts and Unexpired Leases and does not relate exclusively to Excluded Assets or Excluded Liabilities; or (c) rejected if it is (x) listed on the Schedule of Rejected Executory Contracts and Unexpired Leases or (y) not listed on either the Schedule of Assumed Executory Contracts and Unexpired Leases or the Schedule of Rejected Executory Contracts and Unexpired Leases and relates exclusively to the Excluded Assets or Excluded Liabilities. For the avoidance of doubt, the foregoing shall not affect any Executory Contract or Unexpired Lease that is (i) explicitly designated by the Plan or the Confirmation Order to be assumed or assumed and assigned, as applicable, in connection with the Confirmation of the Plan; (ii) subject to a pending motion to assume such Executory Contract or Unexpired Lease as of the Effective Date; (iii) a D&O Liability Insurance Policy; or (iv) a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan. The assumption of Executory Contracts and Unexpired Leases hereunder may include the assignment of certain of such contracts to Affiliates.

## **Exhibit C-2**

**Draft Schedule of Rejected Executory Contracts and Unexpired Leases**

**Draft Schedule of Rejected Executory Contracts and Unexpired Leases**

| Debtor | Counter Party Name | Description |
| --- | --- | --- |
| Cyxtera DC Holdings, Inc | 1111 Comstock Property, LLC | Lease guarantee for 1111 Comstock Street, Santa Clara - Powered Shell Lease Agreement |
| Cyxtera DC Holdings, Inc | 1231 Comstock Property, LLC | Lease guarantee for 1231 Comstock Street, Santa Clara - Powered Shell Lease Agreement |
| Cyxtera Communications, LLC | ABM Industry Groups, LLC | Procurement Standard Terms and Conditions |
| Cyxtera Netherlands B.V. | AFS Transport (Rotterdam) B.V. | Agreement/Authorisation to Act as Direct Representative |
| Cyxtera Technologies, LLC | Angelo Paone Électrique Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications Canada, ULC | Angelo Paone Électrique Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment No. 3 to the Subscription Agreement Dated November 27, 2018 |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment No. 4 to the Subscription Agreement Dated November 27, 2018 |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment to the Subscription Agreement Dated May 27, 2023 |
| Cyxtera Technologies, Inc. | Auditboard, Inc. | Subscription Agreement |
| Cyxtera Technologies, LLC | Buckeye Landscape Service, Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Buckeye Landscape Service, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Buckeye Landscape Service, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, Inc | Calculated Research & Technology | Master Reseller Agreement |
| Cyxtera Technologies, Inc. | Citigroup Global Markets Inc. | Engagement Letter |
| Cyxtera Technologies, Inc | Collins Building Services, Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Collins Building Services, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Colo Advisor, LLC | REFERRAL AGREEMENT |
| Cyxtera Management, Inc. | Corporation Service Company (CSC) | Domain hosting agreement |
| Cyxtera Federal Group, Inc | CTG Federal LLC | FEDERAL RESELLER AGREEMENT |
| Cyxtera Communications, LLC | Curbside Landscape & Irrigation, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Curbside Landscape & Irrigation, Inc. | Snow and Ice Management Addendum #1 |
| Cyxtera Netherlands B.V. | Cyrus One | Turn Key Datacenter Lease   (9/30/2019) |
| Cyxtera Netherlands B.V. | Cyrus One | Variation and Waiver Agreement   (9/30/2019) |
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | General Terms and Conditions |

