**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO MONTHLY**
**FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS, LLC**

The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a

monthly basis.  Under D.N.J. LBR 2016-3(c), objections to the October 1, 2023 through October

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies,
Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de
Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

31, 2023 monthly fee statement (the "Monthly Fee Statement") filed on November 29, 2023

were to be filed and served not later than December 13, 2023.  I, Michael D. Sirota certify that as

of December 15, 2023, I have reviewed the court's docket in this case and no answer, objection,

or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of

this Certification.

Date:  December 15, 2023                    */s/ Michael D. Sirota*
                                           Michael D. Sirota