**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

## MASTER SERVICE LIST OF DECEMBER 15, 2023

Pursuant to that certain *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 72], attached hereto is the updated Master Service List for the above-referenced cases as of December 15, 2023.

Dated: December 15, 2023

*/s/ Rossmery Martinez*
Rossmery Martinez
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | | 334-242-7300 | | consumerinterest@Alabamaag.gov | State Attorney General |
| Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | | 907-269-5100 | 907-276-3697 | attorney.general@alaska.gov | State Attorney General |
| Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Bow Valley Square 4 | Suite 1110, 250 6th Avenue SW | | Calgary | AB | T2P 3H7 | Canada | | | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com | Information Officer in the CCAA proceeding |
| Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | 365 Rifle Camp Road | | | Woodland Park | NJ | 07424 | | 973-247-9000 | | jb@ansellgrimm.com | Attorneys for Galveston County |
| ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | 1301 Avenue of the Americas, 42nd Floor | | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com | Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB |
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | | State Attorney General |
| Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | | BCEIntake@azag.gov | State Attorney General |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-683-2520 | OAG@ArkansasAG.gov | State Attorney General |
| Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | 2029 Century Park East, Suite 1400 | | | Los Angeles | CA | 90067-3012 | | 424-204-4354 | 424-204-4350 | branchd@ballardspahr.com; zarnighiann@ballardspahr.com | Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC |
| Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | 919 N. Market Street, 11th Floor | | | Wilmington | DE | 19801-3034 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com | Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC |
| Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | 919 N. Market Street, 11th Floor | | | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com | Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage |
| Brach Eichler L.L.C. | Carl J. Soranno, Esq. | 101 Eisenhower Parkway | | | Roseland | NJ | 07068-1067 | | 973-228-5700 | 973-618-5527 | csoranno@bracheichler.com | Counsel to LD Acquisition Company 16 LLC |
| Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | 6 North Broad Street, Suite 100 | | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com; jmontgomery@brownconnery.com | Counsel to SAP SE and Ariba, Inc. |
| Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | 425 Market Street, Suite 2900 | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | | schristianson@buchalter.com | Counsel to Oracle America, Inc. |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | 916-445-9555 | | | State Attorney General |
| CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | | Los Angeles | CA | 90017 | | 646-991-5237 | | | Official Committee of Unsecured Creditors |
| Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | 105 Eisenhower Parkway | | | Roseland | NJ | 07068 | | 973-530-2152 | 973-325-1501 | tfreedman@csglaw.com | Counsel to Creditor Cummins, Inc. |
| Citibank, N.A. | Attn Loan Administration | 1615 Brett Road, Building III | | | New Castle | DE | 19720 | | | 212-994-0847 | GLOriginationOps@citigroup.com | Agent under the Debtors' prepetition secured credit facilities |
