**November MOR - Statements of Cash Receipts and Disbursements**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING AS OF NOVEMBER 1ST 2023 | 86,352,019 | 6,082 | - | 9,296,085 | - | 29,088 | - | 216,666 | 1,618,585 | - | - | - | - | - | - | - |
| RECEIPTS | | | | | | | | | | | | | | | | |
| TOTAL RECEIPTS | 53,313,266 | - | - | 3,472,290 | - | 2,643,000 | - | 226,000 | 14,853,706 | | | | | | | |
| DISBURSEMENTS (1) | | | | | | | | | | | | | | | | |
| CAPEX | 9,254,453 | - | - | 82,669 | - | - | - | - | 47,719 | - | - | - | - | - | - | - |
| COMMISSONS | 680,689 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EMPLOYEE / BENEFITS | 8,947,158 | - | - | 234,281 | - | - | - | 171,845 | 4,049,885 | - | - | - | - | - | - | - |
| EQUIPMENT LEASES | 1,695,621 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER | 6,071,052 | 201 | - | 1,079,218 | - | 313 | - | 218,421 | 9,087,177 | - | - | - | - | - | - | - |
| RENT | 25,139,292 | - | - | 650,002 | - | - | - | - | 259,766 | - | - | - | - | - | - | - |
| TAX | 4,259,385 | - | - | - | - | 2,641,260 | - | 781 | - | - | - | - | - | - | - | - |
| THIRD PARTY | 550,962 | - | - | 438,162 | - | - | - | 2,912 | 4,818 | - | - | - | - | - | - | - |
| UTILITIES | 7,613,536 | - | - | 25,453 | - | - | - | - | 9,038 | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | 64,212,148 | 201 | | 2,509,785 | | 2,641,573 | | 393,959 | 13,458,402 | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (10,898,881) | (201) | | 962,505 | | 1,427 | | (167,959) | 1,395,304 | | | | | | | |
| CASH – END OF MONTH | 75,453,138 | 5,881 | | 10,258,590 | | 30,515 | | 48,707 | 3,013,889 | | | | | | | |

**Notes:**
(1) Only includes external disbursements; intercompany disbursements removed

**November MOR - Balance Sheet**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | **113,048,955** | **1,530,654** | **-** | **11,202,479** | **-** | **30,515** | **-** | **1,155,634** | **15,902,211** | **445,569** | **-** | **-** | **-** | **-** | **-** | **-** |
| Cash | 82,345,072 | 55,881 | | 9,176,039 | - | 30,515 | - | 48,707 | 3,005,371 | - | - | - | - | - | - | - |
| Trade Receivables | 4,202,678 | | - | 1,761,898 | - | | - | 63,204 | 388,739 | 911 | - | - | - | - | - | - |
| Intercompany Receivables | - | - | - | - | - | - | - | - | 1,192,602 | - | - | - | - | - | - | - |
| Other Current Assets | 26,501,204 | 1,474,773 | - | 264,542 | - | | - | 1,043,723 | 11,315,499 | 444,658 | - | - | - | - | - | - |
| **Non-Current Assets** | **1,827,339,944** | **10,327,205** | **-** | **65,648,658** | **-** | **2,068,046,609** | **-** | **-** | **12,433,476** | **2,064,408** | **-** | **-** | **-** | **-** | **-** | **-** |
| Other Non-Current Assets | - | | - | | - | | - | | | | - | - | - | - | - | - |
| PP&E | 1,283,656,327 | - | - | 59,131,207 | | | | | 2,958,964 | (29,464) | - | - | - | - | - | - |
| Operating | 154,703,172 | - | - | 4,505,136 | | | | | 9,279,538 | 2,092,843 | - | - | - | - | - | - |
| Goodwill | 0 | - | - | (2,548,972) | | | | | | | - | - | - | - | - | - |
| Net Intangible Asset | 382,603,816 | - | | 4,696,988 | | | | | - | - | - | - | - | - | - | - |
| Other Long Term Asset | 6,376,630 | 10,327,205 | - | (135,701) | | 2,068,046,609 | | | 194,974 | 1,030 | - | - | - | - | - | - |
| **Current Liabilities** | **(76,920,510)** | **(104,227,700)** | **(9,090,041)** | **31,287,560** | **-** | **210,499,051** | **-** | **8,586,853** | **638,156,696** | **(10,787,959)** | **-** | **-** | **-** | **-** | **-** | **-** |
| A/P | 45,004,477 | - | | 1,411,653 | | | - | 351,055 | 5,516,168 | 1,174,625 | - | - | - | - | - | - |
| Accrued Expenses | 79,818,478 | 188,478 | - | 730,658 | | 1,409,355 | - | 97,926 | 28,874,753 | 8,590,278 | - | - | - | - | - | - |
| Other Current Liabilities | 944,506 | | | 58,955 | | | - | 516 | 0 | | - | - | - | - | - | - |
| Intercompany Payable | (350,694,672) | (104,416,178) | (9,090,041) | 25,328,364 | | 8,621,185 | - | 6,654,001 | 602,519,183 | (21,765,433) | - | - | - | - | - | - |
| Short Term Operating Lease | 26,428,875 | - | | 749,673 | | | - | | 1,246,593 | 1,209,111 | - | - | - | - | - | - |
| Capital Lease OFO | 23,600,797 | | | (1,689) | | | - | | 0 | | - | - | - | - | - | - |
| Current Portionn of Debt | - | | - | | | 200,468,511 | - | | | | - | - | - | - | - | - |
| Deferred Revenue | 97,977,029 | | - | 3,009,947 | | | - | 1,483,355 | | 3,460 | - | - | - | - | - | - |
| **Non-Current Liabilities** | **1,054,717,111** | **1,160,655** | **-** | **29,314,042** | **-** | **970,965,318** | **-** | **(1,231,328)** | **10,662,515** | **1,347,687** | **-** | **-** | **-** | **-** | **-** | **-** |
| Other Non-Current Lifbilities | 196,775,277 | | - | 6,351,009 | | 970,965,318 | - | | 11,423,374 | 1,333,426 | - | - | - | - | - | - |
| Long Term Debt LCM | - | | | | | (0) | - | | | | - | - | - | - | - | - |
| Long Term Cap Lease Obligaation | 855,231,727 | - | | 22,848,381 | | | - | | (0) | | - | - | - | - | - | - |
| Deferred Tax Liability | 2,710,107 | 1,160,655 | - | 114,652 | | | - | (1,231,328) | (760,858) | 14,261 | - | - | - | - | - | - |
| **Shareholder's Equity** | **962,592,298** | **114,924,904** | **9,090,041** | **16,249,534** | **-** | **886,612,755** | **-** | **(6,199,891)** | **(620,483,524)** | **11,950,248** | **-** | **-** | **-** | **-** | **-** | **-** |
| Common Stock | - | | - | | - | | - | | | | - | - | - | - | - | - |
| Other Shareholder's Equity | 1,788,435,761 | 540,312,669 | 9,103,140 | 64,399,342 | | 1,333,231,202 | - | 811,123 | 69,433,872 | - | - | - | - | - | - | - |
| Treasury Stock | - | | | | - | | - | | | | - | - | - | - | - | - |
| Accumulated Dividend | - | | | | - | | - | | | | - | - | - | - | - | - |
| Retained Earnings | (825,843,463) | (425,387,765) | (13,099) | (48,149,808) | - | (446,618,447) | - | (7,011,013) | (689,917,396) | 11,950,248 | - | - | - | - | - | - |

