**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 17, 2023**

| | |
|---|---|
| In re Cyxtera Technologies Inc., *et al*. | Applicant: Katten Muchin Rosenman LLP |
| Case No. 23-14853 (JKS) | Client: Fred Arnold, Roger Meltzer, and Scott Vogel, in their capacity as Disinterested Directors of Cyxtera Technologies, Inc. |
| Chapter 11 | Case Filed: June 4, 2023 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED.**

| | |
|---|---|
| */s/ Steven J. Reisman* | 12/21/2023 |
| Steven J. Reisman | Date |

<div style="border:1px solid black;">

**SECTION I**
**FEE SUMMARY**

</div>

<u>Summary of Amounts Requested for the Period</u>
<u>November 1, 2023, through November 17, 2023 (the "**Compensation Period**")</u>

| | |
|---|---:|
| Fee Total: | $178,412 |
| Disbursement Total: | $1,016.88 |
| Total Fees Plus Disbursements: | $179,428.88 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,545,386.95 |
| Total Fees and Expenses Allowed to Date: | $1,236,676.75 |
| Total Retainer Remaining: | $136,636.50 |
| Total Holdback: | $308,710.20 |
| Total Received by Applicant: | $1,062,081.95 |

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Attorneys' and Paraprofessionals' Information**
**for the Compensation Period of November 1, 2023 Through November 17, 2023**

| Attorneys | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Position with the Applicant** | **Year Admitted** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | $1,755 | 22.10 | $  38,785.50 |
| Marc Roitman | Partner (NYC) | NY - 2010 | Restructuring | $1,270 | 36.10 | 45,847.00 |
| Daniel Barnowski | Partner (DC) | DC - 1998 | Litigation | $1,245 | 30.10 | 37,474.50 |
| Michael Rosella | Associate (NYC) | NY - 2019 | Restructuring | $895 | 22.60 | 20,227.00 |
| Loredana Miranda | Associate (NYC) | NY - 2022 | Restructuring | $710 | 25.30 | 17,963.00 |
| Alexis Zobeideh | Associate (NYC) | NY - 2023 | Restructuring | $640 | 23.50 | 15,040.00 |
| **Totals for Attorneys** | | | | | **159.70** | **$ 175,337.00** |

| Paraprofessionals | | | | | | |
|---|---|---|---|---|---|---|
| **Paraprofessional** | **Position with the Applicant** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
| Marie Siena | Paralegal | Restructuring (NYC) | $410 | 7.50 | $  3,075.00 |
| **Totals for Paraprofessionals** | | | | **7.50** | **$  3,075.00** |
| **Total for Attorneys and Paraprofessionals[1]** | | | | **167.20** | **$ 178,412.00** |

---

[1]    Katten has written off timekeepers billing less than three (3) hours during the Fee Period in the amount of $3,438.50, as a courtesy to the Debtors' estates.

| SECTION II |
| SUMMARY OF SERVICES |

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Summary of Total Fees by Project Category**
**for the Compensation Period of November 1, 2023 Through November 17, 2023**

| Matter Number | Services Rendered | Hours | Fees |
|---|---|---|---|
| 2 | Retention and Fee Applications | 22.70 | $16,973.00 |
| 10 | Business Operations and Governance | 7.80 | 9,799.00 |
| 11 | Case Administration | 0.30 | 123.00 |
| 19 | Hearings | 19.40 | 21,205.00 |
| 21 | Investigation | 112.70 | 126,251.00 |
| 22 | Plan/Disclosure Statement/Confirmation | 4.30 | 4,061.00 |
| 32 | Expenses | | 1,016.88 |
| **Totals[1]** | | **167.20** | **$ 179,428.88** |

---

[1]    Katten has written off timekeepers billing less than three (3) hours during the Fee Period in the amount of $3,438.50 and business meals in the amount of $23.46 for a total write-off of $3,461.96 as a courtesy to the Debtors' estates.

4

---

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

---

*In re Cyxtera Technologies, Inc., et al.*
**Bankruptcy Case No. 23-14853 (JKS) (Jointly Administered)**

**Summary of Actual and Necessary Expenses**
**for the Compensation Period of November 1, 2023 Through November 17, 2023**

| Expenses by Category | Amount |
|---|---|
| Legal Research | $     10.47 |
| Out of Town Travel | 1,006.41 |
| **Total[2]** | **$ 1,016.88** |

---

[2]   Katten has written off out of business meals in the amount of $23.46 during the Fee Period, as a courtesy to the Debtors' estates.

> **SECTION IV**
> **CASE HISTORY**

(1)     Date cases filed: June 4, 2023

(2)     Chapter under which case commenced: chapter 11

(3)     Date of retention: July 18, 2023, effective as of June 4, 2023.  *See* **Exhibit A**.

        If limit on number of hours or other limitations to retention, set forth: N/A

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:[1]

     (a)     The Applicant held calls and meetings with Fred Arnold, Roger Meltzer, and Scott Vogel (collectively, the "Disinterested Directors"), in their capacity as Disinterested Directors of Cyxtera Technologies, Inc. ("Cyxtera", and together with Cyxtera's affiliated debtors and debtors in possession, the "Debtors"), comprising the special committee (the "Special Committee") of Cyxtera's Board of Directors (the "Board"), in connection with, among other things, the Special Committee's independent investigation with respect to (i) matters related to a potential restructuring transaction in which a conflict of interest exists or is reasonably likely to exist between Cyxtera, on the one hand, and any Related Party[2] on the other hand (the "Conflict Matters"), (ii) whether any matter arising in or related to the chapter 11 cases constitutes a Conflict Matter, and (iii) potential claims or causes of action of the Debtors, if any, against any Related Parties (collectively, the "Independent Investigation");

     (b)     The Applicant analyzed and reviewed multiple iterations of the Debtors' chapter 11 plan of reorganization and disclosure statement, as well as objections filed thereto, with particular attention to matters relevant to the Disinterested Directors and the Independent Investigation;

     (c)     The Applicant prepared the *Declaration of Roger Meltzer in Support of Confirmation of the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 697];

---

[1]   The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of and at the sole direction of the Disinterested Directors and for the benefit of the estate; it is not intended to itemize each and every professional service which the Applicant performed.

[2]   The term "Related Party" as used herein shall have the meaning ascribed to it in the *Application of Debtor Cyxtera Technologies, Inc. for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Cyxtera Technologies, Inc. on behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date* [Docket No. 193].

(d)  The Applicant prepared for the plan confirmation hearing in the chapter 11 cases, including by preparing Mr. Meltzer for a potential in-court testimony;

(e)  The Applicant conducted targeted legal research regarding certain matters relevant to confirmation of the Debtors' chapter 11 plan;

(f)  The Applicant reviewed and analyzed key pleadings filed in the chapter 11 cases with particular attention to matters relevant to the Independent Investigation;

(g)  The Applicant prepared its fifth monthly fee statement in the chapter 11 cases [Docket No. 762];

(h)  The Applicant advised the Disinterested Directors regarding various matters in the chapter 11 cases concerning the Independent Investigation; and

(i)  The Applicant rendered all of the services set forth on the invoices attached hereto as **Exhibit B**.[3]

(5)  Anticipated distribution to creditors:

(a)  Administrative expense: Paid in full.

(b)  Secured creditors: To be paid in accordance with the *Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 694, Exhibit A] (the "Plan").

(c)  Priority Creditors: To be paid in accordance with the Plan.

(d)  General unsecured creditors: To be paid in accordance with the Plan.

(6)  Final disposition of case and percentage of dividend paid to creditors: This is the sixth monthly fee statement.

---

[3]  The invoices attached hereto as **Exhibit B** contain detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

## Exhibit A

**Retention Order**

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in*
*Possession*

</td></tr>
</table>

**Order Filed on July 18, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al* | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies, Inc.'s
principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de Leon
Boulevard, Ste. 900, Coral Gables, Florida 33134.

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO CYXTERA
TECHNOLOGIES, INC. ON BEHALF OF AND AT THE SOLE DIRECTION OF
THE DISINTERESTED DIRECTORS EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through six (6), is

**ORDERED**.

**DATED: July 18, 2023**
_____

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

Upon the application (the "Application")[2] of Debtor Cyxtera Technologies, Inc. ("Cyxtera" and with the above-captioned debtors and debtors in possession, collectively, the "Debtors") for the entry of an order (the "Order") (a)authorizing Cyxtera to retain and employ Katten Muchin Rosenman LLP ("Katten") as counsel to Cyxtera to render independent legal services on behalf of and at the sole direction of the Disinterested Directors, effective as of the Petition Date and (b) granting related relief, pursuant to sections 327(e), 328 (a), and 1107(b) of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"); and the Court having reviewed the Application, the Declaration of Steven J. Reisman, a partner of Katten Muchin Rosenman LLP (the "Reisman Declaration"), and the declaration of Roger Meltzer, Disinterested Director of Cyxtera (the "Meltzer Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application and in the Reisman Declaration that Katten does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Katten is retained by Cyxtera on behalf of and at the sole direction of the Disinterested Directors; and the Court having found that found that sufficient

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

cause exists for the relief set forth herein; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is **GRANTED** to the extent set forth herein.

2.      Cyxtera is authorized to retain and employ Katten as counsel to Cyxtera to render independent legal services on behalf of and at the sole direction of the Disinterested Directors effective as of the Petition Date in accordance with the terms and conditions set forth in the Application and in the Engagement Letter attached hereto as **Exhibit 1**.

3.      The terms of the Engagement Letter, including, without limitation, the fee and expense structure, are reasonable terms and conditions of employment and are approved in all respects, as modified in this Order.

4.      Retention pursuant to section 327(e) of the Bankruptcy Code is appropriate given the specific scope of the retention and Katten's prepetition representation.

5.      Katten is authorized to provide the Disinterested Directors with the professional services as described in the Application and the Engagement Letter.

(Page | 5)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

6.      Katten shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Katten also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Katten in these chapter 11 cases.

7.      Katten is authorized without further order of the Court to apply amounts from the prepetition advance payment retainer to compensate and reimburse Katten for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practice. At the conclusion of Katten's engagement by Cyxtera on behalf of and at the sole direction of the Disinterested Directors, if the amount of any advance payment retainer held by Katten is in excess of the amount of Katten's outstanding and estimated fees, expenses, and costs, Katten will pay to Cyxtera the amount by which any advance payment retainer exceeds such fees, expenses, and costs, in each case in accordance with the Engagement Letter.

8.      Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Declarations attached to the Application, the reimbursement provisions allowing the reimbursement of fees and expenses incurred in connection with participating in, preparing for, or

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

responding to any action, claim, suit, or proceeding brought by or against any party that relates to the legal services provided under the Engagement Letter and fees for defending any objection to Katten's fee applications under the Bankruptcy Code are not approved pending further order of the Court.

9.      Katten shall not charge a markup to Cyxtera with respect to fees billed by contract attorneys who are hired by Katten to provide services to Cyxtera and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

10.     In order to avoid any duplication of effort and provide services to Cyxtera in the most efficient and cost-effective manner, Katten shall coordinate with Kirkland and Ellis LLP, Cole Schotz P.C., and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.

11.     Katten shall provide ten (10) business days' notice to the Debtors, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

12.     Cyxtera and Katten are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

(Page | 7)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to Debtor Cyxtera Technologies, Inc. on Behalf of and at the Sole Direction of the Disinterested Directors Effective as of the Petition Date |

13.     Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

14.     Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

15.     To the extent the Application, the Reisman Declaration, the Meltzer Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

16.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## Exhibit 1

### Engagement Letter

# Katten

50 Rockefeller Plaza
New York, NY  10020-1605
+1.212.940.8800 tel
katten.com

STEVEN J. REISMAN
sreisman@katten.com
+1.212.940.8700 direct
+1.212.940.8776 fax

Dated as of May 19, 2023

*VIA EMAIL: roger.meltzer@us.dlapiper.com*

Roger Meltzer
Disinterested Director of
Cyxtera Technologies, Inc.
1110 Park Avenue Lobby C
New York, NY 10128

*VIA EMAIL: fred@chatsworthadvisors.com*

Fred Arnold
Disinterested Director of
Cyxtera Technologies, Inc.
300 Beach Drive NE #2802
St. Petersburg, FL 33701

*VIA EMAIL: scott@vogelpartners.com*

Scott Vogel
Disinterested Director of
Cyxtera Technologies, Inc.
885 Park Avenue
New York, NY 10075

Re:  **Supplemental Engagement Agreement**

Dear Roger, Fred, and Scott:

Reference is made to the Engagement Agreement, dated as of April 24, 2023, attached as Exhibit A hereto (the "Initial Engagement Agreement"), between Katten Muchin Rosenman LLP (the "Firm") and Roger Meltzer and Fred Arnold, each in their capacity as a disinterested director of Cyxtera Technologies, Inc. (the "Company"), as acknowledged and agreed by the Company. This Supplemental Engagement Agreement supplements the Initial Engagement Agreement.

All parties hereto agree that, as of May 19, 2023, Scott Vogel, together with Roger Meltzer and Fred Arnold, each in their capacity as a disinterested director of the Company, collectively, shall be the "Client," as defined in the Initial Engagement Agreement.

All parties agree that the Firm may share with Mr. Vogel any work product or other privileged materials created under the Initial Engagement Agreement and that sharing such materials with Mr. Vogel is not a waiver of the attorney-client privilege. As set forth in the Initial Engagement Agreement, the Client shall control any attorney-client work product or privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter (as defined in the Initial Engagement Agreement).

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# Katten

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 2

As set forth in the Initial Engagement Agreement, the Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred by the Firm in connection with this Matter.

The Initial Engagement Agreement, including the Terms of Engagement attached thereto, remains in full force and effect as modified by this Supplemental Engagement Agreement.

A schedule of the Firm's standard hourly rates is attached as Exhibit B.  The Firm's disbursements that are billed on a per-unit basis are attached as Exhibit C.  The Firm's wiring instructions are attached as Exhibit D, and the Firm's W-9 Taxpayer Certification is attached as Exhibit E.

Thank you for allowing us the privilege of this representation.  We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

Steven J. Reisman

w/attachments

cc:    Christopher Marcus, P.C. (w/attachments, via email: christopher.marcus@kirkland.com)
       (Kirkland & Ellis LLP)
       Cindi Giglio, Esq. (w/attachments, via email: cgiglio@katten.com)
       Marc Roitman, Esq. (w/attachments, via email: marc.roitman@katten.com)
       (Katten Muchin Rosenman LLP)

DocuSign Envelope ID: CA682E6C-3E4A-4A88-9291-FC6BDE0048EF

# Katten

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 3


This letter and the Terms of Engagement are agreed to:

**ROGER MELTZER,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**


By: _____
Name: Roger Meltzer, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title: Disinterested Director
      Dated as of May 19, 2023



**FRED ARNOLD,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**


By: _____
Name: Fred Arnold, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title: Disinterested Director
      Dated as of May 19, 2023



**SCOTT VOGEL,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**


By: _____
Name: Scott Vogel, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title: Disinterested Director
      Dated as of May 19, 2023

DocuSign Envelope ID: CA682566-3E4A-4A88-9291-FC6BDE00486E

**Katten**

Roger Meltzer, Fred Arnold, and Scott Vogel
Dated as of May 19, 2023
Page 4

Acknowledged and agreed to with respect to control of privilege and payment of fees, expenses, and the fee deposit on behalf of Client:

**CYXTERA TECHNOLOGIES, INC.**

By: _____

Name:  Victor Semah
Title:   Chief Legal Officer
          Dated as of May 19, 2023

DocuSign Envelope ID: CA682E6C-3E4A-4A88-8291-FC6BDE00486E

**<u>Exhibit A</u>**

**Initial Engagement Agreement, dated April 24, 2023**

DocuSign Envelope ID: CA682F6C-3EAA-4A88-9291-F56BDE0D48EF

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**STEVEN J. REISMAN**
sreisman@katten.com
+1.212.940.8700 direct
+1.212.940.8776 fax

Dated as of April 24, 2023

<u>*VIA EMAIL*</u>*: roger.meltzer@us.dlapiper.com*    <u>*VIA EMAIL*</u>*: fred@chatsworthadvisors.com*

Roger Meltzer                          Fred Arnold
Disinterested Director of              Disinterested Director of
Cyxtera Technologies, Inc.             Cyxtera Technologies, Inc.
1110 Park Avenue Lobby C               300 Beach Drive NE #2802
New York, NY 10128                     St. Petersburg, FL 33701

Re:  **<u>Engagement Agreement</u>**

Dear Roger and Fred:

We are pleased to have the opportunity to represent each of you (together, the "<u>Client</u>") in your capacity as disinterested directors of Cyxtera Technologies, Inc. (the "<u>Company</u>") and such other matters as the Client may request and Katten Muchin Rosenman LLP (the "<u>Firm</u>") may agree to handle (collectively, the "<u>Matter</u>").  This letter and the enclosed Terms of Engagement, which contains a provision on conflicts of interest, describe the basis on which the Firm provides legal services.

The Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred by the Firm in connection with this Matter as described in this engagement agreement, including the fee deposit described below. This undertaking by the Company is made with the express understanding that the sole professional obligation of myself and the Firm is to the Client. The Firm is not required to disclose any legal strategy, theory, plan of action, or the like to the Company, and the payment of legal fees by the Company to the Firm in no way depends upon such disclosure. In essence, no professional relationship will arise between the Company and the Firm as a result of the rendering of legal services by us to the Client or by the payment of legal fees, expenses, and the fee deposit by the Company.  In addition, the Client shall control any attorney-client work product or privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter.

As soon as reasonably practicable at the end of each month, the Firm will send a detailed invoice to the Client providing a complete and detailed description for all timekeeper entries and a summary of work performed during the billing period. Following approval by the Client, the Firm will send a summary bill for such billing period to the Company. The bill provided to the Company will include an overview of work performed during the billing period but, in order to

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

DocuSign Envelope ID: 9A682E6C-3E4A-4A88-8291-FC6BDE0B488E1

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 2

maintain confidentiality and privilege, will not include individual timekeeper entries with detailed descriptions.

Nevertheless, certain confidential communications between the Firm and counsel for the Company may, with your consent, occur. These confidential communications will be subject to any and all applicable privileges, to the extent provided under law and agreed upon by the Firm and counsel for the Company. Once again, however, the payment of legal fees and expenses under this agreement is neither conditioned upon nor dependent upon the Firm's cooperation with counsel for the Company or any other party.

I will be the lawyer at the firm with the primary responsibility for the Matter and understand that it is your expectation, as well as my own intention, that I be involved in managing all aspects of this engagement. I will be assisted by my partners Jerry Hall and Marc Roitman, and such other partners, associates, and other members of the Firm as appropriate. As indicated in the Terms of Engagement, our fees are based upon our hourly rates unless otherwise noted herein.

Please review the Terms of Engagement (which immediately follow the signature page), with the assistance of independent counsel if you wish, and let me know if you have any questions about them. If all the terms are satisfactory, please indicate your consent by signing this letter and returning it to me. However, your continuing instructions in this matter will amount to your acceptance of the terms of this letter, including the Terms of Engagement (collectively the "Terms"). All parties to this agreement agree that a digital signature shall be effective to prove each party's agreement to the Terms. Furthermore, the parties agree that the Terms may be proven through an electronic copy in digital format, and that no "original" hard-copy document need be retained to prove the Terms.

To retain the services of the Firm for this Matter, the Firm is requesting that the Company, on behalf of the Client, pay us a fee deposit of $100,000, specific to the Matter. Notwithstanding anything to the contrary in the Terms of Engagement, this fee deposit will either be offset against outstanding fees and expenses or held until the conclusion of the engagement, at which point the fee deposit will be returned to the Company. The Company shall pay the Firm's fees and expenses on a monthly basis promptly upon receipt of the invoice. The Client and the Company further acknowledge and understand that the use of fee deposits is an integral condition of this engagement, and is necessary to ensure that: the Client continues to have access to the Firm's services; the Firm is compensated for its representation of the Client; the Firm is not a prepetition creditor of the Company in the event of a bankruptcy case; and that in light of the foregoing, the provision of advance fee deposits is in the Client's best interests.

You agree that the Firm in the future may represent any existing or future client in any matter (including transactions and counseling, as well as litigation or other dispute resolutions) that is directly adverse to you, provided, that (1) the Firm will not represent another client adverse

2

DocuSign Envelope ID: 2A682E6C-3E1A-4A88-9291-F56BDE00488E1

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 3

to you in a matter that is in any way related to this Matter or to any other matters that we are handling for you, and (2) the Firm will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent. The waivers provided for in this paragraph include, without limitation, representing a debtor, creditor or other client in restructurings, recapitalizations, reorganizations or liquidations in- and out-of-court, including, without limitation, in a judicial proceeding under the Bankruptcy Code or similar laws, including in any matter that is adverse to you. You also confirm that your agreement to this prospective waiver is voluntary and that you intend for it to be effective and enforceable and for the Firm to rely upon it.

A schedule of the Firm's standard hourly rates is attached as <u>Exhibit A</u>. The Firm's disbursements that are billed on a per-unit basis are attached as <u>Exhibit B</u>. The Firm's wiring instructions are attached as <u>Exhibit C</u>, and the Firm's W-9 Taxpayer Certification is attached as <u>Exhibit D</u>.

Thank you for allowing us the privilege of this representation. We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

Steven J. Reisman

w/attachments

cc:    Christopher Marcus, P.C. (w/attachments, via email: christopher.marcus@kirkland.com)
       (Kirkland & Ellis LLP)
       Jerry L. Hall, Esq. (w/attachments, via email: jerry.hall@katten.com)
       Marc Roitman, Esq. (w/attachments, via email: marc.roitman@katten.com)
       (Katten Muchin Rosenman LLP)

# Katten

Roger Meltzer and Fred Arnold
Dated as of April 24, 2023
Page 4

This letter and the Terms of Engagement are agreed to:

**ROGER MELTZER,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**

By: _____

Name: Roger Meltzer, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title: Disinterested Director
          Dated as of April 24, 2023

**FRED ARNOLD,**
**DISINTERESTED DIRECTOR OF CYXTERA TECHNOLOGIES, INC.**

By: _____

Name: Fred Arnold, solely in his capacity as disinterested director of Cyxtera Technologies, Inc.
Title: Disinterested Director
          Dated as of April 24, 2023

Acknowledged and agreed to with respect to control of privilege and payment of fees, expenses, and the fee deposit on behalf of Client:

**CYXTERA TECHNOLOGIES, INC.**

By: _____

Name: Victor Semah
Title: Chief Legal Officer
          Dated as of April 24, 2023

DocuSign Envelope ID: CA682E6C-3E1A-4A88-9291-FC6BDE0948EF

# KATTEN MUCHIN ROSENMAN LLP
## TERMS OF ENGAGEMENT

The information below describes the terms that apply to the legal services provided for you by Katten Muchin Rosenman LLP (the "Firm"). We encourage you to discuss any of these Terms with us at any time. If modifications to the Terms are needed, you should discuss that with us so that agreement on changes can be reached and reduced to writing. All references to "you" or "your" means only the client or clients identified in our engagement letter. **Individuals or entities that are related to or affiliated with you, such as partners, officers, directors, stockholders, parent companies, related companies, or family members, are not clients, unless we otherwise agree in writing.**

**I.**     **Scope of Representation.** The scope of the work we will do for you is limited to the description stated in our engagement letter. Any changes or additions to the scope of our work, which we would be pleased to consider, must be agreed to and memorialized by letter or email. Unless that description states otherwise, **our engagement does not include responsibility for:** (1) review of your insurance policies to determine the possibility of coverage for our fees and costs or for the claim asserted against you, (2) notification of your insurance carriers about a matter, (3) advice to you about your disclosure obligations concerning a matter under the federal securities laws or any other applicable law, or (4) advice to you about tax issues that relate to a matter. If we agree to represent you in additional matters, we will do so in writing by letter or email, and the Terms of our engagement will remain the same for these additional matters unless changed by agreement in writing.

Additionally, if in response to your request or by requirement of lawful process we: testify; gather and/or produce documents; respond to document hold or production requests; or respond to any other requests in connection with possible, threatened or actual proceedings commenced by third parties that relate to our representation of you, you agree to pay us our reasonable fees and costs incurred.

**II.**     **Staffing.** Steven J. Reisman will have the primary responsibility for our relationship. We assign additional lawyers and other personnel when needed based upon the type of work and the appropriate experience level required.

**III.**     **Client Responsibilities.** You agree to provide us with all information that we believe is necessary or appropriate to fulfill our professional responsibilities in this matter and to cooperate with us in matters such as fact investigation, preparation of pleadings, discovery responses, settlement conferences, etc. You will designate one or more persons to give us instructions and authority to receive our requests and inquiries. You further agree that without our express written consent, you will not use our name or the fact of your engagement of us in any form of advertising or solicitation of business.

**IV.**     **Financial Arrangements.**

    A.     Fees and Expenses. Our fees are based primarily upon the hourly rates of our lawyers and other personnel in effect when the services are performed. These rates change periodically based upon economic factors and the experience level of our personnel. We

DocuSign Envelope ID: CA682E6C-3E1A-4A88-9291-FC6BDE0D486E

are affiliated with Katten Muchin Rosenman UK LLP of London, England, and if we obtain advice or services on your behalf from that firm, we will include their time and expenses on our bill.

Expenses include items such as consultants, experts, filing fees, court reporting fees, travel costs, overnight or other special mail services, messenger services, photocopies, long distance telephone, outgoing faxes, research service charges (e.g., Westlaw), secretarial and other staff overtime charges (when required to meet the needs of the matter), and other special services such as document imaging. With respect to costs incurred and payable to third parties, such as court reporters or experts, it is our usual policy to forward those bills to you for payment directly to the third party, and you agree to pay those fees directly to the provider. As an accommodation to you, however, we may advance those costs on your behalf and include them in our monthly bills. Some large disbursements may be forwarded to you for direct payment. Some charges may not be in the system at the time of monthly billing and will appear on a later bill.

B.    Fee Deposits.  The amount of any fee deposit required in this engagement is set forth in the engagement letter, which is not an estimate of the total costs of the representation, nor is it a maximum fee. This fee deposit will be used to pay our fees and expenses when they come due to the extent not timely paid. We will pay our monthly invoices using the fee deposit when earned, unless you already have paid the invoice or dispute the amount of our invoice before that time. You agree that you will maintain the fee deposit balance at the amount agreed in the engagement letter. Accordingly, while we will pay our invoices from the fee deposit as set forth above, you agree to maintain the agreed balance by either paying each invoice within 20 days of mailing or by replenishing the fee deposit in a like amount. In the event our fees and expenses exceed the retainer deposited with us, we will bill you for the excess. We may also request, and you agree to provide, additional fee advances from time to time based on our estimates of future work to be undertaken. If you fail to maintain the balance of the fee deposit when requested or to pay promptly any additional fees requested, we reserve the right to cease performing further work and withdraw from the representation.

C.    Billing and Payment.  We generally forward our statements monthly; however, we may request payment more frequently, such as on a weekly or bi-weekly basis. The statements will include a brief description of the work performed, the date the work was performed, the time required to do the work, and the expenses incurred. Payment is due promptly upon receipt of our statement. We reserve the right to terminate our representation of clients who do not pay promptly. We do not and cannot guarantee the outcome of any matter, and payment of our fees and disbursements is not conditioned on any particular outcome.

**V.    Electronic Communication.**    The use of email can be an efficient means of communication, and we use it often in communicating with clients. Some clients also use instant messaging as a means of communication. However, these electronic communications can be delayed or blocked (for example, by anti-spam software) or otherwise not transmitted. You must not assume that an email or instant message sent to us was actually opened and read by us unless you receive a non-automated reply message indicating that we have read your message.

DocuSign Envelope ID: CA682E6C-3E1A-4A88-8291-FC6BDE0B488E

**VI.    Responses to Auditors' Inquiries.**  We are frequently asked to provide information to auditing firms regarding client legal matters and we respond to those inquiries with the same level of care and professionalism used to handle the client's other legal work.  We will accordingly charge for those services at the same rates.  When you make a written request that we provide information to an auditing firm, we will deem your request to be your consent for us to disclose the requested information on your behalf.  Additionally, when an auditing firm makes a written request for information on your behalf, that request will be deemed to be your consent for us to disclose that information to the auditing firm.

**VII.    Conflicts of Interest Issues.**  As you know, we are a large general services law firm with many clients and with offices located in Charlotte, North Carolina; Chicago, Illinois; Dallas, Texas; Los Angeles, California (Century City and Downtown); New York, New York; Orange County, California; Washington D.C.; and Shanghai, China, and we have an affiliate in London, England.  It is possible that, during the course of our engagement, an existing or future client may seek to hire the Firm in connection with an actual or potential transaction or pending or potential litigation or other dispute resolution proceeding in which such other client's interests are or potentially may become adverse to your interests.

Because the duty of loyalty would otherwise prevent the Firm from being adverse to a current client, rules of professional conduct prevent the Firm from accepting such engagements during the Firm's representation of you absent informed consent by you and the waiver of the duty of loyalty. In particular, the Firm often represents parties in restructuring and insolvency matters, both in- and out-of-court. By agreeing to these Terms of Engagement, you waive the duty of loyalty insofar as it would be applicable and agree that, even while the Firm is representing you, and at all times thereafter, the Firm may represent existing or new clients in any matter that is not in any way related to our work for you, even if the interests of such clients are adverse to yours (whether or not you are then represented by the Firm), or any of your affiliates, including litigation in which you or any of your affiliates are parties.  This waiver also is intended to allow the Firm to examine or cross-examine you (and/or your employees and agents) on behalf of existing or new clients in other proceedings (including but not limited to proceedings to which you are not a party) provided the other matter is not in any way related to our representation of you.  Notwithstanding this consent and waiver, the Firm will not undertake any such representation unless we first reasonably determine that we will be able to provide competent and diligent representation to both of the affected clients. We also will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent.

Potential adverse consequences may result from the Firm's representing parties that are adverse to you.  These may include a perception that the Firm's loyalty and independence of judgment with respect to you are impaired.  Also, the Firm's representation of parties adverse to you may come at a time when it would harm your interests to terminate the services of the Firm, or after expenditures of fees and costs to the Firm that might need to be replicated by new counsel.  The Firm encourages you to have this conflicts waiver reviewed by independent counsel acting on your behalf before agreeing to these Terms of Engagement.

Further, in the course of our representation of you, it may be necessary for our lawyers to analyze or address their professional duties or responsibilities or those of the Firm, and to consult with the Firm's General Counsel, Deputy General Counsel, Conflicts Counsel, or other lawyers in doing so. To the extent we are addressing our duties, obligations or responsibilities to you in those consultations, it is possible that a conflict of interest might be deemed to exist as between our Firm and you. As a condition of this engagement, you waive any conflict of interest that might be deemed to arise out of any such consultations. You further agree that these consultations are protected from disclosure by the Firm's attorney-client privilege. Nothing in the foregoing shall diminish or otherwise affect our obligation to keep you informed of material developments in your representation, including any conclusions arising out of such consultations to the extent that they affect your interests.

**VIII.   Arbitration of Disputes.**   You acknowledge having reviewed a copy of Part 137 of the Rules of the Chief Administrator of the Courts of New York (available at http://www.courts.state.ny.us/admin/feedispute/137.pdf or upon request from us) which provides a mechanism for resolution of fee disputes between us using a particular arbitration procedure and forum; you have a right to select this mechanism for the resolution of fee disputes between us under this letter agreement unless you waive that right. You hereby waive that right, and you and we instead agree upon the following:  If any dispute, controversy or claim directly or indirectly relating to or arising out of this agreement, work we perform for you or the fees charged by us or your failure to pay such fees you agree that such dispute shall be submitted to binding arbitration with JAMS in New York, New York under the JAMS Comprehensive Arbitration Rules and Procedures. The arbitrator shall have no authority to award punitive damages or to treble or otherwise multiply actual damages. The award in the arbitration shall be final and binding and judgment thereon may be entered and enforced in any court of competent jurisdiction. The costs and expenses (including reasonable attorney's fees of the prevailing party) shall be borne and paid by the party that the arbitrator, or arbitrators, determine is the non-prevailing party. You agree and consent to personal jurisdiction, service of process and venue in any federal or state court within the State of New York in connection with any action brought to enforce an award in arbitration. You further agree that service of process may be made upon you by Katten Muchin Rosenman LLP by causing process to be delivered to you at the above address (or such other address of which you hereafter shall advise us in writing) by registered or certified mail, return receipt requested.

**IX.   Conclusion of Representation.**   Our representation of you will terminate when we send you our final statement for services rendered in this matter. We may also terminate our representation for any reason consistent with rules of professional responsibility, including conflicts of interest or your failure to pay our fees and expenses. Our representation may also be terminated upon your request. Following termination, any nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional responsibility. Once our representation is concluded, we will not be obligated to take any steps such as keeping track of deadlines, filing papers, pursuing appeals, or monitoring or advising you about changes in the law or circumstances that might bear upon the concluded matter.

**X.   Disposition of Client Files.**   Upon conclusion of your representation, we may return to you your original papers, documents and/or other property that you provided to the Firm during our engagement. You agree to accept the return of such documents and/or property. If you so

4

DocuSign Envelope ID: 2A682566-3E4A-4A88-8291-FC6BDE0B486F

request, we will also provide to you, at your expense, copies or originals of your complete file.  We reserve the right to make, at our expense, copies of all documents generated or received by us in the course of our representation of you.  The Firm will not provide copies or originals of the Firm Administrative or Matter Administration files pertaining to the matter, which will be retained by the Firm.  All such documents retained by the Firm, including client files (including any original documents and/or property that we attempted unsuccessfully to return to you) and Firm Administrative or Matter Administration files, will be transferred to the person responsible for administering our records retention program.  For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any documents or other materials retained by us within a reasonable time, but not less than seven (7) years after the matter is closed.  We will not destroy, discard or otherwise dispose of any such documents without first providing you with thirty (30) days' prior written notice.

DocuSign Envelope ID: CA682566-3E1A-4A88-9291-5C6BDE0B486E

## EXHIBIT B

## STANDARD RATES

| PROFESSIONALS | STANDARD RANGE |
|---|---|
| Partner | $945 - $1,985 |
| Of Counsel | $965 - $1,600 |
| Counsel and Special Staff | $510 - $1,550 |
| Associate | $625 - $1,000 |
| Paralegal | $310 - $720 |

| ATTORNEY | HOURLY RATE |
|---|---|
| Steven Reisman | $1,755 |
| Cindi Giglio | $1,495 |
| Jerry Hall | $1,425 |
| Evan Borenstein | $1,390 |
| Marc Roitman | $1,270 |
| Jesse Kitnick | $775 |
| Alexis Zobeideh | $640 |

DocuSign Envelope ID: CA682E6C-3E4A-4A88-8291-F56BDE0B486E

### EXHIBIT C

### PER UNIT EXPENSES

| Description | Cost per page |
|---|---|
| Fax | $1.60 |
| Photocopy Costs | $  .20 |
| Photocopy – Wide Format | $1.00 |
| Color Printing / Copies | $  .25 |

## Exhibit B

**Invoices**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████
███████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00002 |
| Invoice #: | 9020167449 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Retention and Fee Applications

For Professional Services Rendered Through November 17, 2023

| | | |
|---|---|---|
| Fees Total......................................................................................................................... | 16,973.00 | |
| **Total Amount Due** ........................................................................................................ | **16,973.00** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          399279.00002
Invoice #:       9020167449
Invoice Due Date:   Payable Upon Receipt

December 20, 2023

RE:  Retention and Fee Applications

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/2023 | Zobeideh, Alexis | Continue to prepare final fee application (3.60) | 3.60 |
| 11/03/2023 | Zobeideh, Alexis | Continue to prepare final fee application (5.00); email M. Rosella regarding same (.20) | 5.20 |
| 11/03/2023 | Reisman, Steven | Review October billing statements for privilege and confidential information (1.30) | 1.30 |
| 11/05/2023 | Rosella, Michael | Emails with Kirkland and Katten regarding final fee application matters (.40) | 0.40 |
| 11/06/2023 | Rosella, Michael | Begin to revise Katten final fee application (.80) | 0.80 |
| 11/08/2023 | Siena, Marie | Revise October prebills for privileged and confidential information and compliance with UST guidelines (1.70) | 1.70 |
| 11/09/2023 | Rosella, Michael | Emails with Kirkland and M3 regarding September monthly fee statements CNOs (.30) | 0.30 |
| 11/10/2023 | Rosella, Michael | Revise October Katten pre-bills for privileged and confidential information and compliance with UST guidelines (2.10); emails with Katten regarding same (.20) | 2.30 |
| 11/13/2023 | Siena, Marie | Incorporate M. Rosella comments to October prebills (3.80) | 3.80 |
| 11/13/2023 | Reisman, Steven | Review initial draft of final fee app (.60) | 0.60 |
| 11/14/2023 | Rosella, Michael | Emails with Katten regarding October pre-bills (.30) | 0.30 |
| 11/14/2023 | Siena, Marie | Review October prebills for confidential and privileged information (.30); email M. Roitman and S. Reisman regarding same (.20) | 0.50 |
| 11/14/2023 | Reisman, Steven | Continued work on matters related to October monthly fee statement, privilege and redaction (.40); confer with M. Siena regarding same (.20) | 0.60 |
| 11/17/2023 | Rosella, Michael | Emails with Katten regarding October monthly fee statement (.20); prepare emails to L. Miranda regarding Katten final fee application (.40) | 0.60 |
| 11/17/2023 | Siena, Marie | Draft allocations for September monthly fee statement (.70) | 0.70 |
| | | **Total Hours :** | **22.70** |

Katten

| Matter: | 399279.00002 |
| Invoice #: | 9020167449 |
| Invoice Due Date: | Payable Upon Receipt |

December 20, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------|------|------|
| Reisman, Steven | 2.50 | 1,755.00 | 4,387.50 |
| Rosella, Michael | 4.70 | 895.00 | 4,206.50 |
| Zobeideh, Alexis | 8.80 | 640.00 | 5,632.00 |
| Siena, Marie | 6.70 | 410.00 | 2,747.00 |
| **Sub Total :** | **22.70** | **Sub Total :** | **16,973.00** |
| **Total Hours :** | **22.70** | **Total Fees** | **16,973.00   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00010 |
| Invoice #: | 9020167447 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Business Operations and Governance

For Professional Services Rendered Through November 17, 2023

Fees Total................................................................................................................................. 9,799.00
**Total Amount Due** ................................................................................................................... **9,799.00**    **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          399279.00010

Invoice #:       9020167447

Invoice Due Date:   Payable Upon Receipt

December 20, 2023

RE:  Business Operations and Governance

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/2023 | Barnowski, Dan | Analysis of draft Special Committee meeting minutes (.30) | 0.30 |
| 11/01/2023 | Miranda, Loredana | Incorporate comments from M. Roitman to Special Committee minutes (.30) | 0.30 |
| 11/01/2023 | Roitman, Marc | Review revised draft of Special Committee meeting minutes (.30); emails with Katten regarding same (.20) | 0.50 |
| 11/01/2023 | Reisman, Steven | Review Special Committee minutes (.40); emails with Katten regarding same (.20) | 0.60 |
| 11/02/2023 | Rosella, Michael | Attend Special Committee transaction update meeting (.30); prepare notes regarding same and next steps for transaction for Katten (.30) | 0.60 |
| 11/02/2023 | Roitman, Marc | Revise minutes of Special Committee meeting (.40); call with S. Reisman regarding Special Committee matters (.60); emails with Katten and Disinterested Directors regarding same (.20); emails with AlixPartners regarding director matters (.20); call with Disinterested Directors and Company's advisors regarding transaction update matters (.30) | 1.70 |
| 11/02/2023 | Reisman, Steven | emails with Katten and Disinterested Directors regarding next steps for matter (.50); call with Disinterested Directors and Company's advisors regarding transaction update matters (.30); call with M. Roitman regarding Special Committee matters and follow up (.60) | 1.40 |
| 11/03/2023 | Roitman, Marc | Follow-up emails with AlixPartners regarding director matters (.20); emails with Disinterested Directors regarding same (.20) | 0.40 |
| 11/06/2023 | Miranda, Loredana | Prepare email to directors regarding declaration ISO confirmation (.50); emails with Kirkland regarding same (.20) | 0.70 |
| 11/06/2023 | Roitman, Marc | Emails with Disinterested Directors regarding minutes of Special Committee meeting (.20) | 0.20 |
| 11/06/2023 | Siena, Marie | Submit minutes of Special Committee meeting of 10/26/23 for execution (.20); email with L. Miranda regarding same (.10); email L. Miranda executed minutes (.20) | 0.50 |
| 11/06/2023 | Reisman, Steven | Emails with Disinterested Directors regarding Special Committee meeting minutes and related matters (.30) | 0.30 |
| 11/09/2023 | Roitman, Marc | Revise email to Disinterested Directors regarding Special Committee meeting (.30) | 0.30 |
| | | **Total Hours :** | **7.80** |

**Katten**

| | | |
|---|---|---|
| Matter: | 399279.00010 | |
| Invoice #: | 9020167447 | December 20, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 2.30 | 1,755.00 | 4,036.50 |
| Roitman, Marc | 3.10 | 1,270.00 | 3,937.00 |
| Barnowski, Dan | 0.30 | 1,245.00 | 373.50 |
| Rosella, Michael | 0.60 | 895.00 | 537.00 |
| Miranda, Loredana | 1.00 | 710.00 | 710.00 |
| Siena, Marie | 0.50 | 410.00 | 205.00 |
| | | | |
| **Sub Total :** | **7.80** | **Sub Total :** | **9,799.00** |
| **Total Hours :** | **7.80** | **Total Fees** | **9,799.00   USD** |

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████████
███████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00011 |
| Invoice #: | 9020167444 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Case Administration

For Professional Services Rendered Through November 17, 2023

Fees Total............................................................................................................................... 123.00
**Total Amount Due** ............................................................................................................. **123.00**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

**Matter:**           399279.00011
**Invoice #:**        9020167444
**Invoice Due Date:**  Payable Upon Receipt

December 20, 2023

RE:  Case Administration

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 11/01/2023 | Siena, Marie | Update case calendar with revised milestones and hearing dates (.20) | 0.20 |
| 11/06/2023 | Siena, Marie | Update case calendar with hearing details for 11/16 (.10) | 0.10 |
| | | **Total Hours :** | **0.30** |

Katten

| Matter: | 399279.00011 | |
| Invoice #: | 9020167444 | December 20, 2023 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Siena, Marie | 0.30 | 410.00 | 123.00 |
| | **Sub Total :** | **0.30** | **Sub Total :** | | **123.00** |
| | **Total Hours :** | **0.30** | **Total Fees** | **123.00** | **USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████████████
█████████████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00019 |
| Invoice #: | 9020167448 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Hearings

For Professional Services Rendered Through November 17, 2023

| | | |
|---|---|---|
| Fees Total.................................................................................................................. | 21,205.00 | |
| **Total Amount Due** ................................................................................................. | **21,205.00** | **USD** |

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:          399279.00019
Invoice #:       9020167448
Invoice Due Date:   Payable Upon Receipt

December 20, 2023

RE:  Hearings

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/2023 | Zobeideh, Alexis | Attend confirmation hearing (1.80); draft summary of hearing (.50); emails with L. Miranda regarding same (.20); review Katten team emails regarding same (.50) | 3.00 |
| 11/16/2023 | Barnowski, Dan | Prepare for plan confirmation hearing (.90); attend hearing (1.80); emails with team and client concerning results of hearing (.30) | 3.00 |
| 11/16/2023 | Miranda, Loredana | Attend confirmation hearing (1.80); prepare for confirmation hearing (1.10); review draft client email regarding Cyxtera confirmation hearing (.90); revise email with comments by M. Roitman (.50); emails with A. Zobeideh regarding confirmation hearing (.40) | 4.70 |
| 11/16/2023 | Roitman, Marc | Prepare for confirmation hearing (1.50); review plan documents, independent investigation documents, and declarations in connection with same (2.30); attend Confirmation Hearing (1.80); emails with Disinterested Directors regarding confirmation hearing (.40); emails with Katten regarding same (.30) | 6.30 |
| 11/16/2023 | Reisman, Steven | Prepare for plan confirmation hearing (2.00); emails with Katten regarding preparations for same (.40) | 2.40 |
| | | **Total Hours :** | **19.40** |

Katten

| Matter: | 399279.00019 | |
|---|---|---|
| Invoice #: | 9020167448 | |
| Invoice Due Date: | Payable Upon Receipt | December 20, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 2.40 | 1,755.00 | 4,212.00 |
| Roitman, Marc | 6.30 | 1,270.00 | 8,001.00 |
| Barnowski, Dan | 3.00 | 1,245.00 | 3,735.00 |
| Miranda, Loredana | 4.70 | 710.00 | 3,337.00 |
| Zobeideh, Alexis | 3.00 | 640.00 | 1,920.00 |
| **Sub Total :** | **19.40** | **Sub Total :** | **21,205.00** |
| **Total Hours :** | **19.40** | **Total Fees** | **21,205.00   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

███████████████
███████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00022 |
| Invoice #: | 9020167450 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Plan / Disclosure Statement / Confirmation

For Professional Services Rendered Through November 17, 2023

Fees Total.................................................................................................................... 126,251.00

**Total Amount Due** ................................................................................................ **126,251.00**   **USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              399279.00022
Invoice #:           9020167450
Invoice Due Date:    Payable Upon Receipt

December 20, 2023

RE:  Plan / Disclosure Statement / Confirmation

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/2023 | Barnowski, Dan | Analysis of UST plan objection (.60). | 0.60 |
| 11/01/2023 | Miranda, Loredana | Review Reorg article on chapter 11 plan and sale matters (.40); draft email to clients regarding same (.50); incorporate comments from Kirkland to R. Meltzer declaration in support of confirmation (.70). | 1.60 |
| 11/01/2023 | Roitman, Marc | Revise declaration in support of confirmation in response to comments received (.60); review revised draft of plan of reorganization (.70); emails with Katten regarding same (.30). | 1.60 |
| 11/01/2023 | Rosella, Michael | Review updated draft of third amended chapter 11 plan circulated by Kirkland (.70); emails with Kirkland and Katten regarding same (.30); revise update email to Disinterested Directors regarding same (.40); emails with Kirkland regarding Meltzer declaration in support of confirmation matters (.30); review notice and news coverage regarding signing of Brookfield APA to be implemented in chapter 11 plan (.30) | 2.00 |
| 11/01/2023 | Reisman, Steven | Review third amended plan in connection with upcoming confirmation and matters related to sale (1.90); emails with Katten regarding matters related to confirmation (.30); review Meltzer declaration in support of confirmation (1.20) | 3.40 |
| 11/02/2023 | Zobeideh, Alexis | Review US Trustee objection to plan confirmation (2.40); emails with Katten team regarding same (.40) | 2.80 |
| 11/02/2023 | Barnowski, Dan | Analysis of release provisions in chapter 11 plan issue (.20); preparations for Meltzer testimony prep sessions (1.50); emails with client and Kirkland team concerning prep sessions (.20); emails with Katten team about releases (.30); analysis of documents pertinent to testimony prep (.80) | 3.00 |
| 11/02/2023 | Miranda, Loredana | Revise R. Meltzer declaration in support of confirmation (.20); review summary of UST Objection to Plan from A. Zobeideh (.90) | 1.10 |
| 11/02/2023 | Roitman, Marc | Emails with Kirkland regarding preparation for confirmation hearing (.20); emails with Katten regarding same (.20); review email analysis regarding potential testimony in support of confirmation (.60); emails with Katten regarding same (.30); review revised draft of plan of reorganization (.80); emails with Katten regarding same (.30) | 2.40 |
| 11/02/2023 | Rosella, Michael | Continue to review U.S. Trustee Plan objection (.70); review case law and memoranda of law regarding certain legal issues raised in UST plan objection relevant to Disinterested Director plan declaration and testimony (1.60); revise email to Katten regarding legal standards for certain matters relevant to Disinterested Director plan declaration and testimony (.70); emails with Katten regarding the foregoing (.30); review further updated draft third amended chapter 11 plan circulated by Kirkland (.60); emails with Katten and Kirkland regarding comments to same (.30); emails with Disinterested Directors regarding testimony preparation (.30) | 4.50 |
| 11/02/2023 | Reisman, Steven | Review materials regarding US Trustee objection to plan and various matters related to plan confirmation (1.50); emails with Kirkland regarding preparation for confirmation hearing (.30) | 1.80 |
| 11/03/2023 | Zobeideh, Alexis | Revise email summary of UST plan objection (.80); emails with Katten regarding same (.40) | 1.20 |
| 11/03/2023 | Barnowski, Dan | Prepare for witness prep session with R. Meltzer (3.80); analysis of hot documents to use in prep session (.60); teleconference with M. Rosella about analysis of UST plan objection (.40); revise status update to client on UST plan objection (.80) | 5.60 |

Matter:          399279.00022
Invoice #:       9020167450
Invoice Due Date:   Payable Upon Receipt

December 20, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/03/2023 | Roitman, Marc | Further review of email analysis regarding potential testimony in support of confirmation (.70); emails with Katten regarding same (.40) | 1.10 |
| 11/03/2023 | Rosella, Michael | Attend call with D. Barnowski regarding Disinterested Director testimony preparations (.40); prepare comprehensive revisions to draft email to clients regarding testimony preparations and declaration points (1.20); emails with Katten regarding same and next steps (.30); respond to questions from A. Zobeideh regarding same (.20) | 2.10 |
| 11/03/2023 | Reisman, Steven | Emails with Katten regarding Disinterested Director testimony preparation and matters related to same (.80) | 0.80 |
| 11/06/2023 | Barnowski, Dan | Prepare for witness prep session with R. Meltzer (2.60); finalize status update to clients (.20) | 2.80 |
| 11/06/2023 | Miranda, Loredana | Coordinate execution of Special Committee meeting minutes (.20) | 0.20 |
| 11/06/2023 | Rosella, Michael | Research case law regarding third party release matters in connection with preparing for Disinterested Director confirmation hearing testimony (2.10); emails with D. Barnowski regarding same (.40); review updated draft of Disinterested Director declaration in support of confirmation (.30) | 2.80 |
| 11/06/2023 | Roitman, Marc | Emails with Kirkland regarding confirmation hearing and Plan objections (.20); emails with Disinterested Directors regarding confirmation hearing preparations (.20); review of revised declaration in support of confirmation (.30); emails with Katten regarding same (.10) | 0.80 |
| 11/06/2023 | Reisman, Steven | Prepare for witness prep session R. Meltzer, including reviewing materials in connection with confirmation hearing (2.30); emails with Katten and Kirkland regarding matters related to plan confirmation and various objections thereto (.40) | 2.70 |
| 11/07/2023 | Barnowski, Dan | Continued prep for witness prep session with R. Meltzer (2.50); prepare outline for use in prep session (1.50); revise draft declaration in support of confirmation (.90); emails with Katten team about exculpation issue (.20) | 4.20 |
| 11/07/2023 | Miranda, Loredana | Review Oracle's objection to the Plan (.40); prepare summary for Katten team (.40); revise confirmation declaration of R. Meltzer (various iterations) (1.10) | 1.90 |
| 11/07/2023 | Roitman, Marc | Call with Kirkland regarding Plan matters (.20); review Plan regarding exculpation and injunction provisions (.30); emails with Katten regarding same (.20); revise R. Meltzer Declaration in support of confirmation (1.20); emails with Katten regarding same (.20) | 2.10 |
| 11/07/2023 | Reisman, Steven | Continue to prepare for witness prep session with R. Meltzer (.30); emails with Katten regarding same (.40) | 0.70 |
| 11/08/2023 | Barnowski, Dan | Emails with Katten team concerning prep session with R. Meltzer (.30); analysis of revised declaration in support of confirmation (.50); review certain documents to prepare for upcoming witness prep session with R. Meltzer (.80) | 1.60 |
| 11/08/2023 | Miranda, Loredana | Draft email to Disinterested Directors regarding Plan updates and declaration (.90); emails with Kirkland regarding same (.20) | 1.10 |
| 11/08/2023 | Roitman, Marc | Review revised draft of declaration in support of confirmation (.50); emails with Katten regarding same (.20); revise email to Disinterested Directors regarding Plan and related matters (.40); call with R. Meltzer regarding confirmation-related matters (.30) | 1.40 |
| 11/08/2023 | Rosella, Michael | Review plan, disclosure statement, and Disinterested Director declaration in support of confirmation in preparation for upcoming testimony prep session (1.60) | 1.60 |
| 11/08/2023 | Reisman, Steven | Review revised draft of R. Meltzer declaration in support of confirmation (.70); review updated plan and disclosure statement in connection with upcoming plan confirmation hearing (.70) | 1.40 |

**Katten**

Matter:              399279.00022
Invoice #:          9020167450
Invoice Due Date:    Payable Upon Receipt

December 20, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/09/2023 | Barnowski, Dan | Katten pre-call (.30); final prep for prep session with R. Meltzer (.50); prep session with R. Meltzer (1.30); review revised declaration in support of confirmation (.40) | 2.50 |
| 11/09/2023 | Miranda, Loredana | Attend Katten pre call (.30); attend call with R. Meltzer regarding preparation for confirmation (1.30) | 1.60 |
| 11/09/2023 | Roitman, Marc | Call with R. Meltzer and Kirkland regarding preparation for confirmation hearing (1.30); Katten pre-call in connection with same (.30); prepare in connection with same (.30) | 1.90 |
| 11/09/2023 | Rosella, Michael | Attend Katten pre-call for testimony prep call (.30); emails with Katten regarding same and next steps (.40) | 0.70 |
| 11/09/2023 | Reisman, Steven | Follow up regarding Katten prep session with R. Meltzer (.20); review materials in connection with same (.40) | 0.40 |
| 11/10/2023 | Zobeideh, Alexis | Review pleadings related to chapter 11 plan, including objections thereto (.60); emails with Katten regarding same (.40) | 1.00 |
| 11/10/2023 | Barnowski, Dan | Prep for second witness prep session with R. Meltzer (.50) | 0.50 |
| 11/10/2023 | Roitman, Marc | Review Plan with particular attention to release provisions in connection with revisions to declaration in support of confirmation (.50); further revise declaration in support of confirmation (.40); emails with Katten regarding same (.20) | 1.10 |
| 11/10/2023 | Reisman, Steven | Review matters related to plan with focus on matters related to Disinterested Directors (.70) | 0.70 |
| 11/11/2023 | Barnowski, Dan | Analysis of revised declaration in support of confirmation (.50) | 0.50 |
| 11/12/2023 | Miranda, Loredana | Revise updated version of declaration of R. Meltzer in support of confirmation of Plan (1.10) | 1.10 |
| 11/13/2023 | Barnowski, Dan | Analysis of revisions to declaration in support of confirmation (.40); review pleadings in preparation for confirmation hearing (.60); emails with R. Meltzer regarding confirmation hearing preparation (.30) | 1.30 |
| 11/13/2023 | Miranda, Loredana | Continue to revise R. Meltzer declaration in support of confirmation of Plan per M. Roitman comments (1.20); draft email to clients regarding same (.40); emails with Kirkland regarding same (.20); correspondence with with A. Zobeideh regarding confirmation hearing matters (.30); emails with S. Vogel regarding Special Committee meeting (.10) | 2.20 |
| 11/13/2023 | Rosella, Michael | Review draft fourth amended chapter 11 plan circulated by Kirkland (.60); prepare comments to same (.50); emails with Katten and Kirkland regarding same (.30); emails with Disinterested Directors and Katten regarding preparations for confirmation hearing (.30) | 1.70 |
| 11/13/2023 | Roitman, Marc | Revise Fourth Amended plan of reorganization with particular attention to release and exculpation provisions (.90); emails with Katten regarding same (.40); further revise Meltzer declaration in support of confirmation (1.20); emails with Katten and Kirkland regarding same (.30); emails with disinterested directors regarding revised plan and declaration in support of confirmation (.50); prepare for confirmation hearing (.70); emails with Katten regarding same (.20) | 4.20 |
| 11/13/2023 | Reisman, Steven | Emails with Katten and Disinterested Directors regarding declaration of R. Meltzer in support of plan (.40); review comments of Katten team members related to same (.20) | 0.60 |
| 11/14/2023 | Zobeideh, Alexis | Prepare index for investigation binder (1.20); prepare plan documents binder for confirmation hearing (1.40); emails with Katten regarding same (.40) | 3.00 |

Matter:              399279.00022
Invoice #:           9020167450
Invoice Due Date:    Payable Upon Receipt

December 20, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/14/2023 | Barnowski, Dan | Review documents in preparation for confirmation hearing (.70); emails with Katten team concerning witness prep matters for confirmation hearing (.50) | 1.20 |
| 11/14/2023 | Miranda, Loredana | Draft email to Disinterested Directors regarding confirmation declarations and plan (.50); review agenda for confirmation hearing (.30); revise index for confirmation hearing binder (1.00); draft index for investigation documents (.80); emails with Katten team regarding same (.30) | 2.90 |
| 11/14/2023 | Roitman, Marc | Call with R. Meltzer regarding confirmation hearing preparations (.20); further preparation for confirmation hearing (1.20); emails with Katten regarding same (.40); emails with Kirkland regarding same (.20); revise email to Disinterested Directors regarding confirmation hearing and plan-related filings (.50) | 2.50 |
| 11/14/2023 | Reisman, Steven | review materials in preparation for plan confirmation hearing (.60); respond to inquiries from Disinterested Directors regarding matters regarding confirmation (.30) | 0.90 |
| 11/15/2023 | Barnowski, Dan | Emails with client and Kirkland about confirmation hearing preparations (.40); revise talking points for hearing (.50); preparation for plan confirmation (1.00); analysis of declaration, final report and relevant documents in connection with plan confirmation (1.10) | 3.00 |
| 11/15/2023 | Miranda, Loredana | Draft presentation for confirmation hearing (1.70); review pleadings to further prepare for confirmation hearing (.30); review comments from M. Roitman to confirmation hearing presentation (.50) | 2.50 |
| 11/15/2023 | Roitman, Marc | Further preparation for confirmation hearing (.80); emails with Katten regarding same (.30); revise talking points for presentation to Bankruptcy Court regarding plan of reorganization, releases, and independent investigation (1.80); emails with Katten regarding same (.50) | 3.40 |
| 11/15/2023 | Reisman, Steven | Discussions with Katten team members regarding plan confirmation hearing preparations (.60); review confirmation hearing presentation prepared by Katten on behalf of the Disinterested Directors (.80) | 1.40 |
| 11/16/2023 | Rosella, Michael | Review Katten summary of confirmation hearing (.50); review emails regarding confirmation order (.20) | 0.70 |
| 11/17/2023 | Zobeideh, Alexis | Prepare closing binder index and cover letter (3.20); emails with Katten team regarding same (.50) | 3.70 |
| 11/17/2023 | Miranda, Loredana | Review revised confirmation order and sale order (.30); emails with A. Zobeideh regarding closing binder (.60) | 0.90 |
| 11/17/2023 | Roitman, Marc | Call with D. Hunter regarding rejection contract schedule (.20); review plan supplement in connection with same (.40) draft email to Disinterested Directors regarding same (.50); emails with Katten regarding same (.20); revise index for closing binder (.80); emails with Katten regarding same (.30) | 2.40 |
| 11/17/2023 | Rosella, Michael | Revise closing binder index and cover letter (.70); emails with Katten regarding same (.20); respond to questions from A. Zobeideh regarding same (.30) | 1.20 |
| 11/17/2023 | Reisman, Steven | Follow up regarding confirmation order (.10) | 0.10 |
| | | **Total Hours :** | **112.70** |

Katten

| Matter: | 399279.00022 | |
|---|---|---|
| Invoice #: | 9020167450 | |
| Invoice Due Date: | Payable Upon Receipt | December 20, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Reisman, Steven | 14.90 | 1,755.00 | 26,149.50 |
| Roitman, Marc | 24.90 | 1,270.00 | 31,623.00 |
| Barnowski, Dan | 26.80 | 1,245.00 | 33,366.00 |
| Rosella, Michael | 17.30 | 895.00 | 15,483.50 |
| Miranda, Loredana | 17.10 | 710.00 | 12,141.00 |
| Zobeideh, Alexis | 11.70 | 640.00 | 7,488.00 |
| **Sub Total :** | **112.70** | **Sub Total :** | **126,251.00** |
| **Total Hours :** | **112.70** | **Total Fees** | **126,251.00    USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**



| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00028 |
| Invoice #: | 9020167445 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE:  Non-Working Travel

For Professional Services Rendered Through November 17, 2023

Fees Total.............................................................................................................................  4,061.00
**Total Amount Due** .................................................................................................  **4,061.00**  **USD**

Payment can be remitted directly to our account:

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:                399279.00028
Invoice #:             9020167445                                           December 20, 2023
Invoice Due Date:   Payable Upon Receipt

---

RE:   Non-Working Travel

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/2023 | Miranda, Loredana | Travel to the Confirmation Hearing (2.50) | 2.50 |
| 11/16/2023 | Roitman, Marc | Travel to/from Confirmation Hearing (1.80) | 1.80 |
| | | **Total Hours :** | **4.30** |

**Katten**

Matter:            399279.00028
Invoice #:         9020167445                                          December 20, 2023
Invoice Due Date:  Payable Upon Receipt

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roitman, Marc | 1.80 | 1,270.00 | 2,286.00 |
| Miranda, Loredana | 2.50 | 710.00 | 1,775.00 |
| **Sub Total :** | **4.30** | **Sub Total :** | **4,061.00** |
| **Total Hours :** | **4.30** | **Total Fees** | **4,061.00   USD** |

**Katten**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 20, 2023

**Roger Meltzer, Fred Arnold, and Scott
Vogel, as disinterested directors of
Cyxtera Technologies, Inc.**

████████████████████████
████████████████████████

| | |
|---|---|
| Client: | 0000399279 |
| Payer: | 0000399279 |
| Matter: | 399279.00032 |
| Invoice #: | 9020167446 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Expenses

For Professional Services Rendered Through November 17, 2023

Disbursements .......................................................................................................................... 1,016.88

**Total Amount Due** .......................................................................................................................... **1,016.88    USD**

Payment can be remitted directly to our account:



Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997).

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales.

Matter:              399279.00032
Invoice #:           9020167446
Invoice Due Date:    Payable Upon Receipt

December 20, 2023

---

RE:  Expenses

## DISBURSEMENTS

| Description | Cost Description | Amount |
|---|---|---|
| Data/Library Research Services | Westlaw Legal Research: ZOBEIDEH,ALEXIS on 11/2/2023. | 10.47 |
| Out of Town Travel | Car service charge for transportation while working on client related matters / Reservation # 2020499--Date Incurred: 07/27/2023. Attend Hearing in Newark-Cab from hearing to office-Date Incurred: 11/16/2023. Attend Hearing in Newark-Cab to hearing-Date Incurred: 11/16/2023. Taxi / Uber Car Service Charge traveling home from the office with Cyxtera binders for confirmation--Date Incurred: 11/15/2023. Taxi / Uber Car Service Charge travel to/from Cyxtera confirmation hearing--Date Incurred: 11/15/2023. Taxi / Uber Car Service Charge travel to/from Cyxtera confirmation hearing--Date Incurred: 11/16/2023. | 1,006.41 |
| | **Total  Disbursements:** | **1,016.88**   **USD** |

**Katten**