**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 20, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report for Cyxtera Technologies, Inc. for the Period Ending November 30, 2023** [Docket No. 814]

- **Monthly Operating Report for Cyxtera Communications, LLC for the Period Ending November 30, 2023** [Docket No. 815]

- **Monthly Operating Report for Cyxtera Canada, LLC for the Period Ending November 30, 2023** [Docket No. 816]

- **Monthly Operating Report for Cyxtera Communications Canada, ULC for the Period Ending November 30, 2023** [Docket No. 817]

- **Monthly Operating Report for Cyxtera Data Centers, Inc. for the Period Ending November 30, 2023** [Docket No. 818]

- **Monthly Operating Report for Cyxtera DC Holdings, Inc. for the Period Ending November 30, 2023** [Docket No. 819]

- **Monthly Operating Report for Cyxtera DC Parent Holdings, Inc. for the Period Ending November 30, 2023** [Docket No. 820]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

- **Monthly Operating Report for Cyxtera Federal Group, Inc. for the Period Ending November 30, 2023** [Docket No. 821]

- **Monthly Operating Report for Cyxtera Management, Inc. for the Period Ending November 30, 2023** [Docket No. 822]

- **Monthly Operating Report for Cyxtera Netherlands B.V. for the Period Ending November 30, 2023** [Docket No. 823]

- **Monthly Operating Report for Cyxtera Canada TRS, ULC for the Period Ending November 30, 2023** [Docket No. 824]

- **Monthly Operating Report for Cyxtera Digital Services, LLC for the Period Ending November 30, 2023** [Docket No. 825]

- **Monthly Operating Report for Cyxtera Employer Services, LLC for the Period Ending November 30, 2023** [Docket No. 826]

- **Monthly Operating Report for Cyxtera Holdings, LLC for the Period Ending November 30, 2023** [Docket No. 827]

- **Monthly Operating Report for Cyxtera Technologies Maryland, Inc. for the Period Ending November 30, 2023** [Docket No. 828]

- **Monthly Operating Report for Cyxtera Technologies, LLC for the Period Ending November 30, 2023** [Docket No. 829]

Dated: December 29, 2023

*/s/ Marrium Zubair*
Marrium Zubair
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
US Trustee Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit B

**Exhibit B**
US Trustee Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re Cyxtera Technologies, Inc. et al.
Case No. 23-14853 (JKS)

Page 1 of 1