UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF INCREASE IN HOURLY RATES FOR
PACHULSKI STANG ZIEHL & JONES LLP, EFFECTIVE JANUARY 1, 2024**

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ") is hereby providing notice of an increase of the hourly rates of certain of its professionals, pursuant to the *Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as June 23, 2023* [Docket No. 379].

Pursuant to its internal operating procedures, PSZJ revisits, and potentially adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

1

4862-9302-3131.1 16381.002

professionals and paraprofessionals specified in the Sandler Declaration attached as Exhibit A to the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 23, 2023* [Docket No. 350].

| Professionals | Hourly Rates in Pachulski Stang Ziehl & Jones LLP Retention Application | Hourly Rates, Effective January 1, 2024 |
|---|---|---|
| Partners/Counsel | $875 – $1,995 per hour | $975 - $2,175 per hour |
| Associates | $725 - $895 per hour | $650 - $975 per hour |
| Paraprofessionals | $495 – $545 per hour | $545 - $595 per hour |

The foregoing rates will be effective as of January 1, 2024.

Dated:  January 10, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         plabov@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

4862-9302-3131.1 16381.002

## CERTIFICATE OF SERVICE

I certify that on January 10, 2024, a true and correct copy of the foregoing was caused to be served by this court's CM/ECF noticing system to all parties that are registered to receive such notice in the above cases.

/s/ *Colin R. Robinson*
Colin R. Robinson

4862-9302-3131.1 16381.002