**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On January 3, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing Third Amended Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 843]

- **Notice of Additional Rejected Contracts Under Exhibit C-2 of the Third Amended Plan Supplement** [Docket No. 844]

Furthermore, on January 3, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Filing Third Amended Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code** [Docket No. 843]

*(Continued on Next Page)*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

-- 2 --

Furthermore, on January 3, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Notice of Additional Rejected Contracts Under Exhibit C-2 of the Third Amended Plan Supplement** [Docket No. 844]

Dated: January 12, 2024

*/s/ Marrium Zubair*
Marrium Zubair
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Attorneys for Galveston County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | jb@ansellgrimm.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB | ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Agent under the Debtors' prepetition secured credit facilities | Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities | Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities | Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel for Polaris Realty (Canada) Limited | Lawson Lundell LLP | Alexis Teasdale | ateasdale@lawsonlundell.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to 1919 Park Avenue Associates, LLC | McGrail & Bensinger LLP | Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq., Leslie Liberman, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com; lliberman@paulweiss.com |
| Counsel to Phoenix Data Center Holdings LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq. | ctobler@paulweiss.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Sirius XM Connected Vehicle Services Inc. | Polsinelli PC | James H. Billingsley | jbillingsley@polsinelli.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Agent under the Debtors' prepetition secured credit facilities | WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| State Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| State Attorney General | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| State Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Official Committee of Unsecured Creditors | CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | | Los Angeles | CA | 90017 |
| State Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| State Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| State Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| State Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Official Committee of Unsecured Creditors | Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | | Boston | MA | 02110 |
| State Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| State Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| State Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place 20th Floor | | | Boston | MA | 02108-1518 |
| Official Committee of Unsecured Creditors | Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | | Los Angeles | CA | 90067 |
| State Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| State Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| State Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| State Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| State Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| State Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. Dept 125 | | | Bismarck | ND | 58505-0040 |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | | Newark | NJ | 07102 |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| State Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Top 30 and Official Committee of Unsecured Creditors | Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | | Norcross | GA | 30092 |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| Official Committee of Unsecured Creditors | Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | | Parsippany | NJ | 07054 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| State Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 Suite 1 | | | Pierre | SD | 57501-8501 |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| State Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

# Exhibit C

**Exhibit C**
Contract Counterparties Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Cellco Partnership d/b/a Verizon Wireless | William M Vermette | William.Vermette@Verizon.Com |
| Cypress DC Assets LLC | Judah Elbaum | Judah.elbaum@mapletree.com.sg |

In re Cyxtera Technologies, Inc., et al.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit D

**Exhibit D**
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1550 Space Park Partners, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| 1919 Park Avenue Associates, LLC | | 400 Plaza Drive | | | Secaucus | NJ | 07096 | |
| 4650 Santa Clara Technology Partners,LLC | | 2765 Sand Hill Road, Suite 200 | | | Menlo Park | CA | 94025 | |
| 4700 Santa Clara Technology Partners,LLC | | 2765 Sand Hill Road, Suite 200 | | | Menlo Park | CA | 94025 | |
| ACCO ENGINEERED SYSTEMS | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| ADT Commercial LLC | | 1501 Yamato Road | | | Boca Raton | FL | 33431 | |
| Allied Waste Services of North America, LLC d.b.a. Republic Services of Santa Clara County | | 1601 Dixon Landing Rd | | | Milpitas | CA | 95035 | |
| Aon Risk Services, Inc of Florida | | PO Box 955816 | | | St. Louis | MO | 63195 | |
| Appleby Strategy Group, LLC | | 22443 Taylor Springs Court | | | Leesburg | VA | 20175 | |
| BEST BUY PURCHASING, LLC | Attn Data Center | PO Box 9029 | | | Manassas | VA | 20108-9029 | |
| Brainier Solutions, Inc. | | 7801 E Bushlake Rd. Suite 450 | | | Minneapolis | MN | 55439 | |
| CATECH SYSTEMS LTD | | 201 WHITEHALL DR UNIT 4 | | | MARKHAM | ON | L3R 9Y3 | Canada |
| Cellco Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County Pkwy | | | Ashburn | VA | 20147 | |
| CenturyLink Communications, LLC | Attn Legal - BKY | c/o Lumen Technologies | 1025 Eldorado Blvd. | | Broomfield | CO | 80021-8254 | |
| Citibank, NA | Attn William Washburn and Lisa Law | 388 Greenwich Street | | | New York | NY | 10013 | |
| Convergint Technologies LLC | | 1 Commerce Drive | | | Schaumburg | IL | 60173 | |
| Convergint Technologies Ltd | | #2, 6020 - 11 Street SE | | | Calgary | AB | T2H 2L7 | Canada |
| Cummins, Inc. | c/o Jill L. Nicholson, Esq. | Foley and Lardner LLP | 321 N. Clark Street Suite 3000 | | Chicago | IL | 60654 | |
| Cyberfortress | | 21750 Hardy Oak Blvd.Ste 104 PMB 96884 | | | San Antonio | TX | 78258 | |
| Cypress DC Assets LLC | Attn Sara Wayson | c/o Mapletree US Management, LLC | 250 Williams Street NW Suite 1124 | | Atlanta | GA | 30303 | |
| Cypress DC Assets LLC | c/o Agostino Zammiello | Fox Rothschild LLP | 49 Market Street | | Morristown | NJ | 07960-5122 | |
| Cypress DC Assets LLC | Judah Elbaum | 5 Bryant Park, 27th Floor | | | New York | NY | 10018 | |
| DC Group, Inc. | | 1977 West River Road N | | | Minneapolis | MN | 55411 | |

In re Cyxtera Technologies, Inc., et al.
Case No. 23-14853 (JKS)

**Exhibit D**
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DCCO Tukwila, LLC | | 300 N LaSalle St, Suite 1875 | | | Chicago | IL | 60654 | |
| Digital Lakeside, LLC | Attn Rafal Rak | 5707 Southwest Parkway Building 1, Suite 275 | | | Austin | TX | 78735 | |
| DIGITAL LAKESIDE, LLC | | 5707 SOUTHWEST PARKWAY BUILDING 1 SUITE 275 | | | AUSTIN | TX | 78735 | |
| Digital Nash, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| DIGITAL PISCATAWAY, LLC | | 5707 SOUTHWEST PARKWAY BUILDING 1 SUITE 275 | | | AUSTIN | TX | 78735 | |
| Digital Realty Trust, Inc | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| Digital Space Park, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| Digital Walsh 1, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| Digital Walsh 2, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| Digital Winona, LLC | | 5707 Southwest Parkway Building 1 Suite 275 | | | Austin | TX | 78735 | |
| DYNALECTRIC COMPANY | | 345 SHERIDAN BLVD | | | LAKEWOOD | CO | 80226 | |
| Eversource | | 300 Cadwell Drive | | | Springfield | MA | 01104 | |
| Eversource Energy | Special Collections Dept | 247 Station Dr NE-220 | | | Westwood | MA | 02090 | |
| F.A.A. Technology Partners LLC | | 2765 Sand Hill Road, Suite 200 | | | Menlo Park | CA | 94025 | |
| Foster Garvey PC | | 1111 Third Avenue, Ste. 3000 | | | Seattle | WA | 98101 | |
| Garrison DC Holdings Pte. Ltd. | Judah Elbaum | 5 Bryant Park 27th Floor | | | New York | NY | 10018 | |
| GENENTECH INC | | 1 DNA WAY | | | South San Francisco | CA | 94080 | |
| Global Weehawken Acquisition Company, LLC | Attn Rafal Pak | 5707 Southwest Parkway, Building 1, Suite 275 | | | Austin | TX | 78735 | |
| Greenberg Traurig Tokyo Law Offices | | Meiji Yasuda Seimei Building F21 | 2-1-1 Marunouchi | Chiyoda-ku | Tokyo | | 100-0005 | Japan |
| Haynes and Boone, LLP | Attn Zach Prince | 800 17th Street NW, Suite 500 | | | Washington | DC | 20006 | |
| HEWLETT PACKARD FINANCIAL | | 200 Connell Dr., Suite 5000 | | | Berkeley Heights | NJ | 07922 | |
| Holland & Knight LLP | | 524 Grand Regency Blvd. | | | Brandon | FL | 33510 | |

In re Cyxtera Technologies, Inc., et al.
Case No. 23-14853 (JKS)

Page 2 of 5

**Exhibit D**
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HOLT CAT | | 5665 SOUTHEAST LOOP 410 | | | SAN ANTONIO | TX | 78222 | |
| HX Global, Inc. | | 99 Derby Street, Suite 200 | | | Hingham | MA | 02043 | |
| INTELLIGENT TECH SERVICES INC | | 1031 SERPENTINE LN STE 101 | | | PLEASANTON | CA | 94566 | |
| International Gateway West, LLC | | 12201 Tukwila Intl Blvd. | | | Seattle | WA | 98168 | |
| Iron Mountain Data Centers, LLC | | One Federal Street | | | Boston | MA | 02110 | |
| Jackson Lewis P.C. | | 150 North Michigan Avenue, Suite 2500 | | | Chicago | IL | 60601 | |
| JAMERSON & BAUWENS ELECTRICAL | | 3160 MACARTHUR BLVD | | | NORTHBROOK | IL | 60062 | |
| J-Class Solutions, Inc. | | 19 Joels Drive | | | New Fairfield | CT | 06812 | |
| LANTRO VISION NA | | 35 W JEFFERSON AVE | | | PEARL RIVER | NY | 10965 | |
| Marsden Bldg. Maintenance, LLC | | 1717 University Ave W | | | St. Paul | MN | 55104 | |
| Mayflower Commercial Cleaning, Inc. | | 42 Weston Street, Suite 6 | | | Waltham | MA | 02453 | |
| Mechanical X Advantage, LLC | | 600 West Germantown Pike. Suite 400 | | | Plymouth Meeting | PA | 19462 | |
| Medina DC Assets LLC | Fox Rothschild, LLP c/o Agostino Zammiello | 49 Market Street | | | Morristown | NJ | 07960-5122 | |
| Meta Platforms, Inc. | | 1601 Willow Road | | | Menlo Park | CA | 94025 | |
| Miller & Chevalier Chartered | Mary Lou Soller | 900 16th Street NW | Black Lives Matter Plaza | | Washington | DC | 20006 | |
| MSI Mechanical Systems, Inc. (5477) | | 10 Delaware Drive | | | Salem | NH | 03079 | |
| Multistack LLC | | 1065 Maple Ave | P.O. Box 510 | | Sparta | WI | 54656 | |
| NEAMSBY INVESTMENTS INC | WAYNE CHAN | 7501 KEELE ST STE 100 | | | VAUGHAN | ON | L4K 1Y2 | Canada |
| Nstar Electric dba Eversource Energy | Honor Heath | 107 Selden St | | | Berlin | CT | 06037 | |
| Oracle America, Inc. | ATTN ACCOUNTS PAYABLE | 1001 SUNSET BLVD. | 1001 SUNSET BLVD. | | Rocklin | CA | 95765 | |
| OSI Restaurant Partners, LLC | | 2202 N West Shore Blvd Ste 500 | | | Tampa | FL | 33607 | |
| POWER SOLUTIONS LLC | | 17201 MELFORD BLVD | | | BOWIE | MD | 20715 | |
| Primary Integration Solutions, Inc. | | 8180 Greensboro Drive, Suite 700 | | | McLean | VA | 22102 | |
| Rapid Solutions, LLC | | 539 Doefield Ct. | | | Abingdon | MD | 21009 | |
| Sabey Data Center, LLC | | 12201 Tukwila International Blvd. | | | Seattle | WA | 98168 | |

In re Cyxtera Technologies, Inc., et al.
Case No. 23-14853 (JKS)

Page 3 of 5

**Exhibit D**
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Salesforce.com, Inc. | | Salesforce Tower | 415 Mission Street, 3rd Floor | | San Francisco | CA | 94105 | |
| Salles, Franco de Campos, Bruschini Advogados | | Alameda Santos, 2300, 3 Andar | | | Cesqueira Cesar | SP | 01418-200 | Brazil |
| SBE Electrical Contracting, Inc. | | 2817 McGaw Ave. | | | Irvine | CA | 92614 | |
| Schellman Compliance, LLC | | 4010 W Boy Scout Blvd. Suite 600 | | | Tampa | FL | 33607 | |
| Schneider Electric IT Corporation | James Danley | 1650 West Crosby Road | | | Carrollton | TX | 75006 | |
| Securitas Security Services Canada LTD | Tom Roszhart | 4330 Park Terrace Dr | | | Westlake Village | CA | 91361 | |
| Shook Hardy Bacon, LLP | | 2555 Grand Blvd. | | | Kansas City | MO | 64108 | |
| Southwire Company, LLC | | One Southwire Drive | | | Carollton | GA | 30119 | |
| Stack Infrastructure USA, LLC | | 8401 N. Central Expressway, Ste. 910 | | | Denver | CO | 80202 | |
| Telx - Chicago Lakeside, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 | |
| Telx - Santa Clara, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 | |
| THE BRANDT COMPANIES LLC | | PO BOX 227351 | | | DALLAS | TX | 75222-7351 | |
| The Hackett Group, Inc. f/k/a Answerthink, Inc. d/b/a Answerthink | | PO Box 741197 | | | Atlanta | GA | 30374 | |
| Thomson Reuters Inc. | | 2395 Midway Rd | | | Carrollton | TX | 75006 | |
| Thunder Consulting, Inc. | Attn Carter Wigell | 548 Market St PMB 88159 | | | San Francisco | CA | 94104-5401 | |
| Toshiba International Corporation | Industrial Division | 13131 West Little York Road | | | Houston | TX | 77041 | |
| Total Filtration Services | | 755 West Big Beaver Road, Suite 700 | | | Troy | MI | 48084 | |
| TSX Inc. | Attn President, TMX DATALINX | The Exchange Tower | 130 King Street West | | Toronto | ON | M5X 1J2 | Canada |
| Ultimate Service Associates | | 5514 S. Lewis Ave. | | | Tulsa | OK | 74105 | |
| Vertiv Corporation | | 1050 Dearborn Drive | | | Columbus | OH | 43085 | |
| Virtue Air Conditioning, INC. | | 14702 Shadow Dr. | | | Fontana | CA | 92337 | |
| W.E. BOWERS INC | | 12401 KILN COURT STE A | | | BELTSVILLE | MD | 20705 | |
| Waste Management of Virginia, Inc. | | 1505 Moran Rd. | | | Sterling | VA | 20166 | |

**Exhibit D**
Contract Counterparties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Z Option, Inc | | 8529 Six Forks Road, Suite 400 | | | Raleigh | NC | 27615 | |
| ZoomInfo Technologies LLC | James Henry | 805 Broadway Street, Suite 900 | | | Vancouver | WA | 98660 | |

# Exhibit E

**Exhibit E**

Contract Rejection Service List

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| WeWork | Legacy Tenant LLC | 7700 Windrose | Plano | TX | 75024 |

In re Cyxtera Technologies, Inc., et al.
Case No. 23-14853 (JKS)

Page 1 of 1