DocuSign Envelope ID: 77A45E5D-11B9-4C41-8574-77175E7D0548

**December MOR - Statements of Cash Receipts and Disbursements**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING AS OF DECEMBER 1ST 2023 | 75,453,138 | 5,881 | - | 10,258,590 | - | 30,515 | - | 48,707 | 3,013,889 | - | - | - | - | - | - | - |
| RECEIPTS | | | | | | | | | | | | | | | | |
| TOTAL RECEIPTS | 95,313,165 | - | - | 12,160,525 | - | 1,864,933 | - | 470,611 | 17,014,782 | - | - | - | - | - | - | - |
| DISBURSEMENTS (1) | | | | | | | | | | | | | | | | |
| CAPEX | 6,360,743 | - | - | 293,971 | - | - | - | - | 41,467 | - | - | - | - | - | - | - |
| COMMISSONS | 341,393 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EMPLOYEE / BENEFITS | 5,835,320 | - | - | 141,543 | - | - | - | 51,291 | 3,472,561 | - | - | - | - | - | - | - |
| EQUIPMENT LEASES | 1,496,733 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTHER | 5,787,313 | 201 | - | 1,074,634 | - | 1,862,755 | - | 285,216 | 13,960,760 | - | - | - | - | - | - | - |
| RENT | 17,457,704 | - | - | 416,434 | - | - | - | - | 265,627 | - | - | - | - | - | - | - |
| TAX | 154,082 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| THIRD PARTY | 165,689 | - | - | 75,039 | - | - | - | - | 33,718 | - | - | - | - | - | - | - |
| UTILITIES | 9,525,054 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | 47,124,032 | 201 | - | 2,001,622 | - | 1,862,755 | - | 336,507 | 17,774,132 | - | - | - | - | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 48,189,133 | (201) | - | 10,158,903 | - | 2,178 | - | 134,104 | (759,350) | | | | | | | |
| CASH – END OF MONTH | 123,642,271 | 5,681 | - | 20,417,493 | - | 32,693 | - | 182,811 | 2,254,539 | | | | | | | |

**Notes:**
(1) Only includes external disbursements; intercompany disbursements removed

DocuSign Envelope ID: 77A45E5D-11B9-4C41-8574-77175E7D0548

**December MOR - Balance Sheet**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | 161,563,574 | 1,530,454 | - | 21,778,769 | - | 32,693 | - | 1,042,606 | 13,364,699 | 124,668 | - | - | - | - | - | - |
| Cash | 127,622,481 | 55,681 | - | 19,803,180 | - | 32,693 | - | 182,811 | 2,254,539 | - | - | - | - | - | - | - |
| Trade Receivables | 15,982,037 | - | - | 1,712,868 | - | - | - | 122,577 | 197,215 | (630) | - | - | - | - | - | - |
| Intercompany Receivables | - | - | - | - | - | - | - | - | 1,192,602 | - | - | - | - | - | - | - |
| Other Current Assets | 17,959,056 | 1,474,773 | - | 262,721 | - | 0 | - | 737,218 | 9,720,343 | 125,299 | - | - | - | - | - | - |
| **Non-Current Assets** | 1,818,106,046 | 10,327,205 | - | 64,546,760 | - | 2,008,496,609 | - | 345,568 | 12,535,464 | 83,902 | - | - | - | - | - | - |
| Other Non-Current Assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PP&E | 1,275,686,129 | - | - | 57,374,884 | - | - | - | - | 2,841,025 | 9,829 | - | - | - | - | - | - |
| Operating | 149,804,676 | - | - | 2,391,539 | - | - | - | - | 9,062,809 | - | - | - | - | - | - | - |
| Goodwill | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Intangible Asset | 377,345,104 | - | - | 4,769,089 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long Term Asset | 15,270,137 | 10,327,205 | - | 11,248 | - | 2,008,496,609 | - | 345,568 | 631,630 | 74,074 | - | - | - | - | - | - |
| **Current Liabilities** | (72,021,860) | (104,227,700) | (9,090,041) | 30,527,434 | - | 152,424,840 | - | 8,172,224 | 640,023,749 | (12,608,472) | - | - | - | - | - | - |
| A/P | 42,683,829 | - | - | 819,071 | - | - | - | 252,771 | 4,493,462 | 1,067,050 | - | - | - | - | - | - |
| Accrued Expenses | 80,736,122 | 188,478 | - | 1,317,701 | - | 1,977,584 | - | 256,670 | 15,815,841 | 9,000,769 | - | - | - | - | - | - |
| Other Current Liabilities | 9,140,970 | - | - | 305,481 | - | - | - | 38,838 | 4,272 | 4,238 | - | - | - | - | - | - |
| Intercompany Payable | (330,763,636) | (104,416,178) | (9,090,041) | 25,490,366 | - | (50,021,255) | - | 6,741,752 | 618,426,306 | (22,682,499) | - | - | - | - | - | - |
| Short Term Operating Lease | 27,068,881 | - | - | 312,199 | - | - | - | - | 1,283,867 | - | - | - | - | - | - | - |
| Capital Lease OFO | 24,369,185 | - | - | - | - | - | - | - | 0 | - | - | - | - | - | - | - |
| Current Portiosn of Debt | - | - | - | - | - | 200,468,511 | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | 74,742,790 | - | - | 2,282,616 | - | - | - | 882,192 | - | 1,971 | - | - | - | - | - | - |
| **Non-Current Liabilities** | 1,067,380,223 | 1,160,655 | - | 27,778,445 | - | 970,965,318 | - | (715,834) | 10,185,542 | - | - | - | - | - | - | - |
| Other Non-Current Liabilities | 214,504,731 | - | - | 5,109,488 | - | 970,965,318 | - | 515,494 | 10,946,400 | - | - | - | - | - | - | - |
| Long Term Debt LCM | - | - | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - |
| Long Term Cap Lease Obligation | 850,165,385 | - | - | 22,668,955 | - | - | - | - | (0) | - | - | - | - | - | - | - |
| Deferred Tax Liability | 2,710,107 | 1,160,655 | - | 2 | - | - | - | (1,231,328) | (760,858) | - | - | - | - | - | - | - |
| **Shareholder's Equity** | 984,311,256 | 114,924,703 | 9,090,041 | 28,019,651 | - | 885,139,144 | - | (6,068,215) | (624,309,127) | 12,817,042 | - | - | - | - | - | - |
| Common Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Shareholder's Equity | 1,788,772,740 | 540,312,669 | 9,103,140 | 68,348,289 | - | 1,333,231,202 | - | 813,488 | 70,248,854 | 778,260 | - | - | - | - | - | - |
| Treasury Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated Dividend | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings | (804,461,484) | (425,387,966) | (13,099) | (40,328,638) | - | (448,092,058) | - | (6,881,703) | (694,557,981) | 12,038,782 | - | - | - | - | - | - |

**Notes:**
(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

DocuSign Envelope ID: 77A45E5D-11B9-4C41-8574-77175E7D0548

**December MOR - Statements of Operations**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 52,846,860 | - | - | 2,118,153 | - | - | - | 466,280 | - | - | - | - | - | - | - | - |
| Colocation Revenue | 53,383,943 | - | - | 2,004,838 | - | - | - | 466,280 | - | 464 | - | - | - | - | - | - |
| Cybersecurity Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Revenue | (537,083) | - | - | 113,315 | - | - | - | - | - | (464) | - | - | - | - | - | - |
| Val Adjustment Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Expenses** | (25,806,741) | - | - | (659,868) | - | - | - | (2,912) | 21 | (68,148) | - | - | - | - | - | - |
| Personnel Operating Expenses | (4,749,663) | - | - | (108,265) | - | - | - | - | 21 | (68,525) | - | - | - | - | - | - |
| Total Direct - COR | (21,057,078) | - | - | (551,603) | - | - | - | (2,912) | - | 378 | - | - | - | - | - | - |
| **SG&A** | (4,175,248) | - | - | 19,406 | - | - | - | (276,044) | (4,143,294) | (5,572) | - | - | - | - | - | - |
| Total Personnel SG&A | (4,078,427) | - | - | (4,352) | - | - | - | (150,293) | (2,452,789) | (7,449) | - | - | - | - | - | - |
| Marketing and Advertisement | (10,540) | - | - | - | - | - | - | - | (250,643) | 4,170 | - | - | - | - | - | - |
| Other SG&A | (86,281) | - | - | 23,758 | - | - | - | (125,751) | (1,439,861) | (2,292) | - | - | - | - | - | - |
| **Depreciation and Amortization** | (16,576,881) | - | - | (671,774) | - | - | - | - | - | (150,533) | - | - | - | - | - | - |
| Depreciation Expense | (11,551,074) | - | - | (671,774) | - | - | - | - | - | (150,533) | - | - | - | - | - | - |
| Amortization Expense | (5,025,806) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Asset Impairment Loss** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset Impairment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Receivable Asset Impairment Loss | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| IC Receivable Asset Impairment Loss | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Acquisition & Other Cost** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Acquisition cost | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sponsor Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Interest Expense** | (6,898,696) | - | - | (158,582) | - | (1,680,738) | - | - | (57,425) | (471,284) | 29,702 | - | - | - | - | - |
| Interest and Other Expense | (6,898,696) | - | - | (158,582) | - | (1,680,738) | - | - | (57,425) | (471,284) | 29,702 | - | - | - | - | - |
| Debt Issuance Cost Amortization | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Income** | 22,178,017 | (201) | - | 7,173,835 | - | 207,128 | - | - | (590) | 124,505 | 132,551 | - | - | - | - | - |
| Gain.Loss Asset Sale | 40,842 | - | - | 8,954,077 | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain.Loss Exchange | - | - | - | (101,282) | - | 207,441 | - | - | - | - | (2,986) | - | - | - | - | - |
| Gain.Loss Investment | 2,705,670 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Income | 19,431,505 | (201) | - | (1,678,960) | - | (313) | - | - | (590) | 124,505 | 135,537 | - | - | - | - | - |
| Change in Warrant Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income and Other Tax** | (185,331) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Expense | (185,331) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Income Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net G/L Cont Operation** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain/Loss Conti Operation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | 21,381,979 | (201) | - | 7,821,170 | - | (1,473,611) | - | - | 129,310 | (4,640,585) | 88,534 | - | - | - | - | - |

**Notes:**
(1) All tax accruals are not reflected in the balance sheet and income statement due to timing of quarter end financial close process

DocuSign Envelope ID: 77A45E5D-11B9-4C41-8574-77175E7D0548

**December MOR - Payments Made On Prepetition Debt**

| ENTITY NAME | Cyxtera Communications, LLC | Cyxtera Technologies, Inc. | Cyxtera Canada, LLC | Cyxtera Communications Canada, ULC | Cyxtera Data Centers, Inc. | Cyxtera DC Holdings, Inc. | Cyxtera DC Parent Holdings, Inc. | Cyxtera Federal Group, Inc. | Cyxtera Management, Inc. | Cyxtera Netherlands B.V. | Cyxtera Canada TRS, ULC | Cyxtera Digital Services, LLC | Cyxtera Employer Services, LLC | Cyxtera Holdings, LLC | Cyxtera Technologies Maryland, Inc. | Cyxtera Technologies, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | 1,531,601 | - | - | 74,962 | - | - | - | 68,540 | 374,083 | 88,412 | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wages | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Grand total** | 1,531,601 | - | - | 74,962 | - | - | - | 68,540 | 374,083 | 88,412 | - | - | - | - | - | - |