UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Cia Mackle
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmckle@pszjlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No: 23-14853 (JKS) |
| Debtor. | (Jointly Administered) |
| | **Objection Deadline: February 8, 2024** |

### SIXTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023</u>

Alvarez & Marsal North America, LLC ("<u>A&M</u>"), financial advisor to the Official

Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned jointly

administered chapter 11 cases of Cyxtera Technologies, Inc., *et al.* (the "<u>Debtors</u>"), hereby submits

---

1. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

its sixth monthly fee statement (the "Statement") pursuant to sections 330 and 331 of Title 11 of

the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, D.N.J. LBR

2016-1, and the *Administrative Fee Order Establishing Procedures for the Allowance and Payment*

*of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order  of*

*This Court* entered on July 21, 2023 [Docket No. 305] (the "Administrative Fee Order"). Pursuant

to the Administrative Fee Order, responses to this Statement, if any, are due by **February 8, 2024.**


Dated: January 25, 2024                                    **ALVAREZ & MARSAL NORTH
                                                           AMERICA, LLC**

                                                           By: */s/ Richard Newman*
                                                           Richard Newman
                                                           540 W. Madison St., Suite 1800
                                                           Chicago, IL 60611
                                                           Telephone: (469) 231-6780
                                                           rnewman@alvarezandmarsal.com

                                                           *Financial Advisor to the Official Committee of
                                                           Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**FEE STATEMENT COVER SHEET**

| | |
|---|---|
| Debtor: Cyxtera Technologies, Inc., *et al.*[1] | Applicant: Alvarez & Marsal North America, LLC ("A&M") |
| Case No: 23-14853 (JKS) | Client: Official Committee of Unsecured Creditors |
| Chapter: 11 | Case Filed: June 04, 2023 |

**SECTION I
FEE SUMMARY**

Summary of the Amounts Requested for the Period from
December 1, 2023, through December 31, 2023 (the "Fee Period")

| | |
|---|---|
| Fee Total: | $5,140.00 |
| Less: 20% Holdback | (1,028.00) |
| Plus: 100% Expenses | 4.12 |
| Total Sought at this Time | $4,116.12 |

Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $1,900,494.00 | $372.97 |
| Total Fees Allowed To Date: | $1,520,395.20 | $372.97 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback: | $380,098.80 | $0.00 |
| Total Amount Received By Applicant: | $1,520,395.20 | $372.97 |

---

1. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

---

**SECTION I (CONTINUED)**
**FEE SUMMARY**

---

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Newman, Richard | Managing Director | $ 1,200 | 0.9 | $ 1,0800.00 |
| Waschitz, Seth | Senior Director | 950 | 1.3 | 1,235.00 |
| Domfeh, Kofi | Director | 850 | 0.4 | 340.00 |
| Hill, Michael | Associate | 575 | 2.4 | 1,380.00 |
| Rovitz, Alec | Analyst | 425 | 2.6 | 1,105.00 |
| | | | **7.6** | **$ 5,140.00** |

<div style="border:1px solid black; text-align:center;">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

| Project Category | Hours | | Fees |
|---|---|---|---|
| Cash Budget | 2.1 | $ | 1,630.00 |
| Claims / Liabilities Subject to Compromise | 1.4 | | 930.00 |
| Fee Application | 4.0 | | 2,460.00 |
| Financial & Operational Matters | 0.1 | | 120.00 |
| **Total** | **7.6** | **$** | **5,140.00** |

<div style="border:1px solid black; text-align:center;">

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

</div>

| Expense Type | Amount |
|---|---|
| Miscellaneous | $4.12 |
| Lodging | 0.00 |
| Meals | 0.00 |
| Airfare | 0.00 |
| Transportation | 0.00 |
| **Total** | **$4.12** |

| SECTION IV |
| --- |
| CASE HISTORY |

(1)    Date cases filed:                                June 04, 2023

(2)    Chapter under which cases commenced:    Chapter 11

(3)    Date of Retention:                             August 25, 2023

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:

   (a)    A&M analyzed the Debtors' weekly cash budgets and budget-to-actual cash variances, and prepared cash flow presentations for the Committee
   (b)    A&M reviewed and summarized historical financial and operating data, including documentation posted to the Debtors' virtual data room
   (c)    A&M prepared and maintained due diligence request lists to monitor documents requested and received
   (d)    A&M reviewed numerous motions and orders to ensure the authority sought by the Debtors was reasonable
   (e)    A&M monitored the sale process and corresponded with the Debtors' professionals regarding the status of asset sales and lease sales / terminations
   (f)    A&M conducted research pertaining to potential avoidance actions / sources of value for unsecured creditors
   (g)    A&M regularly participated in calls with the Committee, Committee counsel, and the Debtors' professionals
   (h)    A&M analyzed general unsecured claims
   (i)    A&M prepared an analysis of the Debtors' business plan and presented it to the committee
   (j)    To the extent not addressed by the foregoing descriptions, A&M performed other services on behalf of the Committee that were necessary and appropriate during these chapter 11 cases

In support of this Statement, the following exhibits are annexed hereto:


   Exhibit A – Retention Order
   Exhibit B – A&M's itemized daily time records
   Exhibit C – A&M's itemized daily expense records


I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2024                    */s/ Richard Newman*
                                                Richard Newman

**EXHIBIT A**
ALVAREZ & MARSAL NORTH AMERICA, LLC
RETENTION ORDER

Docket #0463  Date Filed: 08/25/2023



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

|  |  |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br>(Jointly Administered) |

**Order Filed on August 25, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, CYXTERA TECHNOLOGIES, INC., ET AL., EFFECTIVE AS OF JUNE 27, 2023

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

**DATED: August 25, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 3313    4.

2314853230828000000000001

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 328, and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the employment and retention of Alvarez & Marsal North America, LLC together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors (collectively, "A&M"), as financial advisor to the Committee, effective as of June 27, 2023, and upon the Newman Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M does not represent any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; it is hereby

ORDERED that:

1.      The Application is approved as set forth therein.

2.      In accordance with Bankruptcy Code sections 328 and 1103, the Committee is authorized to employ and retain A&M effective as of June 27, 2023, as its financial advisor on the terms set forth in the Application without the need for any further action on the part of A&M or the Committee to document such retention.

3.      The terms of A&M's engagement, as set forth in the Application, including, without limitation, the compensation provisions and the indemnification provisions, are reasonable terms and conditions of employment and are hereby approved. However, the Debtors' obligations to

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

DOCS_DE:243957.4 16381/002

indemnify A&M pursuant to the indemnification provisions included in the Application are subject to the following:

(a)     all requests by A&M for the payment of indemnification as set forth in this Order shall be made by means of an application to the Court and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Application and this Order and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, however, that in no event shall A&M be indemnified if the Debtors or a representative of the estate, asserts a claim for, and a court determines by final order (which final order is no longer subject to appeal) that such claim arose out of A&M's own bad faith, self-dealing, breach of fiduciary duty, fraud, gross negligence or willful misconduct; and

(b)     in no event shall A&M be indemnified for any claim that either (i) a court determines by final order (which final order is no longer subject to appeal) that such claim arose out of A&M's own bad faith, self-dealing, breach of fiduciary duty (if any), fraud, gross negligence, or willful misconduct; (ii) for a contractual dispute in which the Debtors allege the breach of an indemnified party's contractual obligations if the Court determines that indemnification, contribution or reimbursement would not be permissible pursuant to *In re United Artists Theatre Company*, 315 F.3d 217 (3d Cir. 2003); or (iii) the claim is settled prior to a judicial determination as to clauses (i) or (ii), but is determined by this Court, after notice and a hearing pursuant to terms of the Application and this Order, to be a claim or expense for which A&M is not entitled to receive indemnity under the terms of the Application and this Order; and

(c)     in the event A&M seeks reimbursement from the Debtors for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to this Order, the invoices and supporting time records from such attorneys shall be included in A&M's own

- 3 -

DOCS_DE:243957.4 16381/002

applications, both interim and final, and such invoices and time records shall be subject to the

United States Trustee's Guidelines for compensation and reimbursement of expenses and the

approval of the Court pursuant to sections 330 and 331 of the Bankruptcy Code without regard to

whether such attorneys have been retained under section 327 of the Bankruptcy Code and without

regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

4.      All parties-in-interest shall retain the right to object to (1) any demand by the

indemnified parties for indemnification, contribution, or reimbursement; and (2) any request for

reimbursement of legal fees of A&M's independent legal counsel.

5.      A&M shall file applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to the procedures set forth in Bankruptcy Code sections 330

and 331, such Bankruptcy Rules as may then be applicable, the Local Bankruptcy Rules, the

Guidelines, and the Court's Interim Compensation Order and any amendments or modifications

thereto.

6.      A&M will keep its time records in tenth-of-an-hour increments in accordance with

Local Rule 2016-1 of this Court and shall otherwise comply with the requirements of that Local

Rule, as well as Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.

7.      A&M will only bill 50% for non-working travel.

8.      Notwithstanding any other provision in this Order, the U.S. Trustee shall have the

right to object to A&M's request(s) for interim and final compensation and reimbursement based

on the reasonableness standard provided in section 330 of the Bankruptcy Code rather than section

328(a) of the Bankruptcy Code. This Order and the record relating to the Court's consideration of

the Application shall not prejudice or otherwise affect the rights of the U.S. Trustee to challenge

the reasonableness of A&M's fees under the standard set forth in the preceding sentence.

- 4 -

DOCS_DE:243957.4 16381/002

Accordingly, nothing in this Order or the record shall constitute a finding of fact or conclusion of law binding on the U.S. Trustee, on appeal or otherwise, with respect to the reasonableness of A&M's fees.

9.      Notwithstanding anything in the Application to the contrary and for the avoidance of doubt, A&M will not be entitled to recover attorneys' fees or expenses for defending its fee applications in these Chapter 11 Cases.

10.      The Committee will coordinate with A&M and its other retained professionals to minimize unnecessary duplication of the services provided by any of its retained professionals.

11.      Prior to charging any increases in its hourly rates, A&M shall provide ten (10) business days' notice of any such increases to the Debtors, the U.S. Trustee, and the Committee, and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code

12.      To the extent that there may be any inconsistency between the terms of the Application and this Order, the terms of this Order shall govern.

13.      The Committee and A&M are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

14.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by the Application.

DOCS_DE:243957.4 16381/002

16.    This Court shall retain jurisdiction with respect to all matters arising or related to

the implementation of this Order and A&M's services for the Committee.

DOCS_DE:243957.4 16381/002

**EXHIBIT B**
ITEMIZED DAILY TIME RECORDS
FOR THE PERIOD OF DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023

*Exhibit B*

**CYXTERA TECHNOLOGIES, INC., et al.**

*Time Detail by Project Category December 1, 2023 through December 31, 2023*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Cash Budget** | | | |
| Newman, Richard | 12/7/2023 | 0.1 | Prepare questions for Debtors' professionals re: cash flow budget |
| Newman, Richard | 12/8/2023 | 0.1 | Review cash flow budget re: budget to actuals |
| Newman, Richard | 12/8/2023 | 0.1 | Correspond with UCC counsel re: cash flow budget |
| Domfeh, Kofi | 12/8/2023 | 0.2 | Participate in call with Debtors' professionals and A&M team (Hill) re: cash flow budget variance report |
| Hill, Michael | 12/8/2023 | 0.2 | Participate in call with Debtors' professionals and A&M team (Domfeh) re: cash flow budget variance report |
| Hill, Michael | 12/8/2023 | 0.4 | Analyze updated cash flow budget re: budget to actuals |
| Hill, Michael | 12/8/2023 | 0.2 | Correspond with A&M team re: cash flow budget questions |
| Newman, Richard | 12/21/2023 | 0.1 | Review cash flow budget re: budget to actuals |
| Hill, Michael | 12/21/2023 | 0.4 | Analyze updated cash flow budget re: variance report |
| Domfeh, Kofi | 12/22/2023 | 0.1 | Participate on call with A&M team (Newman) re: cash flow budget variance report |
| Newman, Richard | 12/22/2023 | 0.1 | Participate on call with A&M team (Domfeh) re: cash flow budget variance report |
| Domfeh, Kofi | 12/22/2023 | 0.1 | Participate on call with Debtors' professionals re: updated cash flow budget variance report |
| **Subtotal** | | **2.1** | |
| **Claims / Liabilities Subject to Compromise** | | | |
| Newman, Richard | 12/4/2023 | 0.1 | Correspondence with A&M team re: claims analysis |
| Hill, Michael | 12/4/2023 | 1.2 | Update claims analysis re: priority unsecured claims |
| Newman, Richard | 12/16/2023 | 0.1 | Review motion to reject contracts |
| **Subtotal** | | **1.4** | |
| **Fee Application** | | | |
| Rovitz, Alec | 12/18/2023 | 0.7 | Prepare November fee application |
| Rovitz, Alec | 12/20/2023 | 1.9 | Prepare first interim fee application |
| Waschitz, Seth | 12/21/2023 | 1.3 | Review and edit first interim fee application |
| Newman, Richard | 12/21/2023 | 0.1 | Review and comment on November fee application |
| **Subtotal** | | **4.0** | |
| **Financial & Operational Matters** | | | |
| Newman, Richard | 12/22/2023 | 0.1 | Correspond with UCC counsel re: closing date |
| **Subtotal** | | **0.1** | |
| **Grand Total** | | **7.6** | |

**EXHIBIT C**
ITEMIZED EXPENSE DETAIL
FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

*Exhibit C*

*CYXTERA TECHNOLOGIES, INC., et al.*
*Expense Summary by Category*
*December 1, 2023 through December 31, 2023*

| Expense Category | Total |
|---|---|
| Miscellaneous | $    4.12 |
| **Total** | **$    4.12** |