**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al*., | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF HEARING ON FINAL FEE APPLICATIONS

**NOTICE IS HEREBY GIVEN** that there will be a hearing held, if necessary, on **February 15, 2024 at 10:00 a.m. (E.T.)** before the Honorable John K. Sherwood, United States

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

Bankruptcy Judge, in Courtroom 3D of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, NJ 07102, for the purpose of acting on applications for compensation. Attendance by creditors is welcomed, but not required. The following fee applications will be heard:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors [Docket No. 892] | $308,419.50 | $2,792.64 |
| Kirkland & Ellis LLP, Co-Counsel to the Debtors [Docket No. 885] | $14,459,426.00 | $193,838.61 |
| Kurtzman Carson Consultants LLC, Administrative Advisors to the Debtor [Docket No. 887] | $187,514.50 | $0.00 |
| AP Services, LLC, Management Service Provider and CRO to the Debtors [Docket No. 891] | $2,000,000.00 | N/A |
| Katten Muchin Rosenman LLP, Counsel to the Disinterested Directors of Cyxtera Technologies, Inc. [Docket No. 889] | $1,721,963.00 | $2,852.83 |
| Deloitte Tax LLP, Tax Advisory Services Provider to the Debtors [Docket No. 888] | $1,203,799.75 | $808.01 |

| | | |
|---|---|---|
| M3 Advisory Partners, LP, Independent Financial Advisor to Cyxtera Technologies, Inc. [Docket No. 890] | $311,775.00 | $0.00 |
| Hilco Real Estate, LLC, Real Estate Consultant and Advisor to the Debtors [Docket No. 894] | $2,115,608.82 | $0.00 |
| Guggenheim Securities, LLC, Investment Banker to the Debtors [Docket No. 893] | $ 21,168,395.37 | $166,578.86 |

Creditors may be heard before the applications are determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required, unless objections are timely filed and served. Objections shall be filed and served no later than **February 8, 2024 at 4:00 p.m. (E.T.).**

**PLEASE TAKE FURTHER NOTICE** that copies of the fee applications may be obtained at no charge at https://www.kccllc.net/cyxtera or via Pacer at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank.]*

66090/0001-46950829v1

Dated: January 25, 2024

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:   msirota@coleschotz.com
             wusatine@coleschotz.com
             fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
         edward.sassower@kirkland.com
         christopher.marcus@kirkland.com
         derek.hunter@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

66090/0001-46950829v1