**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

IN RE: CYXTERA TECHNOLOGIES, INC., *et al*.   APPLICANT:   Pachulski Stang Ziehl & Jones LLP

CASE NO.: 23-14853 (JKS)   CLIENT:   Official Committee of Unsecured Creditors

CHAPTER: 11   CASE FILED:   June 4, 2023

---

**SECTION I**
**FEE SUMMARY**

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $925,543.00 | $9,081.73 |
| Total Fees Allowed To Date: | $740,434.40 | $9,081.73 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $185,108.60 | $0.00 |
| Total Received By Applicant: | $740,434.40 | $9,081.73 |

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Robert J. Feinstein | 1982 | Partner / Bankruptcy | 0.90 | $1,695.00 | $ 1,525.50 |
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 15.40 | $1,595.00 | $24,563.00 |
| Gabriel I. Glazer | 2006 | Partner / Bankruptcy | 0.10 | $1,325.00 | $    132.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 27.20 | $1,295.00 | $35,224.00 |
| Zev M. Bomrind | 1997 | Partner / Corporate, Securities, Transactional | 7.30 | $1,295.00 | $ 9,453.50 |
| Colin R. Robinson | 2001 | Counsel / Bankruptcy | 0.70 | $1,095.00 | $    766.50 |
| Cia H. Mackle | 2006 | Counsel / Bankruptcy | 0.60 | $  925.00 | $    555.00 |
| Edward A. Corma | 2018 | Associate/ Bankruptcy | 0.70 | $  725.00 | $    507.50 |
| La Asia S. Canty | N/A | Paralegal / Bankruptcy | 8.20 | $  545.00 | $ 4,469.00 |
| **Total Fees** | | | **61.10** | | **$77,196.50** |
| **Attorney Blended Rate** | | | | **$1,263.45** | |

FEE TOTALS - PAGE 2  **$77,196.50**

DISBURSEMENTS TOTALS - PAGE 3  **$    134.31**

TOTAL FEE APPLICATION  **$77,330.81**

MINUS 20% HOLDBACK  **$15,439.30**

AMOUNT SOUGHT AT THIS TIME  **$61,891.51**

### SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Disposition | 23.00 | $31,357.00 |
| Case Administration | 5.30 | $ 4,253.50 |
| PSZJ Compensation | 3.70 | $ 2,016.50 |
| Other Professional Compensation | 2.10 | $ 2,254.50 |
| Financing/Cash Collateral/Cash Management | 1.20 | $ 1,713.00 |
| General Creditors' Committee | 2.10 | $ 2,800.50 |
| Operations | 0.50 | $   797.50 |
| Plan and Disclosure Statement | 23.10 | $31,844.50 |
| Other Professional Retention | 0.10 | $   159.50 |
| **TOTAL:** | **61.10** | **$77,196.50** |

### SECTION III - SUMMARY OF DISBURSEMENTS

| DISBURSEMENT | AMOUNT |
|---|---|
| PACER - Court Research | $   4.10 |
| Postage | $ 42.81 |
| Reproduction Expense | $ 87.40 |
| **TOTAL DISBURSEMENTS** | **$ 134.31** |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2024          */s/ Colin R. Robinson*
                                 Colin R. Robinson

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Cia Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured*
*Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

### FOURTH MONTHLY FEE STATEMENT OF
### PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD
### OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | June 23, 2023 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2023 - October 31, 2023 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $77,196.50 |
|---|---|
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary During Statement Period: | $134.31 |
| Objection Deadline: | February 9, 2024 |
| Amount Payable After Objection Deadline (80% of fees, 100% of expenses): | $61,891.51 |

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-3 and the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on July 21, 2023 [Docket No. 305] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession, submits this Fourth Monthly fee statement (the "Fourth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred for the period from October 1, 2023 through October 31, 2023 (the "Statement Period"). By this Fourth Monthly Fee Statement, PSZJ seeks payment in the amount of $61,891.51, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

Annexed hereto are (i) a copy of PSZ&J's retention order as **Exhibit A** [Docket No. 379] and (ii) contemporaneously-maintained time and expense records for the services rendered during the Statement Period as **Exhibit B**.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of October 1, 2023 through October 31, 2023

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Disposition | 23.00 | $31,357.00 |
| Case Administration | 5.30 | $ 4,253.50 |
| PSZJ Compensation | 3.70 | $ 2,016.50 |
| Other Professional Compensation | 2.10 | $ 2,254.50 |
| Financing/Cash Collateral/Cash Management | 1.20 | $ 1,713.00 |
| General Creditors' Committee | 2.10 | $ 2,800.50 |
| Operations | 0.50 | $    797.50 |
| Plan and Disclosure Statement | 23.10 | $31,844.50 |
| Other Professional Retention | 0.10 | $    159.50 |
| **TOTAL:** | **61.10** | **$77,196.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of October 1, 2023 through October 31, 2023

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Robert J. Feinstein | 1982 | Partner / Bankruptcy | 0.90 | $1,695.00 | $ 1,525.50 |
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 15.40 | $1,595.00 | $24,563.00 |
| Gabriel I. Glazer | 2006 | Partner / Bankruptcy | 0.10 | $1,325.00 | $    132.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 27.20 | $1,295.00 | $35,224.00 |
| Zev M. Bomrind | 1997 | Partner / Corporate, Securities, Transactional | 7.30 | $1,295.00 | $ 9,453.50 |
| Colin R. Robinson | 2001 | Counsel / Bankruptcy | 0.70 | $1,095.00 | $    766.50 |
| Cia H. Mackle | 2006 | Counsel / Bankruptcy | 0.60 | $ 925.00 | $    555.00 |
| Edward A. Corma | 2018 | Associate/ Bankruptcy | 0.70 | $ 725.00 | $    507.50 |
| La Asia S. Canty | N/A | Paralegal / Bankruptcy | 8.20 | $ 545.00 | $ 4,469.00 |
| **Total Fees** | | | **61.10** | | **$77,196.50** |
| **Attorney Blended Rate** | | | | **$1,263.45** | |

**EXPENSE SUMMARY**
For the Period of October 1, 2023 through October 31, 2023

| DISBURSEMENT | AMOUNT |
|---|---|
| PACER - Court Research | $  4.10 |
| Postage | $ 42.81 |
| Reproduction Expense | $ 87.40 |
| **TOTAL DISBURSEMENTS** | **$134.31** |

## DESCRIPTION OF SERVICES PERFORMED DURING THE STATEMENT PERIOD

During the Statement Period, the Firm, among other things:

➢ conferred and corresponded with various parties regarding case issues/status;

➢ reviewed and analyzed the Brookfield APA and related documents and conferred and corresponded with parties regarding various issues with respect to the same;

➢ reviewed and analyzed the NVIDIA settlement motion and conferred and corresponded with parties regarding various issues with respect to the same;

➢ reviewed and analyzed the Cologix sale motion and conferred and corresponded with parties regarding various issues with respect to the same;

➢ reviewed and analyzed revised bids and conferred and corresponded with parties regarding the same;

➢ maintained a memorandum of critical dates;

➢ maintained and updated task lists;

➢ prepared its third monthly fee statement;

➢ reviewed fee statements filed by estate professionals;

➢ conducted regular status calls with the Committee regarding settlement status, case status, case issues, and strategy;

➢ corresponded with parties regarding stub rent;

➢ reviewed monthly operating reports;

➢ conferred and corresponded with various parties regarding plan issues, confirmation, and post-confirmation issues;

➢ reviewed and analyzed the Plan, Disclosure Statement, and Plan Supplement; and

➢ drafted the GUC Trust Agreement and conferred and corresponded with various parties regarding the same.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fourth Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors, Cyxtera Technologies Inc., 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134, Attn: Eric Koza (ekoza@alixpartners.com) and Raymond Li (rayli@@alixpartners.com); (ii) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice R. Yudkin, Esq. (fyudkin@coleschotz.com) AND Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Attn: Christopher Marcus, P.C. (christopher.marcus@kirkland.com) Derek I. Hunter (derek.hunter@kirkland.com), and Nikki Gavey (nikki.gavey@kirkland.com); (iii) The Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102,  Attn: David Gerardi, Esq. (David.Gerardi@usdoj.gov); (iv) counsel to the DIP Lenders and the DIP/First Lien Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY, 10166, Attn: Scott J. Greenberg, Esq. (SGreenberg@gibsondunn.com) and Steven A. Domanowski, Esq. (SDomanowski@gibsondunn.com); (v) counsel to the Prepetition First Lien Administrative Agent, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, NY 10017, Attn: Angela M. Libby (angela.libby@davispolk.com), and David Kratzer (david.kratzer@davispolk.com); and (vi) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Fourth Monthly Fee Statement, if any, must be served upon the Notice Parties, and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov, and Cia H. Mackle, no later than **February 9, 2024** (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.  If no objections to this Fourth Monthly Fee

Statement are received by the Objection Deadline, the Debtors shall promptly pay PSZJ 80% of the fees and 100% of the expenses identified in this Fourth Monthly Fee Statement.

## **RESERVATION OF RIGHTS**

It is possible that some professional time expended or expenses incurred by PSZJ during the Statement Period are not reflected in this Application.  PSZJ reserves the right to include such amounts in future fee applications.

Dated:  January 26, 2024                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Cia H. Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         plabov@pszjlaw.com
         cmackle@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

# EXHIBIT A

## PSZJ RETENTION ORDER

Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Cia Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmckle@pszjlaw.com

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtor. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS JUNE 23, 2023**

The relief set forth on the following pages, numbered two (2) and three (3), is

hereby **ORDERED**.

**DATED: August 8, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s
principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon
Boulevard, Ste. 900, Coral Gables, Florida 33134.

DOCS_NY:48050.1 16381/002

2314853230808000000000014

Upon consideration of the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 23, 2023* (the "Application");[2] and upon consideration of the Declarations of Bradford J. Sandler and the Committee Chair filed in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Committee is hereby authorized to retain and employ PSZ&J as counsel to the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, effective as of June 23, 2023.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_NY:48050.1 16381/002

3.      PSZ&J shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.  PSZ&J also intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in the 2013 UST Guidelines.

4.      PSZ&J is authorized to render professional services to the Committee as described in the Application.  PSZ&J shall make reasonable efforts to avoid unnecessary duplication of services provided by any of the Committee's other retained professionals in these Cases.

5.      PSZ&J shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee before any increases in the rates set forth in the Application or Sandler Declaration and shall file such notice with the Court.

6.      The Committee and PSZ&J are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT B

# TIME AND EXPENSE DETAIL

4858-1558-0561.1 16381.002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Cyxtera Technologies O.C.C.
Cyxtera Technologies O.C.C.

October 31, 2023
Invoice    134559
Client     16381.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2023

| | |
|---|---:|
| FEES | $77,196.50 |
| EXPENSES | $134.31 |
| **TOTAL CURRENT CHARGES** | **$77,330.81** |
| **BALANCE FORWARD** | **$332,761.48** |
| **TOTAL BALANCE DUE** | **$410,092.29** |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    2

Invoice 134559

October 31, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,595.00 | 15.40 | $24,563.00 |
| GIG | Glazer, Gabriel I. | Partner | 1,325.00 | 0.10 | $132.50 |
| PJL | Labov, Paul J. | Partner | 1,295.00 | 27.20 | $35,224.00 |
| RJF | Feinstein, Robert J. | Partner | 1,695.00 | 0.90 | $1,525.50 |
| ZMB | Bomrind, Zev M. | Partner | 1,295.00 | 7.30 | $9,453.50 |
| CHM | Mackle, Cia H. | Counsel | 925.00 | 0.60 | $555.00 |
| CRR | Robinson, Colin R. | Counsel | 1,095.00 | 0.70 | $766.50 |
| ECO | Corma, Edward A. | Associate | 725.00 | 0.70 | $507.50 |
| LSC | Canty, La Asia S. | Paralegal | 545.00 | 8.20 | $4,469.00 |
| | | | | 61.10 | $77,196.50 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    3

Invoice 134559

October 31, 2023

---

### <u>Summary of Services by Task Code</u>

| <u>Task Code</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| AD | Asset Disposition | 23.00 | $31,357.00 |
| CA | Case Administration | 5.30 | $4,253.50 |
| CP | PSZJ Compensation | 3.70 | $2,016.50 |
| CPO | Other Professional Compensation | 2.10 | $2,254.50 |
| FN | Financing/Cash Collateral/Cash Management | 1.20 | $1,713.00 |
| GC | General Creditors' Committee | 2.10 | $2,800.50 |
| OP | Operations | 0.50 | $797.50 |
| PD | Plan and Disclosure Statement | 23.10 | $31,844.50 |
| RPO | Other Professional Retention | 0.10 | $159.50 |
| | | 61.10 | $77,196.50 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    4

Invoice 134559

October 31, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $4.10 |
| Postage | $42.81 |
| Reproduction Scan Expense - @0.10 per page | $87.40 |
| | $134.31 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    5

Invoice 134559

October 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 10/02/2023 | BJS | AD | Various emails with A&M regarding sale issues | 0.30 | 1,595.00 | $478.50 |
| 10/02/2023 | BJS | AD | Attention to NVIDIA settlement issues | 0.20 | 1,595.00 | $319.00 |
| 10/02/2023 | BJS | AD | Review Cogolox motion and various emails with B Nakhaimousa regarding same | 0.40 | 1,595.00 | $638.00 |
| 10/02/2023 | CHM | AD | Review 9019 motion filed in case. | 0.30 | 925.00 | $277.50 |
| 10/02/2023 | PJL | AD | Attention to settlement agreement and discussion with A&M regarding same. | 0.40 | 1,295.00 | $518.00 |
| 10/02/2023 | PJL | AD | Attention to Debtor correspondence on NVIDIA Settlement. | 0.20 | 1,295.00 | $259.00 |
| 10/02/2023 | PJL | AD | Conference with A&M on NVIDIA Settlement. | 0.10 | 1,295.00 | $129.50 |
| 10/02/2023 | PJL | AD | Review pleadings for Cologix sale and discuss same with Debtors' counsel and internal team. | 1.20 | 1,295.00 | $1,554.00 |
| 10/03/2023 | BJS | AD | Review Yotta presentation/financials and various emails with A&M and with D Hunter regarding same | 0.60 | 1,595.00 | $957.00 |
| 10/03/2023 | BJS | AD | Review Brooksfield APA and various emails with Debtors regarding same and various emails with A&M regarding same | 0.50 | 1,595.00 | $797.50 |
| 10/03/2023 | BJS | AD | Review Cologox APA and various emails with A&M regarding same | 0.30 | 1,595.00 | $478.50 |
| 10/03/2023 | GIG | AD | Review email from B. Sandler re sale process. | 0.10 | 1,325.00 | $132.50 |
| 10/03/2023 | PJL | AD | Review Company B revised Bid and discuss same with A&M. | 0.50 | 1,295.00 | $647.50 |
| 10/03/2023 | PJL | AD | Review Company A revised Asset Purchase Agreement. | 1.00 | 1,295.00 | $1,295.00 |
| 10/03/2023 | PJL | AD | Correspondence drafted to internal team regarding Company A revised Asset Purchase Agreement. | 0.40 | 1,295.00 | $518.00 |
| 10/03/2023 | PJL | AD | Review comments on Company A Revised Asset Purchase Agreement. | 0.60 | 1,295.00 | $777.00 |
| 10/03/2023 | RJF | AD | Review revised bids. | 0.30 | 1,695.00 | $508.50 |

Pachulski Stang Ziehl & Jones LLP                                          Page:     6
Cyxtera Technologies O.C.C.                                               Invoice 134559
Client 16381.00002                                                        October 31, 2023

|            |     |    |                                                                                                              | Hours | Rate     | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 10/03/2023 | ZMB | AD | Review Asset Purchase Agreement (1.9). Draft email to P. Labov and B. Sandler re pertinent provisions of Asset Purchase Agreement (.5) | 2.40  | 1,295.00 | $3,108.00  |
| 10/04/2023 | PJL | AD | Internal discussion on Brookfield Asset Purchase Agreement.                                                   | 1.10  | 1,295.00 | $1,424.50  |
| 10/04/2023 | PJL | AD | Discussion with Z. Bomrind and A&M on Cyxtera Asset Purchase Agreement.                                       | 0.40  | 1,295.00 | $518.00    |
| 10/04/2023 | PJL | AD | Review Brookfield Bid Letter and internal discussion regarding same.                                          | 0.60  | 1,295.00 | $777.00    |
| 10/04/2023 | ZMB | AD | Conferences w P. Labov and A&M re working capital and lease rejection provisions of APA and related issues.   | 1.20  | 1,295.00 | $1,554.00  |
| 10/09/2023 | BJS | AD | Various emails with R Newman regarding sale and review further revised APA                                    | 0.60  | 1,595.00 | $957.00    |
| 10/09/2023 | PJL | AD | Conference with B. Sandler regarding open issues with plan/Asset Purchase Agreement.                          | 0.30  | 1,295.00 | $388.50    |
| 10/09/2023 | ZMB | AD | Review Paul Weiss revised APA                                                                                 | 0.60  | 1,295.00 | $777.00    |
| 10/10/2023 | BJS | AD | Various emails with Committee regarding sale                                                                  | 0.30  | 1,595.00 | $478.50    |
| 10/10/2023 | BJS | AD | Various emails with Z Bomrind regarding APA                                                                   | 0.30  | 1,595.00 | $478.50    |
| 10/10/2023 | PJL | AD | Telephone call wth Z. Bomrind re revised APA                                                                  | 0.20  | 1,295.00 | $259.00    |
| 10/10/2023 | PJL | AD | Review and discuss open issues with Brookfield Asset Purchase Agreement.                                      | 0.80  | 1,295.00 | $1,036.00  |
| 10/10/2023 | ZMB | AD | Draft email memo to Paul Labov et al re revised APA provisions (1.6).  Telephone call w P. Labov  re same. (.2). | 1.80  | 1,295.00 | $2,331.00  |
| 10/11/2023 | BJS | AD | Attention to NVIDIA settlement                                                                                | 0.20  | 1,595.00 | $319.00    |
| 10/18/2023 | BJS | AD | Attention to Brookfield transaction                                                                           | 0.30  | 1,595.00 | $478.50    |
| 10/19/2023 | BJS | AD | Various emails with M Johnson regarding sale issues                                                           | 0.10  | 1,595.00 | $159.50    |
| 10/20/2023 | BJS | AD | Various emails with D Hunter regarding sale process                                                           | 0.20  | 1,595.00 | $319.00    |
| 10/20/2023 | PJL | AD | Review modifications to Asset Purchase Agreement and discuss same with internal team.                         | 0.40  | 1,295.00 | $518.00    |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:   7

Invoice 134559

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/2023 | BJS | AD | Attention to NVIDIA settlement | 0.30 | 1,595.00 | $478.50 |
| 10/24/2023 | PJL | AD | Review modifications to Asset Purchase Agreement and discuss same with internal team. | 0.60 | 1,295.00 | $777.00 |
| 10/25/2023 | BJS | AD | Attention to Brookfield issues | 0.30 | 1,595.00 | $478.50 |
| 10/25/2023 | PJL | AD | Review A&M correspondence regarding Asset Purchase Agreement. | 0.10 | 1,295.00 | $129.50 |
| 10/25/2023 | PJL | AD | Review changes to Asset Purchase Agreement. | 0.30 | 1,295.00 | $388.50 |
| 10/25/2023 | PJL | AD | Conference with Debtors' counsel regarding redacted settlement. | 0.20 | 1,295.00 | $259.00 |
| 10/25/2023 | ZMB | AD | Review revised APA (1) email memo to P. Labov re same. | 1.30 | 1,295.00 | $1,683.50 |
| 10/27/2023 | BJS | AD | Attention to sale process and various emails with A&M regarding same | 0.30 | 1,595.00 | $478.50 |
| 10/27/2023 | PJL | AD | Attention to correspondence regarding updated Asset Purchase Agreement and review open issues. | 0.20 | 1,295.00 | $259.00 |
| 10/30/2023 | PJL | AD | Correspondence drafted to and reviewed from Debtors' counsel regarding Transaction Notice. | 0.20 | 1,295.00 | $259.00 |
| | | | | **23.00** | | **$31,357.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | PJL | CA | Conference with B. Sandler regarding open issues on Cyxtera. | 0.30 | 1,295.00 | $388.50 |
| 10/05/2023 | PJL | CA | Review various settlements and other open issues. | 0.90 | 1,295.00 | $1,165.50 |
| 10/09/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.00 | 545.00 | $545.00 |
| 10/16/2023 | BJS | CA | Review critical dates and discuss with L. Canty | 0.10 | 1,595.00 | $159.50 |
| 10/16/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.00 | 545.00 | $545.00 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    8

Invoice 134559

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2023 | PJL | CA | Attention to critical dates memo and amendments thereto. | 0.20 | 1,295.00 | $259.00 |
| 10/23/2023 | BJS | CA | Review critical dates and discuss with L.Canty | 0.10 | 1,595.00 | $159.50 |
| 10/30/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues and update WIP list. | 1.10 | 545.00 | $599.50 |
| 10/31/2023 | BJS | CA | Review critical dates and discuss with L. Canty | 0.10 | 1,595.00 | $159.50 |
| 10/31/2023 | LSC | CA | Update critical dates memo and WIP list and circulate same. | 0.50 | 545.00 | $272.50 |
| | | | | **5.30** | | **$4,253.50** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/03/2023 | LSC | CP | Research and correspondence regarding billing issues. | 0.40 | 545.00 | $218.00 |
| 10/10/2023 | LSC | CP | Prepare and coordinate filing of CNO re PSZJ monthly fee statement. | 0.30 | 545.00 | $163.50 |
| 10/25/2023 | LSC | CP | Preparation of PSZJ's third monthly fee statement, coordinate filing of same, and serve same. | 3.00 | 545.00 | $1,635.00 |
| | | | | **3.70** | | **$2,016.50** |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | BJS | CPO | Various emails with R Newman regarding M3 | 0.10 | 1,595.00 | $159.50 |
| 10/02/2023 | BJS | CPO | Attention to Cole Schotz fee app | 0.10 | 1,595.00 | $159.50 |
| 10/10/2023 | LSC | CPO | Prepare and coordinate filing of CNO regarding A&M fee statement. | 0.30 | 545.00 | $163.50 |
| 10/11/2023 | BJS | CPO | Review A&M fee statement and various emails with L. Canty regarding same | 0.10 | 1,595.00 | $159.50 |
| 10/11/2023 | LSC | CPO | Finalize and coordinate filing of A&M's September monthly statement (.3); serve same (.3). | 0.60 | 545.00 | $327.00 |
| 10/25/2023 | BJS | CPO | Review Katten fee statement | 0.10 | 1,595.00 | $159.50 |
| 10/25/2023 | BJS | CPO | Review and revise PSZJ fee statement | 0.30 | 1,595.00 | $478.50 |
| 10/25/2023 | BJS | CPO | Review AP fee statement | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    9

Invoice 134559

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2023 | CRR | CPO | Review CNO re A&M and respond to A&M re filing. | 0.30 | 1,095.00 | $328.50 |
| 10/26/2023 | BJS | CPO | Review K&E fee statement | 0.10 | 1,595.00 | $159.50 |
| | | | | 2.10 | | $2,254.50 |

### Financing/Cash Collateral/Cash Management

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/2023 | CHM | FN | Emails with B. Sandler re DIP issues list. | 0.30 | 925.00 | $277.50 |
| 10/10/2023 | BJS | FN | Review Greenberg Traurig fee statement | 0.10 | 1,595.00 | $159.50 |
| 10/13/2023 | BJS | FN | Review DIP report | 0.20 | 1,595.00 | $319.00 |
| 10/17/2023 | BJS | FN | Review  Ryker fee statement | 0.10 | 1,595.00 | $159.50 |
| 10/23/2023 | BJS | FN | Review Greenberg Traurig fee statement | 0.10 | 1,595.00 | $159.50 |
| 10/26/2023 | BJS | FN | Attention to revised DIP budget | 0.30 | 1,595.00 | $478.50 |
| 10/31/2023 | BJS | FN | Review Gibbsons fee statement | 0.10 | 1,595.00 | $159.50 |
| | | | | 1.20 | | $1,713.00 |

### General Creditors' Committee

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/2023 | BJS | GC | Participate on Committee Call | 0.60 | 1,595.00 | $957.00 |
| 10/20/2023 | BJS | GC | Prepare for Committee call | 0.20 | 1,595.00 | $319.00 |
| 10/20/2023 | ECO | GC | Review e-mail and materials from Bradford Sandler ahead of Committee meeting. | 0.10 | 725.00 | $72.50 |
| 10/20/2023 | ECO | GC | Attend Committee meeting with PSZJ/A&M re business plan and strategy going forward. | 0.60 | 725.00 | $435.00 |
| 10/20/2023 | RJF | GC | Attend committee meeting. | 0.60 | 1,695.00 | $1,017.00 |
| | | | | 2.10 | | $2,800.50 |

### Operations

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2023 | BJS | OP | Various emails with M Johnson regarding stub rent | 0.10 | 1,595.00 | $159.50 |
| 10/20/2023 | BJS | OP | Various emails with Debtors regarding stub rent and various emails with A&M regarding same | 0.20 | 1,595.00 | $319.00 |
| 10/20/2023 | BJS | OP | Review monthly operating reports | 0.20 | 1,595.00 | $319.00 |
| | | | | 0.50 | | $797.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

Cyxtera Technologies O.C.C.

Invoice 134559

Client 16381.00002

October 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan and Disclosure Statement** | | | | | | |
| 10/02/2023 | BJS | PD | Various emails with A&M regarding releases | 0.20 | 1,595.00 | $319.00 |
| 10/04/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 10/06/2023 | PJL | PD | Discussion with Debtors regarding Liquidating Trust Agreement. | 0.30 | 1,295.00 | $388.50 |
| 10/06/2023 | PJL | PD | Review plan/disclosure statement in preparation of drafting Liquidating Trust. | 1.10 | 1,295.00 | $1,424.50 |
| 10/09/2023 | BJS | PD | Attention to confirmation | 0.20 | 1,595.00 | $319.00 |
| 10/09/2023 | CRR | PD | Review re plan deadlines and filing of plan supplement and send to P. Labov. | 0.40 | 1,095.00 | $438.00 |
| 10/10/2023 | PJL | PD | Draft trust agreement. | 3.80 | 1,295.00 | $4,921.00 |
| 10/11/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 10/11/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 10/11/2023 | PJL | PD | Correspondence drafted to and reviewed from Peter D'Auria regarding guy trust agreement. | 0.20 | 1,295.00 | $259.00 |
| 10/11/2023 | PJL | PD | Review plan and disclosure statement, including Committee settlement and revisions to GUC Trust Agreement. | 0.80 | 1,295.00 | $1,036.00 |
| 10/12/2023 | BJS | PD | Review plan supplement | 0.40 | 1,595.00 | $638.00 |
| 10/12/2023 | PJL | PD | Draft Cyxtera GUC Trust Agreement. | 3.60 | 1,295.00 | $4,662.00 |
| 10/12/2023 | PJL | PD | Respond to email correspondence from Debtors' counsel. | 0.10 | 1,295.00 | $129.50 |
| 10/13/2023 | PJL | PD | Revisions to GUC Trust Agreement. | 1.90 | 1,295.00 | $2,460.50 |
| 10/14/2023 | BJS | PD | Attention to LT Agreement | 0.50 | 1,595.00 | $797.50 |
| 10/16/2023 | BJS | PD | Attention to plan issues | 0.50 | 1,595.00 | $797.50 |
| 10/16/2023 | PJL | PD | Attention to GUC Trust Agreement. | 1.10 | 1,295.00 | $1,424.50 |
| 10/17/2023 | BJS | PD | Attention to plan/confirmation issues | 0.30 | 1,595.00 | $478.50 |
| 10/17/2023 | PJL | PD | Review amendment to deadlines and speak to Debtors' counsel regarding same. | 0.40 | 1,295.00 | $518.00 |
| 10/18/2023 | PJL | PD | Review status of Cyxtera GUC Trust Agreement. | 0.60 | 1,295.00 | $777.00 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    11

Invoice 134559

October 31, 2023

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2023 | PJL | PD | Correspondence drafted to and reviewed from Debtors' counsel regarding GUC Trust Agreement. | 0.40 | 1,295.00 | $518.00 |
| 10/20/2023 | BJS | PD | Attention to confirmation issues | 0.40 | 1,595.00 | $638.00 |
| 10/20/2023 | BJS | PD | Review A&M report | 0.40 | 1,595.00 | $638.00 |
| 10/20/2023 | BJS | PD | Various emails with Committee regarding plan | 0.10 | 1,595.00 | $159.50 |
| 10/23/2023 | BJS | PD | Attention to plan issues and review plan supplement | 1.00 | 1,595.00 | $1,595.00 |
| 10/25/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 10/25/2023 | PJL | PD | Review changes to GUC Trust Agreement by Debtors' counsel and attention to various emails regarding same. | 0.80 | 1,295.00 | $1,036.00 |
| 10/26/2023 | BJS | PD | Attention to confirmation hearing/plan issues | 0.20 | 1,595.00 | $319.00 |
| 10/26/2023 | PJL | PD | Review correspondence from Debtors' counsel and updated timing for plan related documents and timing for confirmation, including discussion with B. Sandler regarding same. | 0.20 | 1,295.00 | $259.00 |
| 10/30/2023 | BJS | PD | Attention to plan issues | 0.50 | 1,595.00 | $797.50 |
| 10/30/2023 | PJL | PD | Review changes to plan language. | 0.40 | 1,295.00 | $518.00 |
| 10/31/2023 | BJS | PD | Attention to plan issues | 0.40 | 1,595.00 | $638.00 |
| 10/31/2023 | BJS | PD | Various emails with Committee regarding update | 0.40 | 1,595.00 | $638.00 |
| 10/31/2023 | PJL | PD | Review new dates and discuss same internally. | 0.30 | 1,295.00 | $388.50 |
| | | | | **23.10** | | **$31,844.50** |

**Other Professional Retention**

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2023 | BJS | RPO | Review Katten declaration | 0.10 | 1,595.00 | $159.50 |
| | | | | **0.10** | | **$159.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$77,196.50**

Pachulski Stang Ziehl & Jones LLP                              Page:    12
Cyxtera Technologies O.C.C.                                    Invoice 134559
Client 16381.00002                                            October 31, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 10/11/2023 | PO | Postage | 42.81 |
| 10/25/2023 | RE2 | ( 874 @0.10 PER PG) | 87.40 |
| 10/31/2023 | PAC | Pacer - Court Research | 4.10 |
| **Total Expenses for this Matter** | | | **$134.31** |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:     13

Invoice 134559

October 31, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  10/31/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 133022 | 07/31/2023 | $86,501.30 | $0.00 | $86,501.30 |
| 133202 | 08/31/2023 | $61,867.30 | $0.00 | $61,867.30 |
| 134341 | 09/30/2023 | $183,700.00 | $692.88 | $184,392.88 |

**Total Amount Due on Current and Prior Invoices:**                                    **$410,092.29**