**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | | | |
|---|---|---|---|
| IN RE: CYXTERA TECHNOLOGIES, INC., *et al.* | | APPLICANT: | Pachulski Stang Ziehl & Jones LLP |
| CASE NO.: 23-14853 (JKS) | | CLIENT: | Official Committee of Unsecured Creditors |
| CHAPTER: 11 | | CASE FILED: | June 4, 2023 |

---

**SECTION I**
**FEE SUMMARY**

---

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $1,002,739.50 | $9,216.04 |
| Total Fees Allowed To Date: | $740,434.40 | $9,081.73 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $200,547.90 | $0.00 |
| Total Received By Applicant: | $740,434.40 | $9,081.73 |

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 28.30 | $1,595.00 | $45,138.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 15.20 | $1,295.00 | $19,684.00 |
| Cia H. Mackle | 2006 | Counsel / Bankruptcy | 0.50 | $  925.00 | $   462.50 |
| La Asia S. Canty | N/A | Paralegal / Bankruptcy | 11.80 | $  545.00 | $ 6,431.00 |
| Lisa Petras | N/A | Paralegal / Bankruptcy | 0.20 | $  545.00 | $   109.00 |
| **Total Fees** | | | **56.00** | | **$71,825.00** |
| **Attorney Blended Rate** | | | | **$1,282.59** | |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | **$71,825.00** |
| DISBURSEMENTS TOTALS - PAGE 3 | **$    759.05** |
| TOTAL FEE APPLICATION | **$72,584.05** |
| MINUS 20% HOLDBACK | **$14,365.00** |
| AMOUNT SOUGHT AT THIS TIME | **$58,219.05** |

## SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Disposition | 4.00 | $ 6,133.00 |
| Case Administration | 3.30 | $ 3,103.50 |
| Claims Administration and Objections | 1.00 | $ 1,595.00 |
| PSZJ Compensation | 3.90 | $ 2,592.50 |
| Other Professional Compensation | 1.30 | $ 1,863.50 |
| Contract and Lease Matters | 3.50 | $ 2,312.50 |
| Financial Filings | 0.60 | $    957.00 |
| Financing/Cash Collateral/Cash Management | 0.70 | $ 1,116.50 |
| Plan and Disclosure Statement | 37.70 | $52,151.50 |
| **TOTAL:** | **56.00** | **$71,825.00** |

## SECTION III - SUMMARY OF DISBURSEMENTS

| DISBURSEMENT | AMOUNT |
|---|---|
| Air Fare | $418.90 |
| Auto Travel Expense | $170.51 |
| Working Meals | $ 53.44 |
| Pacer – Court Research | $ 13.80 |
| Reproduction Expense | $ 83.40 |
| Travel Expense | $ 19.00 |
| **TOTAL DISBURSEMENTS** | **$759.05** |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2024                    */s/ Colin R. Robinson*
                                           Colin R. Robinson

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein<br>Bradford J. Sandler<br>Paul J. Labov<br>Colin R. Robinson<br>Cia Mackle<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | |
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

### FIFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | June 23, 2023 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2023 – November 30, 2023 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $71,825.00 |
|---|---|
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary During Statement Period: | $759.05 |
| Objection Deadline: | February 9, 2024 |
| Amount Payable After Objection Deadline (80% of fees, 100% of expenses): | $58,219.05 |

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-3 and the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on July 21, 2023 [Docket No. 305] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession, submits this fifth monthly fee statement (the "Fifth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred for the period from November 1, 2023 through November 30, 2023 (the "Statement Period"). By this Fifth Monthly Fee Statement, PSZJ seeks payment in the amount of $58,219.05, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

Annexed hereto are (i) a copy of PSZ&J's retention order as **Exhibit A** [Docket No. 379] and (ii) contemporaneously-maintained time and expense records for the services rendered during the Statement Period as **Exhibit B**.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of November 1, 2023 through November 30, 2023

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Disposition | 4.00 | $ 6,133.00 |
| Case Administration | 3.30 | $ 3,103.50 |
| Claims Administration and Objections | 1.00 | $ 1,595.00 |
| PSZJ Compensation | 3.90 | $ 2,592.50 |
| Other Professional Compensation | 1.30 | $ 1,863.50 |
| Contract and Lease Matters | 3.50 | $ 2,312.50 |
| Financial Filings | 0.60 | $    957.00 |
| Financing/Cash Collateral/Cash Management | 0.70 | $ 1,116.50 |
| Plan and Disclosure Statement | 37.70 | $52,151.50 |
| **TOTAL:** | **56.00** | **$71,825.00** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of November 1, 2023 through November 30, 2023

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 28.30 | $1,595.00 | $45,138.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 15.20 | $1,295.00 | $19,684.00 |
| Cia H. Mackle | 2006 | Counsel / Bankruptcy | 0.50 | $ 925.00 | $    462.50 |
| La Asia S. Canty | N/A | Paralegal / Bankruptcy | 11.80 | $ 545.00 | $ 6,431.00 |
| Lisa Petras | N/A | Paralegal / Bankruptcy | 0.20 | $ 545.00 | $    109.00 |
| **Total Fees** | | | **56.00** | | **$71,825.00** |
| **Attorney Blended Rate** | | | | **$1,282.59** | |

**EXPENSE SUMMARY**
For the Period of November 1, 2023 through November 30, 2023

| DISBURSEMENT | AMOUNT |
|---|---|
| Air Fare | $418.90 |
| Auto Travel Expense | $170.51 |
| Working Meals | $ 53.44 |
| Pacer – Court Research | $ 13.80 |
| Reproduction Expense | $ 83.40 |
| Travel Expense | $ 19.00 |
| **TOTAL DISBURSEMENTS** | **$759.05** |

## DESCRIPTION OF SERVICES PERFORMED DURING THE STATEMENT PERIOD

During the Statement Period, the Firm, among other things:

➢ conferred and corresponded with various parties regarding case issues/status;

➢ reviewed and analyzed the Brookfield APA and related documents and conferred and corresponded with parties regarding various issues with respect to the same;

➢ reviewed and analyzed the Cologix APA and related documents and conferred and corresponded with parties regarding various issues with respect to the same;

➢ reviewed and analyzed revised bids and conferred and corresponded with parties regarding the same;

➢ maintained a memorandum of critical dates;

➢ maintained and updated task lists;

➢ prepared its fourth monthly fee statement;

➢ reviewed fee statements filed by estate professionals;

➢ conducted regular status calls with the Committee regarding settlement status, case status, case issues, and strategy;

➢ corresponded with parties regarding stub rent;

➢ reviewed monthly operating reports;

➢ conferred and corresponded with various parties regarding plan issues, confirmation, and post-confirmation issues;

➢ reviewed and analyzed the Plan, Disclosure Statement, and Plan Supplement; and

➢ attended confirmation hearing.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fifth Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors, Cyxtera Technologies Inc., 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134, Attn: Eric Koza (ekoza@alixpartners.com) and Raymond Li (rayli@@alixpartners.com); (ii) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice R. Yudkin, Esq. (fyudkin@coleschotz.com) AND Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Attn: Christopher Marcus, P.C. (christopher.marcus@kirkland.com) Derek I. Hunter (derek.hunter@kirkland.com), and Nikki Gavey (nikki.gavey@kirkland.com); (iii) The Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102,  Attn: David Gerardi, Esq. (David.Gerardi@usdoj.gov); (iv) counsel to the DIP Lenders and the DIP/First Lien Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY, 10166, Attn: Scott J. Greenberg, Esq. (SGreenberg@gibsondunn.com) and Steven A. Domanowski, Esq. (SDomanowski@gibsondunn.com); (v) counsel to the Prepetition First Lien Administrative Agent, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, NY 10017, Attn: Angela M. Libby (angela.libby@davispolk.com), and David Kratzer (david.kratzer@davispolk.com); and (vi) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Fifth Monthly Fee Statement, if any, must be served upon the Notice Parties, and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov, and Cia H. Mackle, no later than **February 9, 2024** (the "Objection Deadline"), setting forth the nature of the objection and

the specific amount of fees or expenses at issue.  If no objections to this Fifth Monthly Fee

Statement are received by the Objection Deadline, the Debtors shall promptly pay PSZJ 80% of

the fees and 100% of the expenses identified in this Fifth Monthly Fee Statement.

## **RESERVATION OF RIGHTS**

It is possible that some professional time expended or expenses incurred by PSZJ during

the Statement Period are not reflected in this Application.  PSZJ reserves the right to include such

amounts in future fee applications.

Dated:  January 26, 2024                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
_____
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Cia H. Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        plabov@pszjlaw.com
        cmackle@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

# EXHIBIT A

# PSZJ RETENTION ORDER

<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Cia Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmckle@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

</td></tr>
</table>

**Order Filed on August 8, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In re: | Chapter 11 |
|---|---|
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtor. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS JUNE 23, 2023**

The relief set forth on the following pages, numbered two (2) and three (3), is

hereby **ORDERED**.

**DATED: August 8, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

DOCS_NY:48050.1 16381/002

2314853230808000000000014

Upon consideration of the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 23, 2023* (the "Application");[2] and upon consideration of the Declarations of Bradford J. Sandler and the Committee Chair filed in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Committee is hereby authorized to retain and employ PSZ&J as counsel to the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, effective as of June 23, 2023.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

3.      PSZ&J shall apply for compensation for professional services rendered
and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance
with the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy
Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.  PSZ&J
also intends to make a reasonable effort to comply with the U.S. Trustee's request for
information and additional disclosures as set forth in the 2013 UST Guidelines.

4.      PSZ&J is authorized to render professional services to the Committee as
described in the Application.  PSZ&J shall make reasonable efforts to avoid unnecessary
duplication of services provided by any of the Committee's other retained professionals in these
Cases.

5.      PSZ&J shall provide ten (10) business days' notice to the Debtors and the
U.S. Trustee before any increases in the rates set forth in the Application or Sandler Declaration
and shall file such notice with the Court.

6.      The Committee and PSZ&J are authorized and empowered to take all
actions necessary to implement the relief granted in this Order.

7.      The terms and conditions of this Order shall be immediately effective and
enforceable upon its entry.

8.      This Court shall retain jurisdiction with respect to all matters arising from
or related to the implementation of this Order.

3

# EXHIBIT B

# TIME AND EXPENSE DETAIL



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Cyxtera Technologies O.C.C.
Cyxtera Technologies O.C.C.

November 30, 2023
Invoice    136654
Client      16381.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $71,825.00 |
| EXPENSES | $759.05 |
| **TOTAL CURRENT CHARGES** | **$72,584.05** |
| **BALANCE FORWARD** | **$410,092.29** |
| **LAST PAYMENT** | **-$147,652.90** |
| **TOTAL BALANCE DUE** | **$335,023.46** |

Pachulski Stang Ziehl & Jones LLP                              Page:    2
Cyxtera Technologies O.C.C.                                    Invoice 136654
Client 16381.00002                                            November 30, 2023

---

### Summary of Services by Professional

| ID  | Name               | Title     | Rate     | Hours | Amount      |
|-----|--------------------|-----------|----------|-------|-------------|
| BJS | Sandler, Bradford J. | Partner   | 1,595.00 | 28.30 | $45,138.50  |
| BJS | Sandler, Bradford J. | Partner   | 0.00     | 0.00  | $0.00       |
| PJL | Labov, Paul J.     | Partner   | 1,295.00 | 15.20 | $19,684.00  |
| CHM | Mackle, Cia H.     | Counsel   | 925.00   | 0.50  | $462.50     |
| LHP | Petras, Lisa       | Paralegal | 545.00   | 0.20  | $109.00     |
| LSC | Canty, La Asia S.  | Paralegal | 545.00   | 11.80 | $6,431.00   |
|     |                    |           |          | 56.00 | $71,825.00  |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:     3

Invoice 136654

November 30, 2023

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition | 4.00 | $6,133.00 |
| CA | Case Administration | 3.30 | $3,103.50 |
| CO | Claims Administration and Objections | 1.00 | $1,595.00 |
| CP | PSZJ Compensation | 3.90 | $2,592.50 |
| CPO | Other Professional Compensation | 1.30 | $1,863.50 |
| EC | Contract and Lease Matters | 3.50 | $2,312.50 |
| FF | Financial Filings | 0.60 | $957.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.70 | $1,116.50 |
| PD | Plan and Disclosure Statement | 37.70 | $52,151.50 |
| | | 56.00 | $71,825.00 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    4

Invoice 136654

November 30, 2023

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare | $418.90 |
| Auto Travel Expense | $170.51 |
| Working Meals | $53.44 |
| Pacer - Court Research | $13.80 |
| Reproduction Expense | $83.40 |
| Travel Expense | $19.00 |
| | $759.05 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:     5

Invoice 136654

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 11/01/2023 | BJS | AD | Attention to Brookfield sale | 0.00 | 1,595.00 | N/C |
| 11/02/2023 | BJS | AD | Attention to sale issues | 0.30 | 1,595.00 | $478.50 |
| 11/02/2023 | CHM | AD | Review of sale notice. | 0.10 | 925.00 | $92.50 |
| 11/02/2023 | PJL | AD | Review of updated plan incorporating assumption and rejection procedures. | 0.60 | 1,295.00 | $777.00 |
| 11/03/2023 | BJS | AD | Attention to bid pro issues | 0.20 | 1,595.00 | $319.00 |
| 11/03/2023 | BJS | AD | Attention to sale documents/assumption list | 0.40 | 1,595.00 | $638.00 |
| 11/04/2023 | BJS | AD | Attention to sale process/Brookfield APA | 0.40 | 1,595.00 | $638.00 |
| 11/04/2023 | BJS | AD | Attention to Cologix | 0.60 | 1,595.00 | $957.00 |
| 11/06/2023 | BJS | AD | Review Plan Supplements/assumed contracts and various emails with L.Canty regarding same | 0.70 | 1,595.00 | $1,116.50 |
| 11/06/2023 | BJS | AD | Attention to Cologix APA | 0.30 | 1,595.00 | $478.50 |
| 11/09/2023 | BJS | AD | Attention to CBRE leases and sale process | 0.40 | 1,595.00 | $638.00 |
| | | | | **4.00** | | **$6,133.00** |
| **Case Administration** | | | | | | |
| 11/01/2023 | BJS | CA | Various emails with Committee regarding sale and update | 0.50 | 1,595.00 | $797.50 |
| 11/12/2023 | BJS | CA | Review critical dates and discuss with L. Canty | 0.10 | 1,595.00 | $159.50 |
| 11/12/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues (.7); update WIP list (.4). | 1.10 | 545.00 | $599.50 |
| 11/17/2023 | LSC | CA | Review docket and pleadings and prepare correspondence to attorneys outlining upcoming dates, deadlines, and issues (.4); update WIP list (.3). | 0.70 | 545.00 | $381.50 |
| 11/22/2023 | PJL | CA | Review various filings and WIP. | 0.90 | 1,295.00 | $1,165.50 |
| | | | | **3.30** | | **$3,103.50** |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    6

Invoice 136654

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Administration and Objections** | | | | | | |
| 11/14/2023 | BJS | CO | Attention to CPUS claim, assignment, cure | 0.30 | 1,595.00 | $478.50 |
| 11/15/2023 | BJS | CO | Various emails with A&M regarding claims, recovery | 0.30 | 1,595.00 | $478.50 |
| 11/20/2023 | BJS | CO | Attention to claims | 0.40 | 1,595.00 | $638.00 |
| | | | | **1.00** | | **$1,595.00** |
| **PSZJ Compensation** | | | | | | |
| 10/25/2023 | CHM | CP | Review PSZJ monthly fee statement. | 0.40 | 925.00 | $370.00 |
| 11/12/2023 | LSC | CP | Prepare certification of no objection regarding PSZJ's third monthly statement and coordinate filing of same. | 0.30 | 545.00 | $163.50 |
| 11/16/2023 | LSC | CP | Prepare October monthly statement and draft correspondence to attorneys regarding the same. | 2.90 | 545.00 | $1,580.50 |
| 11/17/2023 | BJS | CP | Review and revise fee app | 0.30 | 1,595.00 | $478.50 |
| | | | | **3.90** | | **$2,592.50** |
| **Other Professional Compensation** | | | | | | |
| 11/03/2023 | BJS | CPO | Review GDC fee statement | 0.10 | 1,595.00 | $159.50 |
| 11/08/2023 | BJS | CPO | Review CS fee statement | 0.10 | 1,595.00 | $159.50 |
| 11/09/2023 | BJS | CPO | Review Deloitte fee apps (2) | 0.10 | 1,595.00 | $159.50 |
| 11/19/2023 | BJS | CPO | Various emails with A&M regarding fee apps | 0.20 | 1,595.00 | $319.00 |
| 11/27/2023 | BJS | CPO | Review CS fee app | 0.10 | 1,595.00 | $159.50 |
| 11/28/2023 | BJS | CPO | Review Sirota supplemental dec | 0.10 | 1,595.00 | $159.50 |
| 11/28/2023 | BJS | CPO | Review M3 fee app | 0.10 | 1,595.00 | $159.50 |
| 11/28/2023 | BJS | CPO | Review KMR's fee app | 0.10 | 1,595.00 | $159.50 |
| 11/28/2023 | BJS | CPO | Review A&M fee app | 0.10 | 1,595.00 | $159.50 |
| 11/29/2023 | BJS | CPO | Review CS fee app | 0.10 | 1,595.00 | $159.50 |
| 11/29/2023 | LHP | CPO | Email communications re Alvarez & Marsal application for compensation (.1) and coordinate filing of same (.1). | 0.20 | 545.00 | $109.00 |
| | | | | **1.30** | | **$1,863.50** |

Pachulski Stang Ziehl & Jones LLP                                Page:      7
Cyxtera Technologies O.C.C.                                      Invoice 136654
Client 16381.00002                                              November 30, 2023

---

## Contract and Lease Matters

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2023 | PJL | EC | Conference with B. Sandler regarding updated plan, specifically assumption and rejection timing. | 0.20 | 1,295.00 | $259.00 |
| 11/02/2023 | PJL | EC | Conference with Debtors' counsel regarding assumption and rejection timing. | 0.20 | 1,295.00 | $259.00 |
| 11/06/2023 | LSC | EC | Review plan supplement re assigned and rejected contracts/leases and draft correspondence to B. Sandler regarding the same. | 1.30 | 545.00 | $708.50 |
| 11/08/2023 | LSC | EC | Research, review schedules, and correspondence regarding assumption of leases (1.3); draft correspondence to certain Committee members regarding the same (.4). | 1.70 | 545.00 | $926.50 |
| 11/30/2023 | BJS | EC | Attention to executory contracts | 0.10 | 1,595.00 | $159.50 |
| | | | | **3.50** | | **$2,312.50** |

## Financial Filings

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/21/2023 | BJS | FF | Attention to operations/DIP reporting | 0.40 | 1,595.00 | $638.00 |
| 11/24/2023 | BJS | FF | Attention to DIP reporting | 0.20 | 1,595.00 | $319.00 |
| | | | | **0.60** | | **$957.00** |

## Financing/Cash Collateral/Cash Management

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2023 | BJS | FN | Attention to adquate protection issues | 0.30 | 1,595.00 | $478.50 |
| 11/17/2023 | BJS | FN | Review Arent Fox fee statement | 0.10 | 1,595.00 | $159.50 |
| 11/27/2023 | BJS | FN | Review GT fee statement | 0.10 | 1,595.00 | $159.50 |
| 11/27/2023 | BJS | FN | Review Riker's fee statement | 0.10 | 1,595.00 | $159.50 |
| 11/30/2023 | BJS | FN | Review Gibbons fee statement | 0.10 | 1,595.00 | $159.50 |
| | | | | **0.70** | | **$1,116.50** |

## Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2023 | BJS | PD | Review 3rd Amended Plan | 0.40 | 1,595.00 | $638.00 |
| 11/03/2023 | BJS | PD | Attention to plan issues and review plan supplement | 0.80 | 1,595.00 | $1,276.00 |

Pachulski Stang Ziehl & Jones LLP
Cyxtera Technologies O.C.C.
Client 16381.00002

Page:    8
Invoice 136654
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2023 | PJL | PD | Review of Third Amended Joint Plan and comments to same, including discussion with Debtors' counsel. | 1.40 | 1,295.00 | $1,813.00 |
| 11/03/2023 | PJL | PD | Internal discussion with B. Sandler regarding changes to Third Amended Plan. | 0.40 | 1,295.00 | $518.00 |
| 11/05/2023 | BJS | PD | Various emails with Committee members regarding plan supplements and various emails with L. Canty regarding same | 0.40 | 1,595.00 | $638.00 |
| 11/06/2023 | PJL | PD | Review various filings and updated plan document. | 0.80 | 1,295.00 | $1,036.00 |
| 11/07/2023 | BJS | PD | Attention to plan confirmation issues and objections | 0.50 | 1,595.00 | $797.50 |
| 11/07/2023 | PJL | PD | Review objection to plan confirmation and internal discussion regarding same. | 0.80 | 1,295.00 | $1,036.00 |
| 11/07/2023 | PJL | PD | Conference with B. Sandler regarding plan confirmation issues and various objections. | 0.30 | 1,295.00 | $388.50 |
| 11/08/2023 | BJS | PD | Attention to plan issues | 0.60 | 1,595.00 | $957.00 |
| 11/12/2023 | BJS | PD | Review confirmation brief, revised plan and draft confirmation order | 2.30 | 1,595.00 | $3,668.50 |
| 11/12/2023 | BJS | PD | Various emails with Paul J. Labov regarding confirmation hearing | 0.20 | 1,595.00 | $319.00 |
| 11/13/2023 | BJS | PD | Review DCCO objection | 0.30 | 1,595.00 | $478.50 |
| 11/13/2023 | BJS | PD | Review 1919 Park Ave Objection | 0.10 | 1,595.00 | $159.50 |
| 11/13/2023 | BJS | PD | Attention to Microsoft's objection | 0.10 | 1,595.00 | $159.50 |
| 11/13/2023 | PJL | PD | Review fourth amended plan and confirmation order. | 1.40 | 1,295.00 | $1,813.00 |
| 11/13/2023 | PJL | PD | Conference with B. Sandler regarding plan changes. | 0.40 | 1,295.00 | $518.00 |
| 11/14/2023 | BJS | PD | Review plan documents (4th amended plan, memo of law, declarations in support) | 1.50 | 1,595.00 | $2,392.50 |
| 11/14/2023 | PJL | PD | Review various support for plan and disclosure statement and prepare for confirmation. | 0.90 | 1,295.00 | $1,165.50 |
| 11/15/2023 | BJS | PD | Prepare for confirmation hearing | 1.50 | 1,595.00 | $2,392.50 |

Pachulski Stang Ziehl & Jones LLP
Cyxtera Technologies O.C.C.
Client 16381.00002

Page:    9
Invoice 136654
November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2023 | BJS | PD | Telephone conference with J Carr regarding confirmation, plan construct | 0.30 | 1,595.00 | $478.50 |
| 11/15/2023 | BJS | PD | Various emails with Committee regarding update | 0.50 | 1,595.00 | $797.50 |
| 11/15/2023 | LSC | PD | Preparation of materials for confirmation hearing. | 3.50 | 545.00 | $1,907.50 |
| 11/15/2023 | PJL | PD | Review creditor inquiry and proposed confirmation order. | 1.10 | 1,295.00 | $1,424.50 |
| 11/15/2023 | PJL | PD | Conference with B. Sandler regarding confirmation hearing. | 0.30 | 1,295.00 | $388.50 |
| 11/15/2023 | PJL | PD | Correspondence drafted to K&E regarding GUC Trustee. | 0.20 | 1,295.00 | $259.00 |
| 11/16/2023 | BJS | PD | Travel to confirmation hearing (MIA -> EWR; EWR -> NY) | 7.00 | 1,595.00 | $11,165.00 |
| 11/16/2023 | BJS | PD | Attention to confirmation hearing | 1.50 | 1,595.00 | $2,392.50 |
| 11/16/2023 | PJL | PD | Attend confirmation hearing in bankruptcy court in Newark. | 3.80 | 1,295.00 | $4,921.00 |
| 11/17/2023 | BJS | PD | Attention to confirmation issues | 0.40 | 1,595.00 | $638.00 |
| 11/17/2023 | BJS | PD | Various emails with Committee regarding plan | 0.30 | 1,595.00 | $478.50 |
| 11/17/2023 | LSC | PD | Retrieve and circulate plan documents for B. Sandler. | 0.30 | 545.00 | $163.50 |
| 11/17/2023 | PJL | PD | Review revised Confirmation Order and correspondence back and forth regarding revised provisions. | 0.90 | 1,295.00 | $1,165.50 |
| 11/18/2023 | BJS | PD | Attention to plan issues; various emails with A O'Brient regarding ED; various emails with D Hunter regarding same and various emails with J Carr regarding postcon issues | 0.50 | 1,595.00 | $797.50 |
| 11/20/2023 | BJS | PD | Attention to plan/postcon issues | 0.30 | 1,595.00 | $478.50 |
| 11/20/2023 | PJL | PD | Follow up with creditor regarding open issues. | 0.20 | 1,295.00 | $259.00 |
| 11/20/2023 | PJL | PD | Conference with Debtors' counsel regarding transition of open matters. | 0.20 | 1,295.00 | $259.00 |
| 11/20/2023 | PJL | PD | Conference with B. Sandler regarding transition to Liquidating Trust. | 0.20 | 1,295.00 | $259.00 |
| 11/22/2023 | BJS | PD | Attention to postcon issues | 0.30 | 1,595.00 | $478.50 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    10

Invoice 136654

November 30, 2023

|            |     |    |                                                      | Hours | Rate     | Amount      |
|------------|-----|----|------------------------------------------------------|-------|----------|-------------|
| 11/27/2023 | BJS | PD | Attention to postcon issues                          | 0.40  | 1,595.00 | $638.00     |
| 11/30/2023 | BJS | PD | Various emails with Committee members regarding status | 0.40  | 1,595.00 | $638.00     |
|            |     |    |                                                      | **37.70** |      | **$52,151.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                          **$71,825.00**

Pachulski Stang Ziehl & Jones LLP                                          Page:    11
Cyxtera Technologies O.C.C.                                                Invoice 136654
Client 16381.00002                                                         November 30, 2023

---

**Expenses**

| | | | |
|---|---|---|---:|
| 11/13/2023 | AF | American Airlines, Tkt 0012493565730, FL/NJ travel to confirmation hearing, BJS | 418.90 |
| 11/15/2023 | BM | Grubhub, Red Lobster, | 53.44 |
| 11/16/2023 | AT | Uber, BJS | 170.51 |
| 11/16/2023 | TE | Travel Expense. Inflight wifi, BJS | 19.00 |
| 11/30/2023 | RE | ( 417 @0.20 PER PG) | 83.40 |
| 11/30/2023 | PAC | Pacer - Court Research | 13.80 |

**Total Expenses for this Matter**                                     **$759.05**

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    12

Invoice 136654

November 30, 2023

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  11/30/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 133022 | 07/31/2023 | $86,501.30 | $0.00 | $86,501.30 |
| 133202 | 08/31/2023 | $61,867.30 | $0.00 | $61,867.30 |
| 134341 | 09/30/2023 | $36,740.00 | $0.00 | $36,740.00 |
| 134559 | 10/31/2023 | $77,196.50 | $134.31 | $77,330.81 |

**Total Amount Due on Current and Prior Invoices:**                                              **$335,023.46**