**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| IN RE: CYXTERA TECHNOLOGIES, INC., *et al.* | APPLICANT: Pachulski Stang Ziehl & Jones LLP |
| CASE NO.: 23-14853 (JKS) | CLIENT: Official Committee of Unsecured Creditors |
| CHAPTER: 11 | CASE FILED: June 4, 2023 |

---

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $1,074,564.50 | $9,975.09 |
| Total Fees Allowed To Date: | $740,434.40 | $9,081.73 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $214,912.90 | $0.00 |
| Total Received By Applicant: | $740,434.40 | $9,081.73 |

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 7.70 | $1,595.00 | $12,281.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 19.20 | $1,295.00 | $24,864.00 |
| Lisa Petras | N/A | Paralegal / Bankruptcy | 1.00 | $   545.00 | $    545.00 |
| **Total Fees** | | | **27.90** | | **$37,690.50** |
| **Attorney Blended Rate** | | | | **$1,350.91** | |

FEE TOTALS - PAGE 2                        **$37,690.50**

DISBURSEMENTS TOTALS - PAGE 3        **$    430.40**

TOTAL FEE APPLICATION                  **$38,120.90**

MINUS 20% HOLDBACK                      **$  7,538.10**

AMOUNT SOUGHT AT THIS TIME        **$30,582.80**

### SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Other Professional Compensation | 1.90 | $ 2,190.50 |
| Financing/Cash Collateral/Cash Management | 0.40 | $ 638.00 |
| Operations | 0.10 | $ 159.50 |
| Plan and Disclosure Statement | 25.50 | $34,702.50 |
| **TOTAL:** | **27.90** | **$37,690.50** |

### SECTION III - SUMMARY OF DISBURSEMENTS

| DISBURSEMENT | AMOUNT |
|---|---|
| Pacer – Court Research | $ 17.70 |
| Reproduction Expense | $404.20 |
| Reproduction Scan Expense | $ 8.50 |
| **TOTAL DISBURSEMENTS** | **$430.40** |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2024            */s/ Colin R. Robinson*
                                    Colin R. Robinson

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Robert J. Feinstein | |
| Bradford J. Sandler | |
| Paul J. Labov | |
| Colin R. Robinson | |
| Cia Mackle | |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 780 Third Avenue, 34th Floor | |
| New York, NY 10017 | |
| Telephone:  (212) 561-7700 | |
| Facsimile:  (212) 561-7777 | |
| rfeinstein@pszjlaw.com | |
| bsandler@pszjlaw.com | |
| plabov@pszjlaw.com | |
| cmackle@pszjlaw.com | |
| *Counsel for the Official Committee of Unsecured Creditors* | |
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

### SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention: | June 23, 2023 |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2023 – December 31, 2023 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

| Compensation Sought as Actual, Reasonable and Necessary for Statement Period: | $37,690.50 |
|---|---|
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary During Statement Period: | $430.40 |
| Objection Deadline: | February 9, 2024 |
| Amount Payable After Objection Deadline (80% of fees, 100% of expenses): | $30,582.80 |

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-3 and the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on July 21, 2023 [Docket No. 305] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), counsel for the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession, submits this sixth monthly fee statement (the "Sixth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred for the period from December 1, 2023 through December 31, 2023 (the "Statement Period").  By this Sixth Monthly Fee Statement, PSZJ seeks payment in the amount of $30,582.80, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

Annexed hereto are (i) a copy of PSZ&J's retention order as **Exhibit A** [Docket No. 379] and (ii) contemporaneously-maintained time and expense records for the services rendered during the Statement Period as **Exhibit B**.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of December 1, 2023 through December 31, 2023

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Other Professional Compensation | 1.90 | $ 2,190.50 |
| Financing/Cash Collateral/Cash Management | 0.40 | $   638.00 |
| Operations | 0.10 | $   159.50 |
| Plan and Disclosure Statement | 25.50 | $34,702.50 |
| **TOTAL:** | **27.90** | **$37,690.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of December 1, 2023 through December 31, 2023

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Bradford J. Sandler | 1996 | Partner / Bankruptcy | 7.70 | $1,595.00 | $12,281.50 |
| Paul J. Labov | 2002 | Partner / Bankruptcy | 19.20 | $1,295.00 | $24,864.00 |
| Lisa Petras | N/A | Paralegal / Bankruptcy | 1.00 | $   545.00 | $   545.00 |
| **Total Fees** | | | **27.90** | | **$37,690.50** |
| **Attorney Blended Rate** | | | | **$1,350.91** | |

## EXPENSE SUMMARY
For the Period of December 1, 2023 through December 31, 2023

| DISBURSEMENT | AMOUNT |
|---|---|
| Pacer – Court Research | $ 17.70 |
| Reproduction Expense | $404.20 |
| Reproduction Scan Expense | $   8.50 |
| **TOTAL DISBURSEMENTS** | **$430.40** |

## DESCRIPTION OF SERVICES PERFORMED DURING THE STATEMENT PERIOD

During the Statement Period, the Firm, among other things:

➢ conferred and corresponded with various parties regarding case issues/status;

➢ reviewed fee statements filed by estate professionals;

➢ reviewed monthly operating reports;

➢ conducted regular status calls with the Committee regarding case status, case issues, and strategy; and

➢ conferred and corresponded with various parties regarding plan issues, confirmation, and post-confirmation issues.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Sixth Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors, Cyxtera Technologies Inc., 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134, Attn: Eric Koza (ekoza@alixpartners.com) and Raymond Li (rayli@@alixpartners.com); (ii) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), Felice R. Yudkin, Esq. (fyudkin@coleschotz.com) AND Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Attn: Christopher Marcus, P.C. (christopher.marcus@kirkland.com) Derek I. Hunter (derek.hunter@kirkland.com), and Nikki Gavey (nikki.gavey@kirkland.com); (iii) The Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102,  Attn: David Gerardi, Esq. (David.Gerardi@usdoj.gov); (iv) counsel to the DIP Lenders and the DIP/First Lien Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY, 10166, Attn: Scott J. Greenberg, Esq. (SGreenberg@gibsondunn.com) and Steven A. Domanowski, Esq. (SDomanowski@gibsondunn.com); (v) counsel to the Prepetition First Lien Administrative Agent, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, NY 10017,

Attn: Angela M. Libby (angela.libby@davispolk.com), and David Kratzer (david.kratzer@davispolk.com); and (vi) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this Sixth Monthly Fee Statement, if any, must be served upon the Notice Parties, and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein, Bradford J. Sandler, Paul J. Labov, and Cia H. Mackle, no later than **February 9, 2024** (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue. If no objections to this Sixth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay PSZJ 80% of the fees and 100% of the expenses identified in this Sixth Monthly Fee Statement.

## **RESERVATION OF RIGHTS**

It is possible that some professional time expended or expenses incurred by PSZJ during the Statement Period are not reflected in this Application. PSZJ reserves the right to include such amounts in future fee applications.

Dated:  January 26, 2024          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*

Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Colin R. Robinson
Cia H. Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          plabov@pszjlaw.com
          cmackle@pszjlaw.com

*Counsel for the Official Committee of
Unsecured Creditors*

# EXHIBIT A

## PSZJ RETENTION ORDER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robert J. Feinstein
Bradford J. Sandler
Paul J. Labov
Cia Mackle
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmckle@pszjlaw.com

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors*

**Order Filed on August 8, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

CYXTERA TECHNOLOGIES, INC., *et al.*,[1]

                Debtor.

Chapter 11

Case No. 23-14853 (JKS)

(Jointly Administered)

## ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS JUNE 23, 2023

The relief set forth on the following pages, numbered two (2) and three (3), is

hereby **ORDERED**.

**DATED: August 8, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

2314853230808000000000000014

Upon consideration of the *Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 23, 2023* (the "Application");[2] and upon consideration of the Declarations of Bradford J. Sandler and the Committee Chair filed in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Committee is hereby authorized to retain and employ PSZ&J as counsel to the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, effective as of June 23, 2023.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

DOCS_NY:48050.1 16381/002

3.       PSZ&J shall apply for compensation for professional services rendered

and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance

with the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy

Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.  PSZ&J

also intends to make a reasonable effort to comply with the U.S. Trustee's request for

information and additional disclosures as set forth in the 2013 UST Guidelines.

4.       PSZ&J is authorized to render professional services to the Committee as

described in the Application.  PSZ&J shall make reasonable efforts to avoid unnecessary

duplication of services provided by any of the Committee's other retained professionals in these

Cases.

5.       PSZ&J shall provide ten (10) business days' notice to the Debtors and the

U.S. Trustee before any increases in the rates set forth in the Application or Sandler Declaration

and shall file such notice with the Court.

6.       The Committee and PSZ&J are authorized and empowered to take all

actions necessary to implement the relief granted in this Order.

7.       The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

8.       This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

# EXHIBIT B

# TIME AND EXPENSE DETAIL



**PACHULSKI
STANG
ZIEHL &
JONES**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Cyxtera Technologies O.C.C.
Cyxtera Technologies O.C.C.

December 31, 2023

Invoice    136720

Client    16381.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---:|
| FEES | $37,690.50 |
| EXPENSES | $430.40 |
| **TOTAL CURRENT CHARGES** | **$38,120.90** |
| **BALANCE FORWARD** | **$335,023.46** |
| **TOTAL BALANCE DUE** | **$373,144.36** |

Pachulski Stang Ziehl & Jones LLP                                    Page:     2
Cyxtera Technologies O.C.C.                                          Invoice 136720
Client 16381.00002                                                   December 31, 2023

---

**<u>Summary of Services by Professional</u>**

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----------|-------------|--------------|-------------|--------------|---------------|
| BJS | Sandler, Bradford J. | Partner | 1,595.00 | 7.70 | $12,281.50 |
| PJL | Labov, Paul J. | Partner | 1,295.00 | 19.20 | $24,864.00 |
| LHP | Petras, Lisa | Paralegal | 545.00 | 1.00 | $545.00 |
|     |             |           |          | 27.90 | $37,690.50 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:    3

Invoice 136720

December 31, 2023

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CPO | Other Professional Compensation | 1.90 | $2,190.50 |
| FN | Financing/Cash Collateral/Cash Management | 0.40 | $638.00 |
| OP | Operations | 0.10 | $159.50 |
| PD | Plan and Disclosure Statement | 25.50 | $34,702.50 |
| | | 27.90 | $37,690.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

Cyxtera Technologies O.C.C.

Invoice 136720

Client 16381.00002

December 31, 2023

---

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $17.70 |
| Reproduction Expense | $404.20 |
| Reproduction Scan Expense - @0.10 per page | $8.50 |
| | $430.40 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:      5

Invoice 136720

December 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 12/01/2023 | BJS | CPO | Review K&E fee app | 0.10 | 1,595.00 | $159.50 |
| 12/05/2023 | BJS | CPO | Review GDC fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/06/2023 | BJS | CPO | Review CS fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/07/2023 | BJS | CPO | Various emails with R Newman regarding fee apps | 0.20 | 1,595.00 | $319.00 |
| 12/07/2023 | BJS | CPO | Review Davis Polk and FTI fee statements | 0.10 | 1,595.00 | $159.50 |
| 12/13/2023 | BJS | CPO | Review AP Services fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/15/2023 | BJS | CPO | Review A&M fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/19/2023 | BJS | CPO | Review Riker fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/19/2023 | LHP | CPO | Draft CNO regarding Alvarez & Marsal fourth monthly fee statement, coordinate filing of CNO, and email communications regarding same. | 0.80 | 545.00 | $436.00 |
| 12/21/2023 | BJS | CPO | Review Katten fee statement | 0.10 | 1,595.00 | $159.50 |
| 12/22/2023 | BJS | CPO | Review A&M fee app | 0.10 | 1,595.00 | $159.50 |
| | | | | **1.90** | | **$2,190.50** |
| **Financing/Cash Collateral/Cash Management** | | | | | | |
| 12/22/2023 | BJS | FN | Review DIP report | 0.20 | 1,595.00 | $319.00 |
| 12/26/2023 | BJS | FN | Attention to adquate protection payments | 0.20 | 1,595.00 | $319.00 |
| | | | | **0.40** | | **$638.00** |
| **Operations** | | | | | | |
| 12/20/2023 | BJS | OP | Review MOR | 0.10 | 1,595.00 | $159.50 |
| | | | | **0.10** | | **$159.50** |
| **Plan and Disclosure Statement** | | | | | | |
| 12/04/2023 | PJL | PD | Internal discussion on trust and post-confirmation issues. | 1.30 | 1,295.00 | $1,683.50 |
| 12/07/2023 | BJS | PD | Review Plan/GUC Trust | 0.40 | 1,595.00 | $638.00 |
| 12/07/2023 | BJS | PD | Attention to GUC trust | 0.40 | 1,595.00 | $638.00 |

Pachulski Stang Ziehl & Jones LLP

Cyxtera Technologies O.C.C.

Client 16381.00002

Page:     6

Invoice 136720

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2023 | PJL | PD | Review correspondence from K&E regarding GUC Trust and respond to same. | 0.30 | 1,295.00 | $388.50 |
| 12/08/2023 | BJS | PD | Attention to GUC Trust and call with K&E regarding same | 0.40 | 1,595.00 | $638.00 |
| 12/08/2023 | BJS | PD | Telephone conference with Meta regarding GUC Trust | 0.50 | 1,595.00 | $797.50 |
| 12/08/2023 | BJS | PD | Telephone conference with K&E regarding closing | 0.10 | 1,595.00 | $159.50 |
| 12/08/2023 | BJS | PD | Various emails with S Cimalore regarding GUC Trust | 0.30 | 1,595.00 | $478.50 |
| 12/08/2023 | PJL | PD | GUC Trust call with K&E. | 0.40 | 1,295.00 | $518.00 |
| 12/08/2023 | PJL | PD | Review correspondence from K&E regarding GUC Trust and follow up on tax issues. | 0.60 | 1,295.00 | $777.00 |
| 12/08/2023 | PJL | PD | Review financial update from A&M and speak to R. Newman regarding same. | 0.30 | 1,295.00 | $388.50 |
| 12/08/2023 | PJL | PD | Conference with META and Wilmington Trust regarding Effective Date and opening accounts for Cyxtera Trust. | 0.60 | 1,295.00 | $777.00 |
| 12/09/2023 | BJS | PD | Attention to plan issues and various emails with S Cimalore regarding same | 0.20 | 1,595.00 | $319.00 |
| 12/11/2023 | BJS | PD | Attention to plan issues, GUC trust | 0.40 | 1,595.00 | $638.00 |
| 12/11/2023 | PJL | PD | Review Cyxtera amended plan supplement. | 0.60 | 1,295.00 | $777.00 |
| 12/11/2023 | PJL | PD | Conference with S. Cimalore regarding escrow. | 0.40 | 1,295.00 | $518.00 |
| 12/12/2023 | PJL | PD | Review GUC Trust Agreement per Trustee request. | 0.90 | 1,295.00 | $1,165.50 |
| 12/12/2023 | PJL | PD | Conference with GUC Trustee regarding opening of trust and case related issues. | 0.90 | 1,295.00 | $1,165.50 |
| 12/12/2023 | PJL | PD | Review open issues with Debtors' counsel. | 0.30 | 1,295.00 | $388.50 |
| 12/15/2023 | BJS | PD | Attention to plan issues | 0.40 | 1,595.00 | $638.00 |
| 12/15/2023 | PJL | PD | Correspondence reviewed from and drafted to K&E regarding Trust Agreement. | 0.30 | 1,295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     7
Cyxtera Technologies O.C.C.                                         Invoice 136720
Client 16381.00002                                                 December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2023 | BJS | PD | Attention to plan issues; various emails with Debtors regarding same; review LTA and various emails with Meta Advisors regarding same | 1.00 | 1,595.00 | $1,595.00 |
| 12/18/2023 | PJL | PD | Review Trustee's comments on Trust Agreement. | 0.80 | 1,295.00 | $1,036.00 |
| 12/18/2023 | PJL | PD | Review comments from K&E regarding Trust Agreement. | 0.30 | 1,295.00 | $388.50 |
| 12/19/2023 | BJS | PD | Attention to LTA | 0.40 | 1,595.00 | $638.00 |
| 12/19/2023 | LHP | PD | Email communications with P. Labov regarding GUC trust agreement. | 0.20 | 545.00 | $109.00 |
| 12/19/2023 | PJL | PD | Review and revise Trust Agreement. | 2.90 | 1,295.00 | $3,755.50 |
| 12/19/2023 | PJL | PD | Conference with GUC Trustee regarding trust changes. | 0.30 | 1,295.00 | $388.50 |
| 12/20/2023 | BJS | PD | Attention to plan issues | 0.10 | 1,595.00 | $159.50 |
| 12/20/2023 | PJL | PD | Review and revise Trust Agreement and discuss same with B. Sandler and D. Kane. | 1.80 | 1,295.00 | $2,331.00 |
| 12/21/2023 | PJL | PD | Review modified trust agreement, further revisions to same and discussion with Trustee. | 1.20 | 1,295.00 | $1,554.00 |
| 12/22/2023 | BJS | PD | Attention to plan issues and telephone conference with Paul J. Labov regarding same | 0.30 | 1,595.00 | $478.50 |
| 12/22/2023 | BJS | PD | Attention to assumption issues | 0.10 | 1,595.00 | $159.50 |
| 12/22/2023 | PJL | PD | Review and revisions to GUC Trust Agreement. | 2.60 | 1,295.00 | $3,367.00 |
| 12/22/2023 | PJL | PD | Conference with R. Newman regarding sale issues. | 0.20 | 1,295.00 | $259.00 |
| 12/26/2023 | BJS | PD | Attention to plan issues | 0.50 | 1,595.00 | $797.50 |
| 12/26/2023 | PJL | PD | Review and revise Trust Agreement, correspondence drafted to Debtors' counsel and Trustee. | 1.80 | 1,295.00 | $2,331.00 |
| 12/27/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 12/29/2023 | BJS | PD | Attention to plan issues | 0.30 | 1,595.00 | $478.50 |
| 12/29/2023 | PJL | PD | Review correspondence from counsel to Santa Clara and send to K&E. | 0.40 | 1,295.00 | $518.00 |
| | | | | 25.50 | | $34,702.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     8
Cyxtera Technologies O.C.C.                                          Invoice 136720
Client 16381.00002                                                   December 31, 2023

**TOTAL SERVICES FOR THIS MATTER:**                          **$37,690.50**

Pachulski Stang Ziehl & Jones LLP                                          Page:     9
Cyxtera Technologies O.C.C.                                                Invoice 136720
Client 16381.00002                                                         December 31, 2023

---

**<u>Expenses</u>**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 12/19/2023 | RE | ( 85 @0.20 PER PG) | 17.00 |
| 12/19/2023 | RE | ( 66 @0.20 PER PG) | 13.20 |
| 12/19/2023 | RE | ( 1870 @0.20 PER PG) | 374.00 |
| 12/19/2023 | RE2 | SCAN/COPY ( 85 @0.10 PER PG) | 8.50 |
| 12/31/2023 | PAC | Pacer - Court Research | 17.70 |

**Total Expenses for this Matter**                                        **$430.40**

Pachulski Stang Ziehl & Jones LLP                                            Page:     10
Cyxtera Technologies O.C.C.                                                  Invoice 136720
Client 16381.00002                                                           December 31, 2023

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 133022 | 07/31/2023 | $86,501.30 | $0.00 | $86,501.30 |
| 133202 | 08/31/2023 | $61,867.30 | $0.00 | $61,867.30 |
| 134341 | 09/30/2023 | $36,740.00 | $0.00 | $36,740.00 |
| 134559 | 10/31/2023 | $77,196.50 | $134.31 | $77,330.81 |
| 136654 | 11/30/2023 | $71,825.00 | $759.05 | $72,584.05 |

**Total Amount Due on Current and Prior Invoices:**                        **$373,144.36**