| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert J. Feinstein |
| Bradford J. Sandler |
| Paul J. Labov |
| Colin R. Robinson |
| Cia Mackle |
| PACHULSKI STANG ZIEHL & JONES LLP |
| 780 Third Avenue, 34th Floor |
| New York, NY 10017 |
| Telephone: (212) 561-7700 |
| Facsimile: (212) 561-7777 |
| rfeinstein@pszjlaw.com |
| bsandler@pszjlaw.com |
| plabov@pszjlaw.com |
| cmckle@pszjlaw.com |
| |
| *Counsel for the Official Committee* |
| *of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtor. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Lisa Petras:

   ☐ represent the _____ in this matter.
   ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Official Committee of Unsecured Creditors.
   ☐ am the _____ in this matter am representing myself.

2. On January 26, 2024, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

- *Fourth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for the Period from October 1, 2024, through October 31, 2024* [Docket No. 897]

- *Fifth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for the Period from November 1, 2024, through November 30, 2024* [Docket No. 898]

- *Sixth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for the Period from December 1, 2024, through December 31, 2024* [Docket No. 899]

- *Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2023, through December 31, 2023* [Docket No. 884]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 1, 2024                              */s/ Lisa Petras*
                                                    Lisa Petras

4872-5703-6193.1 16381.002                          2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See Exhibit A** | **See Exhibit A** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit B** | **See Exhibit B** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

4872-5703-6193.1 16381.002