**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
Telephone: (201) 931-6910
Ilana Volkov, Esq.
Email: ivolkov@mcgrailbensinger.com

*Counsel for 1919 Park Avenue Associates, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION
<u>SERVICE AND ALL SERVICE LISTS</u>**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws its appearance as counsel for 1919 Park Avenue Associates, LLC in this case, and requests that service of all notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and requests that counsel be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

Dated: February 5, 2024
      New York, New York

**McGRAIL & BENSINGER LLP
(Counsel for 1919 Park
Avenue Associates, LLC)**

_____
By:  Ilana Volkov, Esq.
     888-C 8th Avenue, #107
     New York, New York 10019
     ivolkov@mcgrailbensinger.com