**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before February 1, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (A) Entry of the Order Confirming the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Occurrence of Effective Date** [Docket No. 855]

Dated: February 5, 2024

/s/ *Heather Fellows*
Heather Fellows
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

# Exhibit A

Exhibit A

Creditor Matrix

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Advanced Flooring Solutions | | 1320 27th St Apt 2 | | Denver | CO | 80205-2257 |
| Atlas Backflow Inc | | 1101 E 25th St | | Signal Hill | CA | 90755-3405 |
| Blankenbaker, Morgan | | Address Redacted | | | | |
| Compute North Holdings, Inc. | Attn Chief Legal Officer | 6006 Killarney Ln S | | Minneapolis | MN | 55436-1812 |
| Conley Equipment Company LLC | Attn Accounting | 3451 Fraser St Unit 10 | | Aurora | CO | 80011-1250 |
| Endurance Chicago | | 400 Skokie Blvd Ste 105 | | Northbrook | IL | 60062-7937 |
| Gilbert, Justice | | Address Redacted | | | | |
| Great River Automation LLC | | 1775 Old Highway 8 NW Ste 109 | | New Brighton | MN | 55112-1891 |
| Hayes Management Consulting, LLC | | 800 Lexington St | | Waltham | MA | 02452-4848 |
| Icontrol Stystems, USA LLC | | PMB 306 | 9710 Traville Gateway Dr | Rockville | MD | 20850-7406 |
| IHC Carrier Solutions | | 5353 Wayzata Blvd Ste 300 | | Minneapolis | MN | 55416-1317 |
| Kelly, Arthur J. | | Address Redacted | | | | |
| Keystone Healthcare Holdings, Inc. | | PMB 379 | 10312 Bloomingdale Ave Ste 108 | Riverview | FL | 33578-3603 |
| Kforce Inc. | | 8405 Benjamin Rd Ste G | | Tampa | FL | 33634-1235 |
| Liquid Robotics | | 460 Herndon Pkwy Ste 300 | | Herndon | VA | 20170-5280 |
| Moncler USA Inc. | | 200 Lafayette St | | New York | NY | 10012-4079 |
| Munters Corporation | | 158 Shooting Star Way | | Daleville | VA | 24083-3278 |
| North Eastern Cleaning, Inc. | | 1 Maple Street Ext | | Hopkinton | MA | 01748-1723 |
| Pie Consulting & Engineering | | 7980 Noble Ct | | Arvada | CO | 80007-7877 |
| Professional Piping Systems, LLC | | 319 E Pioneer St | | Phoenix | AZ | 85040-1147 |
| Romero, Frank J. | | Address Redacted | | | | |
| Solspace Inc. | | PO Box 192 | | Felton | CA | 95018-0192 |
| Sunstone Hotel Partnership, LLC | | 15 Enterprise Ste 200 | | Aliso Viejo | CA | 92656-2653 |
| Talmich, Cherie | | Address Redacted | | | | |
| The License Lab, LLC | | PMB 4383 | 1752 NW Market St | Seattle | WA | 98107-5264 |
| Total Filtration Services Inc | | 755 W Big Beaver Rd Ste 700 | | Troy | MI | 48084-4924 |
| Town of Southborough Collector of Taxes | | 17 Common St | | Southboro | MA | 01772-1663 |
| Viable Mechanical HVAC | | 8821 Nogal Ave | | Whittier | CA | 90606-2809 |