Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14853−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cyxtera Technologies, Inc.
   dba Starboard Value Acquisition Corp.
   2333 Ponce De Leon Boulevard
   Suite 900
   Coral Gables, FL 33134

Social Security No.:

Employer's Tax I.D. No.:
   84−3743013

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 2/2/24. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: February 5, 2024
JAN:

                       Jeanne Naughton
                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-14853-JKS
Cyxtera Technologies, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　User: admin　　　　　Page 1 of 7
Date Rcvd: Feb 05, 2024　　　Form ID: tsntc　　　　Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cyxtera Technologies, Inc., 2333 Ponce De Leon Boulevard, Suite 900, Coral Gables, FL 33134-5449 |
| aty | + | Allison H. Weiss, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Alvarez & Marsal North America, LLC, 600 Madison Avenue, 8th Floor, New York, NY 10022-1758 |
| aty | + | Angela M. Libby, Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Brian Nakhaimousa, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | | Brian Trust, Mayer Brown LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Cia Mackle, PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Cindi M Giglio, 50 Rockefeller Plaza, New York City, NY 10020-1605 |
| aty | + | Claudia R. Tobler, Paul, Weiss, Rifkind, Wharton & Garrison, 2001 K Street, NW, Washington, DC 20006-1037 |
| aty | + | Clinton W. Raney, Esq., Johnson DeLuca Kurisky & Gould, P.C, 4 Houston Center, 1221 Lamar Street, Suite 1000 Houston, TX 77010-3050 |
| aty | + | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | | Dabin Chung, Mayer Brown, LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | David Kratzer, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Edward O. Sassower, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Erin Broderick, Eversheds Sutherland (US) LLP, 227 W. Monroe St., Suite 6000, Chicago, IL 60606-5087 |
| aty | + | George A Kurisky, Jr., Esq., Johnson DeLuca Kurisky & Gould, 4 Houston Center, 1221 Lamar Street, Suite 1000 Houston, TX 77010-3050 |
| aty | + | Hermann, PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jacob A. Adlerstein, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jeffrey R. Gleit, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Jessica Liou, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Jordan Elkin, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Joseph Bain, JONES WALKER LLP, 811 Main Street, Suite 2900, Houston, TX 77002-6116 |
| aty | + | Julie Rome-Banks, Binder & Malter LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004 |
| aty | + | Leslie Liberman, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | | Marc B Roitman, 50 Rockefeller Plaza, New York City, NY 10020-1605 |
| aty | + | Matthew R. Bentley, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Michael P. Esser, Kirkland and Ellis LLP, 555 California Street, San Francisco, CA 94104-1503 |
| aty | + | Nicholas Pasalides, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Princeton Pike Corporate Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |
| aty | + | Nicholas Pasalides, Eckert Seamans Cherin & Mellott, LLC, Princeton Pike Corp Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |
| aty | + | Nicholas Pasalides, ECKERT SEAMANS CHERIN & MELLOTT, LLC, 10 Bank Street,Suite 700, White Plains, NY 10606-1947 |
| aty | + | Nikki Gavey, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Oliver Pare, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue,34th Floor, New York, NY 10017-2024 |
| aty | + | Rachel Mitchell, Deputy County Attorney, 225 W Madison St, Phoeniz, AZ 85003-2141 |
| aty | + | Russell R Johnson, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| aty | | Stephanie N Morrison, Weil, Gotshal & Manges, LLP, 676 Firth Avenue, New York, NY 10153 |
| aty | | Thomas L. Abrams, Gamberg & Abrams, Fort Lauderdale, FL |
| aty | + | Wayne Silver, LAW OFFICE OF WAYNE A. SILVER, 643 Bair Island Road, Suite 403, Redwood City, CA 94063-2758 |
| cr | + | American Data Center Solutions, LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Citibank, N.A., c/o Alan Brody, Greenberg Traurig LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, UNITED STATES 07932-1024 |
| cr | | CyrusOne AMS3 B.V., Prins Bernhardplein 200, 1097JB Amsterdam, NETHERLANDS |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

| | | |
|---|---|---|
| sp | + | David F. Staber, Akin Gump Strauss Hauer & Feld, LLP, 2300 North Field Street, Suite 1800, Dallas, TX 75201-4675 |
| acc | + | Deloitte Tax LLP, Brickell World Plaza, 600 Brickell Avenue, Suite 3700, Miami, FL 33131-3073 |
| cr | | Iron Mountain Data Centers, LLC, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | | James H Billingsley, Polsinelli PC, 2950 N. Harwood Street, Street Suite 2100, Dallas, TX 75201-1519 |
| na | + | Kurtzman Carson Consultants, LLC, 222 N Pacific Coast Highway, Ste 300, El Segundo, CA 90245-5614 |
| op | + | Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, CA 90245-4808 |
| op | | M3 Advisory Partners, LP, 50 Rockefeller Plaza, New York, NY 10020-1605 |
| cr | + | MP2 Energy LLC d/b/a Shell Energy Solutions, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| cr | + | Maricopa County Treasurer, Civil Services Division, 225 W. Madison Street, Phoenix, AZ 85003-2141 |
| cr | + | Microsoft Corporation, c/o David Papiez, Fox Rothschild LLP, 1001 4th Ave., Suite 4400 Seattle, WA 98154-1192 |
| cr | + | PNC Bank, National Association, c/o McCarter & English, LLP, Attn: Phillip S. Pavlick, Esq., 100 Mulberry Street, Four Gateway Center Newark, NJ 07102-4062 |
| cr | + | SAP SE, c/o BROWN & CONNERY, LLP, Attn: Donald K. Ludman, Esquire, Julie F. Montgomery, Esquire, 6 N. Broad Street - Suite 100 Woodbury, NJ 08096-4635 |
| cr | + | Simplify. Inc., 300 Valley Wood Drive, Woodlands, TX 77380-3511 |
| cr | + | Wilmington Savings Fund Society, FSB, as Administ, c/o Riker Danzig LLP, One Speedwell Aveue, Morristown, NJ 07960-6838 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bankruptcy@ochsner.org | Feb 05 2024 20:47:00 | Caroline V. McCaffrey, JONES WALKER LLP, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170-5101 |
| aty | ^ | MEBN | Feb 05 2024 20:46:44 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ | MEBN | Feb 05 2024 20:46:55 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 05 2024 20:47:43 | Public Service Electric and Gas Company, 80 Park Plaza, M/C T5D, Newark, NJ 07102, UNITED STATES 07102-4109 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Katten Muchin Rosenman LLP |
| aty | | Kirkland & Ellis LLP and Kirkland & Ellis Internat |
| aty | | Stephen M. Silva |
| op | | AP Services, LLC |
| op | | Guggenheim Securities, LLC |
| op | | Hilco Real Estate, LLC |
| op | | Pachulski Stang Ziehl & Jones LLP |
| aty | *+ | Nicholas Pasalides, Eckert Seamans Cherin & Mellott, LLC, Princeton Pike Corporate Center, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 7 |
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

**Name** — **Email Address**

Alan J. Brody
on behalf of Creditor Citibank N.A. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com

Alexandra Grant
on behalf of Creditor Public Service Electric and Gas Company alexandra.grant@pseg.com mary.ryan@pseg.com

Allison J. Arotsky
on behalf of Interested Party Tax Technologies Inc. aarotsky@moritthock.com

Amish R. Doshi
on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Andrew H. Sherman
on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions asherman@sillscummis.com

Anthony Sodono, III
on behalf of Creditor Virtustream Inc., asodono@msbnj.com

Boris I Mankovetskiy
on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions bmankovetskiy@sillscummis.com asherman@sillscummis.com

Bradford J. Sandler
on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com

Bruce H Levitt
on behalf of Creditor Cinthia Ganchozo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
on behalf of Creditor Sergio Portillo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Carl J. Soranno
on behalf of Creditor LD Acquisition Company 16 LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Christopher Marcus
on behalf of Debtor Cyxtera Technologies Inc. christopher.marcus@kirkland.com, christopher-marcus-7767@ecf.pacerpro.com

Colin R. Robinson
on behalf of Other Prof. Alvarez & Marsal North America LLC crobinson@pszjlaw.com

Colin R. Robinson
on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com

Dale E. Barney
on behalf of Creditor Ad Hoc First Lien Group dbarney@gibbonslaw.com elrosen@gibbonslaw.com

Dana S. Plon
on behalf of Creditor American Data Center Solutions LLC dplon@sirlinlaw.com

David Gerardi
on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David H. Stein
on behalf of Creditor Iron Mountain Data Centers LLC dstein@wilentz.com, ciarkowski@wilentz.com

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

Donald K. Ludman
    on behalf of Creditor SAP SE dludman@brownconnery.com

Edwin H Caldie
    on behalf of Creditor Lumen Technologies ed.caldie@stinson.com

Felice R. Yudkin
    on behalf of Debtor Cyxtera Technologies Inc. fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank F. McGinn
    on behalf of Creditor Iron Mountain Data Centers LLC ffm@bostonbusinesslaw.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust Inc. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust L.P. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital CR US REIT Inc. gary.holtzer@weil.com

Grace A. Thompson
    on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. grace.thompson@katten.com, nyc.bknotices@katten.com

Ilana Volkov
    on behalf of Creditor 1919 Park Avenue Associates LLC ivolkov@mcgrailbensinger.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Data Centers LLC jmp@bostonbusinesslaw.com

Jill L. Nicholson
    on behalf of Creditor Cummins Inc. jnicholson@foley.com, jlee@foley.com

John D. Demmy
    on behalf of Creditor Element Fleet Corporation john.demmy@saul.com

John F. Finnegan, III
    on behalf of Interested Party HITT Contracting Inc. jfinnegan@watttieder.com, mdevoll@watttieder.com;jkneeland@watttieder.com;ljobrien@watttieder.com

Jorge Garcia
    on behalf of Creditor Equinix Inc. jorge.garcia@saul.com, cindy.carhartt@saul.com

Joseph H. Lemkin
    on behalf of Creditor EastGroup Properties L.P. jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Creditor Wilmington Savings Fund Society FSB, as Administrative Agent and Collateral Agent jschwartz@riker.com

Joshua S. Bauchner
    on behalf of Creditor Galveston County jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Leslie Carol Heilman
    on behalf of Creditor AppSmart Agent Services Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Gateway Jefferson Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor ACPF NOVA Data Center LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor RREEF CPIF 2425 Busse Road LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor TBI Inc. d/b/a Telecom Brokerage, Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Shaw Road L.L.C. heilmanl@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com

Logan Kugler
    on behalf of Creditor Lumen Technologies logan.kugler@stinson.com

Lynn W Holbert
    on behalf of Creditor CyrusOne AMS3 B.V. lynnholbert@eversheds-sutherland.us

Marc C Capone

Case 23-14853-JKS    Doc 910    Filed 02/07/24    Entered 02/08/24 00:16:13    Desc
Imaged Certificate of Notice    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

| | |
|---|---|
| | on behalf of Creditor Simplify. Inc. ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marcella M. Jayne | on behalf of Interested Party Wasabi Technologies mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical mark.minuti@saul.com, robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy- Gas Division LLC mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Power Company d/b/a American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael A Alberico | on behalf of Creditor Digital CR US REIT Inc. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust L.P. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust Inc. malberico@eckertseamans.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Federal Group Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada TRS ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera DC Parent Holdings Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Holdings LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz |

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

Michael D. Sirota
    on behalf of Debtor Cyxtera Netherlands B.V. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Digital Services LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Technologies Maryland Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera DC Holdings Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Employer Services LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Data Centers Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Technologies Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Communications Canada ULC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Canada LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Management Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Cyxtera Communications LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael J. Stafford
    on behalf of Creditor U.S. Electrical Services Inc. d/b/a Franklin - Griffith mjstafford@nordlaw.legal,
    mnord@nordlaw.legal;anord@nordlaw.legal

Michael J. Viscount, Jr.
    on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mviscount@foxrothschild.com  rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael R. Herz
    on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mherz@foxrothschild.com  cbrown@foxrothschild.com

Michele M. Dudas
    on behalf of Creditor Virtustream Inc., mdudas@msbnj.com

Morris S. Bauer
    on behalf of Creditor Phoenix Data Center Holdings LLC MSBauer@duanemorris.com  tjsantorelli@duanemorris.com

Paul John Labov
    on behalf of Creditor Committee Official Committee of Unsecured Creditors plabov@pszjlaw.com  lsc@pszjlaw.com

Phillip Pavlick
    on behalf of Creditor PNC Bank National Association ppavlick@mccarter.com

Rachel Ehrlich Albanese
    on behalf of Interested Party LDAC16 DE LLC rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com

Case 23-14853-JKS    Doc 910    Filed 02/07/24    Entered 02/08/24 00:16:13    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0312-2 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: tsntc | Total Noticed: 62 |

| | |
|---|---|
| Robert J Feinstein | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Ronald S. Gellert | on behalf of Interested Party NVIDIA Corporation rgellert@gsbblaw.com abrown@gsbblaw.com |
| Sabrina L Streusand | on behalf of Creditor Virtustream Inc., streusand@slollp.com, lemaster@slollp.com |
| Scott J. Greenberg | on behalf of Creditor Ad Hoc First Lien Group sgreenberg@gibsondunn.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sommer Leigh Ross | on behalf of Creditor Phoenix Data Center Holdings LLC slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephanie Lindemuth | on behalf of Interested Party SI POR02 ABS LLC slindemuth@akingump.com nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party DCCO Tukwila LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party Starboard Value LP slindemuth@akingump.com nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party SI CHI01A ABS LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephen D. Silverman | on behalf of Creditor Ad Hoc First Lien Group ssilverman@gibsondunn.com |
| Steven J. Reisman | on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Terri Jane Freedman | on behalf of Creditor Cummins Inc. tfreedman@csglaw.com, mpdermatis@pbnlaw.com;rasegall@pbnlaw.com |
| Timothy Mohan | on behalf of Creditor Cummins Inc. tmohan@foley.com |
| Turner Falk | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Element Fleet Corporation turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 102