## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*, | Case No. 23-14853 (JKS) |
| Debtors. [1] | (Jointly Administered) |

### <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of (A) Entry of the Order Confirming the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Occurrence of Effective Date** [Docket No. 855]

Dated: February 13, 2024

/s/ Heather Fellows
Heather Fellows
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

# Exhibit A

Exhibit A

Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| 305 PLP LLC. | | Address Redacted | | | |
| Atlas High Purity Solutions LLC | | 95 Shawmut Rd Ste 4 | Canton | MA | 02021-1429 |
| Autism Speaks | | PO Box 37148 | Boone | IA | 50037-0148 |
| Carahsoft Technology Corp | | 11493 Sunset Hills Rd | Reston | VA | 20190-5230 |
| First American Title Insurance Comp National Commercial Services | | 1380 17th St | Denver | CO | 80202-1508 |
| Freedom Scientific | | 17757 US Highway 19 N Ste 200 | Clearwater | FL | 33764-3502 |
| Personify | | 7010 Easy Wind Dr Ste 210 | Austin | TX | 78752-2444 |
| Pinnacle Elevator Inspections | Pinnacle Elevator and Escalator Ins | 651 Weinzapfel St | Muenster | TX | 76252-2429 |
| Pixels 360 | | 22 Boston Wharf Rd Fl 7 | Boston | MA | 02210-3032 |
| Vertiv Corporation | | 505 N Cleveland Ave | Westerville | OH | 43082-7130 |
| World Travel Holdings, Inc | Attn Accounts Payable | 100 Quannapowitt Pkwy Ste 100 | Wakefield | MA | 01880-1352 |