| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SIXTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023**

1. On January 25, 2024, Pachulski Stang Ziehl & Jones LLP. ("PSZJ"), counsel to the

Official Committee of Unsecured Creditors (the "Committee"), filed and served the *Sixth Monthly*

*Fee Statement of Alvarez & Marsal North America, LLC, for Payment of Compensation and*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

1

4860-5106-7299.1 16381.002

*Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 1, 2023, through December 31, 2023* [Docket No. 884] (the "<u>Application</u>").

2.  Objections to the Application were to be filed and served no later than February 8, 2024. The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3.  Pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on July 21, 2023 [Doc. No. 305] the Debtors are authorized to pay Alvarez & Marsal North America, LLC $4,112.00, which represents 80% of the fees ($5,140.00), and $4.12 which represents the expenses requested in the Application, for the period from December 1, 2023, through December 31, 2023, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: February 14, 2024      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
Cia H. Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       plabov@pszjlaw.com
       crobinson@pszjlaw.com
       cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*