| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>                                Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**FIFTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD OF**
<u>**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023 [DOCKET NO. 898]**</u>

In accordance with this Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on July 21, 2023* [Docket No. 305] (the "<u>Administrative Order</u>"), the undersigned hereby certifies as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4885-1489-2963.1 16381.002

1. On January 26, 2024, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), filed its *Fifth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for the Period of November 1, 2023, through November 30, 2023* [Docket No. 898] (the "Fifth Monthly Fee Statement").

2. The Administrative Order provides that each professional retained in these cases, pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103, may file monthly fee statements on or before the twenty fifth (25th) day of each calendar month seeking compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "Monthly Fee Statement").

3. Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "Objection Deadline"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file and serve a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

4. The Objection Deadline passed and the undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Fifth Monthly Fee Statement appears thereon. Additionally, no objections to the Fifth Monthly Fee Statement have been received by the undersigned counsel.

5. Consequently, pursuant to the Administrative Order, and without the need for a further order of the Court, the Debtors are authorized to pay PSZJ eighty percent (80%) of its fees and one hundred percent (100%) of its expenses as requested in the Fifth Monthly Fee Statement upon the filing of this certification.

I declare that the foregoing is true and correct.

Dated: February 14, 2024    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
Cia H. Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*