| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF
PACHULSKI STANG ZIEHL & JONES LLP FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 23, 2023 THROUGH JANUARY 12, 2024**

**PLEASE TAKE NOTICE** that there will be a hearing held, if necessary, on **March 21, 2024, at 10:00 a.m. (ET)**, before the Honorable John K. Sherwood, United States Bankruptcy

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4879-1734-6213.1 16381.002

Judge, at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3D, Newark, N.J. 07102, for the purpose of acting on an application for compensation. Attendance by creditors is welcomed, but not required. The following fee application will be heard:

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|
| First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period From June 23, 2023 through January 12, 2024 [Docket No. 919] | $1,146,539.00 | $10,405.49 |

**PLEASE TAKE FURTHER NOTICE THAT** creditors may be heard before the application is determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required unless objections are timely filed and served. **Objections shall be filed and served no later than March 14, 2024.**

**PLEASE TAKE FURTHER NOTICE** that a copy of the final fee application may be obtained at no charge at https://www.kccllc.net/cyxtera or via PACER at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated:  February 16, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Bradford J. Sandler* <br> Robert J. Feinstein, Esq. <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> Cia H. Mackle, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone:  (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> Email: rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br> cmackle@pszjlaw.com <br><br> *Counsel for the Official Committee of Unsecured Creditors* |