UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

**ARCHER & GREINER, P.C.**
Douglas G. Leney, Esquire
1025 Laurel Oak Road
Voorhees, NJ 08043
Phone: (215) 963-3300
Fax: (215) 963-9999
dleney@archerlaw.com

*- and -*

**STINSON LLP**
Edwin H. Caldie, Esquire
Logan R. Kugler, Esquire
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 335-1500
ed.caldie@stinson.com
logan.kugler@stinson.com

*Counsel for Lumen*

| | |
|---|---|
| In re: | Chapter |
| CYXTERA TECHNOLOGIES, INC. et al, | Case No.: 23-14853 (JKS) |
| Debtors. | Judge: Sherwood |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Lumen Technologies Group, including its parents, subsidiaries, and affiliates (collectively, "Lumen"), by and through its undersigned counsel, respectfully withdraws the following proofs of claim: 260, 263, 268, 283, and 335.

228457643 v2

Respectfully submitted,

ARCHER & GREINER
A Professional Corporation

Dated: February 20, 2024
      Voorhees, New Jersey

*/s/ Douglas G. Leney*
Douglas G. Leney
1025 Laurel Oak Road
Voorhees, NJ 08043
Phone: (215) 963-3300
Fax: (215) 963-9999
dleney@archerlaw.com

*- and -*

Edwin H. Caldie (MN Bar No. 0388930)
Logan R. Kugler (MN Bar No. 0400866)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel. (612) 335-1500
ed.caldie@stinson.com
logan.kugler@stinson.com

*Counsel for Lumen*

228457643 v2