| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Robert J. Feinstein, Esq. <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> Cia Mackle, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone:  (212) 561-7700 <br> Facsimile:  (212) 561-7777 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br> cmackle@pszjlaw.com <br><br> *Counsel for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON COMBINED SEVENTH MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 12, 2024, AND (II) THE FINAL PERIOD OF JUNE 27, 2023 THROUGH JANUARY 12, 2024**

**PLEASE TAKE NOTICE** that there will be a hearing held, if necessary, on **March 21, 2024, at 10:00 a.m. (ET)**, before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Courtroom 3D, Newark, N.J.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4879-1734-6213.1 16381.002

07102, for the purpose of acting on an application for compensation. Attendance by creditors is welcomed, but not required. The following fee application will be heard:

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|
| Combined Seventh Monthly and Final Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for (I) the Monthly Period of January 1, 2024 through January 12, 2024, and (II) the Final Period of June 27, 2023 through January 12, 2024 [Docket No. 940] | $1,916,796.50 | $595.16 |

**PLEASE TAKE FURTHER NOTICE THAT** creditors may be heard before the application is determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required unless objections are timely filed and served. **Objections shall be filed and served no later than March 14, 2024.**

**PLEASE TAKE FURTHER NOTICE** that a copy of the final fee application may be obtained at no charge at https://www.kccllc.net/cyxtera or via PACER at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

Dated: February 21, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
_____
Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
Cia H. Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
　　　　bsandler@pszjlaw.com
　　　　plabov@pszjlaw.com
　　　　crobinson@pszjlaw.com
　　　　cmackle@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*