**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
christopher.marcus@kirkland.com
derek.hunter@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

Order Filed on February 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al* | Case No. 23-14853 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera.  The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

(Page | 2)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN ESTATE PROFESSIONALS |

## <u>ORDER APPROVING FINAL FEE APPLICATIONS</u><br><u>OF CERTAIN ESTATE PROFESSIONALS</u>

The relief set forth on the following pages, numbered three (3) through four (4), is hereby

**ORDERED**.

**DATED: February 26, 2024**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page | 3)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN ESTATE PROFESSIONALS |

Upon consideration of the final fee applications [Docket Nos. 885, 887, 888, 889, 890, 891, 892, 893 and 894] (the "<u>Final Fee Applications</u>") of certain estate professionals (collectively, the "<u>Retained Professionals</u>" and each a "<u>Retained Professional</u>") in the above-captioned debtors' (the "<u>Debtors</u>") chapter 11 cases and listed on **Exhibit A** hereto filed in accordance with the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 305] (the "<u>Interim Compensation Order</u>"); and the Court having reviewed the Final Fee Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (b) notice of the Final Fee Applications was adequate under the circumstances; (c) all parties with notice of the Final Fee Applications have been afforded the opportunity to be heard on the Final Fee Applications; and (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and after due deliberation and sufficient and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Applications are APPROVED in the amounts set forth in **Exhibit A**.

2. The Retained Professionals are granted on a final basis allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**, attached hereto.

3. To the extent not already paid pursuant to the Interim Compensation Order or any other order of this Court, the Debtors are authorized and directed to remit payment to each

(Page | 4)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN ESTATE PROFESSIONALS |

Retained Professional in the amount set forth in **Exhibit A**, less all amounts previously paid on account of such fees and expenses; *provided, however*, that any Retained Professionals holding a retainer from the Debtors shall be permitted to first apply the balance of any such retainer towards the payment of such unpaid fees and expenses.

4.    This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

| RETAINED PROFESSIONAL AND APPLICATION | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | ALLOWED FEES AND EXPENSES |
|---|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors [Docket No. 892] | $308,419.50 | $2,792.64 | $311,212.14 |
| Kirkland & Ellis LLP, Co-Counsel to the Debtors [Docket No. 885] | $14,459,426.00 | $193,838.61 | $14,653,264.61 |
| Kurtzman Carson Consultants LLC, Administrative Advisors to the Debtor [Docket No. 887] | $187,514.50 | $0.00 | $187,514.50 |
| AP Services, LLC, Management Service Provider and CRO to the Debtors [Docket No. 891] | $2,000,000.00 | N/A | $2,000,000.00 |
| Katten Muchin Rosenman LLP, Counsel to the Disinterested Directors of Cyxtera Technologies, Inc. [Docket No. 889] | $1,721,963.00 | $2,852.83 | $1,724,815.83 |
| Deloitte Tax LLP, Tax Advisory Services Provider to the Debtors [Docket No. 888] | $1,203,799.75 | $808.01 | $1,204,607.76 |

| RETAINED PROFESSIONAL AND APPLICATION | TOTAL FEES REQUESTED | TOTAL EXPENSES REQUESTED | ALLOWED FEES AND EXPENSES |
|---|---|---|---|
| M3 Advisory Partners, LP, Independent Financial Advisor to Cyxtera Technologies, Inc. [Docket No. 890] | $311,775.00 | $0.00 | $311,775.00 |
| Hilco Real Estate, LLC, Real Estate Consultant and Advisor to the Debtors [Docket No. 894] | $2,115,608.82 | $0.00 | $2,115,608.82 |
| Guggenheim Securities, LLC, Investment Banker to the Debtors [Docket No. 893] | $ 21,168,395.37 | $166,578.86 | $21,334,974.23 |