**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

In re

Cyxtera Technologies, Inc.

Debtors

Chapter 11

Case no. 23-14853

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ALTOS BUILDING MAINTENANCE a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

ALTOS BUILDING MAINTENANCE
3375 SCOTT BOULEVARD STE 400
SANTA CLARA, CA 95054

New Address

ALTOS BUILDING MAINTENANCE
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Feb, 8, 2024

ALTOS BUILDING MAINTENANCE
By: _[signature]_
Title: CEO
Date: 2/8/2024