| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION**
**REGARDING FIRST AND FINAL APPLICATION OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS**
**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD FROM JUNE 23, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 919]**

       1.       On February 16, 2024, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), filed its *First*

*and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4884-9043-9599.1 16381.002

*Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from June 23, 2023 through January 12, 2024* [Docket No. 919] (the "First and Final Application").

2. PSZJ served its First and Final Fee Application on February 16, 2024, upon the parties listed in its *Certificate of Service* [Docket No. 939].

3. Pursuant to the *Notice of Hearing on First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from June 23, 2023 through January 12, 2024* [Docket No. 920], the deadline for parties to file objections and responses to the First and Final Fee Application was on March 14, 2024 (the "Objection Deadline").  No objections or responses to the First and Final Fee Application were filed on the docket on or before the Objection Deadline.  PSZJ has not received any informal responses to the First and Final Fee Application on or before the Objection Deadline.

4. PSZJ respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  March 20, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Colin R. Robinson* |
| | Robert J. Feinstein, Esq. |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | Cia H. Mackle, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | *Counsel for the Official Committee of Unsecured Creditors* |