| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF NO OBJECTION REGARDING COMBINED SEVENTH MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 12, 2024, AND (II) THE FINAL PERIOD OF <u>JUNE 27, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 940]</u>**

       1.       On February 21, 2024, Alvarez & Marsal North America, LLC ("<u>A&M</u>"), filed its

*Combined Seventh Monthly and Final Fee Application of Alvarez & Marsal North America, LLC,*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4865-4651-1791.1 16381.002

*for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for (I) the Monthly Period of January 1, 2024 through January 12, 2024, and (II) the Final Period of June 27, 2023 through January 12, 2024* [Docket No. 940] (the "<u>Final Fee Application</u>").

2.  A&M served its Final Fee Application on February 21, 2024, upon the parties listed in its *Certificate of Service* [Docket No. 942].

3.  Pursuant to the *Notice of Hearing on Combined Seventh Monthly and Final Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for (I) the Monthly Period of January 1, 2024 through January 12, 2024, and (II) the Final Period of June 27, 2023 through January 12, 2024* [Docket No. 941], the deadline for parties to file objections and responses to the Final Fee Application was on March 14, 2024 (the "<u>Objection Deadline</u>").  No objections or responses to the Final Fee Application were filed on the docket on or before the Objection Deadline.  A&M has not received any informal responses to the Final Fee Application on or before the Objection Deadline.

4.  A&M respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  March 20, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Colin R. Robinson*<br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia H. Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           plabov@pszjlaw.com<br>           crobinson@pszjlaw.com<br>           cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |