| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**ORDER APPROVING COMBINED SEVENTH MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 12, 2024, AND (II) THE FINAL PERIOD OF JUNE 27, 2023 <u>THROUGH JANUARY 12, 2024 [DKT. NO. 940]</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is

**ORDERED**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

4884-8513-5791.1 16381.002

(Page | 2)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING COMBINED SEVENTH MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 12, 2024, AND (II) THE FINAL PERIOD OF JUNE 27, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 940] |

Upon the *Combined Seventh Monthly and Final Fee Application of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for (I) the Monthly Period of January 1, 2024 through January 12, 2024, and (II) the Final Period of June 27, 2023 through January 12, 2024* [Docket No. 940] (the "Application")[2]; and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Alvarez & Marsal North America, LLC ("A&M") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Application is APPROVED as set forth herein.

2. A&M is awarded compensation in the amount of $1,916,796.50 for fees on account of reasonable and necessary professional services rendered to the Committee by A&M and reimbursement of actual and necessary costs and expenses in the amount of $595.16 for the period from June 23, 2023 through January 12, 2024.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

(Page | 3)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING COMBINED SEVENTH MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) THE MONTHLY PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 12, 2024, AND (II) THE FINAL PERIOD OF JUNE 27, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 940] |

3. The Debtors are authorized and directed to pay A&M the outstanding amount of such sums.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.