| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on March 29, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | |
| In re:<br><br>CYXTERA TECHNOLOGIES, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 23, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 919]**

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: March 29, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page | 2)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al*. |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 23, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 919] |

Upon the *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period from June 23, 2023 through January 12, 2024* [Docket No. 919] (the "Application")[2]; and it appearing to the Court that all of the requirements of section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1 have been satisfied; and it further appearing that the fees for services rendered and expenses incurred by Pachulski Stang Ziel & Jones LLP ("PSZJ") were reasonable and necessary; and adequate and appropriate notice of the Application having been provided; and the Court having reviewed the Application; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Application is APPROVED as set forth herein.

2. PSZJ is awarded compensation in the amount of $1,146,539.00 for fees on account of reasonable and necessary professional services rendered to the Committee by PSZJ and reimbursement of actual and necessary costs and expenses in the amount of $10,405.49 for the period from June 23, 2023 through January 12, 2024.

3. The Debtors are authorized and directed to pay PSZJ the outstanding amount of such sums.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

4863-1530-3087.1 16381.002

(Page | 3)

| | |
|---|---|
| Debtors: | CYXTERA TECHNOLOGIES, INC., *et al.* |
| Case No. | 23-14853 (JKS) |
| Caption of Order: | ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 23, 2023 THROUGH JANUARY 12, 2024 [DKT. NO. 919] |

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.