| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>**WHITE AND WILLIAMS LLP**<br>James C. Vandermark, Esq.<br>Andrew E. Arthur, Esq.<br>vandermarkj@whiteandwilliams.com<br>arthura@whiteandwilliams.com<br>7 Times Square, Suite 2900<br>New York, NY 10036-6524<br>Telephone: (212) 244-9500 | Chapter 11<br><br>Case No. 23-14853 (JKS) |
| In Re:<br><br>CYXTERA TECHNOLOGIES, INC., et al.<br><br>Debtors. | Honorable John K. Sherwood |

**NOTICE OF WITHDRAWAL OF REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF GOOGLE LLC [ECF NO. 911]**

**PLEASE TAKE NOTICE** that Google LLC f/k/a Google Inc. ("**Google**"), by and through its undersigned counsel, hereby withdraws its Request for Allowance and Payment of Administrative Expense Claim of Google LLC [ECF No. 911] filed on February 12, 2024.

| | |
|---|---|
| Dated:  New York, New York<br>            April 2, 2024 | **WHITE AND WILLIAMS LLP**<br><br>*/s/ Andrew E. Arthur*<br>James C. Vandermark<br>Andrew E. Arthur<br>7 Times Sq., Suite 2900<br>New York, NY 100036<br>vandermarkj@whiteandwilliams.com<br>arthura@whiteandwilliams.com<br>*Counsel to Google LLC* |

32685009v.1