UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 23-14853 |
|---|---|---|
| CTI Liquidations Co., Inc. | Chapter: | 11 |
| | Hearing Date: | May 14, 2024 |
| | Judge: | John K. Sherwood |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____May 20, 2024_____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:       May 14, 2024
Time:       10:00 am
Location:   U.S. Bankruptcy Court
            50 Walnut Street, 3rd fl.
            Newark, NJ 07102

DATED:  Zelda L. Haywood                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*