**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

## CERTIFICATE OF SERVICE

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On April 23, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Post-Confirmation Quarterly Report for CTI Liquidation Co Inc. F/K/A Cyxtera Technologies, Inc. for the Period Ending March 31, 2024** [Docket No. 959]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Canada, LLC F/K/A Cyxtera Canada LLC for the Period Ending March 31, 2024** [Docket No. 960]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Communications, LLC F/K/A Cyxtera Communications Inc. for the Period Ending March 31, 2024** [Docket No. 961]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Data Centers, Inc. f/k/a Cyxtera Data Centers Inc. for the Period Ending March 31, 2024** [Docket No. 962]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO DC Holdings, Inc. f/k/a Cyxtera DC Holdings, Inc. for the Period Ending March 31, 2024** [Docket No. 963]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO DC Parent Holdings, Inc. f/k/a Cyxtera DC Parent Holdings, Inc. for the Period Ending March 31, 2024** [Docket No. 964]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Digital Services, LLC f/k/a Cyxtera Digital Services, LLC for the Period Ending March 31, 2024** [Docket No. 965]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Employer Services, LLC f/k/a Cyxtera Employer Services, LL for the Period Ending March 31, 2024** [Docket No. 966]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Federal Group, Inc. f/k/a Cyxtera Federal Group, Inc. for the Period Ending March 31, 2024** [Docket No. 967]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Holdings, LLC f/k/a Cyxtera Holdings, LLC for the Period Ending March 31, 2024** [Docket No. 968]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Management, Inc. f/k/a Cyxtera Management, Inc. for the Period Ending March 31, 2024** [Docket No. 969]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Technologies Maryland, Inc f/k/a Cyxtera Technologies Maryland, Inc. for the Period Ending March 31, 2024** [Docket No. 970]

- **Post-Confirmation Quarterly Report for CYBORG OLDCO Technologies, LLC f/k/a Cyxtera Technologies LLC for the Period Ending March 31, 2024** [Docket No. 971]

- **Post-Confirmation Quarterly Report for Cyxtera Canada TRS, ULC for the Period Ending January 31, 2024** [Docket No. 972]

- **Post-Confirmation Quarterly Report for Cyxtera Communications Canada, ULC for the Period Ending March 31, 2024** [Docket No. 973]

- **Post-Confirmation Quarterly Report for Cyxtera Netherlands BV for the Period Ending March 31, 2024** [Docket No. 974]

Dated: April 25, 2024

*/s/ Marrium Zubair*
Marrium Zubair
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**

US Trustee Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |

# Exhibit B

**Exhibit B**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.

Case No. 23-14853 (JKS)