**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATE OF SERVICE**

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On August 9, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **First Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (A) Duplicative Claims; (B) Amended and Superseded Claims; (C) Insufficient Documentation Claims; (D) Late-Filed Claims; and (E) No Liability Claims** [Docket No. 994]

Dated: August 15, 2024

*/s/ Matthew J. Canty*
Matthew J. Canty
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities, Wilmington Savings Fund Society, FSB | ArentFox Schiff LLP | Jeffrey R. Gleit, Esq., Allison H. Weiss, Esq., and Matthew R. Bentley, Esq. | jeffrey.gleit@afslaw.com; allison.weiss@afslaw.com; matthew.bentley@afslaw.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| The Purchaser | c/o Brookfield Asset Management Inc. | Fred Day, Michael Rudnick | fred.day@brookfield.com; michael.rudnick@brookfield.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Agent under the Debtors' prepetition secured credit facilities | Citibank, N.A. | Attn Loan Administration | GLOriginationOps@citigroup.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel to agent under the Debtors' prepetition secured credit facilities | Davis Polk & Wardwell LLP | Kenneth J. Steinberg | kenneth.steinberg@davispolk.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to the Ad Hoc First Lien Group of the Debtors' prepetition term loan facilities | Gibson, Dunn & Crutcher | Attn Scott Greenberg, Michael J. Cohen, Esq., Steven Domanowski, and Stephen D. Silverman, Esq. | sgreenberg@gibsondunn.com; sdomanowski@gibsondunn.com; MCohen@gibsondunn.com; SSilverman@gibsondunn.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Plan Administrator | Halperin Battaglia Benzija, LLP | Alan D. Halperin | ahalperin@halperinlaw.net |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq., Leslie Liberman, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com; lliberman@paulweiss.com |
| Counsel to Phoenix Data Center Holdings LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq. | ctobler@paulweiss.com |
| Counsel to Sirius XM Connected Vehicle Services Inc. | Polsinelli PC | James H. Billingsley | jbillingsley@polsinelli.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Errico | John.DErrico@seacoastbank.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |
| Agent under the Debtors' prepetition secured credit facilities | WSFS Institutional Services | Attn Pat Healy and Brenda Acuna | phealy@wsfsbank.com; bacuna@wsfsbank.com |

# Exhibit B

**Exhibit B**
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for Galveston County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner, Esq. | 365 Rifle Camp Road | | | Woodland Park | NJ | 07424 |
| Official Committee of Unsecured Creditors | CBRE Investment Management | Andrew Horn | 601 S. Figueroa Street., 49th Floor | | | Los Angeles | CA | 90017 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Official Committee of Unsecured Creditors | Iron Mountain Data Centers, LLC | Barry Hytinen | One Federal Street | | | Boston | MA | 02110 |
| Official Committee of Unsecured Creditors | Menlo Equities | c/o Abigail O'Brient, Esquire | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | 2049 Century Park East, Suite 300 | | Los Angeles | CA | 90067 |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | | | Newark | NJ | 07102 |
| Top 30 and Official Committee of Unsecured Creditors | Pivot Technology Services Corp | d/b/a Computacenter | Matt Yates | 6025 The Corners Pkwy. Suite 100 | | Norcross | GA | 30092 |
| Official Committee of Unsecured Creditors | Securitas Security Services USA, Inc. | Chris Longua | 9 Campus Drive | | | Parsippany | NJ | 07054 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| US Attorney for District of New Jersey | US Attorney for District of New Jersey | Philip R. Sellinger | 970 Broad Street, 7th Floor | | | Newark | NJ | 07102 |

# Exhibit C

Exhibit C
First Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1111 Comstock Property, LLC | Attn Matthew G. Summers | c/o Ballard Spahr LLP | 919 N Market Street 11th Floor | | Wilmington | DE | 19801 | |
| 1111 Comstock Property, LLC | Prime Data Centers Corp. | Nicholas Laag | 110 Pacific Avenue | | San Francisco | CA | 94111 | |
| 1231 Comstock Property, LLC | Attn Matthew G. Summers | c/o Ballard Spahr LLP | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | |
| 1231 Comstock Property, LLC | Prime Data Centers Corp. | Nicholas Laag | 110 Pacific Avenue | | San Francisco | CA | 94111 | |
| 3416895 Canada Inc. | Thomas Nagy | 502-14255 Gouin Blvd | | | Pierrefonds | QC | H8Z 3C2 | Canada |
| 365 Mechanical, LLC | Diana Ljubovic | 1817 S. Horne #10 | | | Mesa | AZ | 85204 | |
| Accusoft Corporation | Anthony Sanchez | 4001 N. Riverside Drive | | | Tampa | FL | 33603 | |
| AGM Consulting, LLC | | 40 Windemere Rd | | | Wellesley | MA | 02481 | |
| ALECTRA UTILITIES CORPORATION | Elias Gavros | 3240 Mavis Rd | | | Mississauga | ON | L5C 3K1 | Canada |
| ALECTRA UTILITIES CORPORATION | PAYMENTS DEPARTMENT | 55 JOHN ST NORTH | | | HAMILTON | ON | L8R 3M8 | CANADA |
| ALECTRA UTILITIES CORPORATION | | 55 John St. North | PO Box 2249 | Station LCD 1 | Hamilton | ON | L8N 3E4 | Canada |
| Anita Jobs | | 305 E 27th St. | | | North Vancouver | BC | V7N 1B9 | Canada |
| Antranik Markarian | | 10508 Pinewood Ave | | | Tujunga | CA | 91042 | |
| ARAMARK Refreshments Services, LLC | c/o Sheila R. Schwager | Hawley Troxell Ennis & Hawley LLP | P.O. Box 1617 | | Boise | ID | 83701 | |
| Biggs Cardosa Associates, Inc. | | 865 The Alameda | | | San Jose | CA | 95126 | |
| CALIFORNIA WIRE PRODUCTS CORP | | 1316 Railroad St | | | Corona | CA | 92882 | |
| Cinthia Ganchozo | Sass Law Firm | 8495 N.W. 168th Terrace | | | Miami Lakes | FL | 33016 | |
| Cinthia Ganchozo | Sass Law Firm | Cynthia N. Sass | 601 West Dr. Martin Luther King, Jr. Boulevard | | Tampa | FL | 33603 | |
| Cinthia Ganchozo | | 8495 NW 168th Terrace | | | Miami Lakes | FL | 33016 | |
| City Of Tempe | City of Tempe - Municipal Services | Tarja Nummela | 20 E. 6th Street | | Tempe | AZ | 85281 | |
| City Of Tempe | Sonia Blain, Esq. | c/o Tempe City Attorney | 21 E. Sixth Street, #201 | | Tempe | AZ | 85281 | |
| City Of Tempe | Tarja Nummela | 20 E. 6th Street | | | Tempe | AZ | 85281 | |
| City Of Tempe | | City Hall, 31 E. 5th St. | | | Tempe | AZ | 85281 | |
| CUMMINGS ELECTRICAL LP | | Address Redacted | | | | | | |
| CUMMINGS ELECTRICAL LP | | 14900 GRAND RIVER RD STE 124 | | | FORT WORTH | TX | 76155-2749 | |
| David Pawlowski | | 314 Hunter Ln | | | Charlotte | NC | 28211 | |
| DC Professional Development Ltd | | 300 St. John Street | | | London | | EC1V 4PA | United Kingdom |
| Derek Unrau | | 101 Main St. E | | | Almonte | ON | K0A 1A0 | Canada |
| Driven, Inc. | | 1700 North Moore Street | Suite 1500 | | Arlington | VA | 22209 | |
| Eurofiber Spine B.V. | | Safariweg 25-31 | Maarssen | | Utrecht | MA | 3605 | Netherlands |

**Exhibit C**
First Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Examinetics Inc. | Attn Andrew J. Nazar | 900 West 48th Place, Suite 900 | | | Kansas City | MO | 64112 | |
| Examinetics Inc. | Attn Daniel Washburn, Hank Stratemeier | 10561 Barkley Place, Suite 400 | | | Overland Park | KS | 66212 | |
| FedEx Corporate Services, Inc | Kylon Freeman | 3965 Airways Blvd, Module G, 3rd Floor | | | Memphis | TN | 38116-5017 | |
| Hartford Fire Insurance Company | The Hartford | PO Box 660916 | | | Dallas | TX | 75266 | |
| Hartford Fire Insurance Company | | Bankruptcy Unit, HO2-R, Home Office | | | Hartford | CT | 06155 | |
| Hartford Fire Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06155 | |
| HCI Systems, Inc. | Jessica Vazquez | 1354 S. Parkside Place | | | Ontario | CA | 91761 | |
| Hein Steunenberg | | 305 East 27 Street | | | North Vancouver | BC | V7N 1B9 | Canada |
| Holland and Knight LLP | | 524 Grand Regency Blvd | | | Brandon | FL | 33510 | |
| Holland and Knight LLP | | PO Box 936937 | | | Atlanta | GA | 31193 | |
| Houghton and Associates, Inc | Brittani L Houghton | 1294 Sunland Drive | | | Brookhaven | GA | 30319 | |
| Houghton and Associates, Inc | W Mahlan Houghton, Jr | 1010 Clarellen Drive | | | Fort Myers | FL | 33919 | |
| Interactive Telecom Solutions | Keith Lopez | 12 NJ-17, Suite 120 | | | Paramus | NJ | 07652 | |
| JC Thomas Horton | | PO Box 3022 | | | Great Falls | MT | 59403 | |
| Jitesh K Dange | | 4366 Ventura Canyon Ave Apt 5 | | | Sherman Oaks | CA | 91423 | |
| Joel N. Goldberg | Robert W. Baird CO INC TTEE | FBO Joel N Goldberg IRA | PO Box 672 | | Milwaukee | WI | 53201-0672 | |
| Joel N. Goldberg | | 107 Regatta Drive | | | Jupiter | FL | 33477 | |
| JOHN HUH | | 31 BEAULIEU LN | | | FOOTHILL RANCH | CA | 92610 | |
| Johnson Controls Fire Protection LP | | 5757 N Green Bay Avenue | | | Glendale | WI | 53209 | |
| JOHNSON EQUIPMENT CO | | PO BOX 802009 | | | DALLAS | TX | 75380 | |
| Jonsco, Inc. | | 1711 Briercroft, Suite 100 | | | Carrollton | TX | 75006 | |
| LIBERTY ELEVATOR CORP | | 63 EAST 24TH ST | | | PATERSON | NJ | 07514 | |
| Liberty Mutual Insurance Company | Attn Nina Durante | PO Box 34526 | | | Seattle | WA | 98124-1526 | |
| Liberty Mutual Insurance Company | Jennings Haug Keleher McLeod LLP | Alana L. Porrazzo | 2800 N. Central Avenue Suite 1800 | | Phoenix | AZ | 85004 | |
| Logan Pass Construction LLC | | PO Box 69 | | | Waunakee | WI | 53597 | |
| Michael Hughes | | 1263 Oakland Ave | | | Columbus | OH | 43212 | |
| Michael P. Murphy | | 14141 SW 69 Ave | | | Miami | FL | 33158 | |
| Moruga, Inc. | Nicole Langford | 28150 N Alma School Pkwy Ste. 103-468 | | | Scottsdale | AZ | 85262 | |
| Nancy Weichert | | 1816 S Park Ave | | | Springfield | IL | 62704 | |
| NOR CAL BATTERY CO | | 3432 D CHEROKEE RD | | | STOCKTON | CA | 95205 | |

**Exhibit C**
First Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NorthStar Construction Services Corp. | | 200 Mount Laurel Circle | | | Shirley | MA | 01464 | |
| Omar Chavez | | 1307 Kinney Ave Unit 15 | | | Austin | TX | 78704 | |
| Peterson CAT | | 955 Marina Blvd | | | San Leandro | CA | 94577 | |
| Ports America Shared Services, Inc. | Attn Courtney Beller | 55 North Arizona Place | Ste 400 | | Chandler | AZ | 85225 | |
| Ports America Shared Services, Inc. | Courtney Beller | 55 North Arizona Place, Suite 400 | | | Chandler | AZ | 85225 | |
| Ports America Shared Services, Inc. | Holland and Knight LLP | Barbra Parlin | 31 W. 52nd Street | | New York | NY | 10019 | |
| Priyadarshini, Arpana | | Address Redacted | | | | | | |
| Proofpoint, Inc. | Jordan Weber | 400 South Hope Street 18th Floor | | | Los Angeles | CA | 90071 | |
| Proofpoint, Inc. | Michael Yang | 925 W. Maude Avenue | | | Sunnyvale | CA | 94085 | |
| Proofpoint, Inc. | Proofpoint, Inc | Karen Rinehart | 400 South Hope Street, 18th Floor | | Los Angeles | CA | 90071 | |
| Proofpoint, Inc. | Stephen H. Warren | OMelveny Myers LLP | 400 S. Hope Street, 18th Floor | | Los Angeles | CA | 90071 | |
| Q4 Inc. | Kenneth Szeto | 469A King Street West | | | Toronto | ON | M5V 1K4 | Canada |
| Quinn Company | | 10006 Rose Hills Road | | | City of Industry | CA | 90601 | |
| RS Titan, LLC | c/o Lee P. Whidden | Dentons US LLP | 1221 Avenue of the Americas 25th Floor | | New York | NY | 10020 | |
| RS Titan, LLC | Kevin Dillard | 444 North Nash St | | | El Segundo | CA | 90245 | |
| RS Titan, LLC | RS Titan, LLC c/o Serverfarm LCC | Randall Bort | 444 North Nash St. | | El Segundo | CA | 90245 | |
| SAFY OF AMERICA | | 10100 Elida Rd | | | Delphos | OH | 45833 | |
| Schneider Electric IT Corporation | James Danley | 1650 West Crosby Road | | | Carrollton | TX | 75006 | |
| Siemens Canada Limited | c/o C Logan | 1577 North Service Rd East | | | Oakville | ON | L6H 0H6 | Canada |
| Simonne Longerich | | 75 Westmoreland Ave | | | Arlington | MA | 02474 | |
| Standard and Poors Financial Services LLC | STANDAR AND POORS GLOBAL RATINGS | 2542 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | |
| Standard and Poors Financial Services LLC | | 55 Water Street | | | New York | NY | 10041 | |
| Stephen L. Gordon | Stephen Gordon | 5745 Anegada Dr | | | Naples | FL | 34113 | |
| Strider Technologies, Inc. | | 10377 S. Jordan Gateway, #150 | | | South Jordan | UT | 84095 | |
| Supreme Capital Group Inc. | | 10 Frivick Crt | | | Toronto | Ontario | M2M 3P6 | Canada |
| Tan Wei Han | | 23 Figaro St | | | Singapore | | 458348 | Singapore |
| Tech Titans | | 411 Belle Grove Drive | | | Richardson | TX | 75080 | |
| Thermoscan Inc. | | 375 W. 83rd Street | | | Burr Ridge | IL | 60527 | |
| Thua Phuc Loc Nguyen | | 641 Albany Way NW | | | Edmonton | AB | T6V 0H2 | Canada |

**Exhibit C**
First Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Thunder Consulting, Inc. | Attn Carter Wigell | 548 Market St PMB 88159 | | | San Francisco | CA | 94104-5401 | |
| Thunder Consulting, Inc. | Hire Athena | 5 3rd Street | | | San Francisco | CA | 94103 | |
| Trapezoid, Inc. | Attn Legal Department | 4931 SW 75th Avenue | | | Miami | FL | 33155-4440 | |
| Urbano Centeno Zenteno | | 4530 Reeder Ave | | | Oxnard | CA | 93033 | |
| Vipond Inc | Julie Wright | 6380 Vipond Drive | | | Mississauga | ON | L5T 1A1 | Canada |
| VIPOND INC | | 6380 VIPOND DR | | | MISSISSAUGA | ON | L5T 1A1 | Canada |
| Waste Management - Bankruptcy Department | | 2550 W Union Hills Dr. | | | Phoenix | AZ | 85027 | |
| Waste Management Inc. | | 2550 W Union Hills Dr. | | | Phoenix | AZ | 85027 | |
| Wei Han Tan | | 23 Figaro St | | | Singapore | | 458348 | Singapore |
| West-Star Environmental, Inc | Debbie Mendrin | 4770 W Jennifer Ave. | | | Fresno | CA | 93722 | |
| Young Do | | 1436 Belleau Road | | | Glendale | CA | 91206 | |
| Zurich American Insurance Company | Attn Jessica Melesio | PO Box 68549 | | | Schaumburg | IL | 60196 | |
| Zurich American Insurance Company | RMS an iQor Company | Carlota Esmedilla | PO Box 5007 | | Fogelsville | PA | 18051 | |