**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**O'MELVENY & MYERS LLP**
Jordan A. Weber, Esq. (*pro hac vice* forthcoming)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
jweber@omm.com

- and -

Colleen Powers, Esq. (NJ Bar No. #211782018)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
cpowers@omm.com

*Counsel to Proofpoint, Inc.*

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc., | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor | |

## CERTIFICATION OF SERVICE

1. I, Jordan A. Weber:

    ☒ represent Proofpoint, Inc. in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 5, 2024, respectively, I sent a copy of the following pleadings and/or

documents to the parties listed in the chart below.

    a. *PROOFPOINT'S RESPONSE TO THE GUC TRUSTEE'S FIRST OMNIBUS OBJECTION REGARDING CLAIM NO. 342*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 5, 2024

*Jordan A. Weber* (signature)

Jordan A. Weber

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| META Advisors LLC<br>3 World Trade Center<br>175 Greenwich Street, 67th Fl<br>New York, NY 10007<br>Attn: Grace Marie Codispoti | GUC Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Overnight mail on 9/5/24</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Attn: Bradford J. Sandler<br>Attn: Paul J. Labov<br>Attn: Colin R. Robinson<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>Kelley Drye & Warren LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Attn: James S. Carr<br>Attn: Dana Kane | Counsel to the GUC Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email and Overnight Mail on 9/5/24</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee, Regions 3 & 9<br>One Newark Center Suite 2100<br>Newark, NJ 07102<br>Attn: Martha R. Hildebrandt, Esq. | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Overnight Mail on 9/5/24</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |