UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

In re:

CTI Liquidation Co., Inc.,

   Post Effective Date Debtor.

Case No. 23-14853

Judge:  Hon. John K. Sherwood

Chapter 11

Hearing Date:  September 10, 2024

Hearing Time:  10:00 a.m.

**ADJOURNMENT REQUEST**

1.  I, James S. Carr,

  ☒ am the attorney for:  Cyxtera GUC Trust,

  ☐ am self represented,

 and request an adjournment of the following hearing for the reason set forth below.

 Matter: Hearing on First Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (A) Duplicative Claims; (B) Amended and Superseded Claims; (C) Insufficient Documentation Claims; (D) Late-Filed Claims; and (E) No Liability Claims [Docket Nos. 994 and 995], as to the claim of Liberty Mutual Insurance Company (Claim Nos. 292 and 295).

 Current hearing date and time:  September 10, 2024 at 10:00 a.m.

 New date requested:  October 22, 2024 at 10:00 a.m.

    Reason for adjournment request: <u>The Trust has agreed to adjourn the hearing as to the claims of Liberty Mutual Insurance Company at the request of the Post-Effective Date Debtor</u>

2.     Consent to adjournment:

☐ I have the consent of all parties.     ☒ I do not have the consent of all parties (explain below):

Liberty Mutual Insurance Company has advised the Trust that it does not intend to contest the relief requested by the Omnibus Objection, so its consent to the adjournment was not sought as it is not needed. The Trust is requesting the adjournment by agreement with the Post-Effective Date Debtor.

I certify under penalty of perjury that the foregoing is true.

---

Date: <u>September 9, 2024</u>          Signature <u>/s/ *James S. Carr*</u>

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted      <u>New hearing date:          </u>      ☐ Peremptory

☐ Granted over objection(s)    <u>New hearing date:          </u>      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**