UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

In re:

CTI Liquidation Co., Inc.,

    Post Effective Date Debtor.

Case No. 23-14853

Judge: Hon. John K. Sherwood

Chapter 11

Hearing Date: September 10, 2024

Hearing Time: 10:00 a.m.

**ADJOURNMENT REQUEST**

1.    I, James S. Carr,

    ☒    am the attorney for: Cyxtera GUC Trust,

    ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Hearing on First Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (A) Duplicative Claims; (B) Amended and Superseded Claims; (C) Insufficient Documentation Claims; (D) Late-Filed Claims; and (E) No Liability Claims [Docket Nos. 994 and 995], as to the claim of Proofpoint, Inc. (Claim No. 386).

Current hearing date and time: September 10, 2024 at 10:00 a.m.

New date requested: October 22, 2024 at 10:00 a.m.

Reason for adjournment request: <u>The parties are continuing their dialogue regarding the Objection, and need additional time to conclude discussions.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>September 9, 2024</u>    Signature <u>/s/ *James S. Carr*</u>

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted    <u>New hearing date:</u>    ☐ Peremptory

☐ Granted over objection(s)    <u>New hearing date:</u>    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**