| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**O'MELVENY & MYERS LLP**<br>Jordan A. Weber, Esq.<br>400 South Hope Street, 19th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>jweber@omm.com<br><br>- and -<br><br>Colleen Powers, Esq. (NJ Bar No. #211782018)<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>cpowers@omm.com<br><br>*Counsel to Proofpoint, Inc.* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>                Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Hon. John K. Sherwood |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
**OF JORDAN A. WEBER, ESQ.**

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves for the admission *pro hac vice* of Jordan A. Weber, Esq. of O'Melveny & Myers LLP to represent Proofpoint, Inc. in the above-captioned case and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and before the United States District Court for the District of New Jersey.

Dated:  September 10, 2024

Respectfully Submitted,
By: */s/ Colleen Powers*

Colleen Powers, Esq.
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
cpowers@omm.com

*Counsel for Proofpoint, Inc.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**O'MELVENY & MYERS LLP**<br>Jordan A. Weber, Esq.<br>400 South Hope Street, 19th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>jweber@omm.com<br><br>- and -<br><br>Colleen Powers, Esq. (NJ Bar No. #211782018)<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>cpowers@omm.com<br><br>*Counsel to Proofpoint, Inc.* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>                   Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Hon. John K. Sherwood |

**CERTIFICATION OF JORDAN A. WEBER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and 7007-1, I, Jordan A. Weber, Esq. hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

    1.    I am an attorney and counsel with the law firm of O'Melveny & Myers LLP. My office is located at 400 South Hope Street, 19th Floor, Los Angeles, CA 90071.

    2.    I am eligible for admission to this Court, am admitted to practice in and am a member of good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| New York State Court | 2015, Bar No. 326711 |
| California State Court | 2019, Bar No. 5387972 |

3. There are no disciplinary proceedings pending against me, and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arrange for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting any Application.

I declare under penalty that the foregoing is true and correct.

Dated: September 10, 2024                     Respectfully Submitted,

                                              By: */s/ Jordan A. Weber*

2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**O'MELVENY & MYERS LLP**<br>Jordan A. Weber, Esq.<br>400 South Hope Street, 19th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>jweber@omm.com<br><br>- and -<br><br>Colleen Powers, Esq. (NJ Bar No. #211782018)<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>cpowers@omm.com<br><br>*Counsel to Proofpoint, Inc.* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>                Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Hon. John K. Sherwood |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following pages is **ORDERED**.

This matter having been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to District Court Rule 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Jordan A. Weber, Esq. be permitted to appear pro hac vice; provided that an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations or sign and receive payments on judgments, decrees or orders, and it is further

1

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of the entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Attention: Pro Hac Vice Admissions

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.