| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**O'MELVENY & MYERS LLP**<br>Jordan A. Weber, Esq.<br>400 South Hope Street, 19th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>jweber@omm.com<br><br>- and -<br><br>Colleen Powers, Esq. (NJ Bar No. #211782018)<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>cpowers@omm.com<br><br>*Counsel to Proofpoint, Inc.* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>                     Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Hon. John K. Sherwood |

<u>**CERTIFICATION OF JORDAN A. WEBER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***</u>

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and 7007-1, I, Jordan A. Weber, Esq. hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am an attorney and counsel with the law firm of O'Melveny & Myers LLP. My office is located at 400 South Hope Street, 19th Floor, Los Angeles, CA 90071.

2. I am eligible for admission to this Court, am admitted to practice in and am a member of good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| New York State Court | 2015, Bar No. 326711 |
| California State Court | 2019, Bar No. 5387972 |

3. There are no disciplinary proceedings pending against me, and no discipline has ever been imposed against me.

4. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

5. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arrange for the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting any Application.

I declare under penalty that the foregoing is true and correct.

Dated: September 10, 2024                                Respectfully Submitted,

                                                                    By: */s/ Jordan A. Weber*