| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**O'MELVENY & MYERS LLP**<br>Jordan A. Weber, Esq. (*pro hac vice* pending)<br>400 South Hope Street, 19th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>jweber@omm.com<br><br>- and -<br><br>Colleen Powers, Esq. (NJ Bar No. #211782018)<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>cpowers@omm.com<br><br>*Counsel to Proofpoint, Inc.* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>               Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>Hon. John K. Sherwood |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear in the above-captioned proceeding as counsel to Proofpoint, Inc. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned proceeding, be given to and served upon the following:

        Jordan A. Weber, Esq.
        O'Melveny & Myers LLP
        400 South Hope Street, 19th Floor
        Los Angeles, CA 90071
        Telephone: (213) 430-6000
        jweber@omm.com

        -and-

        Colleen Powers, Esq.
        O'Melveny & Myers LLP
        1301 Avenue of the Americas, Suite 1700

New York, NY 10019  
Telephone: (212) 326-2000  
cpowers@omm.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rule specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the undersigned.

Dated: September 10, 2024

Respectfully Submitted,  
By: */s/ Colleen Powers*

Colleen Powers, Esq. (NJ Bar No. 211782018)  
**O'MELVENY & MYERS LLP**  
1301 Avenue of the Americas, Suite 1700  
New York, NY 10019  
Telephone: (212) 326-2000  
cpowers@omm.com

-and-

Jordan A. Weber, Esq. (*pro hac vice* pending)  
**O'MELVENY & MYERS LLP**  
400 South Hope Street, 19h Floor  
Los Angeles, CA 90071  
Telephone: (213) 430-6000  
ejones@omm.com  
jweber@omm.com

*Counsel for Proofpoint, Inc.*