**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 530-2152
Terri Jane Freedman, Esq. (tfreedman@csglaw.com)
*Counsel for Creditor Cummins, Inc.*

**FOLEY & LARDNER LLP**
1400 16th Street, Suite 200
Denver, Colorado 80202
(720) 437-2014
Timothy C. Mohan, Esq. (tmohan@foley.com)
*Co-Counsel for Creditor Cummins, Inc.*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES, INC., *et al.*,[1] | Case No. 23-14853 |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE AND ALL SERVICE LISTS

**PLEASE TAKE NOTICE** that the following counsel, Jill L. Nicholson, Esq., formerly with the firm of Foley & Lardner LLP, hereby withdraws her appearance as counsel for Cummins, Inc. in this case, and requests that service of all notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and requests that counsel be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are NanoString Technologies, Inc. (4687), NanoString Technologies International, Inc. (2723), NanoString Technologies Netherlands B.V., and NanoString Technologies Germany GmbH. The Debtors' headquarters is located at 530 Fairview Avenue North, Suite 2000, Seattle, WA 98109.

4866-2855-1147.v1

Jill L. Nicholson, Esq.
Dentons US LLP
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Telephone: 312-876-8000
Email: jill.nicholson@dentons.com

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Co-Counsel for Creditor Cummins, Inc.*

By: /s/ *Terri Jane Freedman*
      TERRI JANE FREEDMAN

Dated:   October 1, 2024

4866-2855-1147.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2024, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Co-Counsel for Creditor Cummins, Inc.*

By: /s/ *Terri Jane Freedman*
      TERRI JANE FREEDMAN

Dated:  October 1, 2024

4866-2855-1147.v1