UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

In re:

CTI Liquidation Co., Inc.,

        Post Effective Date Debtor.

Case No. 23-14853

Judge:  Hon. John K. Sherwood

Chapter 11

Hearing Date:  October 22, 2024

Hearing Time:  10:00 a.m.

**ADJOURNMENT REQUEST**

1. I, James S. Carr,

   ☒ am the attorney for:  Cyxtera GUC Trust,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on First Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (A) Duplicative Claims; (B) Amended and Superseded Claims; (C) Insufficient Documentation Claims; (D) Late-Filed Claims; and (E) No Liability Claims [Docket Nos. 994 and 995], as to the claims of Proofpoint, Inc. (Claim No. 386) and Liberty Mutual Insurance Company (Claim Nos. 292 and 295).

   Current hearing date and time:  October 22, 2024 at 10:00 a.m.

   New date requested:  December 17, 2024 at 10:00 a.m.

Reason for adjournment request: <u>The parties are continuing their dialogue regarding the Objection, and need additional time to conclude discussions among themselves and with the Reorganized Debtor.</u>

2.  Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  October 21, 2024                    Signature  /s/ *James S. Carr*

**COURT USE ONLY:**

The request for adjournment is:

X☐  Granted            New hearing date:  12/17/24 @ 10    ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**