UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
~~Bradford J. Sandler, Esq.~~
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com
*Counsel to the GUC Trust*

Order Filed on October 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

CTI Liquidation Co., Inc.

        Post-Effective Date Debtor.

Chapter 11

Case No. 23-14853 (JKS)

**ORDER GRANTING SECOND OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW AND EXPUNGE CERTAIN EQUITY CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED.**

**DATED: October 23, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:       2

Debtor:     CTI Liquidation Co., Inc.

Case No.:   23-14853 (JKS)

Caption:    Order Granting Second Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Equity Claims

Upon the second omnibus objection (the "Omnibus Objection")[1] of the GUC Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, disallowing and expunging each of the claims set forth on Schedule 1 hereto because each such claim reflects an equity interest and not a "claim" within the meaning of section 101(5) of the Bankruptcy Code; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the GUC Trustee, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. Each Equity Claim listed on **Schedule 1** to this Order is disallowed and expunged in its entirety.

3. The rights of the GUC Trustee to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or supplement the Omnibus

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

| | |
|---|---|
| Page: | 3 |
| Debtor: | CTI Liquidation Co., Inc. |
| Case No.: | 23-14853 (JKS) |
| Caption: | Order Granting Second Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Equity Claims |

Objection, including, without limitation, to object to amended or newly filed claims is hereby reserved. Without limiting the generality of the foregoing, the GUC Trustee specifically reserves the right to amend the Omnibus Objection, file additional papers in support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Omnibus Objection by or on behalf of any of the claimants or other interested parties; (b) object further to any Claim for which a claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Claim based on additional information that may be discovered upon further review by the GUC Trustee or through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

4. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the GUC Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the GUC Trustee's rights to dispute any claim on any grounds.

5. The GUC Trustee, its Claims and Noticing Agent (Verita Global), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

6. The objection to each claim addressed in the Omnibus Objection and as set forth on **Schedule 1** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not

| | |
|---|---|
| Page: | 4 |
| Debtor: | CTI Liquidation Co., Inc. |
| Case No.: | 23-14853 (JKS) |
| Caption: | Order Granting Second Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Equity Claims |

stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

7. The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

8. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Schedule 1
Equity Claims

| Claim # | Date Filed | Creditor | Debtor | Asserted General Unsecured Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 278 | 08.13.2023 | Abaku, Emmanuel | Cyxtera Technologies, Inc. | $450.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 133 | 08.01.2023 | Ai, Leo | Cyxtera Technologies, Inc. | $900.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 160 | 08.03.2023 | Alvarez, Marco Salas | Cyxtera Technologies, Inc. | $189.67 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 59 | 07.07.2023 | Arcuri, Ramon Lee | Cyxtera Technologies, Inc. | $1,937.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 266 | 08.11.2023 | Baneky, William A | Cyxtera Technologies, Inc. | Unliquidated | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 264 | 08.11.2023 | Baptiste, Deborah | Cyxtera Technologies, Inc. | $13,000.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 124 | 07.28.2023 | Barnes, Jeffrey | Cyxtera Technologies, Inc. | $27,121.55 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 198 | 08.07.2023 | Boiardt, Henric | Cyxtera Technologies, Inc. | $386.36 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 51 | 07.06.2023 | Broadband Solutions Group, Inc. | Cyxtera Technologies, Inc. | $11,278.28 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 250 | 08.10.2023 | Brookins, Shon | Cyxtera Technologies, Inc. | $20.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 254 | 08.10.2023 | Brown, Edward H | Cyxtera Technologies, Inc. | $16,550.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 205 | 08.08.2023 | Chen, Constance | Cyxtera Technologies, Inc. | Unliquidated | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 22 | 06.27.2023 | Christen, Randolph F | Cyxtera Technologies, Inc. | $925.03 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 114 | 07.28.2023 | Curtin, Michael V. | Cyxtera Technologies, Inc. | $1,000.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 213 | 08.09.2023 | Damiao, Luanne Marie | Cyxtera Technologies, Inc. | $12.75 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 128 | 07.29.2023 | Dashinsky, Jason | Cyxtera Technologies, Inc. | $700.50 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 100 | 07.25.2023 | Douhaji, Mohamed | Cyxtera Technologies, Inc. | $21.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 117 | 07.28.2023 | Esposito, James | Cyxtera Technologies, Inc. | $3,872.10 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 550 | 08.04.2024 | Fils-Aime, Frantz S. | Cyxtera Technologies, Inc. | $23,392.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. The GUC Trust reserves all rights to further object to this claim on the grounds that it was filed after the applicable bar date. |
| 255 | 08.10.2023 | Fudge, Wayne Bernard | Cyxtera Technologies, Inc. | $5,652.90 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 301 | 08.14.2023 | Galbraith, Kimberly | Cyxtera Technologies, Inc. | $7,153.21 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |

Schedule 1
Equity Claims

| Claim # | Date Filed | Creditor | Debtor | Asserted General Unsecured Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 173 | 08.04.2023 | Gent, Travis | Cyxtera Technologies, Inc. | $5,491.04 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 177 | 08.04.2023 | Gill, Anthony | Cyxtera Technologies, Inc. | $497.36 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 165 | 08.03.2023 | Gill, Jeremy E | Cyxtera Technologies, Inc. | $561.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 204 | 08.07.2023 | Goodson Jr., Cooper | Cyxtera Technologies, Inc. | $2,244.27 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 215 | 08.08.2023 | Goodson Jr., Cooper | Cyxtera Technologies, Inc. | $4,423.45 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 195 | 08.08.2023 | Granados, Isai | Cyxtera Technologies, Inc. | Unliquidated | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 276 | 08.13.2023 | Hantour, Nader | Cyxtera Technologies, Inc. | $3,465.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 111 | 07.28.2023 | Harris, Bryan | Cyxtera Technologies, Inc. | $6,921.37 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 121 | 07.28.2023 | Harris, Bryan | Cyxtera Technologies, Inc. | $6,921.37 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 180 | 08.04.2023 | Hearing, Alice | Cyxtera Technologies, Inc. | $1,660.64 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 113 | 07.28.2023 | Hristozov, Lyubomir | Cyxtera Technologies, Inc. | $3,100.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 137 | 08.01.2023 | Husk, Richard G | Cyxtera Technologies, Inc. | $998.72 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 142 | 08.01.2023 | Isbrucker, Eric | Cyxtera Technologies, Inc. | $397.92 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 131 | 07.31.2023 | Jaju, Yogesh | Cyxtera Technologies, Inc. | $172.50 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 147 | 08.02.2023 | Kelley, Christopher Glenn | Cyxtera Technologies, Inc. | $1,000.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 200 | 08.08.2023 | Kovac, James Michael | Cyxtera Technologies, Inc. | $3,500.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 277 | 08.13.2023 | Leong, Christine and Ian | Cyxtera Technologies, Inc. | $2,974.52 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 179 | 08.04.2023 | McBride, Aaron | Cyxtera Technologies, Inc. | $20.21 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 126 | 07.29.2023 | Negraru, Alexandru Florin | Cyxtera Technologies, Inc. | $4,003.42 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 222 | 08.08.2023 | Nissley Jr., John J | Cyxtera Technologies, Inc. | $1,868.85 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 210 | 08.09.2023 | Parekh, Rahul | Cyxtera Technologies, Inc. | $1,241.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 143 | 08.01.2023 | Payne, Daniel D. | Cyxtera Technologies, Inc. | $22,006.16 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |

Schedule 1
Equity Claims

| Claim # | Date Filed | Creditor | Debtor | Asserted General Unsecured Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 228 | 08.09.2023 | Peterson, John | Cyxtera Technologies, Inc. | $4,467.35 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 187 | 08.05.2023 | Pettit, Kalie | Cyxtera Technologies, Inc. | $260.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 190 | 08.07.2023 | Reyes, Alexander | Cyxtera Technologies, Inc. | Unliquidated | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 183 | 08.03.2023 | Sandberg, Erik | Cyxtera Technologies, Inc. | $61.38 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 380 | 08.15.2023 | Schafer, Shawn | Cyxtera Technologies, Inc. | $5,515.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. The Trust does not purport to object to any portion of the claim asserted at a priority level other than general unsecured. |
| 261 | 08.11.2023 | Shell, Ted W. | Cyxtera Technologies, Inc. | $2,020.42 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 116 | 07.28.2023 | Shevlin, Barry T. | Cyxtera Technologies, Inc. | $10,000.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 232 | 08.09.2023 | Shim, Beom | Cyxtera Technologies, Inc. | $1,998.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 127 | 07.29.2023 | Smith, Justin | Cyxtera Technologies, Inc. | $2,180.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 265 | 08.11.2023 | Soni, Sanjay K | Cyxtera Technologies, Inc. | $11,270.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 294 | 08.14.2023 | Steinman, Riva | Cyxtera Technologies, Inc. | $7,759.75 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 435 | 08.15.2023 | Tarinelli, William | Cyxtera Technologies, Inc. | $502.50 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |
| 303 | 08.14.2023 | Van Loh, Charles Kenneth | Cyxtera Technologies, Inc. | $100,000.00 | Claim was filed on account of an equity interest, which does not constitute a "claim" within the meaning of Section 101(5) of the Bankruptcy Code. |