**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATE OF SERVICE**

I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On October 23, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Order Granting Second Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Equity Claims** [Docket No. 1018]

Dated: October 25, 2024

/s/ *Rigoberto Lopez*
Rigoberto Lopez
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and  Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, and Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq., Leslie Liberman, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com; lliberman@paulweiss.com |
| Counsel to Phoenix Data Center Holdings LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq. | ctobler@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**
US Trustee Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |

# Exhibit C

**Exhibit C**
Second Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Aaron McBride | | aandrmcbride@gmail.com |
| Alexander Reyes | | alexr1586@hotmail.com |
| ALEXANDRU FLORIN NEGRARU | | alexandrunegraru@yahoo.com |
| Alice Hearing | | aliceann1980@hotmail.com |
| Anthony Gill | | antgill101@live.com |
| Barry T. Shevlin | | barry@shevlinatkins.com |
| Beom Shim | | beom22@hotmail.com |
| BROADBAND SOLUTIONS GROUP, INC. | | dennislasalle@hotmail.com |
| Bryan Harris | | baharris85@gmail.com |
| Charles Kenneth Van Loh | | kvanloh@icloud.com |
| Christine Leong and Ian Leong | | christinebarfoot@gmail.com |
| Christopher Glenn Kelley | Krista Mae Kelley | krista.mae.kelley@gmail.com |
| Constance Chen | | einnochen@gmail.com |
| Cooper Goodson Jr | | cgoodsonjr4846@gmail.com |
| Daniel D. Payne | | daniel.d.payne@icloud.com |
| Deborah Baptiste | | deb.baptiste@gmail.com |
| Edward H Brown | Jennifer Brown | edbrown454@gmail.com |
| Emmanuel Abaku | | emmanuelabaku@gmail.com |
| Eric Isbrucker | | isbrucker@gmail.com |
| Erik Sandberg | | erik140901@yahoo.com |
| FRANTZ S FILS-AIME | | lefrantz1@gmail.com |
| Henric Boiardt | | hboiardt@gmail.com |
| Isai Granados | | isaigrana2@gmail.com |
| James Esposito | | espo222@yahoo.com |
| James Michael Kovac | Jim Kovac | openingthecanofwhoopass@gmail.com |
| Jason Dashinsky | | jasondashinsky@hotmail.com |
| Jeffrey Barnes | | jbarnes4255@gmail.com |
| Jeremy E Gill | | jgill10773@gmail.com |
| John J Nissley Jr | | jay@getsps.com |
| John Peterson | | jpeterson@greendcguide.com |
| Justin Smith | | justin2009smith@gmail.com |
| Kalie Pettit | | kaliedp.2011@yahoo.com |
| Kimberly Galbraith | | kim.galbraith81@yahoo.com |
| Leo Ai | | leo12188@gmail.com |
| Luanne Marie Damiao | | lmldamiao@gmail.com |
| Lyubomir Hristozov | | zakef@yahoo.com |
| Marco Salas Alvarez | | msala0115@gmail.com |
| Michael V. Curtin | | mcurtin612@hotmail.com |
| Mohamed Douhaji | | mohameddouhaji@gmail.com |
| NADER HANTOUR | | hantour@gmail.com |
| Rahul Parekh | | rjkparekh@gmail.com |
| Ramon Lee Arcuri | | rayarcuri@ameritech.net |
| Randolph F Christen | | randychristen@hotmail.com |
| Richard G Husk | | richard.g.husk@gmail.com |
| Riva Steinman | | no1mom@bellsouth.net |
| Sanjay K Soni | | asksoni@hotmail.com |
| Shawn Schafer | | wtranch@westriv.com |
| Shon Brookins | | cashflowlogic@gmail.com |
| Ted W. Shell | | tshell111@gmail.com |
| Travis Gent | | travis.gent94@gmail.com |

**Exhibit C**
Second Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Wayne Bernard Fudge | | olbarn@hotmail.com |
| William A Baneky | | bill.baneky@yahoo.com |
| William Tarinelli | | wtarinel@travelers.com |
| Yogesh Jaju | | yogesh_jaju@hotmail.com |

# Exhibit D

**Exhibit D**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit E

**Exhibit E**

Second Omnibus Objection Claimants

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Aaron McBride | | 2351 Smart Ln | Fallon | NV | 89406 | |
| Alexander Reyes | | 1814 Overlook Bend | San Antonio | TX | 78245 | |
| ALEXANDRU FLORIN NEGRARU | | 83 RENIHAN MEADOWS | LEBANON | NH | 03766 | |
| Alice Hearing | | 1200 Moura Ln | Santa Rosa | CA | 95404 | |
| Anthony Gill | | 7073 S. Camelot Way | West Jordan | UT | 84084 | |
| Barry T. Shevlin | | 1111 Kane Concourse Suite 619 | Bay Harbor Islands | FL | 33154 | |
| Beom Shim | | 3097 Delburn Ave | Dublin | OH | 43017 | |
| BROADBAND SOLUTIONS GROUP, INC. | | 4858 EDGEWATER LANE | OLDSMAR | FL | 34677 | |
| Bryan Harris | | 415 N 3rd Street #305 | St. Joseph | MO | 64501 | |
| Charles Kenneth Van Loh | | P.O. Box 1980 | Wichita Falls | TX | 76307 | |
| Charles Kenneth Van Loh | | 4 Peachtree Ct | Wichita Falls | TX | 76308 | |
| Christine Leong and Ian Leong | | 5768 Overbrooke Rd. | Kettering | OH | 45440 | |
| Christopher Glenn Kelley | Krista Mae Kelley | 1204 Rock Chapel Road | Lithonia | GA | 30058 | |
| Constance Chen | | 573 N Boylston St Unit 1/2 | Los Angeles | CA | 90012 | |
| Cooper Goodson Jr | | 725 David Dr | Tyler | TX | 75703 | |
| Daniel D. Payne | | 2510 Sue Street | Duncan | OK | 73533 | |
| Deborah Baptiste | | 11305 NW 42nd Ter | Doral | FL | 33178 | |
| Edward H Brown | Jennifer Brown | 14233 W 84th Ter | Lenexa | KS | 66215 | |
| Emmanuel Abaku | | 605 Green Meadows Drive | Dallastown | PA | 17313 | |
| Emmanuel Abaku | | 436 Tanglewood Lane | Dallastown | PA | 17313 | |
| Eric Isbrucker | | 2712 Yorkshire Rd | Mobile | AL | 36605 | |
| Erik Sandberg | | 345 Elverta Meadows Ct | Elverta | CA | 95626 | |
| FRANTZ S FILS-AIME | | 34 MOUNT VERNON AVENUE | IRVINGTON | NJ | 07111 | |
| Henric Boiardt | | 10421 SW 50th St | Miami | FL | 33165 | |
| Isai Granados | | 3109 Valcosta St | Edinburg | TX | 78541 | |
| James Esposito | | 3415 Barton Road | Pompano Beach | FL | 33062 | |
| James Michael Kovac | Jim Kovac | 8616 N Chatham Circle | Kansas City | MO | 64154 | |
| Jason Dashinsky | | 14372 Santa Lucia Street | Fontana | CA | 92336 | |
| Jeffrey Barnes | | 4951 William St | Lancaster | NY | 14086 | |
| Jeremy E Gill | | 7073 S Camelot Way | West Jordan | UT | 84084 | |
| John J Nissley Jr | | 4526 Mance Dr | Harrisburg | PA | 17112-8619 | |
| John Peterson | | 6712 Allegheny Ave | Takoma Park | MD | 20912 | |
| Justin Smith | | 6025 Copper Lakes Street | North Las Vegas | NV | 89031 | |

**Exhibit E**
Second Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Kalie Pettit | | 10440 Deerwood Rd., Apt. 1321 | Houston | TX | 77042 | |
| Kimberly Galbraith | | 12804 Rosewood Dr | Leawood | KS | 66209 | |
| Leo Ai | | 10 Sherwood Road | Natick | MA | 01760 | |
| Luanne Marie Damiao | | 52/5-9 Waitara Avenue | Waitara | NSW | 2077 | Australia |
| Lyubomir Hristozov | | 7570 Toweron Ln | Columbus | OH | 43235 | |
| Marco Salas Alvarez | | 527 Irving Street | Westbury | NY | 11590 | |
| Michael V. Curtin | | 3499 Seacrest Dr. | Carlsbad | CA | 92008 | |
| Mohamed Douhaji | | Hay el fath lot angad rue c18 n35 | Oujda | Lazaret | 60020 | Morocco |
| NADER HANTOUR | | 3038 WHISPERING CREST DR | HENDERSON | NV | 89052 | |
| Rahul Parekh | | 4298 Leighton Lane | Frisco | TX | 75034 | |
| Ramon Lee Arcuri | | 22139 East Cloud Road | Queen Creek | AZ | 85142 | |
| Randolph F Christen | | 92 Cypress Grove Ln | Ormond Beach | FL | 32174 | |
| Richard G Husk | | 3006 E Aris Dr | Gilbert | AZ | 85298 | |
| Riva Steinman | | 6420 sw 135 Dr | Miami | FL | 33156 | |
| Sanjay K Soni | | 17116 NW Emerald Canyon Drive | Beaverton | OR | 97006 | |
| Shawn Schafer | | 1223 18th Ave NW | Turtle Lake | ND | 58575 | |
| Shon Brookins | | 10348 S Prairie Ave | Chicago | IL | 60615 | |
| Ted W. Shell | | 1204 Fallsworth Dr. | Nolensville | TN | 37135 | |
| Travis Gent | | 1902 Matagorda Street | Austin | TX | 78741 | |
| Wayne Bernard Fudge | | 411 S FM 369 | Burkburnett | TX | 76354 | |
| William A Baneky | | 119 Harper Terrace | Cedar Grove | NJ | 07009 | |
| William Tarinelli | | 17 Apple Hill | Newington | CT | 06111 | |
| Yogesh Jaju | | 5423 Armistead Ln #C | Dublin | OH | 43017 | |