**Oregon**

Tina Kotek, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

|  |  |
|---|---|
| Date: | October 24, 2024 |
| Letter ID: | L1798504352 |

 TAX DEPARTMENT
KURTZMAN CARSON CONSULTANTS INC
150 ROYALL ST STE 101-TAX
CANTON MA  02021-1031

### Bankruptcy Claim Withdrawal

Debtor:                   CYXTERA TECHNOLOGIES INC
Bankruptcy Case Number:  23-14853-JKS

Please withdraw our claim number 538, filed on December 10, 2023, in the amount of $0.00.


/s/ Bonnie Chisman, Bankruptcy Unit
Collections Division
(503) 507-0294

cc: Bankruptcy Court

