UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

In re:

CTI Liquidation Co., Inc.,

        Post Effective Date Debtor.

Case No. 23-14853

Judge: Hon. John K. Sherwood

Chapter 11

Hearing Date: January 21, 2025

Hearing Time: 10:00 a.m.

**ADJOURNMENT REQUEST**

1.    I, James S. Carr,

     ☒    am the attorney for:  <u>Cyxtera GUC Trust</u>,

     ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: <u>Hearing on First Omnibus Objection to Claims Seeking to Disallow and Expunge Certain (A) Duplicative Claims; (B) Amended and Superseded Claims; (C) Insufficient Documentation Claims; (D) Late-Filed Claims; and (E) No Liability Claims [Docket Nos. 994 and 995], as to the claims of Liberty Mutual Insurance Company (Claim Nos. 292 and 295).</u>

Current hearing date and time: January 21, 2025 at 10:00 a.m.

New date requested: February 25, 2025 at 10:00 a.m.

4929-2138-4199v.1

Reason for adjournment request: It is the GUC Trust's understanding that a settlement in principle between the Plan Administrator and Liberty Mutual Insurance Company of certain matters affecting the Claims (Nos. 292 and 295) is still being documented and implemented, and those parties need additional time to complete that process. When the settlement between the Plan Administrator and Liberty Mutual Insurance Company becomes finalized, the GUC Trust expects to withdraw the objection.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

Counsel to Liberty Mutual Insurance Company has been provided negative notice of the new date, and no response has been received.

I certify under penalty of perjury that the foregoing is true.

Date: January 17, 2025                              Signature  /s/ *James S. Carr*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: **2/25/2025 @ 10:00 a.m.**    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4929-2138-4199v.1