| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the GUC Trustee* | Order Filed on January 21, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>　　　　　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**ORDER EXTENDING THE PERIOD WITHIN WHICH**
**THE GUC TRUSTEE MAY OBJECT TO GENERAL UNSECURED CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby ORDERED.

**DATED: January 21, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:      2
Debtors:   CTI Liquidation, Inc., *et al.*
Case No.:  23-14853 (JKS)
Caption:   Order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims

---

Upon consideration of the *GUC Trustee's Second Motion for Entry of an Order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims* (the "Motion")[1] filed by META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in connection with the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and it appearing that the relief requested in the Motion is in the best interests of the estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period within which the GUC Trustee may file objections to General Unsecured Claims is enlarged and extended through and including the later of: (a) July 7, 2025, or (b) one hundred eighty (180) days following the date that a proof of Claim is filed or amended or a Claim is otherwise asserted or amended in writing by or on behalf of a holder of such Claim (the "Claims Objection Deadline").

3. This Order shall be without prejudice to the rights of the GUC Trustee to seek further extensions of the Claims Objection Deadline.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

**Error! Unknown document property name.**

| | |
|---|---|
| Page: | 3 |
| Debtors: | CTI Liquidation, Inc., *et al.* |
| Case No.: | 23-14853 (JKS) |
| Caption: | Order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims |

4. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

**Error! Unknown document property name.**