| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* | |
| SAUL EWING LLP | |
| Mark Minuti, Esquire (*pro hac vice*) | |
| Turner N. Falk, Esquire | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102-2186 | |
| Office: (215) 972-7777 | |
| Fax: (215) 972-7725 | |
| mark.minuti@saul.com | |
| turner.falk@saul.com | |
| | |
| - and - | |
| | |
| BINDER MALTER HARRIS & ROME-BANKS LLP | |
| Julie Rome-Banks, Esquire (*pro hac vice*) | |
| 2775 Park Avenue | |
| Santa Clara, CA 95050 | |
| Office: (408) 295-1700 | |
| julie@bindermalter.com | |
| | |
| *Counsel for D. Webber Consulting Inc. dba Megawatt Electrical* | |
| In re: | Chapter 11 |
| CYXTERA TECHNOLOGIES INC., *et al.,*[1] | Case No. 23-14853 (JKS) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #149

Creditor D. Webber Consulting Inc. dba Megawatt Electrical ("Creditor"), hereby withdraws its Claim #149 previously filed on or about August 2, 2023. Creditor's executory

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

contract with the Debtor was assumed pursuant to the Debtor's confirmed plan of reorganization

and Creditor has been paid in full.

Respectfully submitted,

Dated:  May 9, 2025                                     SAUL EWING LLP

*/s/ Turner N. Falk*
SAUL EWING LLP
Mark Minuti, Esquire (*pro hac vice*)
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
Fax: (215) 972-7725
mark.minuti@saul.com
turner.falk@saul.com

- and -

BINDER MALTER HARRIS & ROME-BANKS LLP
Julie Rome-Banks, Esquire (*pro hac vice*)
2775 Park Avenue
Santa Clara, CA 95050
Office: (408) 295-1700
julie@bindermalter.com

*Counsel for D. Webber Consulting Inc. dba Megawatt*

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> SAUL EWING LLP <br> Mark Minuti, Esquire (*pro hac vice*) <br> Turner N. Falk, Esquire <br> Centre Square West <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102-2186 <br> Office: (215) 972-7777 <br> Fax: (215) 972-7725 <br> mark.minuti@saul.com <br> turner.falk@saul.com <br><br> - and - <br><br> BINDER MALTER HARRIS & ROME-BANKS LLP <br> Julie Rome-Banks, Esquire (*pro hac vice*) <br> 2775 Park Avenue <br> Santa Clara, CA 95050 <br> Office: (48) 295-1700 <br> julie@bindermalter.com <br><br> *Counsel for D. Webber Consulting Inc. dba Megawatt Electrical* |
| In re: <br><br> CYXTERA TECHNOLOGIES INC., *et al.,*[1] <br><br>              Debtors. |

Chapter 11

Case No. 23-14853 (JKS)

Jointly Administered

## CERTIFICATION OF SERVICE

I hereby certify that on May 9, 2025, I did cause the foregoing *Notice of Withdrawal of Proof of Claim #149* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.kccllc.net/cyxtera. The location of Debtor Cyxtera Technologies, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 2333 Ponce de Leon Boulevard, Ste. 900, Coral Gables, Florida 33134.

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415