| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 106<br>Trenton, New Jersey 08625<br>By: Valerie Hamilton, DAG (#018201995)<br>    (609) 376-3256<br>    Valerie.Hamilton@law.njoag.gov<br>Attorney for NJ Department of Labor, Division of Employer Accounts | |
| In Re:<br><br>CTI LIQUIDATION CO., INC.,<br><br>Post-Effective Date Debtor. | Case No.: 23-14853 (JKS)<br><br>Chapter: 11<br><br>Adv. No.: <br><br>Hearing Date: 6/24/25<br><br>Judge: Sherwood |

## CERTIFICATION OF SERVICE

1. I, Valerie Hamilton:

    ☒ represent NJ Division of Employer Accounts in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On 6/17/25, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Response by State of New Jersey, Department of Labor, Division of Employer Accounts in Opposition to Plan Administrator's First Omnibus Objection to Certain Claims.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/17/25                                      /s/ Valerie Hamilton
                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz P.C.<br>Court Plaza North,<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Attn: Felice R. Yudkin, Esq.,<br>        Andreas D. Milliaressis, Esq.<br>E-mail: fyudkin@coleschotz.com<br>        amilliaressis@coleschotz.com | Attorneys for Plan Administrator | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email & CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br>Attn: Ligee Gu, Esq.<br>E-mail: lgu@halperinlaw.net | Attorneys for Plan Administrator | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |