| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* | |
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>           Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATION OF NO OBJECTION REGARDING GUC TRUSTEE'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD WITHIN WHICH THE GUC TRUSTEE MAY OBJECT TO GENERAL UNSECURED CLAIMS**

1.     On June 3, 2025, META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *GUC Trustee's Third Motion for Entry of an order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims* [Docket No. 1044] (the "Motion").

2.     The GUC Trustee served its Motion on June 3, 2025, upon the parties listed in its *Certificate of Service* [Docket No. 1045].

4932-0767-8030.1 16381.00003

3. Pursuant to the *GUC Trustee's Third Motion for Entry of an order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims* [Docket No. 1044], the deadline for parties to file objections and responses to the Motion was on June 17, 2025 (the "Objection Deadline"). No objections or responses to the Motion were filed on the docket on or before the Objection Deadline. The GUC Trustee has not received any informal responses to the Motion on or before the Objection Deadline.

4. The GUC Trustee respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: June 18, 2025 | KELLEY DRYE & WARREN LLP |
| | |
| | */s/ James S. Carr* |
| | James S. Carr, Esq. |
| | Dana P. Kane, Esq. |
| | One Jefferson Road, Second Floor |
| | Parsippany, NJ 07054 |
| | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| | jcarr@kelleydrye.com |
| | dkane@kelleydrye.com |
| | |
| | and |
| | |
| | Robert J. Feinstein, Esq. |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Cia H. Mackle, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | plabov@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Counsel to the GUC Trustee* |