**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>    Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On June 12, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- *[Customized]* **Notice of Objection to Your Claim** [substantially in the form attached as **Exhibit C** to Docket No. 1040]

- **Plan Administrator's First Omnibus Objection to Claims Pursuant to Section 502(B) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow and Expunge Certain Claims** [Docket No. 1040]

Dated: June 22, 2025

/s/ Heather Fellows
Heather Fellows
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**

Supplemental First Omnibus Objection Claimant
Served via First Class Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Comptroller of the Treasury | 110 Carroll St | Annapolis | MD | 21411-1000 |