| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* | |
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF JASON S. POMERANTZ, ESQ.

Pursuant to Rule 101.1(c) of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Jason S. Pomerantz, Esq. of the law firm of Pachulski Stang Ziehl & Jones LLP to represent META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") before this Court in connection with the above-captioned chapter 11 cases.[1]

---

[1] A proposed Order is attached as **Exhibit A**.

In support of this Application, the undersigned submits the attached Certification of Jason S. Pomerantz, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that he is admitted, practicing, and a member in good standing the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated:  June 23, 2025                                                */s/ Bradford J. Sandler*
                                                                                    Bradford J. Sandler

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* |

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>　　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

### CERTIFICATION OF JASON S. POMERANTZ, ESQ. IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE*

I, Jason S. Pomerantz, Esq., hereby certify and state as follows:

1.　　I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP. I have an office located at 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

2.　　I am a member in good standing of the Bar of the State of California (admitted in 1991). A copy of my certificate of good standing from the California State Bar is attached as **Exhibit A**.

3.　　No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as counsel to Meta Advisors LLC, in its capacity as GUC Trustee in these chapter 11 cases.

5. Upon being admitted to appear and participate in these chapter 11 cases *pro hac vice*, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

9. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2025

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:   (310) 277-6910
Facsimile:   (310) 201-0760
Email:       jspomerantz@pszjlaw.com

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 6/17/2025

**LICENSEE NAME:** Jason Scott Pomerantz

**LICENSEE BAR NUMBER:** 157216

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/18/1991

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Jason Scott Pomerantz's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*