**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer Westwood, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On June 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit B</u>**; and via First Class Mail upon the service list attached hereto as **<u>Exhibit C</u>**:

- **Notice and GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1049]

- **Notice and GUC Trustee's Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1050]

- **Notice and GUC Trustee's Sixth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1051]

Furthermore, on June 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **<u>Exhibit D</u>**; and via First Class Mail upon the service list attached hereto as **<u>Exhibit E</u>**:

- **Notice and GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1049]

Furthermore, on June 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **<u>Exhibit F</u>**; and via First Class Mail upon the service list attached hereto as **<u>Exhibit G</u>**:

- **Notice and GUC Trustee's Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1050]

Furthermore, on June 18, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit H**; and via First Class Mail upon the service list attached hereto as **Exhibit I**:

- **Notice and GUC Trustee's Sixth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1051]

Dated: June 23, 2025

*/s/ Jennifer Westwood*
Jennifer Westwood
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and  Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Wasabi Technologies | Foley & Lardner LLP | Marcella M. Jayne, Esq. | mjayne@foley.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Esq. and Jacqueline M. Price, Esq. | ffm@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aartsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle, Colin R. Robinson | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com; crobinson@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq., Leslie Liberman, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com; lliberman@paulweiss.com |
| Counsel to Phoenix Data Center Holdings LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Claudia R. Tobler, Esq. | ctobler@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Counsel to Equinix, Inc. | Saul Ewing LLP | Jorge Garcia, Esquire | jorge.garcia@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**

US Trustee Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |

Exhibit C

**Exhibit C**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

Exhibit D

**Exhibit D**

Fourth Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 365 Mechanical, LLC | | diana@365mechanical.com |
| 847227 Ontario Ltd. O/A National Electric Co. | National Electric | shawn@nationalelectric.ca |
| ABB Inc. | | amadea.groseclose@us.abb.com |
| Ace Electrical Contractors, Inc. | | palml@aceelectrical.net; graunkej@aceelectrical.net |
| Aid Electric Corporation | | lisa@aidelectriccorp.com |
| AIR PRODUCTS GROUP INC | | kteresi@airpgi.com |
| Anderson Lock & Safe | | heather@andersonlockandsafe.com |
| Bay Power, Inc | Bay Power, Inc. | receivables@baypower.com |
| Bay Power, Inc | | receivables@baypower.com |
| BIGGS CARDOSA ASSOCIATES INC | | pthompson@biggscardosa.com |
| Boland Trane Services, Inc. | Kim Winokur, Controller | kim.winokur@boland.com |
| Concur Technologies, Inc. | Attn Julie Montgomery, Esq. | jmontgomery@brownconnery.com |
| DataSpan Holdings, Inc. | | tlisk@dataspan.com |
| DC Group, Inc. | | dcaccounting@dc-group.com |
| EMS Technologies, LLC d/b/a Albireo Energy | Gregory Bromen | gbromen@nilanjohnson.com |
| EMS Technologies, LLC d/b/a Albireo Energy | Mike Bialas | mbialas@albireoenergy.com |
| Exfo America Inc | | florence.hibberdine@exfo.com |
| EXFO Inc | | florence.hibberdine@exfo.com |
| Financial Accounting Standards Board | PCAOB - Attn Office of the General Counsel | reillyk@pcaobus.org |
| Financial Accounting Standards Board | | billing@pcaobus.org |
| FOSTER BROTHERS | | lisa@fosterbrothers.com |
| Harbor Building Maintenance, Inc. | | bill@harborbm.com |
| Haynes and Boone, LLP | Attn Accounts Receivable | zach.prince@haynesboone.com |
| Haynes and Boone, LLP | Attn Zach Prince | zach.prince@haynesboone.com |
| HCI Systems. Inc. | | jvazquez@hcisystems.net |
| Hewlett-Packard Financial Services Company | Diane Morgan | diane.morgan@hpe.com |
| Iconicx Critical Solutions, LLC | | cbenson@iconicxllc.com |
| Ingram Micro Inc. | | steve.taravella@ingrammicro.com |
| Insight Design, Inc. | Inaki Muguruza | IMUGURUZA@INSIGHTDESIGN.US |
| INTELLIGENT TECH SERVICES INC | | fpeluso@gotoitsi.com |

Exhibit E

**Exhibit E**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 365 Mechanical, LLC | | 1817 S Horne #10 | | Mesa | AZ | 85204 | |
| 847227 Ontario Ltd. O/A National Electric Co. | National Electric | 5125 Harvester Road, Unit 6 | | Burlington | Ontario | L7L 6A2 | Canada |
| ABB Inc. | | 305 Gregson Drive | | Cary | NC | 27511 | |
| AC FLOORS | | 3990 S LIPAN ST | | ENGLEWOOD | CO | 80110 | |
| ACCO ENGINEERED SYSTEMS | | 888 East Walnut Street | | Pasadena | CA | 91101 | |
| Ace Electrical Contractors, Inc. | | 8300 10th Ave N | | Golden Valley | MN | 55427 | |
| Actus Logistics, LLC | | 600 E John Carpenter Freeway Ste 335 | | Irving | TX | 75062 | |
| ADT Commercial LLC | | 1501 Yamato Road | | Boca Raton | FL | 33431 | |
| Aid Electric Corporation | | 1622 93rd Ln. NE | | Blaine | MN | 55449 | |
| AIR PRODUCTS GROUP INC | | 1045 N 10th Street, Suite C | | San Jose | CA | 95112 | |
| AIRGAS WEST INC | | PO BOX 93500 | | Long Beach | CA | 90809 | |
| All Pro | | 2301 Delta Rd Suite B | | Brentwood | CA | 94513 | |
| ALOHA FAB AND DOCKWORKS INC | | 1193 N BLUE GUM STREET | | ANAHEIM | CA | 92806 | |
| American Red Cross | | 25688 Network Place | | Chicago | IL | 60673 | |
| Anderson Lock & Safe | | 6146 N 35th Ave. Suite 101 | | Phoenix | AZ | 85017 | |
| Angelo Paone Electrique Inc. | | 200-3600 rue Valiquette | | Saint-Laurent | QC | H4S 1X8 | Canada |
| ANIXTER CANADA | | PO BOX 4526 POSTAL STATION A | | TORONTO | ON | M5W 5Z9 | Canada |
| Aon Risk Services, Inc of Florida | | PO Box 955816 | | St. Louis | MO | 63195 | |
| Appleby Strategy Group, LLC | | 22443 Taylor Springs Court | | Leesburg | VA | 20175 | |
| ARAMARK CANADA LTD | | 5055 Satellite Drive, Unit #4 | | Mississauga | ON | L4W 5K7 | Canada |
| ARCO PROTECTION SYSTEMS | | 532 MAIN ST | | POUGHKEEPSIE | NY | 12601 | |
| Arnold Machinery Company | | P.O. Box 30020 | | Salt Lake City | UT | 84130 | |
| Automated Logic Contracting Services Inc | | 1150 Cobb Place Blvd. | | Kennesaw | GA | 30144 | |
| BAY AREA PRINTER DATA SERVICES INC | | 310 W Hamilton Ave, Suite 200 | | Campbell | CA | 95008-0565 | |
| Bay Power, Inc | Bay Power, Inc. | 626 Kearney Ave. | | Modesto | CA | 95350 | |
| Bay Power, Inc | | 1095 N 7th Street | | San Jose | CA | 95112 | |
| Bell Electrical Supply, Inc. | | 316 Mathew Street | | Santa Clara | CA | 95050 | |
| BFPE INTERNATIONAL | | PO BOX 791045 | | BALTIMORE | MD | 21279 | |
| BIGGS CARDOSA ASSOCIATES INC | | 865 THE ALAMEDA | | SAN JOSE | CA | 95126 | |
| Boland Trane Services, Inc. | Kim Winokur, Controller | 30 West Watkins Mill Road | | Gaithersburg | MD | 20878 | |
| BUILDING AND COMPUTER ELECTRIC INC | | 5351 ALHAMBRA AVE | | LOS ANGELES | CA | 90032 | |
| C AND C POWER INC | | 395 MISSION STREET | | CAROL STREAM | IL | 60188 | |
| Cactus Sweeping, Inc. | | PO Box 6240 | | Glendale | AZ | 85312 | |
| Cali Carting, Inc. | | 450 Bergen Ave. | | Kearny | NJ | 07032 | |
| CANNON & WENDT ELECTRIC CO INC | | 4020 N 16TH ST | | PHOENIX | AZ | 85016 | |
| CASS Service Fees | | 12444 Powerscourt Drive, Suite 550 | | St. Louis | MO | 63131 | |
| CATECH SYSTEMS LTD | | 201 WHITEHALL DR UNIT 4 | | MARKHAM | ON | L3R 9Y3 | Canada |
| City of El Segundo | | 350 MAIN STREET | | EL SEGUNDO | CA | 90245 | |

**Exhibit E**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CLEVELAND ELECTRIC COMPANY | | 1281 FULTON INDUSTRIAL BLVD | | ATLANTA | GA | 30336 | |
| Clune Construction Company, LP | | 10 South Riverside Plaza, Suite 2200 | | Chicago | IL | 60606 | |
| Cogency Global, Inc. | | 10E 40th Street, 10th Floor | | New York | NY | 10016 | |
| COMMUNICATIONS ENGINEERING CONSULTA | | 6820 LAUFFER ROAD | | COLUMBUS | OH | 43231 | |
| Concur Technologies, Inc. | Attn Julie Montgomery, Esq. | Brown and Connery, LLP | 6 North Broad Street, Suite 100 | Woodbury | NJ | 08096 | |
| Constant Technologies, Inc. | | 125 Steamboat Avenue | | North Kingstown | RI | 02852 | |
| Cooper Pest Solutions | | 2495 Brunswick Pike, Suite 10 | | Lawrenceville | NJ | 08648 | |
| DAIKIN APPLIED AMERICAS INC | | 24827 NETWORK PL | | CHICAGO | IL | 60673 | |
| DataSpan Holdings, Inc. | | 13755 Hutton Drive, Suite 300 | | Farmers Branch | TX | 75234 | |
| Dave Downing and Associates | | 130 N. 39th Avenue | | Phoenix | AZ | 85009 | |
| DC Group, Inc. | | 1977 West River Road N | | Minneapolis | MN | 55411 | |
| DC People | | Boeing Avenue 222, Unit 7 | | Schiphol-Rijk | NH | 1119 PN | Netherlands |
| DIAMOND BUILDING MAINTENANCE SERVIC | ATTN ARGYRIOS NIKOLAOU | 4095 HICKORY DR | | MISSISSAUGA | ON | L4W 1L1 | Canada |
| Dixie Diesel & Electric, Inc. | | 3150 Maxson Rd. | | El Monte | CA | 91732 | |
| DNSFilter, Inc. | | 1440 G Street NW | | Washington | DC | 20005 | |
| Door Systems | | 587 Division Street | | Campbell | CA | 95008 | |
| EATON CORPORATION | | N9246 HWY 80 | | NECEDAH | WI | 54646 | |
| Eaton Corporation - CHICAGO | | 29085 Network Place | | Chicago | IL | 60673 | |
| Eaton Industries (Canada) Company | | PO Box 11043, STN A | | Toronto | ON | M5W 2G5 | Canada |
| EMS Technologies, LLC d/b/a Albireo Energy | Gregory Bromen | Nilan Johnson Lewis PA | 250 Marquette Ave South Suite 800 | Minneapolis | MN | 55401 | |
| EMS Technologies, LLC d/b/a Albireo Energy | Mike Bialas | Corporate Treasurer | 3 Ethel Road Suite 300 | Edison | NJ | 08817 | |
| Energy Management Corp. | | 501 West 700 South | | Salt Lake City | UT | 84101 | |
| ePower Network, Inc. | | 1020 Segovia Cir. | | Placentia | CA | 92870 | |
| ESI ELECTRICAL SYSTEM INC | | 10 DELAWARE DR # 4 | | SALEM | NH | 03079 | |
| Exfo America Inc | | 3400 Waterview Parkway, Suite 100 | | Richardson | TX | 75080-1473 | |
| EXFO Inc | | 400 Avenue Godin | | Quebec | QC | G1M 2K2 | Canada |
| Financial Accounting Standards Board | PCAOB - Attn Office of the General Counsel | 1666 K Street NW, Suite 300 | | Washington | DC | 20006 | |
| Financial Accounting Standards Board | | P.O. Box 418272 | | Boston | MA | 02241 | |
| FIRE SYSTEMS INC | | 4700 HIGHLANDS PKWY | | SMYRNA | GA | 30082 | |
| Flood Brothers Disposal Co. | | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | |
| Focal Point Data Risk, LLC | | 201 E Kennedy Blvd, Suite 1750 | | Tampa | FL | 33602 | |
| FOSTER BROTHERS | | 555 S MURPHY AVE | | SUNNYVALE | CA | 94086 | |
| Foster Garvey PC | | 1111 Third Avenue, Ste. 3000 | | Seattle | WA | 98101 | |
| FRANKLIN ELECTRIC COMPANY | | 10 TWOSOME DR | | MOORESTOWN | NJ | 08057 | |
| General Pest Management | | 353 Providence Rd. | | Linwood | MA | 01525 | |
| GFL ENVIRONMENTAL CORP | | PO BOX 150 | | CONCORD | ON | L4K 1B2 | Canada |

**Exhibit E**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| GLOBAL FIRE SUPPRESSION INC | | 78 ROUTE A 73 WEST STE 4 | | HAMPTON | NJ | 08827 | |
| Google Inc. | | PO Box 39000 Dept. 33654 | | San Francisco | CA | 94139 | |
| GRAPEVINE DESIGNS | | 8406 Melrose Drive | | Lenexa | KS | 66214 | |
| Great River Automation LLC | | 1775 Old Highway 8 NW Ste 109 | | New Brighton | MN | 55112-1891 | |
| GREAT WESTERN ELECTRICAL INC | | 3310 GIRARD NE | | ALBUQUERQUE | NM | 87107 | |
| GREEN TOUCH BUILDERS LLC | | 21495 RIDGETOP CIR STE 205 | | STERLING | VA | 20166 | |
| Harbor Building Maintenance, Inc. | | 5011 Argosy Ave, Suite 11 | | Huntington Beach | CA | 92649 | |
| Haynes and Boone, LLP | Attn Accounts Receivable | PO Box 841399 | | Dallas | TX | 75284-1399 | |
| Haynes and Boone, LLP | Attn Zach Prince | 800 17th Street NW, Suite 500 | | Washington | DC | 20006 | |
| HCI Systems. Inc. | | 1354 S Parkside Place | | Ontario | CA | 91761 | |
| HERMANSON COMPANY LLP | | 1221 2ND AVE N | | KENT | WA | 98032 | |
| Hewlett-Packard Financial Services Company | Diane Morgan | 200 Connell Drive, Suite 5000 | | Berkeley Heights | NJ | 07922 | |
| Hill Mechanical Services | | 11045 Gage Avenue | | Franklin Park | IL | 60131 | |
| HireRight, LLC | | P.O. Box 847891 | | Dallas | TX | 75284 | |
| HOLT CAT | | 5665 SOUTHEAST LOOP 410 | | SAN ANTONIO | TX | 78222 | |
| HPM Systems, Inc. | | 70 Saratoga Avenue, Suite 200 | | Santa Clara | CA | 95051 | |
| HX Global INC | | 300 Wildwood Ave. #250 | | Woburn | MA | 01801 | |
| Iconicx Critical Solutions, LLC | | 1982 West Glenville Road | | Amsterdam | NY | 12010 | |
| ID Wholesaler | | PO Box 95727 | | Chicago | IL | 60694 | |
| IL MECHANICAL INC | | 28306 INDUSTRIAL BLVD STE J | | HAYWARD | CA | 94545 | |
| Illuminate Electric, LLC | | 2750 Fm 780 | | Ferris | TX | 75125 | |
| Incomm Incentives | | 121 South 8th St 7th Flr | | Minneapolis | MN | 55402 | |
| INDUSTRIAL COOLING CORPORATION | | 70 LIBERTY ST | | METUCHEN | NJ | 08840 | |
| Inflect, Inc. | | 447 Sutter St #405 | | San Francisco | CA | 94108 | |
| Infra-Red Building and Power Service Inc | | 152 Centre Street | | Holbrook | MA | 02343 | |
| Ingram Micro Inc. | | 1759 Wehrle Dr. | | Williamsville | NY | 14221 | |
| Insight Canada Inc. | | PO Box 15320 Station A | | Toronto | ON | M5W 1C1 | Canada |
| Insight Design, Inc. | Inaki Muguruza | 1900 N. Bayshore Drive, Suite 204-A | | Miami | FL | 33132 | |
| INTELLIGENT TECH SERVICES INC | | 1031 SERPENTINE LN STE 101 | | PLEASANTON | CA | 94566 | |
| iPayables, Inc. | | 180 N University Ave Ste 500 | | Provo | UT | 84601-5746 | |

Exhibit F

**Exhibit F**

Fifth Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Jackson Lewis P.C. | | epayments@jacksonlewis.com |
| Johnson Controls Fire Protection LP | | shilpi.1.jain@jci.com; nhan@gklaw.com |
| Johnson Controls Inc. | | shilpi.1.jain@jci.com; nhan@gklaw.com |
| KALKREUTH ROOFING & SHEET METAL INC | | wnickell@krsm.net |
| Lombardy Door Sales & Service Corp. | | lombardydoors@gmail.com |
| LSI Graphics, LLC | | abutterworth@yourlsi.com |
| M.O. Dion & Sons, Inc. dba Amber Industrial Services | Accounts Receivable Dept | candrews@dionandsons.com |
| McCormick Equipment Co., Inc. | | stevemoser@mccequip.com |
| Medina DC Assets LLC | Attn Sara Wayson | sara.wayson@mapletree.com.sg |
| Medina DC Assets LLC | Fox Rothschild, LLP c/o Agostino Zammiello | azammiello@foxrothschild.com; cyoungman@foxrothschild.com |
| Medina DC Assets LLC | Judah Elbaum | Judah.elbaum@mapletree.com.sg |
| MID-ATLANTIC POWER SPECIALISTS INC | | mpreston@midatlanticpower.com |
| Miller & Chevalier Chartered | Mary Lou Soller | msoller@milchev.com |
| MSI Mechanical Systems, Inc. (5477) | | bhooper@msimechanical.com; sgagne@msimechanical.com |
| Multistack LLC | | ckenyon@multistack.com |
| Multistack LLC | | mnovak@multistack.com |
| NEW PRO MECHANICAL LTD | DOUG WALSOM | vmachado@newpromechanical.com; dwalsom@newpromechanical.com |
| Nexus Alarm and Suppression, Inc. | | jennifer.fabry@usafp.us |
| Nwestco, LLC | Chandonet Michelle Potter, Branch Office Manager - San Jose, CA | chandonet.potter@nwestco.com |
| Nwestco, LLC | | chandonet.potter@nwestco.com |
| Nwestco, LLC | | info@nwestco.com |
| One Source Engineering, Inc | | betsy@ose123.com |
| Optiv Security Inc. | Susan M Rodriguez | susanm.rodriguez@optiv.com |
| Optomi LLC | Lisa Wolgast, Esq. | lwolgast@mmmlaw.com |
| Orkin Pest Control | | branch560@orkin.com |
| PeakLogix, LLC | | dan.will@peaklogix.com |
| Plunketts Pest Control, LLC | | nate.bock@plunketts.net |
| Polaris Realty Canada Limited | Lawson Lundell LLP | nmann@lawsonlundell.com |
| Polaris Realty Canada Limited | | rlui@polarisrealty.com |
| Praetorian Power Protection, LLC | | kchislett@praetorianpower.com |
| QRFP SPECIAL SERVICES INC | | bmezaros@qrfpss.com |
| Sequoyah Electric, LLC | c/o Sean Kosney | kristen.steinmetz@sequoyah.com |
| Sheetmetal Systems & Design Inc. | | mharlow@sheetmetalsystemsinc.com |
| SHI International | | Andreas_Poswencyk@shi.com |
| Shield Security Systems, LLC dba InstaKey | | elande@instakey.com |
| Shook, Hardy and Bacon L.L.P. | Mark Moedritzer | mmoedritzer@shb.com |
| Siemens Canada Limited | c/o C Logan | cindy.logan@siemens.com; toni.gill@siemens.com |
| Siemens Industry, Inc. | Stephanie Mitchell | stephanie.mitchell@siemens.com |

# Exhibit G

**Exhibit G**

Fifth Omnibus Objection Claimants

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| iPresent Ltd. | | 150 N. Michigan Ave. Suite 2000 | | Chicago | IL | 60601 | |
| Iron Mountain Intellectual | | PO Box 27128 | | New York | NY | 10087 | |
| ISP FUEL SYSTEMS | | 9 CHRIS CRT STE F | | DAYTON | NJ | 08810 | |
| Jackson Lewis P.C. | | 1133 Westchester Ave Suite S125 | | West Harrison | NY | 10604 | |
| JAMERSON & BAUWENS ELECTRICAL | | 3160 MACARTHUR BLVD | | NORTHBROOK | IL | 60062 | |
| Jet Electricial Testing, LLC | | 100 Lenox Drive, Suite 100 | | Lawrenceville | NJ | 08648 | |
| Johnson Controls Fire Protection LP | | 5757 N Green Bay Avenue | | Glendale | WI | 53209 | |
| Johnson Controls Inc. | | 5757 N Green Bay Avenue | | Glendale | WI | 53209 | |
| KALKREUTH ROOFING & SHEET METAL INC | | PO BOX 6399 | | WHEELING | WV | 26003 | |
| Kandji, Inc. | | 101 West Broadway, Suite 1440 | | San Diego | CA | 92101 | |
| KENFIELD METAL PRODUCTS LTD | | 755 SANDFORD RD | | UXBRIDGE | ON | L9P 1R2 | Canada |
| KENSTRUCT LTD | | 24533 PARK RD | | PEFFERLAW | ON | L0E 1N0 | Canada |
| Konica Minolta Business Solutions USA | | 100 Williams Drive | | Ramsey | NJ | 07446 | |
| LANTRO VISION NA | | 35 W JEFFERSON AVE | | PEARL RIVER | NY | 10965 | |
| LDM PRODUCTS INC (SUBZERO ENGINEERI | | 10021 Commerce Park Drive | | Cincinnati | OH | 45246 | |
| Lombardy Door Sales & Service Corp. | | 734 Belleville Avenue | | Belleville | NJ | 07109 | |
| LSI Graphics, LLC | | 2950 Brother Blvd., Suite 103 | | Barlett | TN | 38133 | |
| M C DEAN INC | | 4023 Tampa Rd. Suite 2800 | | Oldsmar | FL | 34677 | |
| M.O. Dion & Sons, Inc. dba Amber Industrial Services | Accounts Receivable Dept | 1543 W 16th St | | Long Beach | CA | 90813 | |
| McCarthy Tetrault LLP | | Box 48, Suite 5300 | | Toronto | ON | M5K 1E6 | Canada |
| McCormick Equipment Co., Inc. | | 112 Northeast Drive | | Cincinnati | OH | 45140 | |
| MCS OPCO LLC DBA QUALITY UPTIME SERVICES | | 9 PARKLAWN DR | | BETHEL | CT | 06801 | |
| Medina DC Assets LLC | Attn Sara Wayson | c/o Mapletree US Management, LLC | 250 Williams Street NW, Suite 1124 | Atlanta | GA | 30303 | |
| Medina DC Assets LLC | Fox Rothschild, LLP c/o Agostino Zammiello | 49 Market Street | | Morristown | NJ | 07960-5122 | |
| Medina DC Assets LLC | Judah Elbaum | 5 Bryant Park, 27th Floor | | New York | NY | 10018 | |
| MEGA - POWER INC | | 44 OAK ST | | NEWTON | MA | 02464 | |
| Meijers Assurantien B.V. | | Van Heuven Goedhartlaan 935 | | Amsterdam | NH | 1181 LD | Netherlands |
| Merit Network Inc. | | PO Box 77000 | | Detroit | MI | 48277 | |
| Meta Platforms, Inc. | | 1601 Willow Road | | Menlo Park | CA | 94025 | |
| Microsoft Online Inc. | | 6100 Neil Road, Suite 100 | | Reno | NV | 89511 | |
| MID-ATLANTIC POWER SPECIALISTS INC | | 114 OAK GROVE RD STE 103 | | STERLING | VA | 20166 | |
| Mid-Atlantic Service 360 | | 1550 Rike Drive | | Millstone | NJ | 08535 | |
| MID-CITY ELECTRIC | | 937 EASTWIND DRIVE | | WESTERVILLE | OH | 43081 | |
| Miller & Chevalier Chartered | Mary Lou Soller | 900 16th Street NW | Black Lives Matter Plaza | Washington | DC | 20006 | |
| MITSUBISHI ELECTRIC | | 25480 NETWORK PL | | CHICAGO | IL | 60673-1254 | |

**Exhibit G**

Fifth Omnibus Objection Claimants

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| MSI Mechanical Systems, Inc. (5477) | | 10 Delaware Drive | | Salem | NH | 03079 | |
| Multistack LLC | | 1065 Maple Ave | P.O. Box 510 | Sparta | WI | 54656 | |
| Multistack LLC | | P.O. Box 681053 | | Chicago | IL | 60695 | |
| Nalco Canada ULC | | 1055 Truman Street | | Burlington | ON | L7R 3V7 | Canada |
| National Air Filter | | 74 Sand Park Rd | | Cedar Grove | NJ | 07009 | |
| NEW PRO MECHANICAL LTD | DOUG WALSOM | 458 HARROP DR | | MILTON | ON | L9T 3H2 | Canada |
| Nexus Alarm and Suppression, Inc. | | 28427 N. Ballard Drive, Unit H | | Lake Forest | IL | 60045 | |
| Northeast Coil, Inc. | | 33 Enterprise Drive | | Arundel | ME | 04046 | |
| NTT Manged Services Americas, LLC | | 4000 Town Center Drive, Suite 200 | | Southfield | MI | 48075 | |
| Nwestco, LLC | Chandonet Michelle Potter, Branch Office Manager - San Jose, CA | 6292 San Ignacio Ave. #E | | San Jose | CA | 95119 | |
| Nwestco, LLC | | 115 Industrial Court | | Kalispell | MT | 59901 | |
| Nwestco, LLC | | PO Box 82285 | | Bakersfield | CA | 93380 | |
| Nxt Step Recycling Solutions | | 918 Commercial St. | | San Jose | CA | 95112 | |
| OC Air Services | | 9500 7th St. Suite R | | Rancho Cucamonga | CA | 91730 | |
| OCCU-TEC, Incorporated | | 2604 NE Industrial Dr. Suite 230 | | North Kansas City | MO | 64117 | |
| OCHS SERVICE INC DBA PRO-TEC ELECTR | | 170 CULVER AVE | | JERSEY CITY | NJ | 07305 | |
| OLSSON ROOFING COMPANY INC | | 740 S LAKE ST PO BOX 1450 | | AURORA | IL | 60507 | |
| One Source Engineering, Inc | | 50 Woodside Plz Pl #116 | | Redwood City | CA | 94061 | |
| OneTrust LLC | | 1200 Abernathy Rd NE, Building 600 | | Atlanta | GA | 30328 | |
| Optiv Security Inc. | Susan M Rodriguez | 5100 W 115th Pl | | Leawood | KS | 66211 | |
| Optomi LLC | Lisa Wolgast, Esq. | Morris, Manning and Martin, LLP | 3343 Peachtree Road, N.E., Suite 1600 | Atlanta | GA | 30326 | |
| Optum | | Dept 75897 P.O. Box 39000 | | San Francisco | CA | 94139 | |
| Orkin Pest Control | | 6230 Huntley Road | | Columbus | OH | 43229 | |
| ORR PROTECTION SYSTEMS INC | | 1523 RELIABLE PKWY | | CHICAGO | IL | 60686 | |
| OVERHEAD DOOR COMPANY OF THE NORTHL | | 3195 TERMINAL DR | | EAGAN | MN | 55121 | |
| OwnBackup, Inc. | | 940 Sylvan Ave | | Englewood Cliffs | NJ | 07632 | |
| PACIFIC COAST TRANE SALES AND SERVI | | 310 SOQUEL WAY | | SUNNYVALE | CA | 94085 | |
| ParsonsKellogg, LLC | | 2290 Pawtucket Ave. | | East Providence | RI | 02914 | |
| PeakLogix, LLC | | 14409 Justice Rd | | Midlothian | VA | 23113 | |
| PERMA-PIPE INC | | 6410 WEST HOWARD ST | | NILES | IL | 60714 | |
| PETERSON POWER SYSTEMS INC | | 2828 TEAGARDEN ST | | SAN LEANDRO | CA | 94577 | |
| Plunketts Pest Control, LLC | | 40 52nd Way Northeast | | Fridley | MN | 55421 | |
| Polaris Realty Canada Limited | Lawson Lundell LLP | Noor Mann | 1600 - 925 West Georgia Street | Vancouver | BC | V6C 3L2 | Canada |
| Polaris Realty Canada Limited | | 2000 - 555 West Hastings Street | | Vancouver | BC | V6B 4N6 | Canada |
| POWER COOL ENGINEERS PLLC | | 321 MAPLE LN STE 101 | | BLOUNTVILLE | TN | 37617 | |

**Exhibit G**
Fifth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| POWER DISTRIBUTION INC | | 4200 OAKLEYS CT | | RICHMOND | VA | 23223 | |
| Power Solutions Group Ltd. | | 425 W. Kerr Rd. | | Tipp City | OH | 45371 | |
| POWER SOLUTIONS LLC | | 17201 MELFORD BLVD | | BOWIE | MD | 20715 | |
| Power Storage Solutions | | 10490 Markison Rd | | Dallas | TX | 75238 | |
| Praetorian Power Protection, LLC | | PO Box 3366 | | Lynnwood | WA | 98046 | |
| Primary Integration Solutions, Inc. | | 8180 Greensboro Drive, Suite 700 | | McLean | VA | 22102 | |
| Prime Electric, Inc. Washington | | 3460 161st AVE SE | | Belleview | WA | 98008 | |
| Professional Piping Systems, LLC | | 319 E Pioneer St | | Phoenix | AZ | 85040-1147 | |
| QRFP SPECIAL SERVICES INC | | 566 HALLS MILL RD | | FREEHOLD | NJ | 07728 | |
| Quality Backflow Testing, Inc. | | P.O. Box 175 | | Western Springs | IL | 60558 | |
| REPUBLIC SERVICES 183 | | 1600 127th Ave. NE | | Bellevue | WA | 98005 | |
| RESA POWER, LLC | | 8723 FALLBROOK DR | | HOUSTON | TX | 77064-3318 | |
| Rescue Rooter | | 7243 Somerset Blvd | | Paramount | CA | 90723 | |
| RiseSmart, Inc. | | 55 Almaden Blvd. Suite 800 | | San Jose | CA | 95113 | |
| RK ELECTRIC INC | | 42021 OSGOOD RD | | FREMONT | CA | 94539 | |
| ROBERT DERECTOR PE PC | | 19 W 44TH ST | | NEW YORK | NY | 10036 | |
| Rumpke of Ohio, Inc. | | 3990 Generation Drive | | Cincinnati | OH | 45251 | |
| RYAN FILTER SERVICES | | 1205 MATHESON BLVD E | | MISSISSAUGA | ON | L4W 1B6 | Canada |
| Salles, Franco de Campos, Bruschini Advogados | | Alameda Santos, 2300, 3 Andar | | Cesqueira Cesar | SP | 01418-200 | Brazil |
| SBE Electrical Contracting, Inc. | | 2817 McGaw Ave. | | Irvine | CA | 92614 | |
| Schellman & Company | | 4010 West Boy Scout Blvd Suite 600 | | Tampa | FL | 33607 | |
| SCHNEIDER ELECTRIC BUILDINGS AMERIC | | PO BOX 841868 | | DALLAS | TX | 75284-1868 | |
| Schneider Electric Systems USA, INC | | 38 Neponset Ave | | Foxboro | MA | 02035 | |
| Sequoyah Electric, LLC | c/o Sean Kosney | 15135 NE 92nd Street | | Redmond | WA | 98052 | |
| Sheetmetal Systems & Design Inc. | | 77 Alexander Rd Ste # 3 | | Billerica | MA | 01821 | |
| SHI International | | 290 Davidson Ave | | Somerset | NJ | 08873 | |
| Shield Security Systems, LLC dba InstaKey | | 7456 W 5th Ave | | Lakewood | CO | 80226 | |
| Shook, Hardy and Bacon L.L.P. | Mark Moedritzer | 2555 Grand Blvd. | | Kansas City | MO | 64108 | |
| Shuttleworth & Ingersoll PLC | | 115 3rd St. SE, Suite 500 | | Cedar Rapids | IA | 52401 | |
| Siemens Canada Limited | c/o C Logan | 1577 North Service Rd East | | Oakville | ON | L6H 0H6 | Canada |
| Siemens Industry, Inc. | Stephanie Mitchell | 4800 North Point Parkway | | Alpharetta | GA | 30022 | |
| SIGNALOGY LIFE SAFETY | | 1586 S ACOMA | | DENVER | CO | 80223 | |
| Southwire Company, LLC | | One Southwire Drive | | Carollton | GA | 30119 | |

# Exhibit H

**Exhibit H**

Sixth Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Staples, Inc. | Tom Riggleman | thomas.riggleman@staples.com |
| Staples, Inc. | | arremittance@staples.com |
| Structure Tone, LLC | Glen Kennedy | GKennedy@structuretone.com |
| Structure Tone, LLC | Winston & Strawn LLP | cschreiber@winston.com |
| Switch, Ltd. | Lynnel Reyes | policy@switch.com |
| THE MACHADO ENVIRONMENTAL CORPORATI DBA AIR DUCT CLEANING COMPANY | | accounting@machadoair.com |
| Total Environmental Concepts, Inc. | | dfaudale@teci.pro |
| Uline | | arbankruptcy@uline.com |
| Waste Management - Bankruptcy Department | | RMCBANKRUPTCY@WM.COM |
| Workiva Inc. | | ar@accounting.workiva.com |

# Exhibit I

**Exhibit I**

Sixth Omnibus Objection Claimants

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| SPECIAL FIRE SYSTEMS INC | | 1609 PRECISION DR STE 1100 | | PLANO | TX | 75074-8672 | |
| SPECIALTY FINISHES INC | | 1545 MARIETTA BLVD NW | | ATLANTA | GA | 30318 | |
| SPECTRUM MECHANICAL INC | | 9760 RESEARCH DR UNIT DD | | IRVINE | CA | 92618 | |
| Spectrum Technologies LLC. | | 3600 136th PL SE, Ste 300 | | Bellevue | WA | 98006 | |
| Staples, Inc. | Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | |
| Staples, Inc. | | PO Box 105748 | | Atlanta | GA | 30348 | |
| Structure Tone, LLC | Glen Kennedy | 330 West 34th Street, 12th Floor | | New York | NY | 10001 | |
| Structure Tone, LLC | Winston & Strawn LLP | Carey D. Schrieber | 200 Park Avenue | New York | NY | 10166 | |
| STULZ AIR TECHNOLOGY SYSTEMS INC | | 1572 TILCO DR | | FREDERICK | MD | 21704 | |
| Sturgeon Electric Company, Inc. | | 12150 E 112th Avenue, Henderson | | Henderson | CO | 80640 | |
| Suburban Waste MN, LLC | | 7125 126th St Suite 500 | | Savage | MN | 55378 | |
| SUNBELT CONTROLS INC | | 888 E Walnut St. | | Pasadena | CA | 91101 | |
| SUPERIOR AUTOMATIC SPRINKLER CO | | 4378 ENTERPRISE ST | | FREMONT | CA | 94538 | |
| Superior One Electric, Inc. | | 1212 Gardner Rd. | | Westchester | IL | 60154 | |
| Switch, Ltd. | Lynnel Reyes | 7135 S. Decatur Blvd. | | Las Vegas | NV | 89118 | |
| SYSTECON INC | | 6121 SCHUMACHER PARK DR | | WEST CHESTER | OH | 45069 | |
| Taylor Consulting and Contracting | | 625 Main Street | | Avoca | PA | 18641 | |
| TBL Mission Critical, LLC | | 406 E. Pioneer Street | | Phoenix | AZ | 85040 | |
| TENNANT | | PO BOX 71414 | | CHICAGO | IL | 60694-1414 | |
| TERMINIX PROCESSING CENTER INC | | PO BOX 742592 | | CINCINNATI | OH | 45274-2592 | |
| TETRA TECH INC | | PO BOX 911642 | | DENVER | CO | 80291-1642 | |
| THE BRANDT COMPANIES LLC | | PO BOX 227351 | | DALLAS | TX | 75222-7351 | |
| THE EI GROUP INC | | 2101 GATEWAY CENTRE BLVD STE 200 | | MORRISVILLE | NC | 27560-6214 | |
| THE MACHADO ENVIRONMENTAL CORPORATI DBA AIR DUCT CLEANING COMPANY | | 2219 BROADVIEW DR | | GLENDALE | CA | 91208 | |
| Thomson Reuters | | P.O. Box 6292 | | Carol Stream | IL | 60197 | |
| Tidal Time Solutions, LLC | | 14286 Beach Blvd St 19-246 | | Jacksonville Beach | FL | 32250 | |
| TOTAL ACCESS SECURITY SYSTEMS CORP | | 818 W CHAPMAN AVE | | ORANGE | CA | 92868-2823 | |
| Total Environmental Concepts, Inc. | | 15 Park Avenue | | Gaithersburg | MD | 20877 | |
| TOTAL FILTRATION SERVICES INC | | 755 W BIG BEAVER RD STE 700 | | TROY | MI | 48084-4924 | |
| TRANE CANADA ULC | | PO BOX 4232 C P 4232 POSTAL STATIO | | TORONTO | ON | M5W 5P4 | CANADA |
| TRI STATE COMPUTER FLOORING CO INC | | PO BOX 4 | | HAWTHORNE | NJ | 07506 | |
| TRIPLE E POWER SYSTEMS INC | | 7374 CALFASS RD RR#2 | | PUSLINCH | ON | N0B 2J0 | Canada |
| TruPark USA LLC | | 1 SE 3rd Ave #181 | | Miami | FL | 33131 | |
| U.S. Engineering Service, LLC | | 3433 Roanoke Road | | Kansas City | MO | 64111 | |
| Uline | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | |
| Ultimate Service Associates | | 5514 S. Lewis Ave. | | Tulsa | OK | 74105 | |
| United Fire Protection Corp. | | 1 Mark Rd. | | Kenilworth | NJ | 07033 | |
| US Net | | PO Box 536329 | | Grand Prairie | TX | 75053 | |
| Verity Commercial, LLC | | 1821 Michael Faraday, Dr., Suite 208 | | Reston | VA | 20190 | |

**Exhibit I**

Sixth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Virtue Air Conditioning, INC. | | 14702 Shadow Dr. | | Fontana | CA | 92337 | |
| VORTEX COLORADO INC | | FILE 1525 1801 W OLYMPIC BLVD | | PASADENA | CA | 91199 | |
| Walkers Corporate Limited | | 190 Elgin Avenue | | Grand Cayman | | KYI-9008 | Cayman Islands |
| Waste Management - Bankruptcy Department | | 2550 W Union Hills Dr. | | Phoenix | AZ | 85027 | |
| WB ELECTRIC INC | | 32286 RD 400 | | COARSEGOLD | CA | 93614 | |
| WESTERN STATES FIRE PROTECTION CO | | 5200 PASADENA NE STE A & B | | ALBUQUERQUE | NM | 87113 | |
| Workiva Inc. | | 2900 University Blvd. | | Ames | IA | 50010 | |
| Workplace Solutions | | 2651 N. Harwood | | Dallas | TX | 75201 | |
| Workrate B.V. | | Tupolevlaan 103 | | Schiphol-Rijk | | 1119 PA | Netherlands |
| World Fuel Services Canada, ULC | | 1750-1055 West Georgia St. | | Vancouver | BC | V6E 3P3 | Canada |
| ZoomInfo Technologies LLC | | 805 Broadway Suite 900 | | Vancouver | WA | 98660 | |