| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Andreas D. Milliaressis, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>amilliaressis@coleschotz.com<br><br>**HALPERIN BATTAGLIA BENZIJA, LLP**<br>Alan D. Halperin, Esq.<br>Ligee Gu, Esq.<br>40 Wall Street, 37th Floor<br>New York, New York 10005<br>Telephone: (212) 765<br>Facsimile: (212) 765-0964<br>ahalperin@halperinlaw.net<br>lgu@halperinlaw.net<br><br>*Co-Counsel to the Plan Administrator* |



Order Filed on June 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>      Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**ORDER EXTENDING TIME TO OBJECT TO ALL CLAIMS OTHER THAN GENERAL
UNSECURED CLAIMS PURSUANT TO THE PLAN, SECTIONS 502 AND
105(A) OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 3007 AND 9006**

      The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED.**

**DATED: June 26, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page | 2)

| | |
|---|---|
| Debtors: | CTI Liquidation Co., Inc. |
| Case No. | 23- 14853 (JKS) |
| Caption of Order: | Order Extending Time to Object to all Claims Other than General Unsecured Claims Pursuant to the Plan, Sections 502 and 105(a) of the Bankruptcy Code, and Bankruptcy Rules 3007 and 9006 |

Upon the motion (the "Motion")[1] of the Plan Administrator for entry of an order (this "Order") pursuant to the Plan, sections 502 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 3007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the Claims Objection Deadline for all claims other than general unsecured claims, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11,* entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion, if any; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Plan Administrator, its respective beneficiaries, and all other parties-in-interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the Motion.

(Page | 3)

| | |
|---|---|
| Debtors: | CTI Liquidation Co., Inc. |
| Case No. | 23- 14853 (JKS) |
| Caption of Order: | Order Extending Time to Object to all Claims Other than General Unsecured Claims Pursuant to the Plan, Sections 502 and 105(a) of the Bankruptcy Code, and Bankruptcy Rules 3007 and 9006 |

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended with respect to the SAP Claims, to and including **July 10, 2026**.

3. This Order shall be without prejudice to the right of the Plan Administrator to seek further extensions of the Claims Objection Deadline.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14853-JKS |
| CTI Liquidations Co., Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTI Liquidations Co., Inc., 2333 Ponce De Leon Boulevard, Suite 900, Coral Gables, FL 33134-5449 |
| aty | + | Brian Nakhaimousa, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Edward O. Sassower, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Jordan Elkin, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Michael P. Esser, Kirkland and Ellis LLP, 555 California Street, San Francisco, CA 94104-1503 |
| aty | + | Nikki Gavey, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Oliver Pare, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jun 26 2025 20:54:28 | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | ^ MEBN | Jun 26 2025 20:54:26 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jun 26 2025 20:54:25 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Stephen M. Silva |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 28, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor Citibank N.A. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alexandra Grant | on behalf of Creditor Public Service Electric and Gas Company alexandra.grant@pseg.com mary.ryan@pseg.com |
| Allison J. Arotsky | on behalf of Interested Party Tax Technologies Inc. aarotsky@moritthock.com |
| Andrew E. Arthur | on behalf of Creditor Google LLC arthura@whiteandwilliams.com |
| Andrew H. Sherman | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Creditor Virtustream Inc., asodono@msbnj.com |
| Boris I Mankovetskiy | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions bmankovetskiy@sillscummis.com asherman@sillscummis.com |
| Bradford J. Sandler | on behalf of Interested Party GUC Trustee bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bruce H Levitt | on behalf of Creditor Cinthia Ganchozo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Creditor Sergio Portillo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Carl J. Soranno | on behalf of Creditor LD Acquisition Company 16 LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Christopher Marcus | on behalf of Debtor CTI Liquidations Co. Inc. christopher.marcus@kirkland.com, christopher-marcus-7767@ecf.pacerpro.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors robinson@lrclaw.com |
| Colin R. Robinson | on behalf of Other Prof. Alvarez & Marsal North America LLC robinson@lrclaw.com |
| Colleen Powers | on behalf of Creditor Proofpoint Inc. cpowers@omm.com, colleen-powers-2753@ecf.pacerpro.com |
| Dale E. Barney | on behalf of Creditor Ad Hoc First Lien Group dbarney@gibbonslaw.com elrosen@gibbonslaw.com |
| Dana S. Plon | on behalf of Creditor American Data Center Solutions LLC dplon@sirlinlaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor Iron Mountain Data Centers LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Donald K. Ludman | on behalf of Creditor SAP SE dludman@brownconnery.com |
| Douglas G. Leney | on behalf of Creditor Lumen dleney@archerlaw.com ahuber@archerlaw.com |
| Edwin H Caldie | on behalf of Creditor Lumen Technologies ed.caldie@stinson.com |

Case 23-14853-JKS    Doc 1059    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 6 of 9

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

Felice R. Yudkin
    on behalf of Debtor CTI Liquidations Co. Inc. fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank F. McGinn
    on behalf of Creditor Iron Mountain Data Centers LLC ffm@bostonbusinesslaw.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust L.P. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital CR US REIT Inc. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust Inc. gary.holtzer@weil.com

Grace A. Thompson
    on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. grace.thompson@katten.com, nyc.bknotices@katten.com

Ilana Volkov
    on behalf of Creditor 1919 Park Avenue Associates LLC ivolkov@mcgrailbensinger.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Data Centers LLC jmp@bostonbusinesslaw.com

James S. Carr
    on behalf of Interested Party Cyxtera GUC Trust KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Interested Party GUC Trustee KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

John D. Demmy
    on behalf of Creditor Element Fleet Corporation john.demmy@saul.com robyn.warren@saul.com

John F. Finnegan, III
    on behalf of Interested Party HITT Contracting Inc. jfinnegan@watttieder.com, mdevoll@watttieder.com;jkneeland@watttieder.com;ljobrien@watttieder.com

Jorge Garcia
    on behalf of Creditor Equinix Inc. jorge.garcia@saul.com, aida.mclaughlin@saul.com

Joseph H. Lemkin
    on behalf of Creditor EastGroup Properties L.P. jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Creditor Wilmington Savings Fund Society FSB, as Administrative Agent and Collateral Agent jschwartz@riker.com

Joshua S. Bauchner
    on behalf of Creditor Galveston County hneumann@mblawfirm.com

Lauren M. Macksoud
    on behalf of Creditor RS Titan LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Leslie Carol Heilman
    on behalf of Creditor TBI Inc. d/b/a Telecom Brokerage, Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Shaw Road L.L.C. HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor AppSmart Agent Services Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Gateway Jefferson Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor ACPF NOVA Data Center LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor RREEF CPIF 2425 Busse Road LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Logan Kugler
    on behalf of Creditor Lumen Technologies logan.kugler@stinson.com

Lynn W Holbert

Case 23-14853-JKS    Doc 1059    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

| | |
|---|---|
| | on behalf of Creditor CyrusOne AMS3 B.V. lynnholbert@eversheds-sutherland.us |
| Marc C Capone | on behalf of Creditor Simplify. Inc. ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marcella M. Jayne | on behalf of Interested Party Wasabi Technologies mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical mark.minuti@saul.com, robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy- Gas Division LLC mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Power Company d/b/a American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael A Alberico | on behalf of Creditor Digital CR US REIT Inc. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust L.P. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust Inc. malberico@eckertseamans.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Communications Canada ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Management Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Communications LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Federal Group Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

Case 23-14853-JKS    Doc 1059    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 8 of 9

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada TRS  ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera DC Parent Holdings  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Holdings  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Netherlands B.V. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Digital Services  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies Maryland  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera DC Holdings  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Employer Services  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor CTI Liquidations Co.  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Data Centers  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Interested Party Pirinate Consulting Group  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael J. Stafford | on behalf of Creditor U.S. Electrical Services  Inc. d/b/a Franklin - Griffith mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Viscount, Jr. | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mviscount@foxrothschild.com  rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michele M. Dudas | on behalf of Creditor Virtustream  Inc., mdudas@msbnj.com |
| Morris S. Bauer | on behalf of Creditor Phoenix Data Center Holdings LLC MSBauer@duanemorris.com  tjsantorelli@duanemorris.com |

Case 23-14853-JKS    Doc 1059    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0312-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

| | |
|---|---|
| Paul John Labov | on behalf of Creditor Committee Official Committee of Unsecured Creditors plabov@pszjlaw.com  lsc@pszjlaw.com |
| Phillip Pavlick | on behalf of Creditor PNC Bank  National Association ppavlick@mccarter.com |
| Rachel Ehrlich Albanese | on behalf of Interested Party LDAC16 DE LLC rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Robert J Feinstein | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Ronald S. Gellert | on behalf of Interested Party NVIDIA Corporation rgellert@gsbblaw.com  mfriedman@gsbblaw.com |
| Sabrina L Streusand | on behalf of Creditor Virtustream  Inc., streusand@slollp.com, lemaster@slollp.com |
| Scott J. Greenberg | on behalf of Creditor Ad Hoc First Lien Group sgreenberg@gibsondunn.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Sommer Leigh Ross | on behalf of Creditor Phoenix Data Center Holdings LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com |
| Stephanie Lindemuth | on behalf of Interested Party DCCO Tukwila  LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party Starboard Value LP slindemuth@akingump.com  nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party SI CHI01A ABS  LLC slindemuth@akingump.com, nymco@akingump.com |
| Stephanie Lindemuth | on behalf of Interested Party SI POR02 ABS LLC slindemuth@akingump.com  nymco@akingump.com |
| Stephen D. Silverman | on behalf of Creditor Ad Hoc First Lien Group ssilverman@gibsondunn.com |
| Steven J. Reisman | on behalf of Interested Party Fred Arnold  Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Terri Jane Freedman | on behalf of Creditor Cummins  Inc. tfreedman@csglaw.com, mpdermatis@pbnlaw.com;rasegall@pbnlaw.com |
| Timothy Mohan | on behalf of Creditor Cummins  Inc. tmohan@foley.com |
| Turner Falk | on behalf of Interested Party Cyxtera GUC Trust turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Creditor Element Fleet Corporation turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party D. Webber Consulting  Inc. dba Megawatt Electrical turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Employer Accounts Valerie.Hamilton@law.njoag.gov |

TOTAL: 110