

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Cia Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for GUC Trustee*

Order Filed on June 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |

**ORDER EXTENDING THE PERIOD WITHIN WHICH
THE GUC TRUSTEE MAY OBJECT TO CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby ORDERED.

**DATED: June 26, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

4893-1390-6877.3 16381.00003

Page:     2
Debtors:  CTI Liquidation, Inc., *et al.*
Case No.: 23-14853 (JKS)
Caption:  Order Extending the Period Within Which the GUC Trustee May Object to Claims

Upon consideration of the *GUC Trustee's Third Motion for Entry of an Order Extending the Period Within Which the GUC Trustee May Object to Claims* (the "Motion")[1] filed by META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period within which the GUC Trustee may file objections to General Unsecured Claims is enlarged and extended through and including the later of: (a) January 5, 2026, or (b) one hundred eighty (180) days following the date that a proof of Claim asserting a General Unsecured Claim is filed or amended (the "Claims Objection Deadline").

3. This Order shall be without prejudice to the rights of the GUC Trustee to seek further extensions of the Claims Objection Deadline.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Page:     3
Debtors:  CTI Liquidation, Inc., *et al.*
Case No.: 23-14853 (JKS)
Caption:  Order Extending the Period Within Which the GUC Trustee May Object to Claims

4. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14853-JKS |
| CTI Liquidations Co., Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CTI Liquidations Co., Inc., 2333 Ponce De Leon Boulevard, Suite 900, Coral Gables, FL 33134-5449 |
| aty | + | Brian Nakhaimousa, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Edward O. Sassower, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Jordan Elkin, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Michael P. Esser, Kirkland and Ellis LLP, 555 California Street, San Francisco, CA 94104-1503 |
| aty | + | Nikki Gavey, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | + | Oliver Pare, Kirkland and Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jun 26 2025 20:54:29 | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | ^ MEBN | Jun 26 2025 20:54:26 | Derek I. Hunter, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | ^ MEBN | Jun 26 2025 20:54:25 | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Stephen M. Silva |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 28, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan J. Brody | on behalf of Creditor Citibank N.A. brodya@gtlaw.com, alan-brody-2138@ecf.pacerpro.com |
| Alexandra Grant | on behalf of Creditor Public Service Electric and Gas Company alexandra.grant@pseg.com  mary.ryan@pseg.com |
| Allison J. Arotsky | on behalf of Interested Party Tax Technologies Inc. aarotsky@moritthock.com |
| Andrew E. Arthur | on behalf of Creditor Google LLC arthura@whiteandwilliams.com |
| Andrew H. Sherman | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Creditor Virtustream Inc., asodono@msbnj.com |
| Boris I Mankovetskiy | on behalf of Creditor MP2 Energy LLC d/b/a Shell Energy Solutions bmankovetskiy@sillscummis.com asherman@sillscummis.com |
| Bradford J. Sandler | on behalf of Interested Party GUC Trustee bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bruce H Levitt | on behalf of Creditor Cinthia Ganchozo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Creditor Sergio Portillo blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Carl J. Soranno | on behalf of Creditor LD Acquisition Company 16 LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com |
| Christopher Marcus | on behalf of Debtor CTI Liquidations Co. Inc. christopher.marcus@kirkland.com, christopher-marcus-7767@ecf.pacerpro.com |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors robinson@lrclaw.com |
| Colin R. Robinson | on behalf of Other Prof. Alvarez & Marsal North America LLC robinson@lrclaw.com |
| Colleen Powers | on behalf of Creditor Proofpoint Inc. cpowers@omm.com, colleen-powers-2753@ecf.pacerpro.com |
| Dale E. Barney | on behalf of Creditor Ad Hoc First Lien Group dbarney@gibbonslaw.com  elrosen@gibbonslaw.com |
| Dana S. Plon | on behalf of Creditor American Data Center Solutions LLC dplon@sirlinlaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David H. Stein | on behalf of Creditor Iron Mountain Data Centers LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Donald K. Ludman | on behalf of Creditor SAP SE dludman@brownconnery.com |
| Douglas G. Leney | on behalf of Creditor Lumen dleney@archerlaw.com  ahuber@archerlaw.com |
| Edwin H Caldie | on behalf of Creditor Lumen Technologies ed.caldie@stinson.com |

Felice R. Yudkin
    on behalf of Debtor CTI Liquidations Co. Inc. fyudkin@coleschotz.com, fpisano@coleschotz.com

Frank F. McGinn
    on behalf of Creditor Iron Mountain Data Centers LLC ffm@bostonbusinesslaw.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust L.P. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital CR US REIT Inc. gary.holtzer@weil.com

Gary T. Holtzer
    on behalf of Creditor Digital Realty Trust Inc. gary.holtzer@weil.com

Grace A. Thompson
    on behalf of Interested Party Fred Arnold Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. grace.thompson@katten.com, nyc.bknotices@katten.com

Ilana Volkov
    on behalf of Creditor 1919 Park Avenue Associates LLC ivolkov@mcgrailbensinger.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Data Centers LLC jmp@bostonbusinesslaw.com

James S. Carr
    on behalf of Interested Party Cyxtera GUC Trust KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr
    on behalf of Interested Party GUC Trustee KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com

John D. Demmy
    on behalf of Creditor Element Fleet Corporation john.demmy@saul.com robyn.warren@saul.com

John F. Finnegan, III
    on behalf of Interested Party HITT Contracting Inc. jfinnegan@watttieder.com, mdevoll@watttieder.com;jkneeland@watttieder.com;ljobrien@watttieder.com

Jorge Garcia
    on behalf of Creditor Equinix Inc. jorge.garcia@saul.com, aida.mclaughlin@saul.com

Joseph H. Lemkin
    on behalf of Creditor EastGroup Properties L.P. jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Creditor Wilmington Savings Fund Society FSB, as Administrative Agent and Collateral Agent jschwartz@riker.com

Joshua S. Bauchner
    on behalf of Creditor Galveston County hneumann@mblawfirm.com

Lauren M. Macksoud
    on behalf of Creditor RS Titan LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Leslie Carol Heilman
    on behalf of Creditor TBI Inc. d/b/a Telecom Brokerage, Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Shaw Road L.L.C. HeilmanL@ballardspahr.com vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor AppSmart Agent Services Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor Gateway Jefferson Inc. HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor ACPF NOVA Data Center LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Leslie Carol Heilman
    on behalf of Creditor RREEF CPIF 2425 Busse Road LLC HeilmanL@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com;weidmanb@ballardspahr.com

Logan Kugler
    on behalf of Creditor Lumen Technologies logan.kugler@stinson.com

Lynn W Holbert

Case 23-14853-JKS    Doc 1060    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 7 of 9

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

| | |
|---|---|
| | on behalf of Creditor CyrusOne AMS3 B.V. lynnholbert@eversheds-sutherland.us |
| Marc C Capone | on behalf of Creditor Simplify. Inc. ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marcella M. Jayne | on behalf of Interested Party Wasabi Technologies mjayne@foley.com marcella-jayne-8977@ecf.pacerpro.com |
| Mark Minuti | on behalf of Interested Party D. Webber Consulting Inc. dba Megawatt Electrical mark.minuti@saul.com, robyn.warren@saul.com |
| Mark E. Hall | on behalf of Creditor Microsoft Corporation mhall@foxrothschild.com cbrown@foxrothschild.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy Inc. mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Southern California Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor NStar (East) Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Salt River Project mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Constellation NewEnergy- Gas Division LLC mkwiatkowski@cullenllp.com, crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Ohio Power Company d/b/a American Electric Power mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Commonwealth Edison Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael Kwiatkowski | on behalf of Creditor Tampa Electric Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael A Alberico | on behalf of Creditor Digital CR US REIT Inc. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust L.P. malberico@eckertseamans.com |
| Michael A Alberico | on behalf of Creditor Digital Realty Trust Inc. malberico@eckertseamans.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Communications Canada ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Management Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Communications LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Federal Group Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

Case 23-14853-JKS    Doc 1060    Filed 06/28/25    Entered 06/29/25 00:15:25    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Cyxtera Canada TRS  ULC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera DC Parent Holdings  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Holdings  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Netherlands B.V. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Digital Services  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Technologies Maryland  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera DC Holdings  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Employer Services  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor CTI Liquidations Co.  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Cyxtera Data Centers  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Interested Party Pirinate Consulting Group  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael J. Stafford | on behalf of Creditor U.S. Electrical Services  Inc. d/b/a Franklin - Griffith mjstafford@nordlaw.legal, mnord@nordlaw.legal;anord@nordlaw.legal |
| Michael J. Viscount, Jr. | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mviscount@foxrothschild.com  rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Interested Party Seacoast Bank as successor by merger to Professional Bank and assignee of Liberty Commercial Finance LLC mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michele M. Dudas | on behalf of Creditor Virtustream  Inc., mdudas@msbnj.com |
| Morris S. Bauer | on behalf of Creditor Phoenix Data Center Holdings LLC MSBauer@duanemorris.com  tjsantorelli@duanemorris.com |

| District/off: 0312-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf903 | Total Noticed: 10 |

Paul John Labov
    on behalf of Creditor Committee Official Committee of Unsecured Creditors plabov@pszjlaw.com  lsc@pszjlaw.com

Phillip Pavlick
    on behalf of Creditor PNC Bank  National Association ppavlick@mccarter.com

Rachel Ehrlich Albanese
    on behalf of Interested Party LDAC16 DE LLC rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com

Robert J Feinstein
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com

Ronald S. Gellert
    on behalf of Interested Party NVIDIA Corporation rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Sabrina L Streusand
    on behalf of Creditor Virtustream  Inc., streusand@slollp.com, lemaster@slollp.com

Scott J. Greenberg
    on behalf of Creditor Ad Hoc First Lien Group sgreenberg@gibsondunn.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sommer Leigh Ross
    on behalf of Creditor Phoenix Data Center Holdings LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephanie Lindemuth
    on behalf of Interested Party DCCO Tukwila  LLC slindemuth@akingump.com, nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party Starboard Value LP slindemuth@akingump.com  nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party SI CHI01A ABS  LLC slindemuth@akingump.com, nymco@akingump.com

Stephanie Lindemuth
    on behalf of Interested Party SI POR02 ABS LLC slindemuth@akingump.com  nymco@akingump.com

Stephen D. Silverman
    on behalf of Creditor Ad Hoc First Lien Group ssilverman@gibsondunn.com

Steven J. Reisman
    on behalf of Interested Party Fred Arnold  Roger Meltzer, and Scott Vogel, in their capacity as disinterested directors of Cyxtera Technologies, Inc. sreisman@katten.com, nyc.bknotices@katten.com

Terri Jane Freedman
    on behalf of Creditor Cummins  Inc. tfreedman@csglaw.com, mpdermatis@pbnlaw.com;rasegall@pbnlaw.com

Timothy Mohan
    on behalf of Creditor Cummins  Inc. tmohan@foley.com

Turner Falk
    on behalf of Interested Party Cyxtera GUC Trust turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Creditor Element Fleet Corporation turner.falk@saul.com  catherine.santangelo@saul.com;tnfalk@recap.email

Turner Falk
    on behalf of Interested Party D. Webber Consulting  Inc. dba Megawatt Electrical turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division of Employer Accounts Valerie.Hamilton@law.njoag.gov

TOTAL: 110