**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Andreas D. Milliaressis, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
amilliaressis@coleschotz.com

**HALPERIN BATTAGLIA BENZIJA, LLP**
Alan D. Halperin, Esq.
Ligee Gu, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765
Facsimile: (212) 765-0964
ahalperin@halperinlaw.net
lgu@halperinlaw.net

*Co-Counsel to the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
|         Post-Effective Date Debtor. | (Jointly Administered) |

**ADJOURNMENT REQUEST**

1.    I, <u>Michael D. Sirota, Esq.</u>

       ☒    am the attorney for:  <u>the Plan Administrator</u>,

       ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

1.    Plan Administrator's First Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow and Expunge Certain Claims [Docket No. 1040]

**Current hearing date and time**: <u>June 24, 2025 at 10:00 a.m.</u>

**New date requested**: <u>July 29, 2025 at 10:00 a.m.</u>

**Reason for adjournment request**:  The parties request an adjournment of this matter solely with respect to the response filed by the New Jersey Department of Labor, Division Employer Accounts [Docket No. 1047]. The parties request additional time to attempt to resolve the response without the need for a hearing.

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: June 27, 2025                    /s/ Michael D. Sirota
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒    Granted        New hearing date:  _7/29/25_        ☐    Peremptory

☐    Granted over objection(s)    New hearing date:  _____        ☐    Peremptory

☐    Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**