| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* |

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATION OF NO OBJECTION REGARDING
GUC TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS
SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

1. On June 18, 2025, META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims* [Docket No. 1049] (the "Objection").

2. The GUC Trustee served its Objection on June 18, 2025, upon the parties listed in the *Certificate of Service* [Docket No. 1056].

3. Pursuant to the Objection, the deadline for parties to file objections and responses to the Objection was on July 15, 2025 (the "Objection Deadline"). No objections or responses to

4921-7193-0710.1 16381.00003

the Objection were filed on the docket on or before the Objection Deadline. The GUC Trustee has not received any informal responses to the Objection on or before the Objection Deadline

4. The GUC Trustee respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 17, 2025 | KELLEY DRYE & WARREN LLP |
| | |
| | */s/ James S. Carr* |
| | James S. Carr, Esq. |
| | Dana P. Kane, Esq. |
| | One Jefferson Road, Second Floor |
| | Parsippany, NJ 07054 |
| | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| | jcarr@kelleydrye.com |
| | dkane@kelleydrye.com |
| | |
| | and |
| | |
| | Robert J. Feinstein, Esq. |
| | Bradford J. Sandler, Esq. |
| | Cia H. Mackle, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 1700 Broadway, 36th Floor |
| | New York, NY  10019 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Counsel to the GUC Trustee* |