| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* |

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc., | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING
GUC TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CLAIMS
SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

1. On June 18, 2025, META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *GUC Trustee's Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims* [Docket No. 1049] (the "Objection").

2. The GUC Trustee served its Objection on June 18, 2025, upon the parties listed in the *Certificate of Service* [Docket No. 1056].

3. Pursuant to the Objection, the deadline for parties to file objections and responses to the Objection was on July 15, 2025 (the "Objection Deadline"). No objections or responses to the Objection were filed on the docket on or before the Objection Deadline. The GUC Trustee has

4925-7307-6822.1 16381.00003

received an informal responses to the Objection from counsel for Johnson Controls, Inc. and its affiliates, which includes Johnson Controls Fire Protection LP.

4. The GUC Trustee has agreed to adjourn the Objection as it relates to Johnson Controls, Inc. and Johnson Controls Fire Protection LP while the parties work out a resolution.

5. The GUC Trustee respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 17, 2025 | KELLEY DRYE & WARREN LLP |
| | |
| | */s/ James S. Carr* |
| | James S. Carr, Esq. |
| | Dana P. Kane, Esq. |
| | One Jefferson Road, Second Floor |
| | Parsippany, NJ 07054 |
| | Telephone: (973) 503-5900 |
| | Facsimile: (973) 503-5950 |
| | jcarr@kelleydrye.com |
| | dkane@kelleydrye.com |
| | |
| | and |
| | |
| | Robert J. Feinstein, Esq. |
| | Bradford J. Sandler, Esq. |
| | Cia H. Mackle, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 1700 Broadway, 36th Floor |
| | New York, NY  10019 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Counsel to the GUC Trustee* |