| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Cia H. Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com | |
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>       Post Effective Date Debtor. | Case No. 23-14853<br><br>Judge:  Hon. John K. Sherwood<br><br>Chapter 11<br><br>Hearing Date:  July 22, 2025<br><br>Hearing Time:  10:00 a.m. |

**ADJOURNMENT REQUEST**

1.     I, James S. Carr,

        ☒    am the attorney for:  <u>Cyxtera GUC Trust,</u>

        ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: <u>Hearing on Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims [Docket No. 1050], only as to the claims of Johnson Controls Fire Protection LP (Claim No. 298) and Johnson Controls Inc. (Claim No. 293).</u>

Current hearing date and time:  July 22, 2025 at 10:00 a.m.

New date requested:  August 26, 2025 at 10:00 a.m.

4909-6515-5926v.1

Reason for adjournment request: <u>The parties are in discussions regarding the Objection including further reconciliation of the underlying claims, and need additional time to work toward a resolution.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>  July 17, 2025             </u>     Signature   <u>/s/ *James S. Carr*          </u>

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: <u>  8/26/2025 @ 10  </u> ☐ Peremptory

☐ Granted over objection(s)   New hearing date: <u>                        </u> ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4909-6515-5926v.1