**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On July 14, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Certification of No Objection Regarding GUC Trustee's Third Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1067]

Dated: July 21, 2025

*/s/ Hannah Bussey*
Hannah Bussey
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**
Third Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1919 Park Avenue Associates, L.L.C. | Attn Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| AccessFloorSystems.com, Inc | | margaret@accessfloorsystems.com |
| Allan Briteway Electrical Utility Contractors, Inc. | William M. Brown | wbrown@allanbritewayutility.com |
| American Data Center Solutions, LLC | c/o Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| CPUS Irvine Crossing, LP | Attn Eric D. Goldberg | eric.goldberg@us.dlapiper.com |
| CPUS Irvine Crossing, LP | CBRE Investment Management | ray.young@cbreim.com |
| DCCO Tukwila, LLC | Akin Gump Strauss Hauer & Feld LLP | dstaber@akingump.com |
| DCCO Tukwila, LLC | Devin Donnelly | ddonnelly@ipipartners.com |
| DCCO Tukwila, LLC | | ddonnelly@ipipartners.com |
| E2 OPTICS LLC | | mark.rhee@e2optics.com |
| Highlands Ranch Commerce Center | S-D Law | skelly@s-d.com |
| International Gateway West LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | meckard@reedsmith.com; kgwynne@reedsmith.com |
| International Gateway West LLC | Chief Financial Officer | generalcounsel@sabey.com |
| Iron Mountain Data Centers, LLC | Hackett Feinberg, P.C. | jmp@bostonbusinesslaw.com |
| Iron Mountain Data Centers, LLC | | michelle.altamura@ironmontain.com; michelle.altamura@ironmountain.com |
| Neamsby Investments Inc. | | wchan@remingtongroupinc.com |
| Pivot Technology Services Corp. | Attention Tyler Dischinger | tyler.dischinger@bipc.com |
| Pivot Technology Services Corp. | Attn Matt Girardot | matt.girardot@computacenter.com |
| Pivot Technology Services Corp. | Pivot Technology Services Corp. d/b/a Computacenter | matt.girardot@computacenter.com |
| Sabey DataCenter LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | meckard@reedsmith.com; kgwynne@reedsmith.com |
| Sabey DataCenter LLC | Chief Financial Officer | generalcounsel@sabey.com |
| Securitas Security Services Canada LTD | Tom Roszhart | tom.roszhart@securitasinc.com |
| Securitas Security Services USA Inc | Tom Roszhart | tom.roszhart@securitasinc.com |
| TechnoGuard, Inc. | A. Dobin | adobin@msbnj.com; jzapata@msbnk.com |
| TechnoGuard, Inc. | TECHNOGUARD INC | vfanning@technoguardinc.com |
| THERMA LLC | | cparrette@therma.com |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)  Page 1 of 1