**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATE OF SERVICE**

I, Hannah Bussey, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On July 16, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order Granting Third Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1068]

Dated: July 21, 2025

                                                            */s/ Hannah Bussey*
                                                            Hannah Bussey
                                                            Verita
                                                            222 N. Pacific Coast Highway, 3rd Floor
                                                            El Segundo, CA 90245
                                                            Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@morittchock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**

Third Omnibus Objection Claimants

Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1919 Park Avenue Associates, L.L.C. | Attn Ilana Volkov, Esq. | ivolkov@mcgrailbensinger.com |
| AccessFloorSystems.com, Inc | | margaret@accessfloorsystems.com |
| Allan Briteway Electrical Utility Contractors, Inc. | William M. Brown | wbrown@allanbritewayutility.com |
| American Data Center Solutions, LLC | c/o Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| CPUS Irvine Crossing, LP | Attn Eric D. Goldberg | eric.goldberg@us.dlapiper.com |
| CPUS Irvine Crossing, LP | CBRE Investment Management | ray.young@cbreim.com |
| DCCO Tukwila, LLC | Akin Gump Strauss Hauer & Feld LLP | dstaber@akingump.com |
| DCCO Tukwila, LLC | Devin Donnelly | ddonnelly@ipipartners.com |
| DCCO Tukwila, LLC | | ddonnelly@ipipartners.com |
| E2 OPTICS LLC | | mark.rhee@e2optics.com |
| Highlands Ranch Commerce Center | S-D Law | skelly@s-d.com |
| International Gateway West LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | meckard@reedsmith.com; kgwynne@reedsmith.com |
| International Gateway West LLC | Chief Financial Officer | generalcounsel@sabey.com |
| Iron Mountain Data Centers, LLC | Hackett Feinberg, P.C. | jmp@bostonbusinesslaw.com |
| Iron Mountain Data Centers, LLC | | michelle.altamura@ironmontain.com; michelle.altamura@ironmountain.com |
| Neamsby Investments Inc. | | wchan@remingtongroupinc.com |
| Pivot Technology Services Corp. | Attention Tyler Dischinger | tyler.dischinger@bipc.com |
| Pivot Technology Services Corp. | Attn Matt Girardot | matt.girardot@computacenter.com |
| Pivot Technology Services Corp. | Pivot Technology Services Corp. d/b/a Computacenter | matt.girardot@computacenter.com |
| Sabey DataCenter LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | meckard@reedsmith.com; kgwynne@reedsmith.com |
| Sabey DataCenter LLC | Chief Financial Officer | generalcounsel@sabey.com |
| Securitas Security Services Canada LTD | Tom Roszhart | tom.roszhart@securitasinc.com |
| Securitas Security Services USA Inc | Tom Roszhart | tom.roszhart@securitasinc.com |
| TechnoGuard, Inc. | A. Dobin | adobin@msbnj.com; jzapata@msbnk.com |
| TechnoGuard, Inc. | TECHNOGUARD INC | vfanning@technoguardinc.com |
| THERMA LLC | | cparrette@therma.com |

In re CTI Liquidation Co., Inc.
Case No. 23-18453 (JKS)                                Page 1 of 1

# Exhibit C

**Exhibit C**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit D

**Exhibit D**
Third Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1919 Park Avenue Associates, L.L.C. | Attn Ilana Volkov, Esq. | McGrail and Bensinger, LLP | 888-C 8th Avenue, #107 | New York | NY | 10019 | |
| AccessFloorSystems.com, Inc | | PO Box 1148 | | Abita Springs | LA | 70420 | |
| Allan Briteway Electrical Utility Contractors, Inc. | William M. Brown | 30A Vreeland Road | | Florham Park | NJ | 07932 | |
| American Data Center Solutions, LLC | c/o Dana S. Plon, Esquire | Sirlin Lesser Benson, P.C. | 123 South Broad Street, Suite 2100 | Philadelphia | PA | 19109 | |
| C & L CONTRACTORS LTD | | 8996 BURKE LAKE RD STE 302 | | BURKE | VA | 22015 | |
| Centurylink Communications, LLC | | 100 CenturyLink Drive | | Monroe | LA | 71203 | |
| CHICAGO MERCANTILE EXCHANGE INC | | PO BOX 73672 | | CHICAGO | IL | 60673 | |
| Compass Data Centers MSP I, LLC | | 14180 N. Dallas Parkway | | Dallas | TX | 75254 | |
| CONVERGINT TECHNOLOGIES | | 35257 EAGLE WAY | | CHICAGO | IL | 60678 | |
| Convergint Technologies Ltd | | #2, 6020 - 11 Street SE | | Calgary | AB | T2H 2L7 | Canada |
| CPUS Irvine Crossing, LP | Attn Eric D. Goldberg | c/o DLA Piper LLP US | 2000 Avenue of the Stars Suite 400 North Tower | Los Angeles | CA | 90067 | |
| CPUS Irvine Crossing, LP | CBRE Investment Management | Attn Ray Young | 601 S. Figueroa Street 49th Floor | Los Angeles | CA | 90017 | |
| Critical HVAC Systems, LLC | | 5400 Newport Drive, Suite 1 | | Rolling Meadows | IL | 60008 | |
| DCCO Tukwila, LLC | Akin Gump Strauss Hauer & Feld LLP | David F. Staber | 2300 N. Field Street, Suite 1800 | Dallas | TX | 75201 | |
| DCCO Tukwila, LLC | Devin Donnelly | 300 N. LaSalle Street, Suite 1500 | | Chicago | IL | 60654 | |
| DCCO Tukwila, LLC | | 300 N LaSalle St, Suite 1875 | | Chicago | IL | 60654 | |
| E2 OPTICS LLC | | 76 INVERNESS DR E STE A | | ENGLEWOOD | CO | 80112 | |
| EastGroup Properties, LP | | PO Box 534563 | | Atlanta | GA | 30353-4563 | |
| Highlands Ranch Commerce Center | S-D Law | 1550 Wewatta Street Second Floor | | Denver | CO | 80202 | |
| International Gateway West LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | c/o Reed Smith LLP | 1201 N. Market Street, Suite 1500 | Wilmington | DE | 19801 | |
| International Gateway West LLC | Chief Financial Officer | 12201 Tukwila International Blvd | | Seattle | WA | 98168 | |
| Iron Mountain Data Centers, LLC | Hackett Feinberg, P.C. | Attn Jacqueline M. Price | 155 Federal Street, 9th Floor | Boston | MA | 02110 | |
| Iron Mountain Data Centers, LLC | | One Federal Street | | Boston | MA | 02110 | |
| Neamsby Investments Inc. | | 7501 Keele Street Suite 100 | | Vaughan | ON | L4K 1Y2 | Canada |
| Pivot Technology Services Corp. | Attention Tyler Dischinger | Buchanan Ingersoll and Rooney PC | 501 Grant Street, Suite 200 | Pittsburgh | PA | 16046 | |
| Pivot Technology Services Corp. | Attn Matt Girardot | PO Box 733113 | | Dallas | TX | 75373-3113 | |
| Pivot Technology Services Corp. | Pivot Technology Services Corp. d/b/a Computacenter | Matthew R. Girardot, Senior Vice President - Head of Legal, North America | 6025 The Corners Pkwy., Suite 100 | Norcross | GA | 30092 | |
| PSB Northern California Industrial | | PO Box 39000 | | San Francisco | CA | 94139 | |
| Sabey DataCenter LLC | Attn Mark W. Eckard, Esq. and Kurt F. Gwynne | Reed Smith LLP | 1201 N. Market Street, Suite 1500 | Wilmington | DE | 19801 | |
| Sabey DataCenter LLC | Chief Financial Officer | 12201 Tukwila International Blvd Fourth Floor | | Seattle | WA | 98168 | |

In re CTI Liquidation Co., Inc.
Case No. 23-18453 (JKS)

Page 1 of 2

**Exhibit D**
Third Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Securitas Security Services Canada LTD | Tom Roszhart | 4330 Park Terrace Dr | | Westlake Village | CA | 91361 | |
| Securitas Security Services USA Inc | Tom Roszhart | 4330 Park Terrace Dr | | Westlake Village | CA | 91361 | |
| SL Harborside Owner 2&3 LLC | | 601 West 26th Street, Suite 1275 | | New York | NY | 10001 | |
| Stack Infrastructure USA, LLC | | 8401 N. Central Expressway, Ste. 910 | | Denver | CO | 80202 | |
| TechnoGuard, Inc. | A. Dobin | McManimon, Scotland & Baumann | 427 Riverview Plaza | Trenton | NJ | 08611 | |
| TechnoGuard, Inc. | TECHNOGUARD INC | 21586 Atlantic Blvd. #140 | | Sterling | VA | 20166 | |
| THERMA LLC | | 1601 LAS PLUMAS AVE | | SAN JOSE | CA | 95133 | |
| TW Conroy 2 LLC | | 104 Page Street, Suite 2 | | Stoughton | MA | 02072 | |