Order Filed on July 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Cia Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for GUC Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |

**ORDER GRANTING FOURTH OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby ORDERED.

**DATED: July 23, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption:  Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

Upon the Fourth Omnibus objection (the "Omnibus Objection")[1] of the GUC Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, (a) disallowing and expunging each of the claims set forth on **Schedule 1** hereto because each such claim has been paid in full by or otherwise satisfied on behalf of the applicable Debtor; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the GUC Trustee, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. Each Satisfied Claim listed on **Schedule 1** to this Order is disallowed and expunged in its entirety.

3. The rights of the GUC Trustee to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or supplement the Omnibus Objection, including, without limitation, to object to amended or newly filed claims is hereby reserved. Without limiting the generality of the foregoing, the GUC Trustee

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:    3
Debtor:    CTI Liquidation Co., Inc.
Case No.:    23-14853 (JKS)
Caption:    Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

specifically reserves the right to amend the Omnibus Objection, file additional papers in support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Omnibus Objection by or on behalf of any of the claimants or other interested parties; (b) object further to any Claim for which a claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Claim based on additional information that may be discovered upon further review by the GUC Trustee or through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

4. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the GUC Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the GUC Trustee's rights to dispute any claim on any grounds.

5. The GUC Trustee, its claims and noticing agent (Verita Global), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

6. The objection to each claim addressed in the Omnibus Objection and as set forth on **Schedule 1** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested

Page: 4
Debtor: CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption: Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

7.  The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

8.  Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 4th Omnibus Claims Objection

|  | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 3283085 | 166 | 08.03.2023 | Cyxtera Technologies, LLC | 365 Mechanical, LLC | Paid $4,503.52 on 08.09.23 |
| 2 |  | 56 | 06.23.2023 | Cyxtera Communications Canada, ULC | 847227 Ontario Ltd. O/A National Electric Co. | Paid $113,9971.00 on 08.09.23 |
| 3 | 3283087 | 248 | 08.10.2023 | Cyxtera Communications, LLC | ABB Inc. | Paid $2,852.00 on 08.09.23 |
| 4 | 3283089 |  |  | Cyxtera Communications, LLC | AC FLOORS | Paid $4,725 on 08.02.23 |
| 5 | 3283091 |  |  | Cyxtera Communications, LLC | ACCO ENGINEERED SYSTEMS | Paid $47,359.34 on 08.09.23 and $81,930.21 on 11.15.23 |
| 6 |  | 16 | 06.21.2023 | Cyxtera Technologies, Inc. | Ace Electrical Contractors, Inc. | Paid $63,405.00 on 08.09.23 |
| 7 | 3283095 |  |  | Cyxtera Communications, LLC | Actus Logistics, LLC | Paid $891.60 on 08.16.23 |
| 8 | 3283096 |  |  | Cyxtera Communications, LLC | ADT Commercial LLC | Paid $324,483.00 on 11.22.23 and $2,077.54 on 12.13.23 |
| 9 | 3283099 | 247 | 08.10.2023 | Cyxtera Communications, LLC | Aid Electric Corporation | Paid $59,519.00 on 08.30.23 |
| 10 | 3283100 | 226 | 08.09.2023 | Cyxtera Technologies, Inc. | AIR PRODUCTS GROUP INC | Paid $5,657.87 on 08.09.23 |
| 11 | 3283101 |  |  | Cyxtera Communications, LLC | AIRGAS WEST INC | Paid $6,962.90 on 07.26.23 |
| 12 | 3283104 |  |  | Cyxtera Communications, LLC | All Pro | Paid $27,150.00 on 08.09.23 |
| 13 | 3283106 |  |  | Cyxtera Communications, LLC | ALOHA FAB AND DOCKWORKS INC | Paid $1,300.00 on 08.09.23 |
| 14 | 3283110 |  |  | Cyxtera Communications, LLC | American Red Cross | Paid $1,825.40 on 08.09.23 |
| 15 | 3283111 |  |  | Cyxtera Communications, LLC | Anderson Lock & Safe | Paid $1,186.09 on 08.09.23 |
| 16 | 3283044 |  |  | Cyxtera Communications Canada, ULC | Angelo Paone Electrique Inc. | Paid $2,404.10 on 08.09.23 |
| 17 | 3283045 |  |  | Cyxtera Communications Canada, ULC | ANIXTER CANADA | Paid $15,262.85 on 08.09.23 and $1,543.78 on 08.30.23 |
| 18 | 3283458 |  |  | Cyxtera Management, Inc. | Aon Risk Services, Inc of Florida | Paid $78,745.20 on 12.13.23 |
| 19 | 3283459 |  |  | Cyxtera Management, Inc. | Appleby Strategy Group, LLC | Paid $15,000.00 on 12.13.23 |
| 20 | 3283046 |  |  | Cyxtera Communications Canada, ULC | ARAMARK CANADA LTD | Paid $80.00 on 08.16.23 |
| 21 | 3283116 |  |  | Cyxtera Communications, LLC | ARCO PROTECTION SYSTEMS | Paid $4,110.10 on 08.09.23 |
| 22 | 3283117 |  |  | Cyxtera Communications, LLC | Arnold Machinery Company | Paid $177.79 on 08.16.23 |
| 23 | 3283120 |  |  | Cyxtera Communications, LLC | Automated Logic Contracting Services Inc | Paid $$22,663.58 on 07.19.23; $4,006.00 on 07.20.23; and $89,550.00 per Debtors' books and records |
| 24 | 3283123 |  |  | Cyxtera Communications, LLC | BAY AREA PRINTER DATA SERVICES INC | Paid $597.79 on 08.16.23 |
| 25 | 3283124 | 282 | 08.14.2023 | Cyxtera Communications, LLC | Bay Power, Inc | Paid $16,614.28 on 08.09.23 |
| 26 | 3283125 |  |  | Cyxtera Communications, LLC | Bell Electrical Supply, Inc. | Paid $852.27 on 07.26.23 |
| 27 | 3283126 |  |  | Cyxtera Communications, LLC | BFPE INTERNATIONAL | Paid $4,202.00 on 08.09.23 |
| 28 | 3283127 | 130 | 07.31.2023 | Cyxtera Communications, LLC | BIGGS CARDOSA ASSOCIATES INC | Paid $16,082.16 on 08.09.23 |
| 29 | 3283128 | 60 | 07.10.2023 | Cyxtera Communications, LLC | Boland Trane Services, Inc. | Paid $72,868.00 on 11.01.23 |
| 30 | 3283131 |  |  | Cyxtera Communications, LLC | BUILDING AND COMPUTER ELECTRIC INC | Paid $13,892.40 on 08.09.23 |
| 31 | 3283134 |  |  | Cyxtera Communications, LLC | C AND C POWER INC | Paid $1,200.00 on 08.09.23 |
| 32 | 3283138 |  |  | Cyxtera Communications, LLC | Cactus Sweeping, Inc. | Paid $510.00 on 08.16.23 |
| 33 | 3283139 |  |  | Cyxtera Communications, LLC | Cali Carting, Inc. | Paid $8,979.10 on 07.12.23 |
| 34 | 3283143 |  |  | Cyxtera Communications, LLC | CANNON & WENDT ELECTRIC CO INC | Paid $16,728.40 on 11.01.23 |
| 35 | 3283146 |  |  | Cyxtera Communications, LLC | CASS Service Fees | Paid $108.75 on 11.01.23 |
| 36 | 3283047 |  |  | Cyxtera Communications Canada, ULC | CATECH SYSTEMS LTD | Paid $10,127.52 on 11.14.23 |
| 37 | 3283153 |  |  | Cyxtera Communications, LLC | City of El Segundo | Paid $5,730 per Debtors' books and records |
| 38 | 3283159 |  |  | Cyxtera Communications, LLC | CLEVELAND ELECTRIC COMPANY | Paid $324,887,39 on 07.19.23 and $202,159.00 per Debtors' books and records |

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 4th Omnibus Claims Objection

| Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|
| 39 | 3283160 | | Cyxtera Communications, LLC | Clune Construction Company, LP | Paid $413,296.10 on 07.19.23 and $603,321.27 per Debtors' books and records |
| 40 | 3283464 | | Cyxtera Management, Inc. | Cogency Global, Inc. | Paid $1,557.69 on11.08.23 |
| 41 | 3283167 | | Cyxtera Communications, LLC | COMMUNICATIONS ENGINEERING CONSULTA | Paid $33,300.00 on 07.19.23 |
| 42 | 366 | 08.15.2023 | Cyxtera Technologies, LLC | Concur Technologies, Inc. | Paid $8,961.99 on 08.17.23 |
| 43 | 3283171 | | Cyxtera Communications, LLC | Constant Technologies, Inc. | Paid $1,367.44 on 08.09.23 |
| 44 | 3283174 | | Cyxtera Communications, LLC | Cooper Pest Solutions | Paid $67.98 on 08.16.23 |
| 45 | 3283192 | | Cyxtera Communications, LLC | DAIKIN APPLIED AMERICAS INC | Paid $548,747.97 on 08.02.23; $37,982.86 on 08.09.23; $1,238.86 on 08.16.23; $588,040.36; and $75,131.47 per Debtors' books and records |
| 46 | 3283194 | 68 | 07.13.2023 | Cyxtera Communications, LLC | DataSpan Holdings, Inc. | Paid $70,050.83 on 11.01.23 |
| 47 | 3283195 | | Cyxtera Communications, LLC | Dave Downing and Associates | Paid $8,402.76 on 08.17.23 |
| 48 | | 65 | 07.12.2023 | Cyxtera Technologies, Inc. | DC Group, Inc. | Paid $18,743.53 on 07.26.23; $42,005.95 on 11.15.23; and $4,986.96 per Debtors' books and records |
| 49 | 3283531 | | Cyxtera Netherlands B.V. | DC People | Paid $5,680.71 on 07.26.23 |
| 50 | 3283057 | | Cyxtera Communications Canada, ULC | DIAMOND BUILDING MAINTENANCE SERVIC | Paid $4,242.35 on 08.30.23 |
| 51 | 3283205 | | Cyxtera Communications, LLC | Dixie Diesel & Electric, Inc. | Paid $1,689.40 on 08.09.23 |
| 52 | 3283479 | | Cyxtera Management, Inc. | DNSFilter, Inc. | Paid $17,280.00 on 08.09.23 |
| 53 | 3283208 | | Cyxtera Communications, LLC | Door Systems | Paid $2,385.00 on 08.09.23; and $1,395.42 on 11.15.23 |
| 54 | 3283212 | | Cyxtera Communications, LLC | EATON CORPORATION | Paid $12,219.82 on 08.02.23 |
| 55 | 3283213 | | Cyxtera Communications, LLC | Eaton Corporation - CHICAGO | Paid $104,087.43 on 08.02.23; and $67,488.39 on 11.08.23328 |
| 56 | 3283058 | | Cyxtera Communications Canada, ULC | Eaton Industries (Canada) Company | Paid $9,630.99 on 11.08.23 |
| 57 | 3283215 | 332 | 08.14.2023 | Cyxtera Communications, LLC | EMS Technologies, LLC d/b/a Albireo Energy | Paid $44,750.00 on 11.08.23 |
| 58 | 3283216 | | Cyxtera Communications, LLC | Energy Management Corp. | Paid $7,372.62 on 09.13.23; and $11,440.97 per Debtors' books and records |
| 59 | 3283217 | | Cyxtera Communications, LLC | ePower Network, Inc. | Paid $2,520.00 on 08.09.23 |
| 60 | 3283219 | | Cyxtera Communications, LLC | ESI ELECTRICAL SYSTEM INC | Paid $750.00 on 08.09.23; and $11,000.00 per Debtors' books and records |
| 61 | 3283221 | 115 | 07.28.2023 | Cyxtera Communications, LLC | Exfo America Inc | Paid $5,592.05 on 08.09.23 |
| 62 | | 106 | 07.27.2023 | Cyxtera Canada, LLC | EXFO Inc | Paid $1,660.16 on 08.09.23 |
| 63 | | 240 | 08.10.2023 | Cyxtera Technologies, Inc. | Financial Accounting Standards Board | Paid $1,300.00 on 11.30.23 |
| 64 | 3283224 | | Cyxtera Communications, LLC | FIRE SYSTEMS INC | Paid $3,998.00 on 08.09.23 |
| 65 | 3283226 | | Cyxtera Communications, LLC | Flood Brothers Disposal Co. | Paid $2,046.54 on 08.09.23 |
| 66 | 3283482 | | Cyxtera Management, Inc. | Focal Point Data Risk, LLC | Paid $10,000.00 on 07.12.23 |
| 67 | 3283227 | | Cyxtera Communications, LLC | FOSTER BROTHERS | Paid $1,465.92 08.09.23; and $1,891.42 on 09.13.23 |
| 68 | 3283483 | | Cyxtera Management, Inc. | Foster Garvey PC | Paid $1,155.00 on 12.13.23 |
| 69 | 3283228 | | Cyxtera Communications, LLC | FRANKLIN ELECTRIC COMPANY | Paid $111,723.04 on 07.26.23; and $184,266.78 per Debtors' books and records |
| 70 | 3283232 | | Cyxtera Communications, LLC | General Pest Management | Paid $690.00 on 08.16.23 |

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 4th Omnibus Claims Objection

| Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|
| 71 | 3283060 | | | Cyxtera Communications Canada, ULC | GFL ENVIRONMENTAL CORP | Paid $6,143.03 on 08.09.23 |
| 72 | 3283233 | | | Cyxtera Communications, LLC | GLOBAL FIRE SUPPRESSION INC | Paid $959.63 on 08.16.23 |
| 73 | 3283485 | | | Cyxtera Management, Inc. | Google Inc. | Paid $7,150.56 on 07.26.23; and $184,266.78 per Debtors' books and records |
| 74 | 3283236 | | | Cyxtera Communications, LLC | GRAPEVINE DESIGNS | Paid $2,435.82 on 07.12.23 |
| 75 | 3283237 | | | Cyxtera Communications, LLC | Great River Automation LLC | Paid $165.00 on 08.16.23 |
| 76 | 3283238 | | | Cyxtera Communications, LLC | GREAT WESTERN ELECTRICAL INC | Paid $10,964.64 on 07.12.23 |
| 77 | 3283239 | | | Cyxtera Communications, LLC | GREEN TOUCH BUILDERS LLC | Paid $12,266.00 on 08.02.23 |
| 78 | 3283241 | 148 | 08.02.2023 | Cyxtera Communications, LLC | Harbor Building Maintenance, Inc. | Paid $30,195.86 on 08.09.23 |
| 79 | | 41 | 07.06.2023 | Cyxtera Federal Group, Inc. | Haynes and Boone, LLP | Paid $1,039.50 on 12.13.23 |
| 80 | 3283242 | 168 | 08.04.2023 | Cyxtera Communications, LLC | HCI Systems. Inc. | Paid $8,119.59 on 08.09.23 |
| 81 | 3283243 | | | Cyxtera Communications, LLC | HERMANSON COMPANY LLP | Paid $2,917.53 on 07.26.23; and $6,534.44 on 10.11.23 |
| 82 | | 74 | 07.17.2023 | Cyxtera DC Holdings, Inc. | Hewlett-Packard Financial Services Company | Paid $212,037.49 on 08.02.23; and $124,547.76 on 12.13.23 |
| 83 | 3283247 | | | Cyxtera Communications, LLC | Hill Mechanical Services | Paid $1,353.00 on 07.26.23 |
| 84 | 3283487 | | | Cyxtera Management, Inc. | HireRight, LLC | Paid $300.08 on 08.16.23 |
| 85 | 3283249 | | | Cyxtera Communications, LLC | HOLT CAT | Paid $101,917.12 on 07.28.23; $3,106.62 on 11.08.23; $14,708.48 on 11.15.23; and $3,370.79 on 11.22.23 |
| 86 | 3283250 | | | Cyxtera Communications, LLC | HPM Systems, Inc. | Paid $4,970.00 on 08.09.23 |
| 87 | 3283489 | | | Cyxtera Management, Inc. | HX Global INC | Paid $25,075.00 on 11.08.23 |
| 88 | 3283251 | 4 | 06.14.2023 | Cyxtera Communications, LLC | Iconicx Critical Solutions, LLC | Paid $182,041.00 on 07.19.23; and $10,600.00 per Debtors' books and records |
| 89 | 3283252 | | | Cyxtera Communications, LLC | ID Wholesaler | Paid $3,415.23 on 08.30.23 |
| 90 | 3283253 | | | Cyxtera Communications, LLC | IL MECHANICAL INC | Paid $2,635.62 on 08.09.23 |
| 91 | 3283254 | | | Cyxtera Communications, LLC | Illuminate Electric, LLC | Paid $61,631.09 on 08.09.23; and $1,710.35 on 12.13.23 |
| 92 | 3283490 | | | Cyxtera Management, Inc. | Incomm Incentives | Paid $3,091.00 on 08.02.23 |
| 93 | 3283255 | | | Cyxtera Communications, LLC | INDUSTRIAL COOLING CORPORATION | Paid $9,321.44 on 08.09.23 |
| 94 | 3283491 | | | Cyxtera Management, Inc. | Inflect, Inc. | Paid $10,000.00 on 07.19.23 |
| 95 | 3283256 | | | Cyxtera Communications, LLC | Infra-Red Building and Power Service Inc | Paid $19,536.00 on 08.09.23; and $1,128.50 on 09.13.23 |
| 96 | | 125 | 07.28.2023 | Cyxtera DC Holdings, Inc. | Ingram Micro Inc. | Paid $159,981.02 on 11.08.23 |
| 97 | 3283062 | | | Cyxtera Communications Canada, ULC | Insight Canada Inc. | Paid $368.41 on 08.02.23; and $368.41 on 11.14.23 |
| 98 | 3283494 | 158 | 08.02.2023 | Cyxtera Management, Inc. | Insight Design, Inc. | Paid $124.43 on 08.16.23 |
| 99 | 3283260 | | | Cyxtera Communications, LLC | INTELLIGENT TECH SERVICES INC | Paid $24,457.99 on 12.13.23 |
| 100 | 3283495 | | | Cyxtera Management, Inc. | iPayables, Inc. | Paid $36,600.00 on 11.01.23 |