UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Cia Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for GUC Trustee*

Order Filed on July 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |

**ORDER GRANTING FIFTH OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby ORDERED.

**DATED: July 23, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

4920-7762-4662.2 16381.00003

Page:     2
Debtor:   CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption:  Order Granting Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

Upon the Fifth Omnibus objection (the "<u>Omnibus Objection</u>")[1] of the GUC Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, (a) disallowing and expunging each of the claims set forth on **Schedule 1** hereto because each such claim has been paid in full by or otherwise satisfied on behalf of the applicable Debtor; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the GUC Trustee, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. Each Satisfied Claim listed on **Schedule 1** to this Order is disallowed and expunged in its entirety.

3. The Objection to Claim No. 293 of Johnson Controls, Inc. and Claim No. 298 of Johnson Controls Fire Protection LP are hereby adjourned to a date to be determined.

4. The rights of the GUC Trustee to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or supplement

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:       3
Debtor:     CTI Liquidation Co., Inc.
Case No.:   23-14853 (JKS)
Caption:    Order Granting Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

the Omnibus Objection, including, without limitation, to object to amended or newly filed claims is hereby reserved. Without limiting the generality of the foregoing, the GUC Trustee specifically reserves the right to amend the Omnibus Objection, file additional papers in support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Omnibus Objection by or on behalf of any of the claimants or other interested parties; (b) object further to any Claim for which a claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Claim based on additional information that may be discovered upon further review by the GUC Trustee or through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

5. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the GUC Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the GUC Trustee's rights to dispute any claim on any grounds.

6. The GUC Trustee, its claims and noticing agent (Verita Global), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

7. The objection to each claim addressed in the Omnibus Objection and as set forth on **Schedule 1** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending

Page:     4
Debtor:   CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption:  Order Granting Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

8. The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

9. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 5th Omnibus Claims Objection

| | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 3283496 | | | Cyxtera Management, Inc. | iPresent Ltd. | Paid $28,500.00 on 11.15.23 |
| 2 | 3283497 | | | Cyxtera Management, Inc. | Iron Mountain Intellectual | Paid $206.24 on 08.16.23 |
| 3 | 3283266 | | | Cyxtera Communications, LLC | ISP FUEL SYSTEMS | Paid $5,293.93 on 08.02.23 |
| 4 | | 427 | 08.15.2023 | Cyxtera Technologies, Inc. | Jackson Lewis P.C. | Paid $24,049.50 on 12.13.23 |
| 5 | 3283267 | | | Cyxtera Communications, LLC | JAMERSON & BAUWENS ELECTRICAL | Paid $373,403.00 on 12.13.23 |
| 6 | 3283269 | | | Cyxtera Communications, LLC | Jet Electricial Testing, LLC | Paid $9,862.81 on 08.02.23 |
| 7 | 3283270 | | | Cyxtera Communications, LLC | KALKREUTH ROOFING & SHEET METAL INC | Paid $750.00 on 08.16.23 |
| 8 | 3283500 | | | Cyxtera Management, Inc. | Kandji, Inc. | Paid $15,600.00 on 08.02.23; and $15,600.00 on 09.13.23 |
| 9 | 3283064 | | | Cyxtera Communications Canada, ULC | KENFIELD METAL PRODUCTS LTD | Paid $33,081.88 on 07.26.23; $47,186.54 on 09.27.23; and $27,927.95 per Debtors' books and records |
| 10 | 3283065 | | | Cyxtera Communications Canada, ULC | KENSTRUCT LTD | Paid $1,232.77 on 07.26.23 |
| 11 | 3283501 | | | Cyxtera Management, Inc. | Konica Minolta Business Solutions USA | Paid $146.99 on 08.16.23 |
| 12 | 3283275 | | | Cyxtera Communications, LLC | LANTRO VISION NA | Paid $89,726.51 on 07.12.23; $162,863.62 on 11.15.23; and $67,781.51 per Debtors' books and records |
| 13 | 3283277 | | | Cyxtera Communications, LLC | LDM PRODUCTS INC (SUBZERO ENGINEERI | Paid $199,201.25 on 10.04.23 |
| 14 | 3283282 | 144 | 08.02.2023 | Cyxtera Technologies, Inc. | Lombardy Door Sales & Service Corp. | Paid $4,726.00 on 08.09.23 |
| 15 | 3283285 | 129 | 07.31.2023 | Cyxtera Communications, LLC | LSI Graphics, LLC | Paid 1,593.29 on 08.02.23 |
| 16 | 3283287 | | | Cyxtera Communications, LLC | M C DEAN INC | Paid $1,670.00 on 07.26.23 |
| 17 | | 154 | 08.02.2023 | Cyxtera Communications, LLC | M.O. Dion & Sons, Inc. dba Amber Industrial Services | Paid $4,199.91 on 08.09.23 |
| 18 | 3283066 | | | Cyxtera Communications Canada, ULC | McCarthy Tetrault LLP | Paid $547.29 on 08.16.23 |
| 19 | 3283290 | | | Cyxtera Communications, LLC | McCormick Equipment Co., Inc. | Paid $661.00 on 08.16.23 |
| 20 | 3283291 | | | Cyxtera Communications, LLC | MCS OPCO LLC DBA QUALITY UPTIME SERVICES | Paid $6,119.00 on 07.19.23 |
| 21 | | 364 | 08.15.2023 | Cyxtera Communications, LLC | Medina DC Assets LLC | Paid $5,566,103.03 |
| 22 | 3283301 | | | Cyxtera Communications, LLC | MEGA - POWER INC | Paid $185,598.03 on 10.25.23 |
| 23 | 3283533 | | | Cyxtera Netherlands B.V. | Meijers Assurantien B.V. | Paid $2,909.93 on 07.26.23 |
| 24 | 3283303 | | | Cyxtera Communications, LLC | Merit Network Inc. | Paid $595.00 on 08.02.23 |
| 25 | 3283503 | | | Cyxtera Management, Inc. | Meta Platforms, Inc. | Paid $6,173.15 on 12.13.23 |
| 26 | 3283456 | | | Cyxtera Federal Group, Inc. | Microsoft Online Inc. | Paid $84,897.34 per Debtors' books and records |
| 27 | 3283304 | 231 | 08.09.2023 | Cyxtera Communications, LLC | MID-ATLANTIC POWER SPECIALISTS INC | Paid $2,840.00 on 08.09.23 |
| 28 | 3283305 | | | Cyxtera Communications, LLC | Mid-Atlantic Service 360 | Paid $41,021.85 on 07.26.23 |
| 29 | 3283306 | | | Cyxtera Communications, LLC | MID-CITY ELECTRIC | Paid $6,693.72 on 08.09.23 |
| 30 | 3283504 | 428 | 08.15.2023 | Cyxtera Management, Inc. | Miller & Chevalier Chartered | Paid $19,502.92 on 12.13.23 |
| 31 | 3283307 | | | Cyxtera Communications, LLC | MITSUBISHI ELECTRIC | Paid $3,624.00 on 08.09.23 |
| 32 | | 26 | 06.27.2023 | Cyxtera Technologies, Inc. | MSI Mechanical Systems, Inc. (5477) | Paid $10,365.11 on 07.26.23; and $13,733.74 on 12.13.23 |
| 33 | 3283309 | 5 | 06.15.2023 | Cyxtera Communications, LLC | Multistack LLC | Paid $381,581.00 on 12.13.23 |
| 34 | 3283067 | | | Cyxtera Communications Canada, ULC | Nalco Canada ULC | Paid $8,850.68 on 08.23.23 |
| 35 | 3283311 | | | Cyxtera Communications, LLC | National Air Filter | Paid $11,153.69 on 08.09.23 |
| 36 | 3283070 | | | Cyxtera Communications Canada, ULC | NEW PRO MECHANICAL LTD | Paid $3,236.01 on 07.26.23 |
| 37 | 3283314 | 50 | 07.06.2023 | Cyxtera Communications, LLC | Nexus Alarm and Suppression, Inc. | Paid $10,358.00 on 08.09.23 |
| 38 | 3283316 | | | Cyxtera Communications, LLC | Northeast Coil, Inc. | Paid $1,950 on 08.09.23 |
| 39 | 3283507 | | | Cyxtera Management, Inc. | NTT Manged Services Americas, LLC | Paid $5,693.00 on 11.15.23 |
| 40 | | 90 | 07.21.2023 | Cyxtera Technologies, Inc. | Nwestco, LLC | Paid $13,950.89 on 08.09.23 |
| 41 | 3283320 | | | Cyxtera Communications, LLC | Nxt Step Recycling Solutions | Paid $3,580.00 on 08.09.23 |
| 42 | 3283321 | | | Cyxtera Communications, LLC | OC Air Services | Paid $3,800.00 on 08.09.23 |
| 43 | 3283322 | | | Cyxtera Communications, LLC | OCCU-TEC, Incorporated | Paid $13,816.69 on 08.09.23 |
| 44 | 3283323 | | | Cyxtera Communications, LLC | OCHS SERVICE INC DBA PRO-TEC ELECTR | Paid $50,292.88 on 08.09.23; $1,332.81 on 12.13.23 |
| 45 | 3283324 | | | Cyxtera Communications, LLC | OLSSON ROOFING COMPANY INC | Paid $1,200.00 on 08.09.23 |
| 46 | 3283325 | 38 | 06.28.2023 | Cyxtera Communications, LLC | One Source Engineering, Inc | Paid $13,199.37 on 08.09.23 |

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 5th Omnibus Claims Objection

| | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 47 | 3283508 | | | Cyxtera Management, Inc. | OneTrust LLC | Paid $540.00 on 08.16.23 |
| 48 | | 426 | 08.15.2023 | Cyxtera Communications, LLC | Optiv Security Inc. | Paid $23,600.00 on 08.09.23 |
| 49 | | 107 | 07.27.2023 | Cyxtera Technologies, Inc. | Optomi LLC | Paid $136,445.00 on 08.16.23 |
| 50 | 3283509 | | | Cyxtera Management, Inc. | Optum | Paid $1,926.75 on 08.16.23 |
| 51 | | 34 | 07.06.2023 | Cyxtera Technologies, Inc. | Orkin Pest Control | Paid $160.00 on 09.20.23; $3,120.55 on 10.18.23 |
| 52 | 3283328 | | | Cyxtera Communications, LLC | ORR PROTECTION SYSTEMS INC | Paid $949.58 on 08.16.23 |
| 53 | 3283329 | | | Cyxtera Communications, LLC | OVERHEAD DOOR COMPANY OF THE NORTHL | Paid $750.00 on 08.16.23 |
| 54 | 3283330 | | | Cyxtera Communications, LLC | OwnBackup, Inc. | Paid $9,450.00 on 07.26.23 |
| 55 | 3283331 | | | Cyxtera Communications, LLC | PACIFIC COAST TRANE SALES AND SERVI | Paid $129,030.85 on 08.09.23; $145,290.00 on 08.16.23; a $2,521.41 on 10.25.23 |
| 56 | 3283510 | | | Cyxtera Management, Inc. | ParsonsKellogg, LLC | Paid $15,465.33 on 08.02.23 |
| 57 | 3283332 | 420 | 08.15.2023 | Cyxtera Communications, LLC | PeakLogix, LLC | Paid $9,253.57 on 08.09.23 |
| 58 | 3283333 | | | Cyxtera Communications, LLC | PERMA-PIPE INC | Paid $2,100.00 on 08.02.23 |
| 59 | 3283334 | | | Cyxtera Communications, LLC | PETERSON POWER SYSTEMS INC | Paid $4,569.04 on 08.09.23 |
| 60 | 3283338 | 269 | 08.11.2023 | Cyxtera Communications, LLC | Plunketts Pest Control, LLC | Paid $515.40 on 08.16.23 |
| 61 | | 362 | 08.14.2023 | Cyxtera Communications Canada, ULC | Polaris Realty Canada Limited | Paid $998.33 per Debtors' books and records |
| 62 | 3283339 | | | Cyxtera Communications, LLC | POWER COOL ENGINEERS PLLC | Paid $11,715.00 on 07.26.23; and $18,315.00 per Debtors books and records |
| 63 | 3283340 | | | Cyxtera Communications, LLC | POWER DISTRIBUTION INC | Paid $22,984.18 on 08.09.23 |
| 64 | 3283341 | | | Cyxtera Communications, LLC | Power Solutions Group Ltd. | Paid $7,205.00 on 08.09.23 |
| 65 | 3283342 | | | Cyxtera Communications, LLC | POWER SOLUTIONS LLC | Paid $189,486.00 on 07.19.23; $74,520.00 on 11.22.23; an $226,589 per the Debtors' books and records |
| 66 | 3283343 | | | Cyxtera Communications, LLC | Power Storage Solutions | Paid $21,978.68 on 07.26.23; and $13,392.00 per Debtors books and records |
| 67 | | 98 | 07.25.2023 | Cyxtera Technologies, Inc. | Praetorian Power Protection, LLC | Paid $24,432.35 on 08.02.25 |
| 68 | 3283346 | | | Cyxtera Communications, LLC | Primary Integration Solutions, Inc. | Paid $27,827.00 on 11.22.23; and $25,363.00 per Debtors books and records |
| 69 | 3283347 | | | Cyxtera Communications, LLC | Prime Electric, Inc. Washington | Paid $14,931.76 per Debtors' books and records |
| 70 | 3283348 | | | Cyxtera Communications, LLC | Professional Piping Systems, LLC | Paid $26,875.00 on 08.09.23 |
| 71 | 3283352 | 163 | 08.03.2023 | Cyxtera Communications, LLC | QRFP SPECIAL SERVICES INC | Paid $2,115.59 on 08.09.23 |
| 72 | 3283353 | | | Cyxtera Communications, LLC | Quality Backflow Testing, Inc. | Paid $800.00 on 08.16.23 |
| 73 | 3283357 | | | Cyxtera Communications, LLC | REPUBLIC SERVICES 183 | Paid $3,046.99 on 08.09.23 |
| 74 | 3283359 | | | Cyxtera Communications, LLC | RESA POWER, LLC | Paid $8,149.76 on 08.09.23 |
| 75 | 3283360 | | | Cyxtera Communications, LLC | Rescue Rooter | Paid $817.00 on 08.16.23 |
| 76 | 3283512 | | | Cyxtera Management, Inc. | RiseSmart, Inc. | Paid $92,700.00 on 11.15.23 |
| 77 | 3283361 | | | Cyxtera Communications, LLC | RK ELECTRIC INC | Paid $14,973.00 on 08.09.23 |
| 78 | 3283362 | | | Cyxtera Communications, LLC | ROBERT DERECTOR PE PC | Paid $7,696.05 on 07.26.23 |
| 79 | 3283364 | | | Cyxtera Communications, LLC | Rumpke of Ohio, Inc. | Paid $858.63 on 08.16.23 |
| 80 | 3283072 | | | Cyxtera Communications Canada, ULC | RYAN FILTER SERVICES | Paid $218.82 on 08.16.23 |
| 81 | 3283515 | | | Cyxtera Management, Inc. | Salles, Franco de Campos, Bruschini Advogados | Paid $2,335.22 on 12.14.23 |
| 82 | 3283366 | | | Cyxtera Communications, LLC | SBE Electrical Contracting, Inc. | Paid $26,184.00 on 09.13.23; $37,381.05 on 12.13.23; and $14,606.85 per Debtors' books and records |
| 83 | 3283367 | | | Cyxtera Communications, LLC | Schellman & Company | Paid $147,000.00 on 08.09.23 |
| 84 | 3283368 | | | Cyxtera Communications, LLC | SCHNEIDER ELECTRIC BUILDINGS AMERIC | Paid $2,924.44 on 07.26.23 |
| 85 | 3283370 | | | Cyxtera Communications, LLC | Schneider Electric Systems USA, INC | Paid $1,807.50 on 07.26.23 |
| 86 | 3283372 | 37 | 06.28.2023 | Cyxtera Communications, LLC | Sequoyah Electric, LLC | Paid $85,508.21 on 08.09.23 |
| 87 | | 17 | 06.21.2023 | Cyxtera Technologies, Inc. | Sheetmetal Systems & Design Inc. | Paid $6,310.00 on 08.09.23 |
| 88 | | 72 | 07.17.2023 | Cyxtera Technologies, Inc. | SHI International | Paid $17,655.82 on 08.09.23 |
| 89 | 3283258 | 196 | 08.05.2023 | Cyxtera Communications, LLC | Shield Security Systems, LLC dba InstaKey | Paid $2,540.93 on 08.09.23 |
| 90 | | 211 | 08.08.2023 | Cyxtera Technologies, Inc. | Shook, Hardy and Bacon L.L.P. | Paid $300.00 on 12.13.23 |

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 5th Omnibus Claims Objection

| | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 91 | 3283517 | | | Cyxtera Management, Inc. | Shuttleworth & Ingersoll PLC | Paid $123.00 on 08.16.23 |
| 92 | 3283074 | 480 | 08.28.2023 | Cyxtera Communications Canada, ULC | Siemens Canada Limited | Paid $9,433.23 on 08.09.23 |
| 93 | | 1 | 06.08.2023 | Cyxtera Communications, LLC | Siemens Industry, Inc. | Paid $62,931.90 on 08.09.23 |
| 94 | | 2 | 06.08.2023 | Cyxtera Technologies, Inc. | Siemens Industry, Inc. | Paid $22,699.78 on 09.13.23 |
| 95 | | 78 | 07.19.2023 | Cyxtera Technologies, Inc. | Siemens Industry, Inc. | Paid $9,275.00 on 08.09.23 |
| 96 | 3283379 | | | Cyxtera Communications, LLC | SIGNALOGY LIFE SAFETY | Paid 43,384.48 on 08.02.23 |
| 97 | 3283075 | | | Cyxtera Communications Canada, ULC | Southwire Company, LLC | Paid $1,774.99 on 12.12.23; $68,663.21 on 12.14.23; $1,930.05 on 12.28.23; and $1,584.50 per Debtors' books records |
| 98 | 3283384 | | | Cyxtera Communications, LLC | Southwire Company, LLC | Paid $224,353.29 on 08.09.23; $576,808.40 on 11.15.23; 651.91 on 11.27.23; and $368,827.37 per Debtors' books a records |