Order Filed on July 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Cia Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel for GUC Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |

**ORDER GRANTING SIXTH OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW AND EXPUNGE CERTAIN SATISFIED CLAIMS**

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby ORDERED.

**DATED: July 23, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

4933-7117-4230.1 16381.00003

Page:      2
Debtor:    CTI Liquidation Co., Inc.
Case No.:  23-14853 (JKS)
Caption:   Order Granting Sixth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

Upon the Sixth Omnibus objection (the "Omnibus Objection")[1] of the GUC Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, (a) disallowing and expunging each of the claims set forth on **Schedule 1** hereto because each such claim has been paid in full by or otherwise satisfied on behalf of the applicable Debtor; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the GUC Trustee, the estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. Each Satisfied Claim listed on **Schedule 1** to this Order is disallowed and expunged in its entirety.

3. The rights of the GUC Trustee to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or supplement the Omnibus Objection, including, without limitation, to object to amended or newly filed claims is hereby reserved. Without limiting the generality of the foregoing, the GUC Trustee

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page: 3
Debtor: CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption: Order Granting Sixth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

specifically reserves the right to amend the Omnibus Objection, file additional papers in support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Omnibus Objection by or on behalf of any of the claimants or other interested parties; (b) object further to any Claim for which a claimant provides (or attempts to provide) additional documentation or substantiation; and (c) object further to any Claim based on additional information that may be discovered upon further review by the GUC Trustee or through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

4. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the GUC Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the GUC Trustee's rights to dispute any claim on any grounds.

5. The GUC Trustee, its claims and noticing agent (Verita Global), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

6. The objection to each claim addressed in the Omnibus Objection and as set forth on **Schedule 1** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested

Page: 4
Debtor: CTI Liquidation Co., Inc.
Case No.: 23-14853 (JKS)
Caption: Order Granting Sixth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims

---

matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

7. The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

8. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 6th Omnibus Claims Objection

| | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | 3283385 | | | Cyxtera Communications, LLC | SPECIAL FIRE SYSTEMS INC | Paid $2,373.25 on 08.09.23 |
| 2 | 3283386 | | | Cyxtera Communications, LLC | SPECIALTY FINISHES INC | Paid $11,653.00 on 08.09.23 |
| 3 | 3283387 | | | Cyxtera Communications, LLC | SPECTRUM MECHANICAL INC | Paid $1,185.00 on 08.09.23 |
| 4 | 3283518 | | | Cyxtera Management, Inc. | Spectrum Technologies LLC. | Paid $112,789.25 on 07.26.23 |
| 5 | | 24 | 06.26.2023 | Cyxtera Technologies, Inc. | Staples, Inc. | Paid $12,245.63 on 08.09.23 |
| 6 | 3283392 | 323 | 08.15.2023 | Cyxtera Communications, LLC | Structure Tone, LLC | Paid $153,107.48 on 08.02.23; and $243,577 Debtors' books and records |
| 7 | 3283393 | | | Cyxtera Communications, LLC | STULZ AIR TECHNOLOGY SYSTEMS INC | Paid $2,256.20 on 08.09.23 |
| 8 | 3283394 | | | Cyxtera Communications, LLC | Sturgeon Electric Company, Inc. | Paid $8,056.47 on 08.09.23 |
| 9 | 3283395 | | | Cyxtera Communications, LLC | Suburban Waste MN, LLC | Paid $819.94 on 08.02.23; and $145.50 on 1 |
| 10 | 3283396 | | | Cyxtera Communications, LLC | SUNBELT CONTROLS INC | Paid $320.00 on 07.12.23; and $10,688.68 p books and records |
| 11 | 3283399 | | | Cyxtera Communications, LLC | SUPERIOR AUTOMATIC SPRINKLER CO | Paid $63,874.00 on 07.19.23; and $19,561.8 09.13.23 |
| 12 | 3283400 | | | Cyxtera Communications, LLC | Superior One Electric, Inc. | Paid $13,495.87 on 08.09.23 |
| 13 | | 314 | 08.15.2023 | Cyxtera Communications, LLC | Switch, Ltd. | Paid $18,682.00 per Debtors' books and reco |
| 14 | 3283401 | | | Cyxtera Communications, LLC | SYSTECON INC | Paid $3,400.00 on 08.09.23 |
| 15 | 3283520 | | | Cyxtera Management, Inc. | Taylor Consulting and Contracting | Paid $12,000.00 on 07.26.23 |
| 16 | 3283404 | | | Cyxtera Communications, LLC | TBL Mission Critical, LLC | Paid $2,512.45 on 08.09.23 |
| 17 | 3283408 | | | Cyxtera Communications, LLC | TENNANT | Paid 3,171.04 on 08.09.23 |
| 18 | 3283409 | | | Cyxtera Communications, LLC | TERMINIX PROCESSING CENTER INC | Paid $655.10 on 08.16.23 |
| 19 | 3283410 | | | Cyxtera Communications, LLC | TETRA TECH INC | Paid $5,140.00 on 08.09.23 |
| 20 | 3283411 | | | Cyxtera Communications, LLC | THE BRANDT COMPANIES LLC | Paid $42,438.64 on 08.02.23; $104,959.20 o and $34,139.76 per Debtors' books and reco |
| 21 | 3283412 | | | Cyxtera Communications, LLC | THE EI GROUP INC | Paid $205.00 on 08.16.23 |
| 22 | 3283413 | 267 | 08.11.2023 | Cyxtera Communications, LLC | THE MACHADO ENVIRONMENTAL CORPORATI DBA AIR DUCT CLEANING COMPANY | Paid $350.00 on 08.16.23 |
| 23 | 3283522 | | | Cyxtera Management, Inc. | Thomson Reuters | Paid $7,344.09 on 12.13.23 |
| 24 | 3283415 | | | Cyxtera Communications, LLC | Tidal Time Solutions, LLC | Paid $15,830.77 on 08.02.23 |
| 25 | 3283417 | | | Cyxtera Communications, LLC | TOTAL ACCESS SECURITY SYSTEMS CORP | Paid $1,043.81 on 08.09.23 |
| 26 | 3283418 | 36 | 06.29.2023 | Cyxtera Communications, LLC | Total Environmental Concepts, Inc. | Paid $2,985.00 on 08.09.23 |
| 27 | 3283419 | | | Cyxtera Communications, LLC | TOTAL FILTRATION SERVICES INC | Paid $28,495.68 on 08.09.23; and $3,390.10 12.13.23 |
| 28 | 3283077 | | | Cyxtera Communications Canada, ULC | TRANE CANADA ULC | Paid $81,66.41 on 08.09.23; and $10,377.36 08.29.23 |
| 29 | 3283421 | | | Cyxtera Communications, LLC | TRI STATE COMPUTER FLOORING CO INC | Paid $14,802.74 on 08.09.23 |
| 30 | 3283078 | | | Cyxtera Communications Canada, ULC | TRIPLE E POWER SYSTEMS INC | Paid $6,420.66 on 8.02.23 |
| 31 | 3283524 | | | Cyxtera Management, Inc. | TruPark USA LLC | Paid $3,663.47 on 08.09.23 |
| 32 | 3283423 | | | Cyxtera Communications, LLC | U.S. Engineering Service, LLC | Paid $10,939.90 on 08.09.23 and $522.00 or |
| 33 | | 6 | 06.15.2023 | Cyxtera Technologies, Inc. | Uline | Paid $411.87 on 08.16.23 |
| 34 | 3283425 | | | Cyxtera Communications, LLC | Ultimate Service Associates | Paid $27,184.37 on 08.16.23; $1,452.50 on 0 $3,780.00 on 09.13.23; $1,442.18 on 11.08.2 $62,013.90 on 11.15.23 |
| 35 | 3283079 | | | Cyxtera Communications Canada, ULC | Ultimate Service Associates | Paid $28,742.25 on 08.16.23; $12,916.23 on and $12,8146.41 on 11.22.23 |
| 36 | 3283426 | | | Cyxtera Communications, LLC | United Fire Protection Corp. | Paid $1,812.63 on 08.09.23 |
| 37 | 3283428 | | | Cyxtera Communications, LLC | US Net | Paid 1,532.39 on 08.09.23 |
| 38 | 3283430 | | | Cyxtera Communications, LLC | Verity Commercial, LLC | Paid $103,800.00 on 07.26.23; and $69,200. Debtors' books and records |
| 39 | 3283434 | | | Cyxtera Communications, LLC | Virtue Air Conditioning, INC. | Paid $24,833.00 on 07.26.23; $14,575.00 on and $9,158.00 per Debtors' books and record |
| 40 | 3283435 | | | Cyxtera Communications, LLC | VORTEX COLORADO INC | Paid $1,288.00 on 08.09.23 |

CTI Liquidation Co., Inc.
Case No. 23-14853
Schedule 1 to 6th Omnibus Claims Objection

| | Schedule # | Claim # | Date Filed | Debtor | Creditor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 41 | 3283525 | | | Cyxtera Management, Inc. | Walkers Corporate Limited | Paid $36,036.63 per Debtors' books and reco |
| 42 | | 208 | 08.04.2023 | Cyxtera Technologies, Inc. | Waste Management - Bankruptcy Department | Paid $10,605.90 on 08.09.23; and $538.74 o |
| 43 | 3283441 | | | Cyxtera Communications, LLC | WB ELECTRIC INC | Paid $36,664.54 on 08.23.23 |
| 44 | 3283444 | | | Cyxtera Communications, LLC | WESTERN STATES FIRE PROTECTION CO | Paid $4,129.00 on 08.09.23 |
| 45 | | 391 | 08.15.2023 | Cyxtera Management, Inc. | Workiva Inc. | Paid $250.00 on 08.16.23 |
| 46 | 3283446 | | | Cyxtera Communications, LLC | Workplace Solutions | Paid $7,704.46 on 11.15.23 |
| 47 | 3283534 | | | Cyxtera Netherlands B.V. | Workrate B.V. | Paid $80374.63 on 12.13.23 |
| 48 | 3283081 | | | Cyxtera Communications Canada, ULC | World Fuel Services Canada, ULC | Paid $4,286.64 on 07.19.23 |
| 49 | 3283526 | | | Cyxtera Management, Inc. | ZoomInfo Technologies LLC | Paid $66,814.50 on 12.13.23 |