**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On July 23, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1076]

Dated: July 29, 2025

*/s/ Matthew J. Canty*
Matthew J. Canty
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**
Fourth Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 365 Mechanical, LLC | | diana@365mechanical.com |
| 847227 Ontario Ltd. O/A National Electric Co. | National Electric | shawn@nationalelectric.ca |
| ABB Inc. | | amadea.groseclose@us.abb.com |
| Ace Electrical Contractors, Inc. | | palml@aceelectrical.net; graunkej@aceelectrical.net |
| Aid Electric Corporation | | lisa@aidelectriccorp.com |
| AIR PRODUCTS GROUP INC | | kteresi@airpgi.com |
| Anderson Lock & Safe | | heather@andersonlockandsafe.com |
| Bay Power, Inc | Bay Power, Inc. | receivables@baypower.com |
| Bay Power, Inc | | receivables@baypower.com |
| BIGGS CARDOSA ASSOCIATES INC | | pthompson@biggscardosa.com |
| Boland Trane Services, Inc. | Kim Winokur, Controller | kim.winokur@boland.com |
| Concur Technologies, Inc. | Attn Julie Montgomery, Esq. | jmontgomery@brownconnery.com |
| DataSpan Holdings, Inc. | | tlisk@dataspan.com |
| DC Group, Inc. | | dcaccounting@dc-group.com |
| EMS Technologies, LLC d/b/a Albireo Energy | Gregory Bromen | gbromen@nilanjohnson.com |
| EMS Technologies, LLC d/b/a Albireo Energy | Mike Bialas | mbialas@albireoenergy.com |
| Exfo America Inc | | florence.hibberdine@exfo.com |
| EXFO Inc | | florence.hibberdine@exfo.com |
| Financial Accounting Standards Board | PCAOB - Attn Office of the General Counsel | reillyk@pcaobus.org |
| Financial Accounting Standards Board | | billing@pcaobus.org |
| FOSTER BROTHERS | | lisa@fosterbrothers.com |
| Harbor Building Maintenance, Inc. | | bill@harborbm.com |
| Haynes and Boone, LLP | Attn Accounts Receivable | zach.prince@haynesboone.com |
| Haynes and Boone, LLP | Attn Zach Prince | zach.prince@haynesboone.com |
| HCI Systems. Inc. | | jvazquez@hcisystems.net |
| Hewlett-Packard Financial Services Company | Diane Morgan | diane.morgan@hpe.com |
| Iconicx Critical Solutions, LLC | | cbenson@iconicxllc.com |
| Ingram Micro Inc. | | steve.taravella@ingrammicro.com |
| Insight Design, Inc. | Inaki Muguruza | IMUGURUZA@INSIGHTDESIGN.US |
| INTELLIGENT TECH SERVICES INC | | fpeluso@gotoitsi.com |

# Exhibit C

**Exhibit C**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit D

**Exhibit D**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 365 Mechanical, LLC | | 1817 S Horne #10 | | Mesa | AZ | 85204 | |
| 847227 Ontario Ltd. O/A National Electric Co. | National Electric | 5125 Harvester Road, Unit 6 | | Burlington | Ontario | L7L 6A2 | Canada |
| ABB Inc. | | 305 Gregson Drive | | Cary | NC | 27511 | |
| AC FLOORS | | 3990 S LIPAN ST | | ENGLEWOOD | CO | 80110 | |
| ACCO ENGINEERED SYSTEMS | | 888 East Walnut Street | | Pasadena | CA | 91101 | |
| Ace Electrical Contractors, Inc. | | 8300 10th Ave N | | Golden Valley | MN | 55427 | |
| Actus Logistics, LLC | | 600 E John Carpenter Freeway Ste 335 | | Irving | TX | 75062 | |
| ADT Commercial LLC | | 1501 Yamato Road | | Boca Raton | FL | 33431 | |
| Aid Electric Corporation | | 1622 93rd Ln. NE | | Blaine | MN | 55449 | |
| AIR PRODUCTS GROUP INC | | 1045 N 10th Street, Suite C | | San Jose | CA | 95112 | |
| AIRGAS WEST INC | | PO BOX 93500 | | Long Beach | CA | 90809 | |
| All Pro | | 2301 Delta Rd Suite B | | Brentwood | CA | 94513 | |
| ALOHA FAB AND DOCKWORKS INC | | 1193 N BLUE GUM STREET | | ANAHEIM | CA | 92806 | |
| American Red Cross | | 25688 Network Place | | Chicago | IL | 60673 | |
| Anderson Lock & Safe | | 6146 N 35th Ave. Suite 101 | | Phoenix | AZ | 85017 | |
| Angelo Paone Electrique Inc. | | 200-3600 rue Valiquette | | Saint-Laurent | QC | H4S 1X8 | Canada |
| ANIXTER CANADA | | PO BOX 4526 POSTAL STATION A | | TORONTO | ON | M5W 5Z9 | Canada |
| Aon Risk Services, Inc of Florida | | PO Box 955816 | | St. Louis | MO | 63195 | |
| Appleby Strategy Group, LLC | | 22443 Taylor Springs Court | | Leesburg | VA | 20175 | |
| ARAMARK CANADA LTD | | 5055 Satellite Drive, Unit #4 | | Mississauga | ON | L4W 5K7 | Canada |
| ARCO PROTECTION SYSTEMS | | 532 MAIN ST | | POUGHKEEPSIE | NY | 12601 | |
| Arnold Machinery Company | | P.O. Box 30020 | | Salt Lake City | UT | 84130 | |
| Automated Logic Contracting Services Inc | | 1150 Cobb Place Blvd. | | Kennesaw | GA | 30144 | |
| BAY AREA PRINTER DATA SERVICES INC | | 310 W Hamilton Ave, Suite 200 | | Campbell | CA | 95008-0565 | |
| Bay Power, Inc | Bay Power, Inc. | 626 Kearney Ave. | | Modesto | CA | 95350 | |
| Bay Power, Inc | | 1095 N 7th Street | | San Jose | CA | 95112 | |
| Bell Electrical Supply, Inc. | | 316 Mathew Street | | Santa Clara | CA | 95050 | |
| BFPE INTERNATIONAL | | PO BOX 791045 | | BALTIMORE | MD | 21279 | |
| BIGGS CARDOSA ASSOCIATES INC | | 865 THE ALAMEDA | | SAN JOSE | CA | 95126 | |
| Boland Trane Services, Inc. | Kim Winokur, Controller | 30 West Watkins Mill Road | | Gaithersburg | MD | 20878 | |
| BUILDING AND COMPUTER ELECTRIC INC | | 5351 ALHAMBRA AVE | | LOS ANGELES | CA | 90032 | |
| C AND C POWER INC | | 395 MISSION STREET | | CAROL STREAM | IL | 60188 | |
| Cactus Sweeping, Inc. | | PO Box 6240 | | Glendale | AZ | 85312 | |
| Cali Carting, Inc. | | 450 Bergen Ave. | | Kearny | NJ | 07032 | |
| CANNON & WENDT ELECTRIC CO INC | | 4020 N 16TH ST | | PHOENIX | AZ | 85016 | |

**Exhibit D**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CASS Service Fees | | 12444 Powerscourt Drive, Suite 550 | | St. Louis | MO | 63131 | |
| CATECH SYSTEMS LTD | | 201 WHITEHALL DR UNIT 4 | | MARKHAM | ON | L3R 9Y3 | Canada |
| City of El Segundo | | 350 MAIN STREET | | EL SEGUNDO | CA | 90245 | |
| CLEVELAND ELECTRIC COMPANY | | 1281 FULTON INDUSTRIAL BLVD | | ATLANTA | GA | 30336 | |
| Clune Construction Company, LP | | 10 South Riverside Plaza, Suite 2200 | | Chicago | IL | 60606 | |
| Cogency Global, Inc. | | 10E 40th Street, 10th Floor | | New York | NY | 10016 | |
| COMMUNICATIONS ENGINEERING CONSULTA | | 6820 LAUFFER ROAD | | COLUMBUS | OH | 43231 | |
| Concur Technologies, Inc. | Attn Julie Montgomery, Esq. | Brown and Connery, LLP | 6 North Broad Street, Suite 100 | Woodbury | NJ | 08096 | |
| Constant Technologies, Inc. | | 125 Steamboat Avenue | | North Kingstown | RI | 02852 | |
| Cooper Pest Solutions | | 2495 Brunswick Pike, Suite 10 | | Lawrenceville | NJ | 08648 | |
| DAIKIN APPLIED AMERICAS INC | | 24827 NETWORK PL | | CHICAGO | IL | 60673 | |
| DataSpan Holdings, Inc. | | 13755 Hutton Drive, Suite 300 | | Farmers Branch | TX | 75234 | |
| Dave Downing and Associates | | 130 N. 39th Avenue | | Phoenix | AZ | 85009 | |
| DC Group, Inc. | | 1977 West River Road N | | Minneapolis | MN | 55411 | |
| DC People | | Boeing Avenue 222, Unit 7 | | Schiphol-Rijk | NH | 1119 PN | Netherlands |
| DIAMOND BUILDING MAINTENANCE SERVIC | ATTN ARGYRIOS NIKOLAOU | 4095 HICKORY DR | | MISSISSAUGA | ON | L4W 1L1 | Canada |
| Dixie Diesel & Electric, Inc. | | 3150 Maxson Rd. | | El Monte | CA | 91732 | |
| DNSFilter, Inc. | | 1440 G Street NW | | Washington | DC | 20005 | |
| Door Systems | | 587 Division Street | | Campbell | CA | 95008 | |
| EATON CORPORATION | | N9246 HWY 80 | | NECEDAH | WI | 54646 | |
| Eaton Corporation - CHICAGO | | 29085 Network Place | | Chicago | IL | 60673 | |
| Eaton Industries (Canada) Company | | PO Box 11043, STN A | | Toronto | ON | M5W 2G5 | Canada |
| EMS Technologies, LLC d/b/a Albireo Energy | Gregory Bromen | Nilan Johnson Lewis PA | 250 Marquette Ave South Suite 800 | Minneapolis | MN | 55401 | |
| EMS Technologies, LLC d/b/a Albireo Energy | Mike Bialas | Corporate Treasurer | 3 Ethel Road Suite 300 | Edison | NJ | 08817 | |
| Energy Management Corp. | | 501 West 700 South | | Salt Lake City | UT | 84101 | |
| ePower Network, Inc. | | 1020 Segovia Cir. | | Placentia | CA | 92870 | |
| ESI ELECTRICAL SYSTEM INC | | 10 DELAWARE DR # 4 | | SALEM | NH | 03079 | |
| Exfo America Inc | | 3400 Waterview Parkway, Suite 100 | | Richardson | TX | 75080-1473 | |
| EXFO Inc | | 400 Avenue Godin | | Quebec | QC | G1M 2K2 | Canada |
| Financial Accounting Standards Board | PCAOB - Attn Office of the General Counsel | 1666 K Street NW, Suite 300 | | Washington | DC | 20006 | |
| Financial Accounting Standards Board | | P.O. Box 418272 | | Boston | MA | 02241 | |
| FIRE SYSTEMS INC | | 4700 HIGHLANDS PKWY | | SMYRNA | GA | 30082 | |
| Flood Brothers Disposal Co. | | 17 W 609 14th Street | | Oakbrook Terrace | IL | 60181 | |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

**Exhibit D**
Fourth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Focal Point Data Risk, LLC | | 201 E Kennedy Blvd, Suite 1750 | | Tampa | FL | 33602 | |
| FOSTER BROTHERS | | 555 S MURPHY AVE | | SUNNYVALE | CA | 94086 | |
| Foster Garvey PC | | 1111 Third Avenue, Ste. 3000 | | Seattle | WA | 98101 | |
| FRANKLIN ELECTRIC COMPANY | | 10 TWOSOME DR | | MOORESTOWN | NJ | 08057 | |
| General Pest Management | | 353 Providence Rd. | | Linwood | MA | 01525 | |
| GFL ENVIRONMENTAL CORP | | PO BOX 150 | | CONCORD | ON | L4K 1B2 | Canada |
| GLOBAL FIRE SUPPRESSION INC | | 78 ROUTE A 73 WEST STE 4 | | HAMPTON | NJ | 08827 | |
| Google Inc. | | PO Box 39000 Dept. 33654 | | San Francisco | CA | 94139 | |
| GRAPEVINE DESIGNS | | 8406 Melrose Drive | | Lenexa | KS | 66214 | |
| Great River Automation LLC | | 1775 Old Highway 8 NW Ste 109 | | New Brighton | MN | 55112-1891 | |
| GREAT WESTERN ELECTRICAL INC | | 3310 GIRARD NE | | ALBUQUERQUE | NM | 87107 | |
| GREEN TOUCH BUILDERS LLC | | 21495 RIDGETOP CIR STE 205 | | STERLING | VA | 20166 | |
| Harbor Building Maintenance, Inc. | | 5011 Argosy Ave, Suite 11 | | Huntington Beach | CA | 92649 | |
| Haynes and Boone, LLP | Attn Accounts Receivable | PO Box 841399 | | Dallas | TX | 75284-1399 | |
| Haynes and Boone, LLP | Attn Zach Prince | 800 17th Street NW, Suite 500 | | Washington | DC | 20006 | |
| HCI Systems. Inc. | | 1354 S Parkside Place | | Ontario | CA | 91761 | |
| HERMANSON COMPANY LLP | | 1221 2ND AVE N | | KENT | WA | 98032 | |
| Hewlett-Packard Financial Services Company | Diane Morgan | 200 Connell Drive, Suite 5000 | | Berkeley Heights | NJ | 07922 | |
| Hill Mechanical Services | | 11045 Gage Avenue | | Franklin Park | IL | 60131 | |
| HireRight, LLC | | P.O. Box 847891 | | Dallas | TX | 75284 | |
| HOLT CAT | | 5665 SOUTHEAST LOOP 410 | | SAN ANTONIO | TX | 78222 | |
| HPM Systems, Inc. | | 70 Saratoga Avenue, Suite 200 | | Santa Clara | CA | 95051 | |
| HX Global INC | | 300 Wildwood Ave. #250 | | Woburn | MA | 01801 | |
| Iconicx Critical Solutions, LLC | | 1982 West Glenville Road | | Amsterdam | NY | 12010 | |
| ID Wholesaler | | PO Box 95727 | | Chicago | IL | 60694 | |
| IL MECHANICAL INC | | 28306 INDUSTRIAL BLVD STE J | | HAYWARD | CA | 94545 | |
| Illuminate Electric, LLC | | 2750 Fm 780 | | Ferris | TX | 75125 | |
| Incomm Incentives | | 121 South 8th St 7th Flr | | Minneapolis | MN | 55402 | |
| INDUSTRIAL COOLING CORPORATION | | 70 LIBERTY ST | | METUCHEN | NJ | 08840 | |
| Inflect, Inc. | | 447 Sutter St #405 | | San Francisco | CA | 94108 | |
| Infra-Red Building and Power Service Inc | | 152 Centre Street | | Holbrook | MA | 02343 | |
| Ingram Micro Inc. | | 1759 Wehrle Dr. | | Williamsville | NY | 14221 | |
| Insight Canada Inc. | | PO Box 15320 Station A | | Toronto | ON | M5W 1C1 | Canada |
| Insight Design, Inc. | Inaki Muguruza | 1900 N. Bayshore Drive, Suite 204-A | | Miami | FL | 33132 | |
| INTELLIGENT TECH SERVICES INC | | 1031 SERPENTINE LN STE 101 | | PLEASANTON | CA | 94566 | |
| iPayables, Inc. | | 180 N University Ave Ste 500 | | Provo | UT | 84601-5746 | |