**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>      Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

    On August 4, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice and GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1049]

- **Certification of No Objection Regarding GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1069]

- **Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1076]

    Furthermore, on August 4, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Certification of No Objection Regarding GUC Trustee's Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1069]

- **Order Granting Fourth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1076]

    Furthermore, on August 4, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Certification of No Objection Regarding GUC Trustee's Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1070]

- **Order Granting Fifth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Satisfied Claims** [Docket No. 1077]

Dated: August 7, 2025

*/s/ Heather Fellows*
Heather Fellows
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Supplemental Fourth Omnibus Objection Claimant
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| DNSFilter, Inc. | PMB 35914 | PO Box 96503 | Washington | DC | 20090-6503 |

# Exhibit B

**Exhibit B**
Supplemental Fourth Omnibus Objection Claimant
Served via First Class Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| HPM Systems, Inc. | 2324 Walsh Ave | Santa Clara | CA | 95051-1301 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit C

**Exhibit C**

Supplemental Fifth Omnibus Objection Claimant
Served via First Class Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Shuttleworth & Ingersoll PLC | 235 6th St SE | Cedar Rapids | IA | 52401-1625 |