**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATE OF SERVICE**

I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On December 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice and GUC Trustee's Seventh Omnibus Objection to Claims Seeking to (A) Disallow and Expunge Certain Claims and (B) Modify Certain Claims in Amount** [Docket No. 1091]

- **Notice and GUC Trustee's Fourth Motion for Entry of an Order Extending the Period Within Which the Liquidating Trustee May Object to General Unsecured Claims** [Docket No. 1092]

Furthermore, on December 4, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice and GUC Trustee's Seventh Omnibus Objection to Claims Seeking to (A) Disallow and Expunge Certain Claims and (B) Modify Certain Claims in Amount** [Docket No. 1091]

Dated: December 10, 2025

*/s/ Rigoberto Lopez*
Rigoberto Lopez
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Errico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit C

**Exhibit C**
Seventh Omnibus Objection Claimants
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Anixter Inc | Roberta Kells | Roberta.Kells@anixter.wescodist.com |
| Apogee Enterprises Inc | Amy Swedberg | amy.swedberg@maslon.com |
| Apogee Enterprises Inc | Brian Zumw | melliott@apog.com |
| Barnum Companies Inc. | | accounting@barnumgs.com |
| Corporation Service Company | | Joanne.Smith@cscglobal.com |
| Cummins, Inc. | c/o Ann M. Reid, Finance Director | Ann.m.reid@cummins.com |
| Cummins, Inc. | c/o Jill L. Nicholson, Esq. | jnicholson@foley.com |
| Digital Piscataway, LLC | Attn Rafal Rak | RRak@digitalrealty.com; jessica.liou@weil.com |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Piscataway, LLC | | RRak@digitalrealty.com |
| Direct Energy Business, LLC | Attn Nicholas R. Lawson | nick.lawson@mhllp.com |
| Direct Energy Business, LLC | NRG Energy, Inc. | joe.reeves@nrg.com |
| Donnelley Financial Solutions | | jamie.toombs@dfinsolutions.com |
| Houthoff Belgie B.V. | | creditcontrol@houthoff.com |
| Iowa Department of Revenue | Attn Bankruptcy Unit | idr.bankruptcy@ag.iowa.gov |
| North American Roofing Services, LLC | c/o Jay Kutz | jkutz@naroofing.com |
| NVIDIA Corporation | c/o Wayne A. Silver | ws@waynesilverlaw.com |
| Quinn Company | | sonja.hourany@quinngroup.net |
| Toshiba International Corporation | Jill Laskoskie | jill.laskoskie@toshiba.com |
| W.E. BOWERS INC | | rharrington@webowers.com |

# Exhibit D

**Exhibit D**
Seventh Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Anixter Inc | Roberta Kells | 2301 Patriot Blvd | | Glenview | IL | 60026 | |
| Anixter Inc | | PO Box 847428 | | Dallas | TX | 75284-7428 | |
| Apogee Enterprises Inc | Amy Swedberg | c/o Maslon LLP | 90 South 7th Street, Suite 3300 | Minneapolis | MN | 55402 | |
| Apogee Enterprises Inc | Brian Zumw | 4400 W 78th St | | Minneapolis | MN | 55435 | |
| Barnum Companies Inc. | | 23950 Lake Blvd N | | Forest Lake | MN | 55025 | |
| Corporation Service Company | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Cummins, Inc. | c/o Ann M. Reid, Finance Director | 111 Monument Circle 6th Floor | | Indianapolis | IN | 46204 | |
| Cummins, Inc. | c/o Jill L. Nicholson, Esq. | Foley and Lardner LLP | 321 N. Clark Street Suite 3000 | Chicago | IL | 60654 | |
| Digital Piscataway, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway, Building 1, Suite 275 | Austin | TX | 78735 | |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | New York | NY | 10153 | |
| Digital Piscataway, LLC | | 150 California Street Suite 400 | | San Francisco | CA | 94111 | |
| Direct Energy Business, LLC | Attn Nicholas R. Lawson | c/o McDowell Hetherington LLP | 1001 Fannin, Suite 2400 | Houston | TX | 77002 | |
| Direct Energy Business, LLC | NRG Energy, Inc. | Joe Reeves | 910 Louisiana Street | Houston | TX | 77002 | |
| Donnelley Financial Solutions | | 35 W. Wacker Dr | | Chicago | IL | 60601 | |
| Houthoff Belgie B.V. | | Bischoffsheimlaan 15 box 8.1 | | Brussel | | 1000 | Belgium |
| INFINITECABLES | GEORGE ARVANITOPOULOS | 380 BENTLEY ST UNIT #1 | | MARKHAM | ON | L3R 3L2 | Canada |
| Iowa Department of Revenue | Attn Bankruptcy Unit | Office of the Attorney General of Iowa | 1305 E. Walnut | Des Moines | IA | 50319 | |
| North American Roofing Services, LLC | c/o Jay Kutz | 14025 Riveredge Dr Suite 600 | | Tampa | FL | 33637 | |
| NVIDIA Corporation | c/o Wayne A. Silver | 643 Bair Island Road Suite 403 | | Redwood City | CA | 94063 | |
| Quinn Company | | 10006 Rose Hills Road | | City of Industry | CA | 90601 | |
| Toshiba International Corporation | Jill Laskoskie | 13131 West Little York Road | | Houston | TX | 77041 | |
| Vertiv Corporation | | P.O. Box 70474 | | Chicago | IL | 60673 | |
| W.E. BOWERS INC | | 12401 KILN COURT STE A | | BELTSVILLE | MD | 20705 | |