| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br><br>and<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Jason S. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jspomerantz@pszjlaw.com<br><br>*Counsel for GUC Trustee* |

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | (Jointly Administered) |

## THE GUC TRUSTEE'S NOTICE OF SATISFACTION OF CLAIMS

META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust (the "Trust") established in connection with the chapter 11 cases of Cyxtera Technologies, Inc. and its affiliated post-effective date debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this notice (the "Notice") identifying certain

4902-5545-0500.1 16381.00003

claims filed against the Debtors' estates that have been resolved and satisfied during these Chapter 11 cases (the "Satisfied Claims"). A list of the Satisfied Claims is attached hereto as **Schedule 1**

## Background

A.  **General Background**

1. On June 4, 2023, each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey commencing these Cases.

2. On November 17, 2023, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 718] confirming the *Fourth Amended Joint Plan of Reorganization of Cyxtera Technologies, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 694] (the "Plan").

3. On January 12, 2024 (the "Effective Date"), the Plan became effective and the GUC Trustee was appointed.

B.  **Appointment, Rights, Powers and Duties of the Trustee**

4. Pursuant to the Plan, solely with respect to General Unsecured Claims, the GUC Trustee is responsible, among other things, "(i) to File, withdraw, or litigate to judgment, objections to Claims or Interests; (ii) to settle or compromise any Disputed Claim or Interest without any further notice to or action, order, or approval by the Bankruptcy Court; and (iii) to administer and adjust the Claims Register to reflect any such settlements or compromises

without any further notice to or action, order, or approval by the Bankruptcy Court" Plan § VII.D.

### Satisfied Claims

5.      The Trust, with the assistance of counsel, has determined that the Satisfied Claims have been satisfied by the Debtors as set forth on **Schedule 1** hereto, and that no further distributions from the Trust will be required on account of amounts asserted as General Unsecured Claims in connection with the Satisfied Claims.  The Trust therefore intends to cause a notation to be made on the Debtors' register of claims, prepared by Verita Global, the court-appointed noticing and claims agent in these cases, indicating that the Satisfied Claims have been previously satisfied or otherwise require no further distribution.  A copy of this Notice has been provided to counsel for each of the Claimants listed on **Schedule 1** hereto.

### Reservation of Rights

6.      The Trust reserves any and all rights to amend, supplement, or otherwise modify this Notice and to file additional notices of this nature with respect to any and all claims filed in these chapter 11 cases, including, without limitation, any and all of the Satisfied Claims, and amounts scheduled against the Debtors' estates in the Debtors' schedules of assets and liabilities. The Trust also reserves any and all rights, claims, and defenses with respect to any and all of the Satisfied Claims, and nothing included in or omitted from this Notice shall impair, prejudice, waive, or otherwise affect any such rights, claims, and defenses.

Dated: December 23, 2025      KELLEY DRYE & WARREN LLP

*/s/ James S. Carr*
James S. Carr, Esq.
Dana P. Kane, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

and

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the GUC Trustee*

## Schedule 1

## Satisfied Claims

| Claim No. | Date Filed | Claimant | Asserted Amount |
|---|---|---|---|
| 410 | 08.15.2023 | 1550 Space Park Partners, LLC | $686,375.41 |
| 414 | 08.15.2023 | Digital Lakeside, LLC | $1,580,709.58 |
| 397 | 08.15.2023 | Digital Nash, LLC | $702,151.37 |
| 413 | 08.15.2023 | Digital Piscataway, LLC | $3,531,941.04 |
| 396 | 08.15.2023 | Digital Space Park, LLC | $592,735.56 |
| 401 | 08.15.2023 | Digital Walsh 1, LLC | $516,230.58 |
| 395 | 08.15.2023 | Digital Walsh 2, LLC | $318,296.93 |
| 407 | 08.15.2023 | Digital Winona, LLC | $454,403.31 |
| 417 | 08.15.2023 | Global Weehawken Acquisition Company, LLC | $1,974,052.54 |
| 416 | 08.15.2023 | Telx - Chicago Lakeside, LLC | $30,214.19 |
| 412 | 08.15.2023 | Telx - Santa Clara, LLC | $1,162.66 |