**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I, Rigoberto Lopez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On December 24, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **The GUC Trustee's Notice of Satisfaction of Claims** [Docket No. 1094]

Dated: December 30, 2025

/s/ Rigoberto Lopez
Rigoberto Lopez
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to LDAC16 DI LLC | DLA Piper LLP (US) | Rachel Ehrlich Albanese | rachel.albanese@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Feinstein, Paul J. Labov, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**
Affected Claimants Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1550 Space Park Partners, LLC | Attn Rafal Rak | RRak@digitalrealty.com; jessica.liou@weil.com |
| 1550 Space Park Partners, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Lakeside, LLC | Attn Rafal Rak | RRak@digitalrealty.com; jessica.liou@weil.com |
| Digital Lakeside, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Lakeside, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Nash, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Nash, LLC | John Stewart | JStewart@digitalrealty.com; jessica.liou@weil.com |
| Digital Nash, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Piscataway, LLC | Attn Rafal Rak | RRak@digitalrealty.com; jessica.liou@weil.com |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Piscataway, LLC | | RRak@digitalrealty.com |
| Digital Space Park, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Space Park, LLC | John Stewart | JStewart@digitalrealty.com; jessica.liou@weil.com |
| Digital Space Park, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Walsh 1, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Walsh 1, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Walsh 1, LLC | | JStewart@digitalrealty.com; jessica.liou@weil.com |
| Digital Walsh 2, LLC | Attn John Stewart | JStewart@digitalrealty.com; jessica.liou@weil.com |
| Digital Walsh 2, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Walsh 2, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Winona, LLC | Digital CR US REIT, Inc. on behalf of Digital Winona, LLC | jstewart@digitalrealty.com |
| Digital Winona, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |
| Digital Winona, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Digital Winona, LLC | | JStewart@digitalrealty.com; jessica.liou@weil.com |
| Global Weehawken Acquisition Company, LLC | Attn Rafal Pak | RRak@digitalrealty.com; jessica.liou@weil.com |
| Global Weehawken Acquisition Company, LLC | Eckert Seamans Cherin & Mellott, LLC | MAlberico@eckertseamans.com |

**Exhibit B**
Affected Claimants Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Global Weehawken Acquisition Company, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Telx - Chicago Lakeside, LLC | Attn Rafal Rak | RRak@digitalrealty.com |
| Telx - Chicago Lakeside, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |
| Telx - Santa Clara, LLC | Attn Rafal Rak | RRak@digitalrealty.com; jessica.liou@weil.com |
| Telx - Santa Clara, LLC | Weil, Gotshal & Manges LLP | gary.holtzer@weil.com; jessica.liou@weil.com; stephanie.morrison@weil.com |

# Exhibit C

**Exhibit C**
US Trustee Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

# Exhibit D

**Exhibit D**
Affected Claimants Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1550 Space Park Partners, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway, Building 1, Suite 275 | | Austin | TX | 78735 |
| 1550 Space Park Partners, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| 1550 Space Park Partners, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Lakeside, LLC | Attn Rafal Rak | 5707 Southwest Parkway Building 1, Suite 275 | | | Austin | TX | 78735 |
| Digital Lakeside, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Lakeside, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Lakeside, LLC | | 13757 Collections Center Drive | | | Chicago | IL | 60693 |
| Digital Nash, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Nash, LLC | John Stewart | 150 California Street, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Nash, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Piscataway, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway, Building 1, Suite 275 | | Austin | TX | 78735 |
| Digital Piscataway, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Piscataway, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Space Park, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Space Park, LLC | John Stewart | 150 California Street, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Space Park, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Walsh 1, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Walsh 1, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Walsh 1, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |
| Digital Walsh 2, LLC | Attn John Stewart | 150 California Street, 4th Floor, Suite 400 | | | San Francisco | CA | 94111 |
| Digital Walsh 2, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Walsh 2, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Winona, LLC | Digital CR US REIT, Inc. on behalf of Digital Winona, LLC | John Stewart | 150 California Street Ste 400 | | San Francisco | CA | 94111 |
| Digital Winona, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Digital Winona, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Digital Winona, LLC | | 150 California Street Suite 400 | | | San Francisco | CA | 94111 |

**Exhibit D**

Affected Claimants Service List

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Global Weehawken Acquisition Company, LLC | Attn Rafal Pak | 5707 Southwest Parkway, Building 1, Suite 275 | | | Austin | TX | 78735 |
| Global Weehawken Acquisition Company, LLC | Eckert Seamans Cherin & Mellott, LLC | Michael A. Alberico, Esq. | Princeton Pike Corporate Center, Suite 203 | 2000 Lenox Drive | Lawrenceville | NJ | 08648 |
| Global Weehawken Acquisition Company, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Global Weehawken Acquisition Company, LLC | | 113451 Collections Center Dr | | | Chicago | IL | 60693 |
| Telx - Chicago Lakeside, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 |
| Telx - Chicago Lakeside, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Telx - Chicago Lakeside, LLC | | 350 East Cermak Road | | | Chicago | IL | 60616 |
| Telx - Santa Clara, LLC | Attn Rafal Rak | Digital Realty Trust, Inc. | 5707 Southwest Parkway Building 1 Suite 275 | | Austin | TX | 78735 |
| Telx - Santa Clara, LLC | Weil, Gotshal & Manges LLP | Gary T. Holtzer, Jessica Liou, Stephanie Morrison | 767 Fifth Avenue | | New York | NY | 10153 |
| Telx - Santa Clara, LLC | | 2820 Northwestern Parkway | | | Santa Clara | CA | 95051 |