| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br><br>and<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Cia Mackle, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel to the GUC Trustee* |

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**CERTIFICATION OF NO OBJECTION REGARDING GUC TRUSTEE'S FOURTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD WITHIN WHICH THE GUC TRUSTEE MAY OBJECT TO GENERAL UNSECURED CLAIMS**

1. On December 4 2025, META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *GUC Trustee's Fourth Motion for Entry*

4901-3283-3668.1 16381.00003

*of an order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims* [Docket No. 1092] (the "Motion").

2. The GUC Trustee served its Motion on December 4, 2025, upon the parties listed in its *Certificate of Service* [Docket No. 1093].

3. Pursuant to the *GUC Trustee's Fourth Motion for Entry of an Order Extending the Period Within Which the GUC Trustee May Object to General Unsecured Claims* [Docket No. 1092], the deadline for parties to file objections and responses to the Motion was on December 30, 2025 (the "Objection Deadline"). No objections or responses to the Motion were filed on the docket on or before the Objection Deadline. The GUC Trustee has not received any informal responses to the Motion on or before the Objection Deadline.

4. The GUC Trustee respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| Dated: January 5, 2026 | KELLEY DRYE & WARREN LLP |
|  |  |
|  | */s/ James S. Carr* |
|  | James S. Carr, Esq. |
|  | Dana P. Kane, Esq. |
|  | 7 Giralda Farms, Suite 340 |
|  | Madison, NJ 07940 |
|  | Telephone: (973) 503-5900 |
|  | Facsimile: (973) 503-5950 |
|  | jcarr@kelleydrye.com |
|  | dkane@kelleydrye.com |
|  |  |
|  | and |
|  |  |
|  | Robert J. Feinstein, Esq. |
|  | Bradford J. Sandler, Esq. |
|  | Paul J. Labov, Esq. |
|  | Cia H. Mackle, Esq. |
|  | PACHULSKI STANG ZIEHL & JONES LLP |
|  | 1700 Broadway, 36th Floor |
|  | New York, NY  10019 |
|  | Telephone:  (212) 561-7700 |
|  | Facsimile:  (212) 561-7777 |
|  | rfeinstein@pszjlaw.com |
|  | bsandler@pszjlaw.com |
|  | plabov@pszjlaw.com |
|  | cmackle@pszjlaw.com |
|  |  |
|  | *Counsel to the GUC Trustee* |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br><br>and<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Jason S. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jspomerantz@pszjlaw.com<br><br>*Counsel for GUC Trustee* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>                    Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS)<br><br>(Jointly Administered) |

**ORDER EXTENDING THE PERIOD WITHIN WHICH THE GUC TRUSTEE MAY OBJECT TO CLAIMS**

The relief set forth below and on the following pages, numbered two (2) through and including three (3), is hereby ORDERED.

Page:     2
Debtors:  CTI Liquidation, Inc., *et al.*
Case No.: 23-14853 (JKS)
Caption:  Order Extending the Period Within Which the GUC Trustee May Object to Claims

Upon consideration of the *GUC Trustee's Fourth Motion for Entry of an Order Extending the Period Within Which the GUC Trustee May Object to Claims* (the "Motion")[1] filed by META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED as set forth herein.

3.   The time period within which the GUC Trustee may file objections to General Unsecured Claims is enlarged and extended through and including the later of: (a) October 2, 2026, or (b) one hundred eighty (180) days following the date that a proof of Claim asserting a General Unsecured Claim is filed or amended (the "Claims Objection Deadline").

4.   This Order shall be without prejudice to the rights of the GUC Trustee to seek further extensions of the Claims Objection Deadline.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Page:     3
Debtors:  CTI Liquidation, Inc., *et al.*
Case No.: 23-14853 (JKS)
Caption:  Order Extending the Period Within Which the GUC Trustee May Object to Claims

5. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.