**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KELLEY DRYE & WARREN LLP
James S. Carr, Esq.
Dana P. Kane, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

and

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the GUC Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING GUC
TRUSTEE'S EIGHTH OMNIBUS OBJECTION TO CLAIMS SEEKING
TO DISALLOW AND EXPUNGE CERTAIN SCHEDULED CLAIMS**

1.      On February 26, 2026, META Advisors LLC, in its capacity as GUC Trustee (the "GUC Trustee") of the Cyxtera GUC Trust established in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), filed the *GUC Trustee's Eighth Omnibus*

*Objection to Claims Seeking to Disallow and Expunge Certain Scheduled Claims* [Docket No. 1104] (the "Objection").

2.     The GUC Trustee served its Objection on February 26, 2026, upon the parties listed in the *Certificate of Service* [Docket No. 1105].

3.     Pursuant to the Objection, the deadline for parties to file objections and responses to the Objection was on March 24, 2026 (the "Objection Deadline").  No objections or responses to the Objection were filed on the docket on or before the Objection Deadline.

4.     The GUC Trustee respectfully requests that the Court enter the attached proposed order at the earliest convenience of the Court.

Dated: March 25, 2026

KELLEY DRYE & WARREN LLP

*/s/ James S. Carr*

James S. Carr, Esq.
Dana P. Kane, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

and

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY  10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the GUC Trustee*

2