**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CTI Liquidation Co., Inc. | Case No. 23-14853 (JKS) |
| Post-Effective Date Debtor. | |

**CERTIFICATE OF SERVICE**

I, Tran K. Le, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On April 1, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Order Granting Eighth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Scheduled Claims** [Docket No. 1107]

Dated: April 3, 2026

/s/ Tran K. Le
Tran K. Le
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Information Officer in the CCAA proceeding | Alvarez & Marsal Canada Inc. | Adam Maerov, Preet Saini, Orest Konowalchuk, Cassie Riglin, Duncan MacRae | Adam.Maerov@mcmillan.ca; Preet.Saini@mcmillan.ca; okonowalchuk@alvarezandmarsal.com; criglin@alvarezandmarsal.com; dmacrae@alvarezandmarsal.com |
| Counsel to ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire and Nahal Zarnighian, Esquire | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to Gateway Jefferson, Inc. and  Shaw Road L.L.C., ACPF NOVA Data Center, LLC and RREEF CPIF 2425 Busse Road, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Laurel D. Roglen, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to AppSmart Agent Services, Inc. and TBI, Inc. d/b/a Telecom Brokerage | Ballard Spahr LLP | Leslie C. Heilman, Esquire, Tobey M. Daluz, Esquire and Margaret A. Vesper, Esquire | heilmanl@ballardspahr.com; daluzt@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to LD Acquisition Company 16 LLC | Brach Eichler L.L.C. | Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Counsel to SAP SE and Ariba, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esq. and Julie F. Montgomery, Esq. | dludman@brownconnery.com; jmontgomery@brownconnery.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq | schristianson@buchalter.com |
| Counsel to Creditor Cummins, Inc. | Chiesa Shahinian & Giantomasi PC | Terri Jane Freedman, Esq. | tfreedman@csglaw.com |
| Counsel for Ohio Power Company d/b/a American Electric Power et. al. | Cullen and Dykman LLP | Attn: Michael Kwiatkowski | mkwiatkowski@cullenllp.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Davis Polk & Wardwell LLP | Angela M. Libby, Esq. and David Kratzer, Esq. | angela.libby@davispolk.com; david.kratzer@davispolk.com |
| Counsel for RS Titan, LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Morris S. Bauer, Esq. | msbauer@duanemorris.com |
| Counsel to Phoenix Data Center Holdings LLC | Duane Morris LLP | Sommer L. Ross, Esq. | slross@duanemorris.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Eckert Seamans Cherin & Mellott, LLC | Attn Michael Alberico, Esq and Nicholas Pasalides, Esq. | MAlberico@eckertseamans.com; NPasalides@eckertseamans.com |
| Counsel to CyrusOne AMS3 B.V. | Eversheds Sutherland (US) LLP | Lynn W. Holbert | lynnholbert@eversheds-sutherland.com |
| Counsel to Seacoast Bank as successor by merger to Professional Bank and as assignee of Liberty Commercial Finance LLC | Fox Rothschild LLP | Michael R. Herz | mherz@foxrothschild.com |
| Counsel to NVIDIA Corporation | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert, Esq. | rgellert@gsbblaw.com |
| Co-Counsel to the Ad Hoc First Lien Group | Gibbons P.C. | Attn Dale E. Barney, Esq. | dbarney@gibbonslaw.com |
| Counsel to Simplify, Inc. | Gillman, Bruton & Capone | Marc C. Capone, Esq. | mcapone@gbclawgroup.com |
| Co-Counsel to Citibank, N.A., as Administrative Agent | Greenberg Traurig, LLP | Alan J. Brody, Esq. | brodya@gtlaw.com |
| Counsel to Iron Mountain Data Centers, LLC | Hackett Feinberg P.C. | Attn: Jacqueline M. Price, Esq. | jmp@bostonbusinesslaw.com |
| Counsel to Simplify, Inc. | Johnson DeLuca Kurisky & Gould, P.C. | George A. Kurisky, Jr. and Clinton W. Raney | gkurisky@jdkglaw.com; craney@jdkglaw.com |
| Attorneys for the Disinterested Directors of Cyxtera Technologies, Inc. | Katten Muchin Rosenman LLP | Steven J. Reisman, Esq., Cindi M. Giglio, Esq., Marc B. Roitman, Esq., Grace A. Thompson, Esq. | sreisman@katten.com; cgiglio@katten.com; marc.roitman@katten.com; grace.thompson@katten.com |
| Counsel to NVIDIA Corporation | Law Office of Wayne A. Silver | Wayne A. Silver, Esq. | ws@waynesilverlaw.com |
| Counsel to Tarrant County | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Brian Trust, Dabin Chung | BTrust@mayerbrown.com; DChung@mayerbrown.com |
| Counsel to PNC Bank, National Association | McCarter & English, LLP | Phillip S. Pavlick, Lisa S. Bonsall | ppavlick@mccarter.com; lbonsall@mccarter.com |
| Counsel to Virtustream, Inc. | McManimon, Scotland & Baumann, LLC | Anthony Sodono, III, Esq. and Michele M. Dudas, Esq. | asodono@msbnj.com; mdudas@msbnj.com |

**Exhibit A**
2002 Notice Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Tax Technologies, Inc. | Moritt Hock & Hamroff LLP | Theresa A. Driscoll, Allison J. Arotsky | tdriscoll@moritthock.com; aarotsky@moritthock.com |
| Counsel to U.S. Electrical Services, Inc. d/b/a Franklin - Griffith | NordLaw | Attn: Michael J. Stafford, Esq. | mjstafford@nordlaw.legal; mnord@nordlaw.legal; anord@nordlaw.legal |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Colleen Powers, Esq. | cpowers@omm.com |
| Counsel to Proofpoint, Inc. | O'Melveny & Myers LLP | Jordan A. Weber, Esq. | jweber@omm.com |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | David.Gerardi@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors and META Advisors LLC as Trustee of the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Robert J. Paul J. Labov, Feinstein, Cia Mackle | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com |
| Counsel for Phoenix Data Center Holdings LLC and Purchaser | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Esq, Jacob A. Adlerstein, Esq. | bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| Counsel to Wilmington Savings Fund Society, FSB, as Administrative Agent and Collateral Agent | Riker Danzig LLP | Joseph L. Schwartz, Esq., Curtis M. Plaza, Esq., and Tara J. Schellhorn, Esq. | jschwartz@riker.com; cplaza@riker.com; tschellhorn@riker.com |
| Counsel to Element Fleet Corporation | Saul Ewing LLP | John D. Demmy, Esquire | john.demmy@saul.com |
| Seacoast Bank | Seacoast Bank | Attn: John D'Erico | John.DErrico@seacoastbank.com |
| Counsel to MP2 Energy LLC d/b/a Shell Energy Solutions | Sills Cummis & Gross P.C. | Boris Mankovetskiy, Andrew Sherman | bmankovetskiy@sillscummis.com; asherman@sillscummis.com |
| Counsel to American Data Center Solutions, LLC | Sirlin Lesser & Benson, P.C. | Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to EastGroup Properties, L.P. | Stark & Stark, a Professional Corporation | Joseph H. Lemkin, Esq. | jlemkin@stark-stark.com |
| Counsel to Lumen Technologies | Stinson LLP | Edwin H. Caldie, Esq. and Logan R. Kugler, Esq. | ed.caldie@stinson.com; logan.kugler@stinson.com |
| Counsel to Virtustream, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Counsel to HITT Contracting, Inc. | Watt, Tieder, Hoffar & Fitzgerald, LLP | John F. Finnegan III, Esq. | jfinnegan@watttieder.com |
| Counsel to Digital Realty Trust, Inc., Digital Realty Trust, L.P., Digital Realty, Digital CR US REIT, Inc. and S-REIT | Weil, Gotshal & Manges LLP | Attn Gary T. Holtzer, Esq., Jessica Liou, Esq. and Stephanie N. Morrison, Esq. | Gary.Holtzer@weil.com; Jessica.Liou@weil.com; Stephanie.Morrison@weil.com |
| Counsel to Iron Mountain Data Centers, LLC | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | dstein@wilentz.com |

# Exhibit B

**Exhibit B**

US Trustee Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee for the District of New Jersey | Attn: David Gerardi, Esq. | One Newark Center, Suite 2100 | Newark | NJ | 07102 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)

Page 1 of 1

# Exhibit C

**Exhibit C**
Eighth Omnibus Objection Claimants
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Appgate Cybersecurity, Inc. | | 2 Alhambra Plaza, Suite PH-1-B | | Coral Gables | FL | 33134 | |
| Appgate Cybersecurity, Inc. | | 2333 Ponce De Leon Boulevard | Suite 300, Office 346 | Coral Gables | FL | 33134 | |
| Appgate Cyxtera Cybersecurity Inc. | c/o Corporate Creations Network Inc. Registered Agent | 1521 Concord Pike, Suite 201 | | Wilmington | DE | 19803 | |
| Cyxtera Australia Pty. Ltd. | | Level 16, Tower 2, Darling Park, 201 Sussex Street | | Sydney | NSW | 2000 | Australia |
| Cyxtera Cybersecurity Inc | | 2333 Ponce De Leon Boulevard, Suite 900 | | Coral Gables | FL | 33134 | |
| Cyxtera Germany GmbH | | Hamburg Business Center, im Hanse-Viertel GmbH, Poststrasse 33 | | Hamburg | Hamburg | 20354 | Germany |
| Cyxtera Hong Kong Limited | | Unit 2, 10/F, NEO, 123 Hoi Bun Road | | Kwun Tong | Kowloon | | Hong Kong |
| Cyxtera Japan, Ltd. | | 4-1, Marunouchi 2-Chome, 32nd Floor | | Chiyoda-ku | Tokyo | 100-6390 | Japan |
| Cyxtera Singapore Pte. Ltd. | | 30 Raffles Place, #32-01, UOB Plaza | | Singapore | Singapore | 48624 | Singapore |
| Cyxtera Technology UK Limited | c/o Csc Cls (UK) Limited) | 5 Churchill Place, 10th Floor | | London | London | E14 5HU | United Kingdom |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)