**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>        Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (JKS) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned case.

On April 6, 2026, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice and GUC Trustee's Eighth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Scheduled Claims** [Docket No. 1104]

- **Certification of No Objection Regarding GUC Trustee's Eighth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Scheduled Claims** [Docket No. 1106]

- **Order Granting Eighth Omnibus Objection to Claims Seeking to Disallow and Expunge Certain Scheduled Claims** [Docket No. 1107]

Dated: April 9, 2026

*/s/ Heather Fellows*
Heather Fellows
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Supplemental Eighth Omnibus Objection Claimant**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Cyxtera Cybersecurity Inc | 3100 Olympus Blvd Ste 510 | Coppell | TX | 75019-6533 |

In re CTI Liquidation Co., Inc.
Case No. 23-14853 (JKS)