| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br><br>and<br><br>Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Jason S. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>jspomerantz@pszjlaw.com<br><br>*Counsel for the GUC Trustee* | |
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (TBA)<br><br>**Re: Docket No. 1117** |

**CERTIFICATION OF NO OBJECTION REGARDING GUC TRUSTEE'S FIFTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE PERIOD WITHIN WHICH THE GUC TRUSTEE MAY OBJECT TO GENERAL UNSECURED CLAIMS**

**PLEASE TAKE NOTICE** that in connection with the *GUC Trustee's Fifth Motion for an Order Extending the Period Within Which the GUC Trustee May Object to General Unsecured*

*Claims* [Docket No. 1117], (the "Motion"), counsel for the GUC Trustee (the "GUC Trustee") hereby files this certificate of no objection.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline has passed, and the GUC Trustee has not received any formal or informal objections in connection with the relief requested in the Proposed Order, and as such, respectfully requests that the Court enter the Proposed Order.

Dated: October 8, 2026

KELLEY DRYE & WARREN LLP

*/s/ James S. Carr*

James S. Carr, Esq.
Dana P. Kane, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com

and

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to the GUC Trustee*