**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CTI Liquidation Co., Inc.<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-14853 (TBA) |

# NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective October 26, 2026, Kurtzman Carson Consultants, LLC dba Verita Global relocated to:

100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000

Dated: October 26, 2026

KURTZMAN CARSON CONSULTANTS, LLC dba Verita Global

By: /s/ Sarah Harbuck
Sarah Harbuck
Assistant General Counsel
100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Telephone: (310) 823-9000