| | | |
|---|---|---|
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | Turn Key Datacenter Lease |
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | Variation and Waiver Agreement to Turn Key Datacenter Lease |
| Cyxtera DC Holdings, Inc | CyrusOne AMS3, B.V. | Lease guarantee for Linieweg 1, Halfweg - TKD Lease |
| Cyxtera Netherlands B.V. | DC Squad B.V. t/a DC People | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Demandbase, Inc. | Order Form - dated April 28, 2023 / Q - 60501 - 2 |
| Cyxtera Technologies, LLC | Demandbase, Inc. | Order Form - dated May 5, 2023 / Q - 63523 - 1 |
| Cyxtera Netherlands B.V. | DGTE B.V. | Partner Agreement |
| Cyxtera Netherlands B.V. | DGTE B.V. | Partner Agreement |
| Cyxtera Netherlands B.V. | DGTE BV | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Netherlands B.V. | DGTE BV | Procurement Standard Terms & Conditions |
| Cyxtera Technologies, LLC | Diligent Corporation | Order Form |
| Cyxtera Technologies, Inc. | Diligent Corporation | Service Agreement Amendment |
| Cyxtera Technologies, LLC | DNA Cleaning Inc | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | DNA Cleaning Inc | Procurement Standard Terms and Conditions |
| Cyxtera Management, Inc. | Elevate Consult LLC | Procurement Standard Terms and Conditions |
| Cyxtera Management, Inc. | Elevate Consult, LLC | GRC Tasks Proposal 2022 Pursuant to Procurement Standard Terms and Conditions Dated March 22, 2021 |
| Cyxtera Technologies, Inc | Elevate Consult, LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Elevate Consult, LLC | User Access Reviews Proposal for Cyxtera |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em I | Agreement For Rendering of Services, Leasing and Assignment of Usage Rights (2/3/2011) |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em I | Amendment to Agreement for Rendering Services, Leasing and Assignment of Usage Rights and Commercial Proposal # 1 (5/9/2013) |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em I | Commercial Proposal #1, Annex 1 Infrastructure (10/6/2010) |
| Cyxtera Management, Inc. | H&CO, LLP | Letter re: Statement of Work |
| Cyxtera Federal Group, Inc | Immix Group | Aggregation Agreement |
| Cyxtera Communications, LLC | Infinite Computer Solutions, Inc. | REFERRAL AGREEMENT |
| Cyxtera Management, Inc. | Influ2 Inc | Influ2 Terms of Service |
| Cyxtera Management, Inc. | Influ2 Inc | Order Form #1 |
| Cyxtera Technologies, LLC | Informatica LLC | Quote for Subscription Support Renewal |
| Cyxtera Communications Canada, ULC | Jani-King of Southern Ontario | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Kimco Facility Services, LLC | Mutual Confidentiality and Nondisclosure Agreement |

| | | |
|---|---|---|
| Cyxtera Management, Inc. | Lazard Freres & Co | Engagement Letter Dated December 23 2022 |
| Cyxtera Management, Inc. | Lazard Freres & Co | Letter Agreement Dated December 23 2022 |
| Cyxtera Communications Canada, ULC | Manufacturers Life Insurance Company | Service and fee agreement |
| Cyxtera Technologies, LLC | Marsden Bldg Maintenance, L.L.C. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Marsden Bldg Maintenance, L.L.C. | Procurement Standard Terms & Conditions |
| Cyxtera Technologies, LLC | MASH Services of Illinois, Inc. d.b.a. Code Pes | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | MASH Services of Illinois, Inc. d.b.a. Code Pes | Procurement Standard Terms & Conditions |
| Cyxtera Netherlands B.V. | Meijers Assurantien B.V. | Service Level Agreement (SLA) Employee Benefits |
| Cyxtera DC Holdings, Inc. | Moody's Investors Service, Inc. | Application for Moody's Rating Assessment Service |
| Cyxtera Technologies, Inc. | Morgan Stanley & Co. LLC | Engagement Letter |
| Cyxtera Communications, LLC | ORANJE Commercial Janitorial | Procurement Standard Terms & Conditions |
| Cyxtera Federal Group, Inc. | Phronesis Research LLC | Incentivized Consultant Agreement |
| Cyxtera Federal Group, Inc | Phronesis Research LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Federal Group, Inc. | Phronesis Research LLC | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Rentokil North America DBA Western Exterm | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Netherlands B.V. | Royale Europe | Agreement/authorisation to act as direct representative |
| Cyxtera Technologies, LLC | S&P Global Market Intelligence, LLC | 451 Research Statement of Work to S&P Licensed Professional Services Agreement |
| Cyxtera Communications, LLC | S&P Global Market Intelligence, LLC | Reinstatement & Amendment 451 Agreement to the Subscription Agreement Dated June 20, 2017 |
| Cyxtera Technologies, LLC | S&P Global Market Intelligence, LLC | S&P Licensed Professional Service Agreement |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Final Invoice dated May 19, 2023 / S - 11573 - 22 |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Final Invoice dated May 19, 2023 / S - 11574 - 22 |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Statement of Work Dated March 29, 2022 |
| Cyxtera Technologies, Inc | Spoon Exhibit Services, LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Spoon Exhibit Services, LLC | Procurement Standard Terms and Conditions |
| Cyxtera Management, Inc. | Sullivan & Cromwell, LLP | Engagement Letter |
| Cyxtera Netherlands B.V. | Tech Data | TechData Credit Application |
| Cyxtera Netherlands B.V. | Workrate B.V. | Agreement for the provision of security services |
| Cyxtera Management Inc | Zenab Abbas | Cyxtera Consulting Agreement |
| Cyxtera Technologies, LLC | Zoho Corporation | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Zoho Corporation | Software License Agreement |
| Cyxtera Management, Inc. | Zoho Corporation Pvt. Ltd. And affiliates | Software License Agreement |

## Exhibit C-2a

**Redline to Previously Filed Draft Schedule of
Rejected Executory Contracts and Unexpired Leases**

**Draft Schedule of Rejected Executory Contracts and Unexpired Leases**

| Debtor | Counter Party Name | Description |
|---|---|---|
| Cyxtera DC Holdings, Inc | 1111 Comstock Property, LLC | Lease guarantee for 1111 Comstock Street, Santa Clara - Powered Shell Lease Agreement |
| Cyxtera DC Holdings, Inc | 1231 Comstock Property, LLC | Lease guarantee for 1231 Comstock Street, Santa Clara - Powered Shell Lease Agreement |
| Cyxtera Communications, LLC | ABM Industry Groups, LLC | Procurement Standard Terms and Conditions |
| Cyxtera Netherlands B.V. | AFS Transport (Rotterdam) B.V. | Agreement/Authorisation to Act as Direct Representative |
| Cyxtera Technologies, LLC | Angelo Paone Électrique Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications Canada, ULC | Angelo Paone Électrique Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment No. 3 to the Subscription Agreement Dated November 27, 2018 |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment No. 4 to the Subscription Agreement Dated November 27, 2018 |
| Cyxtera Technologies, LLC | AuditBoard, Inc. | Amendment to the Subscription Agreement Dated May 27, 2023 |
| Cyxtera Technologies, Inc. | Auditboard, Inc. | Subscription Agreement |
| Cyxtera Technologies, LLC | Buckeye Landscape Service, Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Buckeye Landscape Service, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Buckeye Landscape Service, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, Inc | Calculated Research & Technology | Master Reseller Agreement |
| Cyxtera Technologies, Inc. | Citigroup Global Markets Inc. | Engagement Letter |
| Cyxtera Technologies, Inc | Collins Building Services, Inc. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Collins Building Services, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Colo Advisor, LLC | REFERRAL AGREEMENT |
| Cyxtera Management, Inc. | Corporation Service Company (CSC) | Domain hosting agreement |
| Cyxtera Federal Group, Inc | CTG Federal LLC | FEDERAL RESELLER AGREEMENT |
| Cyxtera Communications, LLC | Curbside Landscape & Irrigation, Inc. | Procurement Standard Terms and Conditions |
| Cyxtera Communications, LLC | Curbside Landscape & Irrigation, Inc. | Snow and Ice Management Addendum #1 |
| Cyxtera Netherlands B.V. | Cyrus One | Turn Key Datacenter Lease   (9/30/2019) |
| Cyxtera Netherlands B.V. | Cyrus One | Variation and Waiver Agreement   (9/30/2019) |
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | General Terms and Conditions |
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | Turn Key Datacenter Lease |
| Cyxtera Netherlands B.V. | CyrusOne AMS3 B.V. | Variation and Waiver Agreement to Turn Key Datacenter Lease |
| Cyxtera DC Holdings, Inc | CyrusOne AMS3, B.V. | Lease guarantee for Linieweg 1, Halfweg -  TKD Lease |
| Cyxtera Netherlands B.V. | DC Squad B.V. t/a DC People | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Demandbase, Inc. | Order Form - dated April 28, 2023 / Q - 60501 - 2 |
| Cyxtera Technologies, LLC | Demandbase, Inc. | Order Form - dated May 5, 2023 / Q - 63523 - 1 |
| Cyxtera Netherlands B.V. | DGTE B.V. | Partner Agreement |
| Cyxtera Netherlands B.V. | DGTE B.V. | Partner Agreement |
| Cyxtera Netherlands B.V. | DGTE BV | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Netherlands B.V. | DGTE BV | Procurement Standard Terms & Conditions |
| Cyxtera Technologies, LLC | Diligent Corporation | Order Form |
| Cyxtera Technologies, Inc. | Diligent Corporation | Service Agreement Amendment |

| | | |
|---|---|---|
| Cyxtera Technologies, LLC | DNA Cleaning Inc | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | DNA Cleaning Inc | Procurement Standard Terms and Conditions |
| Cyxtera Management, Inc. | Elevate Consult LLC | Procurement Standard Terms and Conditions |
| Cyxtera Management, Inc. | Elevate Consult, LLC | GRC Tasks Proposal 2022 Pursuant to Procurement Standard Terms and Conditions Dated March 22, 2021 |
| Cyxtera Technologies, Inc | Elevate Consult, LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Elevate Consult, LLC | User Access Reviews Proposal for Cyxtera |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em Informática Ltda | Agreement For Rendering of Services, Leasing and Assignment of Usage Rights (2/3/2011) |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em Informática Ltda | Amendment to Agreement for Rendering Services, Leasing and Assignment of Usage Rights and Commercial Proposal # 1  (5/9/2013) |
| Cyxtera Communications, LLC | Equinix do Brasil Soluções De Tecnologia em Informática Ltda | Commercial Proposal #1, Annex 1 Infrastructure  (10/6/2010) |
| Cyxtera Management, Inc. | H&CO, LLP | Letter re: Statement of Work |
| Cyxtera Federal Group, Inc | Immix Group | Aggregation Agreement |
| Cyxtera Communications, LLC | Infinite Computer Solutions, Inc. | REFERRAL AGREEMENT |
| Cyxtera Management, Inc. | Influ2 Inc | Influ2 Terms of Service |
| Cyxtera Management, Inc. | Influ2 Inc | Order Form #1 |
| Cyxtera Technologies, LLC | Informatica LLC | Quote for Subscription Support Renewal |
| Cyxtera Communications Canada, ULC | Jani-King of Southern Ontario | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Kimco Facility Services, LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Lazard Freres & Co | Engagement Letter Dated December 23 2022 |
| Cyxtera Management, Inc. | Lazard Freres & Co | Letter Agreement Dated December 23 2022 |
| Cyxtera Communications Canada, ULC | Manufacturers Life Insurance Company | Service and fee agreement |
| Cyxtera Technologies, LLC | Marsden Bldg Maintenance, L.L.C. | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | Marsden Bldg Maintenance, L.L.C. | Procurement Standard Terms & Conditions |
| Cyxtera Technologies, LLC | MASH Services of Illinois, Inc. d.b.a. Code Pest Controls | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Communications, LLC | MASH Services of Illinois, Inc. d.b.a. Code Pest Controls | Procurement Standard Terms & Conditions |
| Cyxtera Netherlands B.V. | Meijers Assurantien B.V. | Service Level Agreement (SLA) Employee Benefits |
| Cyxtera DC Holdings, Inc. | Moody's Investors Service, Inc. | Application for Moody's Rating Assessment Service |
| Cyxtera Technologies, Inc. | Morgan Stanley & Co. LLC | Engagement Letter |
| Cyxtera Communications, LLC | ORANJE Commercial Janitorial | Procurement Standard Terms & Conditions |
| Cyxtera Federal Group, Inc. | Phronesis Research LLC | Incentivized Consultant Agreement |
| Cyxtera Federal Group, Inc | Phronesis Research LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Federal Group, Inc. | Phronesis Research LLC | Procurement Standard Terms and Conditions |
| Cyxtera Technologies, LLC | Rentokil North America DBA Western Exterminator Company | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Netherlands B.V. | Royale Europe | Agreement/authorisation to act as direct representative |
| Cyxtera Technologies, LLC | S&P Global Market Intelligence, LLC | 451 Research Statement of Work to S&P Licensed Professional Services Agreement |
| Cyxtera Communications, LLC | S&P Global Market Intelligence, LLC | Reinstatement & Amendment 451 Agreement to the Subscription Agreement Dated June 20, 2017 |
| Cyxtera Technologies, LLC | S&P Global Market Intelligence, LLC | S&P Licensed Professional Service Agreement |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Final Invoice dated May 19, 2023 / S - 11573 - 22 |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Final Invoice dated May 19, 2023 / S - 11574 - 22 |
| Cyxtera Technologies, Inc. | Spoon Exhibit and Events | Statement of Work Dated March 29, 2022 |
| Cyxtera Technologies, Inc | Spoon Exhibit Services, LLC | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Spoon Exhibit Services, LLC | Procurement Standard Terms and Conditions |

| | | |
|---|---|---|
| Cyxtera Management, Inc. | Sullivan & Cromwell, LLP | Engagement Letter |
| Cyxtera Netherlands B.V. | Tech Data | TechData Credit Application |
| Cyxtera Netherlands B.V. | Workrate B.V. | Agreement for the provision of security services |
| Cyxtera Management Inc | Zenab Abbas | Cyxtera Consulting Agreement |
| Cyxtera Technologies, LLC | Zoho Corporation | Mutual Confidentiality and Nondisclosure Agreement |
| Cyxtera Management, Inc. | Zoho Corporation | Software License Agreement |
| Cyxtera Management, Inc. | Zoho Corporation Pvt. Ltd. And affiliates | Software License Agreement |