| Cole Schotz P.C. | Michael D. Sirota, Esq., Warren A. Usatine, Esq., and Felice Yudkin, Esq. | Court Plaza North, 25 Main Street | | | Hackensack | NJ | 07601 | | | | msirota@coleschotz.com; wusatine@coleschotz.com; fyudkin@coleschotz.com | Co-counsel to the Debtors |
| Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | attorney.general@coag.gov | State Attorney General |
| Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov | State Attorney General |
| Cullen and Dykman LLP | Attn: Michael Kwiatkowski | 100 Quentin Roosevelt Boulevard | | | Garden City | NY | 11530 | | 516-357-3700 | 516-357-3792 | mkwiatkowski@cullenllp.com | Counsel for Ohio Power Company d/b/a American Electric Power et. al. |
| Cyxtera Technologies, Inc. | Eric Koza, CRO | 2333 Ponce de Leon Boulevard, Ste. 900 | | | Coral Gables | FL | 33134 | | | | ekoza@alixpartners.com; rayli@alixpartners.com | Debtors |
| Cyxtera Technologies, Inc. | Victor Semah | 2333 Ponce de Leon Boulevard, Ste. 900 | | | Coral Gables | FL | 33134 | | | | victor.semah@cyxtera.com; legal@cyxtera.com | Debtors |
| Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | 450 Lexington Avenue | | | New York | NY | 10017 | | 212-450-4433 | | angela.libby@davispolk.com; david.kratzer@davispolk.com | Co-Counsel to Citibank, N.A., as Administrative Agent |
| Davis Polk & Wardwell LLP | Kenneth J. Steinberg | 450 Lexington Avenue | | | New York | NY | 10017 | | 212-450 4566 | | kenneth.steinberg@davispolk.com | Counsel to agent under the Debtors' prepetition secured credit facilities |
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | | 302-577-8338 | | attorney.general@state.de.us | State Attorney General |
| District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov | State Attorney General |
| DLA Piper LLP (US) | Rachel Ehrlich Albanese | 1251 Avenue of the Americas | | | New York | NY | 10020 | | 212-335-4500 | 212-335-4501 | rachel.albanese@us.dlapiper.com | Counsel to LDAC16 DI LLC |
| Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | 1979 Marcus Avenue, Suite 210E | | | Lake Success | NY | 11042 | | 516-622-2335 | | amish@doshilegal.com | Counsel to Oracle America, Inc. |
| Duane Morris LLP | Morris S. Bauer, Esq. | One Riverfront Plaza | 1037 Raymond Blvd Suite 1800 | | Newark | NJ | 07102 | | 973 424-2000 | 973 424-2001 | msbauer@duanemorris.com | Counsel to Phoenix Data Center Holdings LLC |
| Duane Morris LLP | Sommer L. Ross, Esq. | 1940 Route 70 East, Suite 100 | | | Cherry Hills | NJ | 08003-2171 | | 856-874-4200 | 856-424-4446 | slross@duanemorris.com | Counsel to Phoenix Data Center Holdings LLC |
| Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | | Lawrenceville | NJ | 08648 | | 914-286-2851 | 914-949-5424 | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com | Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT |
| Eversheds Sutherland (US) LLP | Lynn W. Holbert | 1114 Avenue of the Americias, 40th Floor | | | New York | NY | 10036 | | 212-389-5000 | 212-389-5099 | lynnholbert@eversheds-sutherland.com | Counsel to CyrusOne AMS3 B.V. |
| Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | State Attorney General |
| Foley & Lardner LLP | Marcella M. Jayne, Esq. | 90 Park Avenue | | | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mjayne@foley.com | Counsel to Wasabi Technologies |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Midtown Building, Suite 400 | | Altantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 4

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fox Rothschild LLP | Michael R. Herz | 49 Market Street | | | Morristown | NJ | 07960 | | 973-992-4800 | 973-992-9125 | mherz@foxrothschild.com | Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC |
| Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | 1201 N. Orange Street, Suite 300 | | | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | rgellert@gsbblaw.com | Counsel to NVIDIA Corporation |
| Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov | State Attorney General |
| Gibbons P.C. | Attn Dale E. Barney, Esq. | One Gateway Center | | | Newark | NJ | 07102 | | 973-596-4500 | 973-596-0545 | dbarney@gibbonslaw.com | Co-Counsel to the Ad Hoc First Lien Group |
| Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | 200 Park Avenue | | | New York | NY | 10166-0193 | | 212-351-5298; 212- 351-6317 | 212-716-0798; 212-817-9317 | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com | Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities |
| Gillman, Bruton & Capone | Marc C. Capone, Esq. | 60 Highway 71, Unit 2 | | | Spring Lake Heights | NJ | 07762 | | 732-528-1166 | | mcapone@gbclawgroup.com | Counsel to Simplify, Inc. |
| Gowling WLG | Stephen Kroeger, Sam Gabor and Tom Cumming | 421 7 Ave SW #1600 | | | Calgary | AB | T2P 4K9 | Canada | | | Stephen.Kroeger@gowlingwlg.com; Sam.Gabor@gowlingwlg.com; Tom.Cumming@gowlingwlg.com | Proposed Canadian co-counsel to the Debtors |
| Greenberg Traurig, LLP | Alan J. Brody, Esq. | 500 Campus Drive | | | Florham Park | NJ | 07932 | | 973-443-3543 | | brodya@gtlaw.com | Co-Counsel to Citibank, N.A., as Administrative Agent |
| Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | 155 Federal Street, 9th Floor | | | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com | Counsel to Iron Mountain Data Centers, LLC |
| Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov | State Attorney General |
| Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | | 208-334-2400 | 208-854-8071 | bankruptcy@ag.idaho.gov | State Attorney General |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | bankruptcy_notices@ilag.gov | State Attorney General |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | info@atg.in.gov | State Attorney General |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | IRS |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | | IRS |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | IDR.Bankruptcy@ag.iowa.gov | State Attorney General |
| Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | | Boston | MA | 02110 | | 617-535-2845 | | | Official Committee of Unsecured Creditors |
| Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | 4 Houston Center | 1221 Lamar Street, Suite 1000 | | Houston | TX | 77010 | | 713-652-2525 | 713-652-5130 | gkurisky@jdkglaw.com; craney@jdkglaw.com | Counsel to Simplify, Inc. |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | | 785-296-2215 | 785-296-6296 | | State Attorney General |
| Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | 50 Rockefeller Plaza | | | New York | NY | 10020-1605 | | 212-940-8800 | 212-940-8776 | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com | Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. |
| KCC | | 222 N. Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | | | | | Claims and Noticing Agent |
| Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | | 502-696-5300 | | attorney.general@ag.ky.gov | State Attorney General |
| Kirkland & Ellis LLP | Edward O. Sassower, P.C., Christopher Marcus, P.C., Nikki Gavey and Derek I. Hunter | 601 Lexington Avenue | | | New York | NY | 10022 | | | | edward.sassower@kirkland.com; christopher.marcus@kirkland.com; derek.hunter@kirkland.com; nikki.gavey@kirkland.com | Co-counsel to the Debtors |
| Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | 643 Bair Island Road, Suite 403 | | | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com | Counsel to NVIDIA Corporation |
| Lawson Lundell LLP | Alexis Teasdale | Suite 1100 Brookfield Place | 225-6th Avenue S.W. | | Calgary | AB | T2P 1n2 | Canada | 403-218-7564 | | ateasdale@lawsonlundell.com | Counsel for Polaris Realty (Canada) Limited |
| Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com | Counsel to Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com | Counsel to Galveston County |
| Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | | 225-326-6079; 225-326-6000 | 225-326-6797; 225-326-6096 | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov | State Attorney General |
| Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | | 207-626-8800 | | attorney.general@maine.gov | State Attorney General |
| Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us | State Attorney General |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 | | 617-727-2200 | | ago@state.ma.us | State Attorney General |
| Mayer Brown LLP | Brian Trust, Dabin Chung | 1221 Avenue of the Americas | | | New York | NY | 10020-1001 | | 212-506-2500 | | BTrust@mayerbrown.com; DChung@mayerbrown.com | Counsel to PNC Bank, National Association |
| McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | 100 Mulberry Street | | | Newark | NJ | 07102 | | 973-622-4444 | | ppavlick@mccarter.com; lbonsall@mccarter.com | Counsel to PNC Bank, National Association |
| McGrail & Bensinger LLP | Ilana Volkov, Esq. | 888-C 8th Avenue #107 | | | New York | NY | 10019 | | 201-931-6910 | | ivolkov@mcgrailbensinger.com | Counsel to 1919 Park Avenue Associates, LLC |
| McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | 75 Livingston Avenue, Suite 201 | | | Roseland | NJ | 07068 | | 973-622-1800; 973-721-5038 - Anthony; 973-721-5021 - Michele | 973-681-7233 | asodono@msbnj.com; mdudas@msbnj.com | Counsel to Virtustream, Inc. |
| Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | | Los Angeles | CA | 90067 | | 310-226-7886 | | | Official Committee of Unsecured Creditors |
| Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | 517-335-7622 | 517-335-7644 | miag@michigan.gov | State Attorney General |
| Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | | 651-296-3353 | | ag.replies@ag.state.mn.us | State Attorney General |
| Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | | 601-359-3680 | | | State Attorney General |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov | State Attorney General |
| Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | contactocp@mt.gov | State Attorney General |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 2 of 4

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | 400 Garden City Plaza | | | Garden City | NY | 11530 | | 516-880-7243 | 516-873-2010 | tdriscoll@moritthock.com; aarotsky@moritthock.com | Counsel for Tax Technologies, Inc. |
| Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | | 402-471-2683 | 402-471-3297 | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov | State Attorney General |
| Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | AgInfo@ag.nv.gov | State Attorney General |
| New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov | State Attorney General |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | 609-292-8740 | 609-292-3508 | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | State Attorney General |
| New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | | 505-490-4060 | 505-490-4883 | | State Attorney General |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | | 518-474-7330 | | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov | State Attorney General |
| NordLaw | Attn: Michael J. Stafford, Esq. | 190 State Highway 18, Suite 201 | | | East Brunswick | NJ | 08816 | | 732-214-0303 | | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal | Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov | State Attorney General |
| North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. Dept 125 | | | Bismarck | ND | 58505-0040 | | 701-328-2210 | | ndag@nd.gov | State Attorney General |
| Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | | Newark | NJ | 07102 | | 973-645-3014 | | David.Gerardi@usdoj.gov | U.S. Trustee for the District of New Jersey |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | | 513-852-1568 | | Kristin.Radwanick@OhioAGO.gov | State Attorney General |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | 405-521-3921 | 405-521-6246 | ConsumerProtection@oag.ok.gov | State Attorney General |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us | State Attorney General |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | 780 Third Avenue, 34th Floor | | | New York | NY | 10017 | | 212-561-7700 | 212-561-7777 | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com | Counsel to the Official Committee of Unsecured Creditors |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq., Leslie Liberman, Esq. | 1285 Avenue of the Americas | | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3900 | bhermann@paulweiss.com; jadlerstein@paulweiss.com; lliberman@paulweiss.com | Counsel for Phoenix Data Center Holdings LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq. | 2001 K Street, NW | | | Washington | DC | 20006-1047 | | 202-223-7354 | 202-204-7354 | ctobler@paulweiss.com | Counsel to Phoenix Data Center Holdings LLC |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov | State Attorney General |
| Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | | Norcross | GA | 30092 | | 714-861-2200; 678-710-7808 | | | Top 30 and Official Committee of Unsecured Creditors |
| Polsinelli PC | James H. Billingsley | 2950 N. Harwood Street | Suite 2100 | | Dallas | TX | 75201 | | 214-397-0030 | 214-397-0033 | jbillingsley@polsinelli.com | Counsel to Sirius XM Connected Vehicle Services Inc. |
| Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | | 401-274-4400 | 401-222-2995 | ag@riag.ri.gov | State Attorney General |
| Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | Headquarters Plaza, One Speedwell Avenue | P.O. Box 1981 | | Morristown | NJ | 07962-1981 | | 973-538-0800 | 973-538-1984 | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com | Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent |
| Saul Ewing LLP | John D. Demmy, Esquire | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | | Wilmington | DE | 19899 | | 302-421-6848 | | john.demmy@saul.com | Counsel to Element Fleet Corporation |
| Saul Ewing LLP | Jorge Garcia, Esquire | 650 College Road East, Suite 4000 | | | Princeton | NJ | 08540-6603 | | 609-452-3100 | | jorge.garcia@saul.com | Counsel to Equinix, Inc. |
| Seacoast Bank | Attn: John D'Erico | 815 Colorado Avenue | | | Stuart | FL | 34994 | | | | John.DErrico@seacoastbank.com | Seacoast Bank |
| Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | | Parsippany | NJ | 07054 | | 973-267-5300 | | | Official Committee of Unsecured Creditors |
| Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317 or 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | SEC Headquarters |
| Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | One Riverfront Plaza | | | Newark | NJ | 07102 | | 973-643-7000 | | bmankovetskiy@sillscummis.com; asherman@sillscummis.com | Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions |
| Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | 123 South Broad Street, Suite 2100 | | | Philadelphia | PA | 19109 | | 215-864-9700 | | dplon@sirlinlaw.com | Counsel to American Data Center Solutions, LLC |
| South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | atghelp@state.sd.us | State Attorney General |
| Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | P.O. Box 5315 | | | Princeton | NJ | 08543-5315 | | 609-791-7022 | 609-895-7395 | jlemkin@stark-stark.com | Counsel to EastGroup Properties, L.P. |
| Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | 50 South Sixth Street, Suite 2600 | | | Minneapolis | MN | 55402 | | 612-335-1500 | 612-335-1657 | ed.caldie@stinson.com; logan.kugler@stinson.com | Counsel to Lumen Technologies |
| Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | 1801 S. MoPac Expressway, Suite 320 | | | Austin | TX | 78746 | | 512-236-9901 | 512-236-9904 | streusand@slollp.com | Counsel to Virtustream, Inc. |
| Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | agattorneys@ag.tn.gov | State Attorney General |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | State Attorney General |
| US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 | | 973-645-2700 | 973-645-2702 | | US Attorney for District of New Jersey |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | bankruptcy@agutah.gov | State Attorney General |
| Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | | 802-828-3171 | | ago.info@vermont.gov | State Attorney General |
| Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | | 804-786-2071 | 804-786-1991 | mailoag@oag.state.va.us | State Attorney General |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | | 360-753-6200 | | | State Attorney General |
| Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | 1765 Greensboro Station Place, Suite 1000 | | | McLean | VA | 22102 | | 703-749-1000 | 703-893-8029 | jfinnegan@watttieder.com | Counsel to HITT Contracting, Inc. |

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | 767 Fifth Avenue | | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com | Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT |
| West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | consumer@wvago.gov | State Attorney General |
| Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | 90 Woodbridge Center Drive, Suite 900, Box 10 | | | Woodbridge | NJ | 07095 | | 732-855-6126 | 732-726-6570 | dstein@wilentz.com | Counsel to Iron Mountain Data Centers, LLC |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | 608-294-2907 | dojbankruptcynoticegroup@doj.state.wi.us | State Attorney General |
| WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | 500 Delaware Ave | | | Wilmington | DE | 19801 | | 302-573-3269 | | phealy@wsfsbank.com; bacuna@wsfsbank.com | Agent under the Debtors' prepetition secured credit facilities |
| Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | | 307-777-7841 | 307-777-6869 | judy.mitchell@wyo.gov | State Attorney General |