**Notes:**

(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

**November MOR - Statements of Operations**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 52,514,513 | - | - | 2,353,575 | - | - | - | 463,653 | - | (168) | - | - | - | - | - | - |
| Colocation Revenue | 53,082,286 | - | - | 2,183,061 | - | - | - | 463,653 | - | 1,190 | - | - | - | - | - | - |
| Cybersecurity Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Revenue | (567,773) | - | - | 170,513 | - | - | - | - | - | (1,358) | - | - | - | - | - | - |
| Val Adjustment Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Expenses** | (27,963,934) | - | - | (870,896) | - | - | - | (2,912) | (21) | (14,810) | - | - | - | - | - | - |
| Personnel Operating Expenses | (4,210,255) | - | - | (134,255) | - | - | - | - | (21) | (13,129) | - | - | - | - | - | - |
| Total Direct - COR | (23,753,680) | - | - | (736,641) | - | - | - | (2,912) | - | (1,682) | - | - | - | - | - | - |
| **SG&A** | (3,714,597) | - | - | (12,041) | - | - | - | (238,373) | (5,409,403) | (5,187) | - | - | - | - | - | - |
| Total Personnel SG&A | (4,048,602) | - | - | (4,556) | - | - | - | (141,466) | (3,106,448) | (7,382) | - | - | - | - | - | - |
| Marketing and Advertisement | (20,503) | - | - | - | - | - | - | (2,435) | (596,152) | - | - | - | - | - | - | - |
| Other SG&A | 354,507 | - | - | (7,485) | - | - | - | (94,472) | (1,706,802) | 2,196 | - | - | - | - | - | - |
| **Depreciation and Amortization** | (16,448,710) | - | - | (703,472) | - | - | - | - | (150,533) | - | - | - | - | - | - | - |
| Depreciation Expense | (11,422,903) | - | - | (703,472) | - | - | - | - | (150,533) | - | - | - | - | - | - | - |
| Amortization Expense | (5,025,806) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Asset Impairment Loss** | 482,547 | - | - | 148,419 | - | - | - | - | - | (11,769) | - | - | - | - | - | - |
| Asset Impairment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Receivable Asset Impairment Loss | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IC Receivable Asset Impairment Loss | 482,547 | - | - | 148,419 | - | - | - | - | - | (11,769) | - | - | - | - | - | - |
| **Acquisition & Other Cost** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Acquisition cost | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sponsor Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Intereset Expense** | (7,531,267) | - | - | (176,088) | - | (2,328,622) | - | (162) | - | - | - | - | - | - | - | - |
| Interest and Other Expense | (7,531,267) | - | - | (176,088) | - | (2,328,622) | - | (162) | - | - | - | - | - | - | - | - |
| Debt Issuance Cost Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Income** | (1,569,914) | (201) | - | (418,786) | - | (313) | - | (567) | (14,098,381) | (71) | - | - | - | - | - | - |
| Gain.Loss Asset Sale | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain.Loss Exchange | (891) | - | - | (17,052) | - | - | - | - | 0 | (71) | - | - | - | - | - | - |
| Gain.Loss Investment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Income | (1,569,023) | (201) | - | (401,734) | - | (313) | - | (567) | (14,098,381) | - | - | - | - | - | - | - |
| **Change in Warrant Debt** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income and Other Tax** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Income Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net G/L Cont Operation** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain/Loss Conti Operation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | (4,231,362) | (201) | - | 320,711 | - | (2,328,935) | - | 221,639 | (19,658,337) | (32,005) | - | - | - | - | - | - |

**Notes:**

(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

**November MOR - Payments Made On Prepetition Debt**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | 3,091,647 | - | - | 88,880 | - | - | - | 36,995 | 250,816 | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| **Grand total** | **3,091,647** | **-** | **-** | **88,880** | **-** | **-** | **-** | **36,995** | **250,816** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |